UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CRIMINAL DOCKET** |
| | * | |
| **v.** | * | |
| | * | **NUMBER: 2:21-cr-00126-MVL-KWR** |
| **EMPIRE BULKERS LTD., JOANNA** | * | |
| **MARITIME LIMITED, and WARLITO** | * | |
| **TAN,** | * | **SECTION: "S"** |
| | * | |
| **Defendants.** | * | |
| | * | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2.5, undersigned counsel moves for the admission *pro hac vice* of Briton P. Sparkman, of Chalos & Co, P.C., 55 Hamilton Avenue, Oyster Bay New York 11771, to represent Joanna Maritime Limited and Empire Bulkers Ltd., as co-counsel in this action.

Dated: October 5, 2021
    New Orleans, Louisiana

Respectfully Submitted,

/s/ Daphne P. McNutt
Daphne P. McNutt (#20292)
Barry & Co., LLC
612 Gravier Street
New Orleans, LA 70130
dmcnutt@barrylawco.com
Telephone: (504) 525-5553
Facsimile: (504) 505-1909

*Attorneys for Movants Joanna Maritime Limited and Empire Bulkers Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2021, I arranged for a copy of the foregoing Motion for Admission *Pro Hac Vice* to be served on all counsel of record via the Court's cm/ECF filing system and via E-mail on counsel for the United States of America, as follows:

*Attorneys for United States of America*

    Richard A. Udell
    Kenneth Nelson
    Senior Litigation Counsel
    Environmental Crimes Section
    U.S. Department of Justice
    150 M St., N.E. / Room 4.206
    Washington, DC 20530
    202-305-0361
    Richard.Udell@usdoj.gov
    Kenneth.Nelson3@usdoj.gov

    G. Dall Kammer
    Assistant United States Attorney
    U.S. Attorney's Office
    for the Eastern District of Louisiana
    650 Poydras Street, Suite 1600
    New Orleans, LA 70130
    504-680-3000
    Dall.Kammer@usdoj.gov

                                    /s/ Daphne P. McNutt
                                    Daphne P. McNutt (#20292)