UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |
| * * * | | |

**<u>UNITED STATES' MOTION TO EXPEDITE</u>**

The United States respectfully requests that this Court issue an expedited briefing schedule regarding the accompanying Motion to Expedite Arraignment and Set Trial Date (Rec. Doc. 8). The matter is currently set for hearing on October 21, 2021 at 2:00 p.m., the Court's next available criminal motion hearing day. Foreign national material witnesses have been ordered to be deposed the week of October 12, 2021 and released on October 18, 2021. If granted, the relief requested must occur prior to these dates.

WHEREFORE, the government respectfully requests that its motion be GRANTED.

Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |

*s/ Richard A. Udell*  *s/ G. Dall Kammer*
Richard A. Udell   G. Dall Kammer (26948)
Senior Litigation Counsel   Assistant U.S Attorney
Environmental Crimes Section   650 Poydras Street, Suite 1600
U.S. Department of Justice   New Orleans, LA 70130
150 M St., N.E./Room 4206   Telephone: (504) 680-3168
Washington, D.C. 20044   Email: dall.kammer@usdoj.gov
Telephone: (202) 305-0361
Email: richard.udell@usdoj.gov

*s/ Kenneth E. Nelson*
Kenneth E. Nelson
Senior Trial Attorney
Environmental Crimes Section
Telephone: (202) 305-0435
Email: Kenneth.Nelson3@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*s/ G. Dall Kammer*
G. DALL KAMMER
Assistant United States Attorney