UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| EMPIRE BULKERS LTD.<br>JOANNA MARITIME LIMITED<br>WARLITO TAN | SECTION: S |

## ORDER

**IT IS ORDERED** that the government's Motion to Expedite (Rec. Doc. 10) is **GRANTED.**

New Orleans, Louisiana this 8th day of October 2021.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE