# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |

\* \* \*

## UNOPPOSED MOTION TO CONTINUE HEARING ON DISCOVERY MOTION

The government respectfully moves this Court to continue the hearing on the defendants' discovery motion (Rec. Doc. 46) currently set before the Honorable Karen Wells Roby on December 1, 2020 at 11:30 a.m. The government requests additional time to respond in light of the three other motions filed by the defense (Rec. Docs. 43, 44, 45) and the recent continuance of the trial from December 14, 2021 to February 7, 2022. The defendants have no opposition to the government's request. The government agrees to file its response by December 17, 2021.

WHEREFORE, the government requests that the December 1, 2020 hearing on the defendants' discovery motion (Rec. Doc. 46) be continued until January 5, 2022 at 11:30 am according to Judge Roby's online calendar.

Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| *s/ Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 150 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email: dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/ G. Dall Kammer*
G. DALL KAMMER
Assistant United States Attorney