UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO:   21-126 |
| EMPIRE BULKERS LTD., JOANNA MARITIME LIMITED, AND WARLITO TAN | SECTION: "S" (4) |

## ORDER

Considering the Governments Unopposed **Motion to Continue Hearing On Discovery Motion (R. Doc. 56)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED as modified**.

**IT IS FURTHER ORDERED** that the submission date shall be **CONTINUED** to **December 15, 2021**.

**IT IS FURTHER ORDERED** that the Government's opposition shall be filed no later than **December 8, 2021**.

**IT IS FURTHER ORDERED** that the any response to the Government's opposition shall be filed no later than **December 10, 2021**.

New Orleans, Louisiana, this 23th day of November 2021.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE