UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: S** |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |

\* \* \*

## UNITED STATES' UNOPPOSED MOTION TO ADOPT A SCHEDULING ORDER

The government moves this Court to adopt the attached scheduling order. The parties have consulted and agree to the deadlines set forth in the scheduling order pending approval by the Court.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

DUANE A. EVANS
United States Attorney

*s/ Richard A. Udell*
Richard A Udell
Senior Litigation Counsel
Environmental Crimes Section
U.S. Department of Justice
150 M St., N.E./Room 4206
Washington, D.C. 20044
Telephone: (202) 305-0361
Email: richard.udell@usdoj.gov

*s/ G. Dall Kammer*
G. Dall Kammer (26948)
Assistant U.S Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

        *s/ G. Dall Kammer*
        G. DALL KAMMER
        Assistant United States Attorney