UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-126 |
| EMPIRE BULKERS LTD.<br>JOANNA MARITIME LIMITED<br>WARLITO TAN | SECTION: "S" (4) |

**ORDER**

**IT IS ORDERED** that Defendants' **Motion to Allow Inspection and Testing of Seized Equipment (R. Doc. 140)** shall be heard **by oral argument** on **Wednesday, May 11, 2022, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 29rd day of April 2022.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE