UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 21-126** |
| **EMPIRE BULKERS, LTD., ET AL** | **SECTION: "S"** |

## ORDER AND REASONS

Before the court are the government's **Objections** (Rec. Doc. 190) to the Rule 15 deposition designations offered by the defendant. In ruling on the Objections, the court has been guided by the following evidentiary rules and principles: (1) because Tan's honesty is relevant to the offense charged, testimony regarding his reputation for honesty and related opinion evidence is admissible. FED. R. EVID. 405, 803(21); (2) the length and conditions of the witnesses' detention in New Orleans due to the material witness warrants are not relevant to the issues for trial.

The court rules on the Objections as follows:

### *Testimony of Holdun Akkaya*

Page/Line

| | |
|---|---|
| 74/1-10 | Overruled. |
| 105/8 | Overruled as to lines 8-19. Sustained as to lines 20- 25. |
| 107/16 – 108/3 | Sustained. |
| 108/19 – 109/11 | Withdrawn question - moot. |

120/12 – 22         Overruled.

121/8 – 122/22      Overruled.

123/22 – 126/7      Overruled.

126/22 – 129/11     Overruled.

130/5 – 14          Overruled.

### Testimony of Manuel Baliad

Page/Line

128/8 – 129/3       Sustained.

129/8 – 131/18      Sustained.

132/5 – 138/8       Overruled with respect to 134/4-25, 138/9-37. Sustained as to the remaining designations.

146/24 – 147/1      Sustained.

159/21 – 160/9      Sustained.

164/1 – 4           Sustained.

164/14 – 165/1      Overruled.

171/10 – 172/3      Overruled.

177/12 – 178/21     Sustained.

### Testimony of Gerone Bernabe

40/1 – 12           Sustained.

51/22 – 52/13       Sustained.

58/25 – 60/13       Overruled.

| | |
|---|---|
| 64/1 – 70/25 | Sustained. |
| 71/12 – 73/15 | Sustained as to 73/8-15. Overruled as to the remaining designations. |
| 90/14 - 25 | Overruled. |
| 92/5 – 10 | Overruled. |
| 101/5 – 11 | Moot. Question rephrased and original question withdrawn. |
| 102/6 – 10 | Overruled. |
| 102/16 – 21 | Overruled. |
| 104/4 – 12 | Moot. Question withdrawn. |
| 110/13 – 111/3 | Overruled. |
| 115/12 – 116/2 | Overruled. |
| 117/7 – 11 | Overruled. |
| 121/16 – 25 | Overruled. |

### *Testimony of Bievenido Cabanayan*

Page/Line

| | |
|---|---|
| 31/12 – 25 | Sustained. |
| 33/12 – 36/13 | Sustained. |
| 36/14 – 38/11 | Sustained. |
| 40/16 – 41/3 | Sustained. |
| 41/4 - 21 | Overruled. |
| 50/2 – 8 | Sustained. |
| 51/1 – 52/22 | Sustained. |

| | |
|---|---|
| 53/16 – 54/21 | Overruled with respect to 54/8-21. Sustained with respect to remaining designations. |
| 56/18 – 57/19 | Overruled. |
| 64/7 – 11 | Overruled. |
| 73/17 – 74/1 | Moot. Question withdrawn. |
| 74/11 – 75/2 | Overruled. |
| 75/23 – 76/11 | Overruled. |

*<u>Testimony of Nimuel Nalogon</u>*

Page/Line

| | |
|---|---|
| 21/22 – 22/10 | Sustained. |
| 23/12 – 24/7 | Sustained as to 23/25-24/7. Overruled with respect to remainder of designations. |

**IT IS SO ORDERED.**

New Orleans, Louisiana, this __19th__ day of May, 2022.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**