UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 21-126** |
| **EMPIRE BULKERS, LTD., ET AL** | **SECTION: "S"** |

### ORDER AND REASONS

Before the court are the defendants'[1] **Objections** (Rec. Doc. 192) to the Rule 15 deposition designations offered by the government. The court rules on the Objections as follows:

### *Testimony of Holdun Akkaya*

Page/Line

63/17 to 67/21      Sustained.

78/3 to 79/18       Sustained.

80//1 to 83/5       Sustained.

### *Testimony of Manuel Baliad*

Page/Line

7/1 to 7/17         Overruled.

25/23 to 26/8       Overruled.

40/10 to 43/20      Overruled.

68/16 to 69/3       Overruled.

---

[1] The Objections were filed by defendant Tan but subsequently adopted by the organizational defendants. Rec. Doc. 194.

| | |
|---|---|
| 72/1 to 72/8 | Overruled. |
| 73/23 to 73/24 | Overruled. |
| 73/25 to 74/7 | Overruled. |
| 89/14 to 89/22 | Overruled. |
| 96/23 to 97/2 | Overruled. |
| 97/24 to 98/12 | Overruled. |
| 101/20 to 102/5 | Sustained. |
| 102/12 to 102/22 | Sustained. |
| 102/24 to 103/4 | Sustained. |
| 103/5 to 103/12 | Sustained. |
| 103/13 to 103/19 | Sustained. |
| 103/20 to 104/6 | Overruled. |
| 104/7 to 105/2 | Overruled. |
| 107/12 to 107/19 | Overruled. |
| 108/1 | Overruled. |
| 112/1 to 112/19 | Overruled. |
| 117/5 to 117/12 | Overruled. |
| 118/24 to 119/17 | Sustained. |
| 120/1 to 121/10 | Sustained. |
| 229/14 to 231/3 | Sustained. |
| 231/20 to 231/25 | Overruled. |

233/5 to 233/11        Overruled.

244/4 to 244/12        Overruled.

244/14 to 244/20       Overruled.

244/22 to 246/1        Overruled.

### *Testimony of Gerone Bernabe*

Page/Line

40/1 to 40/5           Overruled.

40/6 to 40/12          Sustained.

### *Testimony of Bievenido Cabanayan*

Page/Line

19/10 to 19/18         Sustained.

20/13 to 21/2          Sustained.

23/8 to 23/15          Overruled.

79/6 to 84/12          Sustained.

### *Testimony of Nimuel Nalogon*

Page/Line

25/8 to 25/13          Overruled.

25/15 to 25/21         Overruled.

26/19 to 28/9          Overruled.

29/6 to 29/12          Overruled.

**Counsel are directed to redact all colloquy (objections, etc.) from deposition**

**designations that will be used at trial.**

**IT IS SO ORDERED.**

New Orleans, Louisiana, this 20th day of May, 2022.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**