
MINUTE ENTRY
LEMMON, J.
MAY 24, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| EMPIRE BULKERS LTD., ET AL | SECTION "S" |

### JUDGE MARY ANN VIAL LEMMON, PRESIDING

**TUESDAY, MAY 24, 2022**

COURTROOM DEPUTY:   Dena White
COURT REPORTER:     Karen Ibos

APPEARANCES:   Richard Udell and Dall Kammer, for the Government
George Chalos, for Defendant, Empire Bulkers, Ltd.
Briton Sparkman, for the Defendant, Joanna Maritime Limited
Daphne McNutt, Local Counsel for Defendants Empire Bulkers, Ltd. and Joanna Maritime Limited
Tiffany Roberson, U. S. Probation Officer
Interpreter: Katheryn Hathaway

**RE-ARRAIGNMENT**

Case called at 9:56 a.m.

All parties present via video.

Counsel make their appearance on the record.

Due to Covid-19, the defendants, Empire Bulkers Ltd., and Joanna Maritime Limited waived their personal appearance and agreed to appear by video.
Defendants have signed the waiver and it has been entered in the record.

Empire Bulkers, Ltd. appeared through its corporate representative, George Chalos.
Joanna Maritime, Ltd. appeared through its corporate representative, Briton Sparkman.

After questioning, the Court found that the defendants are competent to proceed.

Defendants waived the reading of the Indictment.

MINUTE ENTRY
LEMMON, J.
MAY 24, 2022
Page 2

_____

The defendants, Empire Bulkers Ltd., and Joanna Maritime Limited withdrew their former pleas of not guilty and pleaded guilty to Counts 1 and 4 of the Indictment.

The Court advised the defendants of the elements of the charges to which they are pleading guilty and of the maximum penalties.

The factual basis detailing the evidence supporting the defendants' charges were submitted by the Government and admitted into the record.

The Court accepted the defendants', Empire Bulkers Ltd., and Joanna Maritime Limited's pleas and adjudged them guilty on their plea of guilty. A pre-sentence report was ordered, and the sentencing was set for 2:00 p.m. on August 25, 2022.

Government's oral motion to dismiss Counts 2 and 3 of the Indictment as to defendants, Empire Bulkers Ltd., and Joanna Maritime Limited is GRANTED.

The pretrial conference and trial for these defendants, Empire Bulkers Ltd., and Joanna Maritime Limited is cancelled.

Matter adjourned at 10:25 a.m.

JS-10:   00:29