## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **NO. 21-126** |
| | * | |
| **v.** | * | |
| | * | |
| | * | |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | * | |
| | * * * | |

## ENVIRONMENTAL COMPLIANCE PLAN

**TABLE OF CONTENTS**

I.     APPLICABILITY AND PURPOSE ................................................................1
       A.   Applicability. ...................................................................................1
       B.   Persons to Whom Applicable..........................................................1
       C.   Purpose.............................................................................................1
       D.   Incorporation...................................................................................2
       E.   Supplementation of Crews and Shore Side Resources ...................2
       F.   Consequences of Employee Obstruction of ECP............................2
       G.   Submission of Documents ...............................................................2
       H.   Modifications ...................................................................................3
       I.   Obligation to Maintain Copies of ECP and EMS ...........................3
       J.   Right of Inspection..........................................................................3

II.    CORPORATE STRUCTURE AND RESPONSIBILITIES .........................3
       A.   Corporate Compliance Manager ("CCM")......................................3
       B.   Quality Assurance and Operational Integrity Group ......................5
       C.   Reporting of Non-Compliance by Employees and Crew Members (Open Reporting)
            6
       D.   Corporate Accountability.................................................................6
       E.   Full Company-Wide Cooperation ...................................................7

III.   VESSEL PERSONNEL...............................................................................7
       A.   Chief Engineer .................................................................................7
       B.   Master ...............................................................................................8

IV.    SHORE SIDE PERSONNEL SERVING IN ANY CAPACITY ..................9
       A.   Operation, Maintenance and Repair Personnel...............................9
       B.   Engineering Personnel ...................................................................10
       C.   Spare Parts Identification and Rapid Replacement Program ........10

V.     COURT APPOINTED MONITOR..........................................................10
       A.   Selection of Court Appointed Monitor .........................................10

-i-

|   | **B.** | Staff Qualifications | 11 |
|   | **C.** | Reports and Notifications | 11 |
|   | **D.** | Tasks and Responsibilities | 11 |
| **VI.** | | **THIRD PARTY AUDITOR** | **13** |
|   | **A.** | Selection of Third Party Auditor | 13 |
|   | **B.** | Marine Engineer Requirement | 13 |
|   | **C.** | Prior Services | 13 |
|   | **D.** | Duties and Qualifications | 13 |
|   | **E.** | Contractual Independence | 13 |
|   | **F.** | Adequacy of Staff | 14 |
|   | **G.** | Access to Records | 14 |
|   | **H.** | TPA Auditing Process | 14 |
|   | **I.** | TPA'S REPORT OF FINDINGS | 16 |
| **VII.** | | **AUDITING PROCESS** | **17** |
|   | **A.** | AUDIT PHASES | 17 |
|   | **B.** | Timing and Numbers of Audits | 17 |
|   | **C.** | TPA ACCESS | 18 |
|   | **D.** | Initial Audit | 18 |
|   | **E.** | Ongoing Audits | 23 |
|   | **F.** | Final Audits | 23 |
|   | **G.** | Deficiencies/Non-Conformities | 24 |
|   | **H.** | Major Non-Conformities | 24 |
| **VIII.** | | **ENGINEERING REQUIREMENTS** | **24** |
|   | **A.** | Time of Implementation | 24 |
|   | **B.** | Environmental Tag System | 24 |
|   | **C.** | Bilge-Main Cross Connections | 25 |
|   | **D.** | Emergency Bilge Suctions | 26 |
|   | **E.** | Blank Flanges | 26 |
|   | **F.** | Bilge/OWS Cleaning and Maintenance | 26 |

**G.** Ship Source Pollution Research and Development Project ......................................27

**H.** Additional OWS / OCM Requirements .................................................27

**I.** Record Keeping .................................................28

**J.** Oil Record Book Entries .................................................28

**K.** Tank Sounding Record Book .................................................28

**L.** Fuel Oil/Lube Oil Purifier Settings and Line Breaks.................................................29

**M.** Oil-to-Sea Interfaces .................................................29

**N.** Fleet Engineering Survey .................................................30

**IX.** **TIME REQUIREMENTS – SUBMITTAL OF ENVIRONMENTAL MANAGEMENT SYSTEM** .................................................**30**

**A.** Updated Environmental Management System.................................................30

**B.** Obligation to Submit Copies of EMS .................................................31

**C.** Comments on EMS .................................................31

**D.** Obligation to Submit Proposed EMS Revisions .................................................31

**E.** Review of Proposed EMS Revisions .................................................31

**X.** **CHANGES IN OWNERSHIP AND OPERATION**.................................................**31**

**A.** Notification of Changes .................................................31

**B.** Acquiring Additional Vessels .................................................31

**XI.** **SELF-ENFORCEMENT**.................................................**32**

**A.** Self-Enforcement Procedures .................................................32

**XII.** **SCHEDULE**.................................................**33**

**A.** Requirement to Comply With Schedule .................................................33

**XIII.** **REPORTS AND COMMUNICATIONS**.................................................**33**

**A.** Submission of Documents .................................................33

**XIV.** **ACKNOWLEDGEMENT**.................................................**33**

**ENVIRONMENTAL COMPLIANCE PLAN**

The following standards and requirements for an Environmental Compliance Plan ("ECP") have been prepared pursuant to the Plea Agreement dated this same date between the Defendant, Empire Bulkers LTD ("Empire" or "Defendant"), and the United States Attorney's Office for the Eastern District of Louisiana and the Environmental Crimes Section of the United States Department of Justice ("United States"). Compliance with all terms and standards of the ECP is a requirement of the Plea Agreement and is an agreed upon special condition of Defendant's probation. This ECP applies to Empire and any subsidiaries or assigns that are directly affiliated with the Covered Vessels (defined in Section I) or that assist Empire in fulfilling its obligations under the ECP. For the purposes of this ECP, hereinafter, "the Government" means the Environmental Crimes Section ("ECS"), the United States Attorney's Office for the Eastern District of Louisiana ("EDLA"), the United States Probation Office for the Eastern District of Louisiana ("USPO-EDLA") and the United States Coast Guard Commandant, Office of Vessel Activities ("CG-INV").

This ECP is subject to approval by the Court and the USPO-EDLA.

## I.    APPLICABILITY AND PURPOSE

### A.    Applicability.

This ECP applies to all oceangoing vessels that are owned, operated, commercially managed or technically managed by Empire which are listed in Attachment 1 ("the Vessels" or "Covered Vessels"). Attachment 1 may be modified from time to time based upon changes to the list of vessels for which Empire is the owner, operator, commercial manager or technical manager, as further described in Section X.  All of the Vessels listed in Attachment 1, as amended from time to time, shall be subject to the requirements of this ECP. All vessels owned, operated, commercially managed or technically managed by Empire are subject to this ECP. Vessels for which Empire has relinquished ownership, operation, commercial management or technical management responsibilities, based on a well-documented contract to a true third party, shall be excluded from the requirements of this plan on the date Empire relinquishes such responsibilities.  Notification of such relinquishment shall be made in accordance with the requirements of Section X.  Empire shall provide all parties with an updated Attachment 1 identifying applicable vessels on at least a quarterly basis.

### B.    Persons to Whom Applicable

This ECP shall also apply to all Empire shore side employees and agents, and all employees, agents, officers and crew members employed aboard Covered Vessels and those ships listed in Attachment 1.

### C.    Purpose

The purpose of the ECP is to ensure that Empire, including all shoreside offices and Covered Vessels fully comply with all applicable marine environmental protection requirements and all safety requirements established under applicable international, flag state, port state, coastal

-1-

state, and United States laws including, but not limited to, the International Convention for the Prevention of Pollution from Ships ("MARPOL"), the International Convention for the Safety of Life at Sea ("SOLAS"), and all applicable United States federal and state statutes and regulations including, but not limited to the Ports and Waterways Safety Act ("PWSA"), the Act to Prevent Pollution from Ships ("APPS"), the Clean Water Act ("CWA"), and OPA 90, (MARPOL, APPS, CWA, and OPA 90, collectively, "marine environmental protection requirements"), and to the additional requirements and policies established by this plan itself. In the case of a conflict between this ECP and any of the aforementioned requirements such that the ECP is less restrictive, then the more restrictive authority shall govern.

### D. Incorporation

This ECP shall be incorporated into the Plea Agreement by reference. Compliance with the ECP will be a special condition of probation. Failure to comply with any part of this ECP, including but not limited to, refusal to pay valid charges for the Court Appointed Monitor ("CAM") or the Third Party Auditor ("TPA"), or any failure to provide these or other personnel, auditors or inspectors the material support needed to achieve the objectives of this ECP, or failure to provide full unrestricted access to vessels, facilities, personnel or documents related to the Covered Vessels and those subsidiaries of Empire that are assisting Empire to fulfill its obligations under the ECP (subject only to safety considerations), may be a basis on which the Government may move to revoke or modify Empire's probation.

### E. Supplementation of Crews and Shore Side Resources

In the course of implementing this ECP, should inadequacies in the size and capabilities of vessel crews be proven as a contributing factor to their inability to manage waste streams, Empire agrees to supplement crews as needed, consistent with vessels' lifesaving arrangements, and/or to provide additional shore side resources.

### F. Consequences of Employee Obstruction of ECP

Subject to applicable labor laws, Empire shall take appropriate action, up to and including dismissal, against any employee or agent, including those employed in its shoreside offices and Covered Vessels, who obstructs, hinders, or presents false information or makes false statements during any inspection, monitoring, or auditing, or inspection function required by this ECP, or, to any United States' authority performing an inspection or Port State Control activity.

### G. Submission of Documents

Audits, reports, and other documents required by this ECP shall be submitted to the Office of Probation, the Court Appointed Monitor, and the Government. These submissions, to the maximum extent practical, must be done electronically and contain high resolution photographic and videotaped (if applicable) documentation. The Government will provide to the Defendant at the time of sentencing the contact information for the various government interests that must receive the submissions in addition to the undersigned prosecutors. In addition to any other Coast Guard representatives that will be provided, the following email address must always be included: USCGECP@uscg.mil.

-2-

### H.      Modifications

Any proposed modification to this ECP must be made in writing and signed by Empire. Modifications proposed by Empire shall be submitted to the Government. The Government shall have 30 days from the date of receipt to provide written comments on the proposed modification. If no comments are provided within the 30 day period, the modification will be deemed accepted and shall become effective. If the Government objects and the parties are unable to resolve the issue, either Empire or the Government may file a motion before the United States District Court with responsibility to supervise probation as designated at the time of sentencing.

### I.      Obligation to Maintain Copies of ECP and EMS

During the probationary period, a copy of the ECP and EMS (as defined below) must be kept at all times in pre-designated locations within each Covered Vessel where it can be readily accessed by senior shipboard personnel.  Such locations must include the Master's office, the Chief Engineer's office, the engineering control room, and the navigation bridge.

### J.      Right of Inspection

Empire understands that representatives of the United States Coast Guard may board, audit, or inspect vessels managed under this ECP at any time while such vessels are found within the jurisdiction of the United States.

## II.     CORPORATE STRUCTURE AND RESPONSIBILITIES

### A.      Corporate Compliance Manager ("CCM")

1.  Within 30 days after the entry of the Plea Agreement, Empire shall designate a senior corporate officer as the Corporate Compliance Manager ("CCM") who shall report directly to the Managing Director of Empire (the "Empire MD"). The CCM position must be filled by an individual with a significant maritime vessel operational background, who possesses the authority to ensure full implementation of this ECP, and who is thoroughly familiar with the requirements of this ECP, and domestic and international maritime environmental laws and regulations. Empire shall provide the name of its CCM and shall identify means of communicating with the CCM to the Government.

2.  The CCM shall be authorized to access all records, documents, facilities, and vessels throughout Empire's organizations for the purpose of implementing this ECP.

3.  The CCM shall work closely with the TPA and will ensure that the audits to be performed by the Quality Assurance and Operational Integrity ("QA & OI") Department and the TPA under this plan are carried out.

4.  The CCM shall be responsible for ensuring that observations and any recommendations resulting from any audit under this ECP are appropriately

documented, tracked, and resolved and that such resolutions are thoroughly documented in a format that can be readily audited. This documentation shall be made available to any personnel performing audit functions under this ECP, to the USPO, and the Government.

5. The CCM shall be responsible for developing a tracking mechanism to ensure that Empire takes corrective action on recommendations made by the TPA, within a time frame of 60-90 days. In addition to developing the tracking mechanism, the CCM shall be responsible for ensuring actual corrective action is taken by Empire on recommendations made by the TPA. If possible, the CCM shall ensure corrective action is taken within a time frame of 60-90 days. Where corrective action takes longer than 90 days, the CCM shall ensure corrective action is taken as soon as possible, and shall provide the TPA, CAM, and the Government with the reason(s) for delay.

6. The CCM shall be responsible for establishing and overseeing Empire's Open Reporting System, as described more fully below.

7. The CCM shall be responsible for ensuring the full development, implementation and documentation by Empire of an Environmental Management System ("EMS") as described more fully below.

8. The CCM shall be responsible for developing a comprehensive budget process to ensure on an annual basis that each vessel is provided adequate funding for shore side disposal of wastes, including bilge water, (without limitation to charterer's primary obligation for any shore side disposal of bilge water for which charterer is responsible), sludge, garbage, and the minimization and management of waste streams, and the maintenance and technical upgrades of environmental equipment and funding necessary to meet all the other requirements of this plan.  Such budgets shall include a documented methodology on the determination of quantities estimated to be sent ashore and or processed by the vessel. The CCM shall be responsible for annually certifying in writing the adequacy of vessel operating budgets, including costs related to the operation, maintenance and repair of pollution prevention equipment, use of shore side reception facilities, labor costs relating to maintenance of machinery spaces and other related costs necessary to meet the objectives of the ECP. The certification shall include a narrative summary in the aforementioned areas and explain the analysis used to determine if such budgets are adequate or not.

9. The CCM shall review, investigate, and document in a timely fashion reports of non-compliance received from employees and shall initiate, monitor, and document all actions taken as a result of such reports.  The CCM shall maintain records of such reports and action taken, and shall make them available for review by the TPA and the CAM.

10. The CCM shall develop and communicate to all employees Empire's policy that Empire will not tolerate retaliation against those who report non-compliance and will develop and communicate a policy that makes failure to notify regarding any violation of this ECP, the EMS, or other maritime environmental protection requirements, grounds for discipline or dismissal, subject to applicable labor laws.

11. The CCM shall be responsible for ensuring that each new employee, or hire, is trained that environmental policy compliance, and accurate and truthful record-keeping are extremely important and the company will take appropriate disciplinary actions for any violations.

12. The CCM shall be responsible for ensuring the development of the Training Requirements detailed in Attachment 3.

13. The CCM shall be responsible for ensuring the full implementation of the Engineering Requirements established in Section VIII of this ECP.

14. The CCM shall be responsible for ensuring the development and maintenance of a system to track and report each vessel's machinery space waste quantities and capacities, as well as garbage production and management.

**B.   Quality Assurance and Operational Integrity Group**

1. Empire shall maintain an internal group designed to ensure quality assurance and operational integrity. This Group may consist of members of the HSQE and OI Departments under the direction of the HSQE Manager and CCM respectively. The heads of this group shall report directly to the Empire MD. This group shall:

   a. Conduct internal audits of 100 percent of the vessels subject to this ECP annually to ISM Code requirements (incorporating safety, environmental and technical management criteria);

   b. Receive and investigate Open Reports, and report findings to the Empire MD;

   c. Investigate vessel casualties and oil pollution incidents as directed by the Empire MD;

   d. Make recommendations to the CCM regarding improvements to the EMS.

2. Technical and Marine Superintendents may serve as members of the quality assurance and operational integrity group, but such personnel may not conduct audits of vessels for which they hold technical management responsibility.

C.     **Reporting of Non-Compliance by Employees and Crew Members (Open Reporting)**

    1.     Empire shall maintain an Open Reporting System by which shore side and vessel employees may anonymously report issues of non-compliance with this ECP, the EMS, and other marine environmental protection requirements via free email or toll-free phone number (any expenses related to such a call shall be borne exclusively by Empire and not the mariner/employee).

    2.     Empire must provide crew members with information about Empire's Open Reporting System prior to each term of employment, and shall inform its crewmember employees of the availability of this reporting system by posting notices in lounge spaces of officers and crewmembers, the engine control room, common areas of the vessels, as well as through company publications and organization-wide announcements issued on at least a semi annual basis.

    3.     The Open Reporting System policy shall include provisions that prohibit retaliation against those who report non-compliance and shall include a written policy that makes failure to notify regarding any violation of the EMS or other maritime environmental protection requirements grounds for discipline or dismissal, subject to applicable labor laws.

    4.     The CCM shall be responsible for maintaining this Open Reporting System.

    5.     Subject to applicable laws, the CCM shall make arrangements to ensure anonymity of such reporting when desired by the individual making the report.

    6.     The CCM shall be informed of each such Open Report, and shall provide a copy of any report containing an allegation of environmental noncompliance to the CAM.

    7.     Empire shall publish reports to the fleet on a semi-annual basis concerning the Open Reporting System, to demonstrate that the system is working. Such reports to the fleet shall be generated even if no open reports have been received during the prior six months.

D.     **Corporate Accountability**

    1.     The CCM shall make quarterly reports to the Empire MD concerning compliance with and implementation of this ECP, the EMS, and other maritime environmental protection requirements.

    2.     Annually, the CCM shall provide a summary of the reports to Empire's shareholders. All issues of non-compliance will be communicated, along

with any corrective action taken. Copies of these reports will be provided to the Government.

    3.    The CCM shall ensure immediate notification to the Government of any circumstances where Empire fails to fully support and finance the implementation of this ECP and the EMS.

**E.**    **Full Company-Wide Cooperation**

    1.    Empire shall communicate to its shipboard and shore staff its commitment to environmental compliance and to all terms in this ECP.

    2.    In the first quarter of every year, Senior Management of Empire shall communicate to its shipboard and shore staff by the most effective electronic manner possible, its commitment to the environment, safety, quality, and commitment to this ECP.

    3.    The CCM shall take all necessary steps to ensure the full cooperation of all employees and agents during all activities required by this ECP and EMS.

    4.    Empire shall provide cooperation to all persons performing audits and inspections, regardless of location. The CCM shall ensure that the TPA and any other inspection, auditing, or monitoring personnel involved in the auditing of any vessel have complete unrestricted access to all vessel areas (subject only to safety considerations), documentation, personnel, material, and equipment. Every audited vessel or office shall provide private locations for one-on-one interviews between employees and various inspection, auditing or monitoring personnel.

**III.**    **VESSEL PERSONNEL**

**A.**    **Chief Engineer**

    1.    Chief Engineers on board all Covered Vessels subject to this ECP shall:

        a.    Ensure complete compliance with the Engineering Requirements established in Section VIII of this plan (as applicable to his/her vessel).

        b.    Assist in the audit process to ensure complete compliance with the various requirements, policies and procedures addressed in Section VIII.

        c.    Measure, monitor, and manage shipboard machinery space generated wastes and the conditions of any equipment having oil to sea interfaces on a daily basis (weather and safety permitting).

d.   Timely resolve (through repairs and/or applicable EMS procedures) engine room, machinery space, or related environmental concerns, such as inoperative or ineffective pollution prevention equipment, waste handling or monitoring equipment, and leakages (except those necessary for packing cooling) stemming from pump seals, packing glands or line breaks, or due to any other causes contributing to the accumulations of bilge fluids, oily mixtures and sludge type wastes.

e.   Ensure that all Engine Room wastes that are subject to special handling requirements are properly managed.

f.   Ensure that all shipboard engine room personnel have appropriate training on environmental policies and procedures, including but not limited to training on the operation and use of pollution prevention equipment, bilge and ballast pumps, incinerator, Oil Water Separator ("OWS") and the making of entries in the Oil Record Books, Garbage Record Book or any other logs required by this ECP or other maritime environmental protection requirements.

g.   Ensure that the Chief Engineer's handover notes include an environmental component and description of the current status of operation, maintenance, and repair, for the Incinerator, OWS, Oil Content Monitor ("OCM") and other pollution prevention procedures or equipment, the status of spare parts for the aforementioned equipment, and an estimation of the day-to-day bilge loads and accumulations. If a company-specified format for handover notes is used, this shall require descriptive entries as stated above, not solely answers marked as "Yes" or "No".

h.   Ensure that all Engine Room records, soundings and tank measurements are accurate and recorded truthfully. Ensure that rough notes, sounding logs and/or other documents used by engine room personnel to record tank soundings and monitor tank levels are maintained throughout the course of probation.

i.   Report all instances where inadequate response associated with spare parts delivery, maintenance and repair, or other factors caused conditions leading to excessive production in shipboard waste streams.

**B.   Master**

1.   In addition to any other existing statutory and regulatory requirements, the Master of each Covered Vessel bound for the United States shall ensure that prompt reports are made to the United States Coast Guard of any equipment malfunction related to marine environmental protection requirements, in its 96 hour Electronic Notice of Arrival ("eNOA") into a US Port.

Additionally, such reports shall be copied to the United States Coast Guard Captain of the Port of the next port of call in the United States.  In addition to his regular duties, the Master shall:

a.      Ensure crewmembers' compliance with the ECP, the EMS, MARPOL, Ballast Water Management and all applicable maritime pollution protection requirements, including EPA Vessel General Permit ("VGP") requirements in US waters.  Crewmember compliance with such requirements will be incorporated as a positive factor in performance evaluations.  Failure to comply with such requirements will be incorporated as a negative factor in performance evaluations and may lead to dismissal or non-rehire.

b.      Maintain on board the vessel all records required by international conventions and treaties including SOLAS, the ISM Code, MARPOL, applicable UNITED STATES State and Federal statutes and regulations, and any additional documents or records required under this ECP and EMS.  Records shall be maintained for the period specified by the vessel's Flag Administration or the relevant law.  Additionally the Master will make such records available to the TPA and the Government upon request.

c.      Ensure that every crewmember has received appropriate training necessary to ensure compliance with this ECP, the EMS, and other maritime pollution prevention requirements and that the proper records of all training on environmental matters are maintained.

d.      Maintain replacement Environmental Tags and used Environmental Tags as set forth in Section VIII of this ECP in the vessel's safe and inspect each damaged Environmental Tag number to ensure Environmental Tags having identical numbers are never used.  Include an inventory of the unused Environmental Tags as a required component of the Master's handover notes.

e.      Ensure the use of, and personally review, handover notes for the Master, Chief Officer, Chief Engineer, and Second Engineer.  Ensure that such handover notes shall include a descriptive environmental compliance component and include information related to the status, handling and discharge of any vessel generated wastes or garbage and the operation of the OWS, OCM and Incinerator.

## IV.    SHORE SIDE PERSONNEL SERVING IN ANY CAPACITY

### A.    Operation, Maintenance and Repair Personnel

Empire shall require all shore side employees having routine involvement with any aspect of the technical management, maintenance, and repair of Covered Vessels to report in writing any

information related to the vessel's or crew's inability to comply with this ECP or any other marine environmental protection requirement.  This may include, but is not limited to, information learned from reviewing or working on orders to purchase lubrication oils, spare parts for pollution prevention equipment or equipment having oil-to-sea interfaces, requests for additional cleaning crews, reviewing or receiving information related to repairs or replacement of pollution prevention equipment, piping, or related systems, discussions with shipboard personnel, or employment of divers for underwater surveys. Such information shall also include knowledge obtained during any ship visits, audits, or inspections, regardless of the stated purpose of the particular visit, audit, or inspection.

### B.        Engineering Personnel

Shore side engineering personnel shall develop and implement a system to identify critical components such as pump seals, flange gaskets, etc., that require rapid replacement in order to minimize leakages and reduce waste stream development in machinery spaces.

### C.        Spare Parts Identification and Rapid Replacement Program

Empire shall implement a spare parts identification and rapid replacement program covering all pollution prevention equipment. Empire agrees to maintain a centralized system for managing critical equipment spare parts ordering and distribution. Empire further agrees to review, and, to the extent feasible, harmonize its pollution prevention equipment onboard all of its vessels to minimize fleet wide difficulties associated with the operation, maintenance, and repair of the equipment, the replacement of various components, and the training of personnel. The Purchasing Department (or equivalent) shall be trained in recognizing critical equipment spare orders and supplying such spares to vessels with a minimum of delay.

## V.    COURT APPOINTED MONITOR

### A.        Selection of Court Appointed Monitor

As part of the ECP, Empire agrees to pay for a CAM who will be selected by the Government and appointed by the Court, and who will be tasked to report to the Court, Office of Probation, and the Government throughout the probation period. Within 30 days from the entry of the plea agreement, Empire will submit a list of five qualified candidates for the CAM position to the Government. If the Government does not approve of any of the candidates, then the Government may request Empire to nominate additional candidates. The Government may require a new CAM at any time during the period of probation if it finds the CAM's work unsatisfactory. Any proposed contracts between Empire and the CAM and Empire will be submitted to the Government for review and approval before being finalized. The CAM may not have been previously employed by Empire or any related entity.

### B.        Contractual Independence

During the term of probation, the CAM shall not directly own any stock or share in Empire, and Empire shall not directly own any stock or share in the CAM. The CAM shall have no other contractual or business relationship with Empire, other than that of the CAM.  The CAM must exercise independent judgment and ensure that the objectives of the this ECP are met. Empire shall

not directly or indirectly employ the CAM in any other capacity other than as the CAM for this ECP during the period of probation or for one year thereafter. Empire and the CAM shall immediately notify the Government if any contractual relationships or proposed contractual relationships, including potential post-probation relationships, between Empire and the TPA are discussed. Empire may not request or receive advance or draft copies of, or edit or propose changes to any document, report, or communication of any kind from the CAM prior to its issuance during this ECP.

**B.      Staff Qualifications**

The CAM must have staff with the following experience:

      1.     expertise and competence in the regulatory programs under United States and international marine safety and environmental laws; and

      2.     expertise and competence to assess whether Empire has adequate management systems, particularly human and fiscal resources, in place to ensure regulatory compliance, correct non-compliance, and prevent future non-compliance; and

      3.     demonstrated capability to evaluate Empire's effort and commitment in satisfying the requirements of this ECP and the Empire Quality Management System (or equivalent), including the EMS.

**C.      Reports and Notifications**

Empire shall provide the CAM with full access to all offices, records and Covered vessels associated with this ECP. Empire shall further ensure that the CAM is promptly provided with all reports and notifications as established in this plan, as specified in Attachment 5.

**D.      Tasks and Responsibilities**

The CAM shall be assigned the following tasks and responsibilities and shall be required to provide written submissions to the Government and USPO as follows:

      1.     Review the relationship between Empire and the CAM, and between Empire and the TPA, and evaluate the adequacy of measures taken to ensure that the CAM and TPA have the authority, budget, and resources to act independently, including the ability to have unfettered access to Empire's offices, records, and Covered Vessels. Any proposed contracts between Empire and the CAM and Empire and the TPA will be submitted to the Government for review and approval.

      2.     Conduct a review and submit an annual report to Empire and the Government regarding the rounds of audits conducted by the TPA pursuant to the Plea Agreement and this ECP. The CAM's reports shall provide a summary of the findings regarding the adequacy of the Audits required by

this ECP and the adequacy of recommendations for change, as found necessary.

3. The annual report shall also include and address any other information of which the CAM becomes aware pertaining to Empire's capabilities to meet the objectives of this ECP and any other marine environmental protection requirement, including any inadequacies of the TPA or with respect to Empire's performance, whether personnel-based or related to any of its vessels, systems, equipment, or components.

4. If the CAM receives information regarding a violation of any existing marine environmental protection requirement or requirement of this ECP, or a failure of Empire to act upon a recommendation of the TPA, the CAM must immediately report the occurrence to the Government. At any time during the probationary period the CAM may inspect or investigate any aspect of the TPA activities as they relate to the requirements of this plan or with respect to Empire's technical management of the Covered Vessels, and shall be provided full access to all records, audit personnel, vessels and shore side facilities as is necessary to perform its duties.

5. Provide any additional reports, in both electronic and hard copy form, to the Government, as requested by the Government or as appropriate and to include inadequacies in the audit process or violations of the terms and conditions of the ECP and EMS, as well as any other findings of significant problems or deficiencies. Make recommendations to the Government as to the adequacy of Empire in meeting the objectives of this ECP.

6. During years one through three of the probationary period, conduct a review of Empire internal environmental audits as necessary to assess the ability of Empire's internal audit process to accomplish the objectives of this ECP and to identify non-conformities with any other marine environmental protection requirements, including any inadequacies with respect to Empire's performance, whether personnel-based or related to any of its vessels, systems, equipment, or components. During the final year of the probationary period, conduct a review of all Empire internal environmental audits to assess the implementation of Empire's internal audit process. Throughout the probationary period, Empire agrees to provide the CAM with access to all internal environmental audit reports and supporting documents.

7. The CAM will perform the Final Audits as described in Section VII.

8. At the conclusion of probation, the CAM shall provide to the Government the total amount that it had billed Empire for the performance of its services pursuant and related to the ECP.

## VI.     THIRD PARTY AUDITOR

### A.     Selection of Third Party Auditor

As part of the ECP, Empire agrees to pay for a TPA that will be selected by the Government and who shall report to the Government during the entire period of probation.  Within 30 days after the entry of the plea agreement, Empire shall submit a list of three qualified candidates for the TPA position to the Government. In the event that the Government does not find any of the candidates qualified or if for any other reason the list of candidates is not acceptable to the Government, the Government may request Empire to nominate additional candidates to serve as the TPA. The Government may require a new TPA at any time during the period of probation if it finds the TPA's work unsatisfactory. Any proposed contracts between Empire and the TPA will be submitted to the Government for review and approval prior to being finalized.

### B.     Marine Engineer Requirement

The TPA shall have experienced senior level Marine Engineers (Chief, First or Second Engineers) on staff that will participate in the shipboard machinery space audits.

### C.     Prior Services

An organization that has provided auditing services to Empire within 1 year prior to the signing of this agreement may be considered by the Government to serve as the TPA, but only if the environmental audit criteria detailed in Section VII of this ECP are followed, and all prior contracts with Empire, Empire related entities, and Empire's counsel are fully disclosed. At the conclusion of probation, the TPA shall provide to the Government the total amount that it had billed Empire for the performance of its services pursuant and related to this ECP.

### D.     Duties and Qualifications

The duties of the TPA shall be to conduct the audits described herein and to issue Reports of Findings.  Qualified candidates for the TPA include individuals or firms that have staff capable of applying International Standards Organization ("ISO") 19011 environmental management auditing criteria and have the following experience: experience as a shipboard Chief, First or Second Engineer; expertise and competence in the regulatory programs under United States and other marine environmental protection requirements; experience in performing environmental audits in industrial or maritime environments; sufficient expertise and competence to assess whether Empire has adequate policies, procedures and equipment in place to assure compliance with the ECP and to ensure regulatory compliance, correct non-compliance, and prevent future non-compliance. The TPA position shall not be filled by any individual or entity associated with the Classification Societies or Flag Administrations to which the vessels listed in Attachment 1 are classed or registered.

### E.     Contractual Independence

During the term of probation, the CAM shall not directly own any stock or share in Empire, and Empire shall not directly own any stock or share in the CAM. The CAM shall have no other contractual or business relationship with Empire, other than that of the CAM.  The CAM must

exercise independent judgment and ensure that the objectives of this ECP are met. Empire shall not directly or indirectly employ the CAM in any other capacity other than as the CAM for this ECP during the period of probation or for one year thereafter. Empire and the CAM shall immediately notify the Government if any contractual relationships or proposed contractual relationships, including potential post-probation relationships, between Empire and the TPA are discussed. Empire may not request or receive advance or draft copies of, or edit or propose changes to any document, report, or communication of any kind from the CAM prior to its issuance during this ECP.

### F.    Adequacy of Staff

The TPA must have adequate staff to perform the work required of this ECP. Due to the in-depth nature of the audit criteria, persons with specialized knowledge and experience will be required to perform the audits. The knowledge, skills and abilities of the TPA and staff must align with the criteria of the audits. Experienced personnel with extensive operational, maintenance and repair of shipboard and machinery space systems, equipment, and components is a prerequisite.

### G.    Access to Records

Empire agrees to provide the TPA with full access to all records and any other information associated with this ECP.

### H.    TPA Auditing Process

1.    In an effort to fully investigate shipboard policies, procedures, conditions and equipment, the TPA may not share in advance with any Empire personnel its audit checklists or other materials used to perform vessel audits. Audit check list items shall include narrative statements indicating how audit determinations were made. All identified audit check list item deficiencies or major non-conformities shall be described in narrative detail. While Empire may not share these checklists or the TPA's narratives with other vessels, it may share it's own descriptions of lessons learned with other vessels.

2.    The TPA shall have the sole discretion to select which Covered Vessels to review and evaluate, consistent with scheduling and availability of those vessels. The audits may take place overseas, during coastwise voyages, and/or in port, as the TPA determines will most effectively and efficiently achieve the objectives of this ECP.  As a general matter, the audits shall take place while the Covered Vessels are underway. If, however, it would be impracticable to conduct an underway audit for a Covered Vessel due to the schedule or duration of such vessel's voyages, the TPA—in consultation with the CAM and Empire—may audit such vessel while it is in port. Audits shall include a comprehensive evaluation of Empire's technical management of the Covered Vessels.  The content of each audit shall follow, at a minimum, the audit criteria addressed in Section VII of this ECP.

-14-

3.  If during the audits the CCM or the Government determine that Empire has inadequate policies, procedures and equipment in place to ensure compliance with this ECP and regulatory requirements, to correct non-compliance, or to prevent non-compliance, Empire will provide all necessary funding and resources to facilitate implementation of corrective measures recommended by the CCM or the Government. Also, if during any audit a violation of existing marine environmental protection requirements is noted, the TPA shall immediately notify the CCM and the CAM. The CCM shall ensure that the necessary notifications occur as required by applicable international and/or United States laws and regulations. In the event of violations of United States laws and regulations, the CCM shall ensure that the Government is immediately notified.

4.  Conflicts pertaining to the interpretation of this ECP and its requirements (including timetables) or with respect to recommendations made by the TPA to Empire as a result of an observation, noted deficiency or major non conformity must be included in the audit report by the TPA and reported to the Government by Empire.

5.  The TPA shall recommend machinery space capital improvements, equipment upgrades and replacement if existing equipment is determined to be inadequate to perform its required function or if such technology has become out-of-date due to changes in applicable laws. The TPA shall notify the Government if it determines that Empire is uncooperative or unwilling to take reasonable action on recommendations.

6.  The TPA may expand the number of Covered Vessels examined, subject to the limitations set forth in Section X(B)(1), in the event that violations are discovered or if other observations are made indicating potential widespread fleet problems. The TPA may also perform follow-up audits for the purpose of verifying actions taken on recommendations. *See* Section VII.

7.  Empire agrees to provide, and to require the TPA to provide, to the Government, their contractual agreement detailing the scope of work that the TPA will perform, and to also provide the resumes of the TPA's auditors assigned to conduct shore side and vessel audits.

8.  The TPA shall produce an audit report for each vessel and shore side facility audit conducted pursuant to this ECP.  Such report shall contain detailed audit findings, including the basis for each finding, and shall identify any areas of concern.  TPA audit reports shall include recommendations to correct any major non-conformities, non-conformities, and observations identified.  Empire shall take action on all recommendations made by the TPA.  The TPA shall include information on any immediate corrective measures taken.  Further, each report shall include information related to the Audit's administration and identify the following:

-15-

      a.      audit scope, including the time period covered by the audit;

      b.      the date(s) the on-site portion of the audit was conducted;

      c.      identification of the audit team members;

      d.      days/hours spent during onboard phase of the audit;

      e.      identification of the company representatives and regulatory personnel observing the audit;

      f.      the distribution list for the audit report;

      g.      a summary of the audit process, including any comments on any obstacles encountered; and

      h.      in the conclusion, whether a follow-up audit of the vessel or shore side facility is recommended within a (specified) timeframe to review corrective and preventive action taken.

9.      The TPA shall submit all audit reports, in electronic form to the CAM, the Government and Empire. Each audit report shall be accompanied with the audit working papers and any correspondence related to the audits. The TPA shall make hard copies of the audit reports available upon request.

10.      Each audit report shall also include a narrative of any conflicts in the interpretation of ECP requirements between the auditor and Empire.

## I.    TPA'S REPORT OF FINDINGS

1.      At the conclusion of each annual round of audits, the TPA shall develop a Report of Findings summarizing the audits. A Report of Findings must be completed within 60 days of completion of each annual round of audits. A Report of Findings shall incorporate information obtained from the individual audit reports and shall provide Empire any recommendations to improve its EMS, including recommendations for follow-up audits where considered necessary.

2.      If the TPA concludes it will be unable to complete its annual Report of Findings within the 60 day period, and determines that additional time will be needed to analyze available information, or to gather additional information, Empire may request the Government to grant the TPA such additional time, as required. The Government agrees to support all such reasonable requests.

3.      Empire agrees to develop and submit a response to the TPA's annual Report of Findings to the CAM and the Government for review and comment. Such

response shall be due within 60 days of receipt of such Report of Findings. Empire shall provide hard copies of its response upon request.

4.      If Empire concludes that it will be unable to develop and submit its response within the 60 day period, it may request the Government to grant additional time, as required.

5.      The CAM and the Government will have 60 days to reply to Empire's responses to an annual Report of Findings. If the Government does not provide a reply, the response of Empire shall be deemed to have been accepted by such entity.

## VII.   AUDITING PROCESS

### A.   AUDIT PHASES

This ECP requires four phases of audits and inspections to be conducted by the TPA and CAM:

1.      Initial Audits - TPA

2.      Ongoing Audits - TPA

3.      Final Audits - CAM

4.      Internal Audit Monitoring - Empire

### B.   Timing and Numbers of Audits

The timing and numbers of audits shall be as follows:

1.      The Initial Audits (more fully described below) shall commence on the date of sentencing and conclude by the end of the first year of probation. The Initial Audits shall include audits of Empire's shore side operations related to the technical management of the Covered Vessels, and 100% of the Covered Vessels identified in Attachment 1 at the time of the entry of the plea. Prior to the entry of the plea, Empire engaged the services of Gallagher Marine Services Inc. to perform audits of some vessels in the fleet. Those audits that were disclosed to and reviewed by the government prior to the entry of the plea are specifically credited as having satisfied the initial audit requirement for those vessels pursuant to this ECP. See Attachment 6.

2.      The Ongoing Audits (more fully described below), shall take place during the second and third years of probation. The Ongoing Audits shall be conducted on at least 80% of the vessels listed in Attachment 1, to include any other vessels that Empire acquires or assumes management (as defined in Section X and as limited in Section X(B)(1)of this ECP).

3. The Final Audits (described below) shall be conducted during the fourth year of probation. The Final Audits shall be conducted on at least 60% of the vessels listed in Attachment 1, to include any other vessels that Empire acquires (as defined in Section X and as limited in Section X(B)(1) of this ECP).

4. During the fourth year of probation, the CAM shall monitor, that is, receive reports and be able to have input on, all Empire environmental internal audits as described in Sections VII and XI.

5. The audits as described herein will ensure that each vessel listed in Attachment 1, will be audited at least <u>twice</u> during the pendency of probation to include credit for the audits performed by Gallagher Marine Services Inc. and identified in Attachment 6. However, should Empire acquire a vessel (as defined in Section X and as limited in Section X(B)(1) of this ECP) during a period of the probation in which it would make the conducting of two audits impracticable or unduly burdensome, it shall so communicate that with the CAM and the Government. The CAM and the Government will exercise good-faith reasonable judgment to accommodate Empire's request.

## C.   TPA ACCESS

The TPA shall have full access to employees and officers, company records, Covered Vessels and shore side facilities to perform its auditing function.

## D.   Initial Audit

1. An Initial Audit will be performed by the TPA to ascertain and evaluate all areas, including the systems, equipment, and components and current practices (whether such practices are documented or not), the knowledge, skills, and abilities of ship and shore side personnel as they relate to the requirements of this ECP, the EMS, and maritime environmental protection and maritime safety requirements. The Initial Audit shall exceed a typical SMS audit or vetting process, and shall be used to examine practices, procedures, and equipment conditions not typically documented during a routine inspection by class society, port state or flag state inspection. The results of the Initial Audits shall be used to shape and revise as needed the EMS required by this ECP.

2. Each Initial Audit shall:

   a. except as permitted in Section VI(I)(2), be performed while the vessel is underway, when systems are in operation and when personnel are performing their normal routines;

   b. assess all waste streams developed from any system, equipment and components found in any engine room or machinery space onboard

the vessel, including observations and documentation describing any apparent leakages that may contribute to bilge loading;

c.    determine the status and quantify leakages stemming from:

    (1)    all pump and valve seals and glands during operation;

    (2)    all piping systems, flanges, gaskets, fittings and joints;

    (3)    all equipment casings including on the main and auxiliary engines and reduction gears;

    (4)    the operation of engines, boilers, incinerators, evaporators; and

    (5)    other mechanical components found aboard the Covered Vessels;

d.    assess the adequacy and performance of the OWS, OCM, Incinerator, Sewage System, and any other pollution prevention equipment to handle the quantities and types of wastes developed during normal operations, including an evaluation of the capacities for all tanks or containers associated with the management of oily residues (sludge), bilge water, other oily wastes, or other wastes, and with regard to the OWS and OCM, specifically include an operational test of the system under actual operational conditions, with consideration of the manufacturer's recommendations. Such test to include an hour of continuous processing of the contents of the Bilge Holding Tank without dilution, and without dilution of the sample line leading to the OCM, conducted in the presence of the auditor(s), Chief Engineer, Second Engineer, and any other engine room personnel assigned responsibility for the operation and/or maintenance of the OWS; provided that if an actual discharge is not feasible due to the location of the vessel or the levels of the Bilge Holding Tanks, then the discharge shall be through a recirculation line, in accordance with procedures approved by Class, and provided further that soundings of the Bilge Holding Tanks shall be made before and after the test and shall be made a part of the audit record, and providing that any alarms shall be recorded and made a part of the audit record, all of the above to be recorded in the Oil Record Book, but in the event that the assessment determines that the OWS is not adequate, then an immediate report shall be made to the CCM and the Government, with a copy of the engine room alarm printout to be retained and appended to the Oil Record Book page documenting the test.

e.    include an evaluation of documentation tracking, maintenance, repair, and modifications of such pollution prevention equipment,

and notifications of the failure of such pollution prevention equipment to shore side personnel;

f.    assess each vessel's crew and its ability to handle the operational, maintenance, and repair workloads in maintaining all systems, equipment, and components onboard, and to minimize waste stream development, in particular assessing whether the size of the engineering crew is adequate for the customary workloads;

g.    assess the adequacy of Empire's existing EMS, procedures, current practices, and equipment, including storage capabilities used to manage shipboard solid wastes generated in all areas of the vessel, and the effectiveness of garbage management plans;

h.    assess the adequacy of Empire's existing EMS with regard to the practices and equipment associated with cargo wastes, and slop tanks if the ship is so designed, and management developed during the various evolutions of cargo operations;

i.    assess the machinery spaces for vulnerabilities to unauthorized ways to dispose of waste, and document any methods or vulnerabilities so identified, specifically, assess whether the vessel is fitted with a duct keel, or equivalent space, and whether the duct keel has been used for the storage of oily water;

j.    assess the adequacy of the vessel's crewmembers to maintain the following records, as applicable, including a thorough comparative analysis of recorded values (against each other where possible):

(1)    Oil Record Book;

(2)    Engine Room alarm printouts;

(3)    Tank sounding sheets;

(4)    Personnel work records and lists;

(5)    Maintenance records;

(6)    Vendor service records;

(7)    Oily bilge water and oil residues (sludge) receipts;

(8)    Deck Log;

(9)    Garbage Record Book;

(10)    Oil to Sea Equipment Interface records;

(11)    Hazardous waste manifests;

(12)    Solid waste discharge receipts;

(13)    OCM calibration records;

(14)    Training records;

(15)    Vetting documents;

(16)    Inspection Documents; and

(17)    EMS or internal audit documents.

k.      assess the adequacy of the policy, procedures, and current practices used to store and dispose of the following, if applicable:

(1)     Solvents;

(2)     Degreasers Cleaning wastes;

(3)     Batteries;

(4)     Paints;

(5)     Oily rags;

(6)     Fluorescent and incandescent bulbs;

(7)     Expired boiler and engine chemicals;

(8)     Used boiler and engine chemicals;

(9)     Galley greases;

(10)    Pyrotechnics;

(11)    Medical supplies;

(12)    Contaminated bunkers;

(13)    Used Oils and greases;

(14)    Incinerator ash;

(15)    Transformer oils;

(16)    Contaminated refrigerants; and

(17)    Hazardous materials;

l.   assess and evaluate documentation showing whether all officers onboard Covered Vessels understand the requirements of the EMS;

m.   assess the EMS and current practices and procedures associated with the Master and Chief Engineer's capability to communicate regarding issues relating to the EMS with shore side personnel including the CCM and other appropriate managers as required, and review such communications;

n.   assess the frequency and adequacy of shipboard pollution prevention and environmental protection meetings and training through interviews of crewmembers and review of records;

o.   assess the current practices and procedures used on the vessel and ashore to track crewmember environmental training, and the availability of, and access to, training resources on board and ashore;

p.   assess the adequacy of reference materials related to each environmental procedure required by this ECP, the EMS and other maritime environmental protection requirements;

q.   assess the adequacy of existing reporting methods to report environmental concerns through a user-friendly system and evaluate whether a reporting individual may remain anonymous; further reviewing processes for handling reports of environmental concerns made by crewmembers and shore side personnel; also evaluate the adequacy of signage and instructional material posted onboard the vessel relevant to availability and use of the existing reporting methods;

r.   assess the applicable EMS to ensure that vessel vendors, technicians, and other non-crewmembers are encouraged to follow requirements regarding pollution prevention and environmental protection;

s.   assess any existing Environmental Tag System ("ETS") tracking and valve locking program including the storage of Environmental Tags, and the prevention of the use of duplicate Environmental Tags;

t.   assess the EMS procedures and the equipment used to maintain refrigeration units, including the availability and status of refrigerant recovery units, the procedures for recovering refrigerants, and the maintenance of a refrigerant leak log;

u.   assess the EMS procedures and equipment related to oil transfer procedures, including slop tanks if ships are so designed, bilges and sludge discharges, conditions of hoses, connections and transfer

equipment, including reviews of Declarations of Inspections, and methods in place to prevent illegal discharges via the shore connections;

v.     assess the EMS procedures and the equipment used to handle emergency releases of hazardous fluids or pollutants on deck or within machinery spaces of the vessel, including a review of the Shipboard Oil Pollution Emergency Plan and an evaluation of the capabilities of personnel performing such duties;

w.     assess all records related to any failure of existing safety or other management systems, including a review of nonconformities and respective corrective actions;

x.     assess the EMS procedures associated with ballast water management and anti-invasive species requirements;

y.     assess the EMS procedures addressing compliance with the Vessel General Permit ("VGP") under the EPA's National Pollutant Discharge Elimination System ("NPDES") in US waters;

z.     assess the availability and content of various manuals, schematics and documents required in the use of all pollution prevention equipment and activities.

### E.    Ongoing Audits

Ongoing Audits will consist of all the elements of the initial audit and any additional requirements created during the revision of the relevant EMS and the implementation of the updated EMS. In the event that any deficiencies are noted during an Ongoing Audit, Empire must manage a feedback system that communicates the deficiency to the relevant persons and monitors the correction of the deficiency. Such feedback system must be amenable to an audit.

### F.    Final Audits

The Final Audits shall take place during the fourth year of probation and shall also be performed in the same manner as the Initial and Ongoing Audits. The Final Audits may take place starting in year three, if in the discretion of the CAM, the other requirements of the ECP and EMS have been completed. The Final Audits shall also assess Empire's full implementation of its updated EMS and evaluate, for the Government, Empire's capability to ensure and sustain complete compliance with the requirements of this ECP, the EMS, and other maritime environmental protection requirements. The CAM shall provide independent verification of the status of Empire's compliance with this ECP. The content of the Final Audits shall be as described in this Section VII.

G.     **Deficiencies/Non-Conformities**

A deficiency or non-conformity is any violation of marine environmental protection requirements (*See* Section I) and the additional requirements and policies established by this ECP. Audit reports shall identify and explain in narrative form all deficiencies noted during the audit process. If appropriate, a recommendation may be developed by the TPA or CAM for any deficiency noted.

H.     **Major Non-Conformities**

1.     In the context of this ECP and the work of the TPA, a Major Non-Conformity is a violation of marine environmental protection requirements or requirements and policies established by this ECP that consists of or contributes to the discharge or potential discharge of unpermitted garbage, oil, oily wastes or other prohibited wastes. It may also include the discovery of pollution prevention equipment determined to be inadequate in terms of processing and monitoring capabilities or inadequate with respect to the quantities of wastes such equipment may be required to process. It may also include evidence that any crewmember has acted in any way to circumvent pollution prevention equipment or an marine environmental protection requirement.

2.     In the event of the determination of a Major Non-Conformity, the TPA shall make immediate notifications to Empire, the CAM and the Government. The CAM shall also immediately notify Empire and the Government if it discovers a Major Non-Conformity during a Final Audit. Such notification may include a recommended course of action.

3.     The CCM shall establish and provide a corrective action plan for any deficiencies, taking into account any recommendations received from the TPA or CAM. Empire shall address immediately any Major Non-Conformities. Corrective action shall be taken with regard to deficiencies within 60-90 days from identification of the issue. The CCM shall report annually on the status of implementation of each corrective action to the Government, to the Empire MD.

VIII.   **ENGINEERING REQUIREMENTS**

A.     **Time of Implementation**

Unless otherwise stated, all of the Engineering Requirements set forth below shall be implemented on Covered Vessels as soon as practicable, as determined by the CCM, and not later than one year from the date of sentencing.

B.     **Environmental Tag System**

1.     Empire shall implement an ETS to prevent unauthorized usage or connections within the engine room and machinery spaces. Under the ETS,

-24-

Empire shall require crew members to use numbered seals to prevent the unauthorized connection to, and discharge through, piping systems that are or may be connected to a machinery space or other bilge system.

2. The ETS seals shall be non re-usable and uniquely numbered. An ETS Seal Log shall be maintained by the Master and Chief Engineer that records each time a seal is affixed or removed, including the date, time, seal number removed, seal number affixed, personnel involved, and reason for any seal removal/replacement.

3. Any existing seals that are found to have deteriorated or had their numbers partially/completely erased shall be replaced immediately, with the reason for replacement entered in the Seal Log.

4. The Master of each vessel shall retain the replacement environmental tags under his/her control in a secure location. The CCM will be responsible for ensuring that no duplication of ETS seal numbers occurs on any Covered Vessels, and will maintain a master tracking document indicating which series of environmental tags have been supplied to each vessel.

**C.   Bilge-Main Cross Connections**

1. Empire shall immediately notify all of its Covered Vessels regarding the prohibition against using cross connections from engine room bilge mains to the suction piping of larger pumps which may be referred to as the "fire and general service pump" or "fire, bilge and ballast" pump. The notification shall state that the usage of these crossovers is similar to bypassing the OWS equipment and is strictly prohibited. Cross connections to eductor systems or any other system capable of pumping out bilge and wastes will also be referenced.

2. The deck plates above or near the locations of these cross connections or other interconnected systems and the valve bodies and associated hand wheels shall be painted international orange. A brightly colored sign with three inch letters shall be permanently fixed nearby, stating - "Bilge System Piping Crossover - Emergency Use Only."

3. To prevent unauthorized usage of those valves, Empire shall require that ETS tags be placed on such valves. The ETS Seal Log shall track any time a crossover to the bilge main is opened. If the valves are remotely operated from the engine control room, the associated push button must be unable to be used without breaking an Environmental Tag. A suitable sign must be posted near the associated push buttons or switches providing restrictive language similar to that above (Section C(2)) as to its use.

**D.     Emergency Bilge Suctions**

All other bilge suction valves not connected to the bilge main, and independent emergency suctions to the vessel's engine room bilges like those which may be connected to sea water circulating pumps, shall be painted brightly and labeled in a manner similar to "Emergency Bilge Suction - Emergency Use Only." The valve wheels will also have a numbered and logged ETS tag capable of breakaway during emergencies, testing, and maintenance. In addition to the ETS Seal Log, the applicable ETS tag numbers shall be recorded in the Chief Engineer's official ETS Log Book, which Log Book shall include explanations for breakage or replacement of any ETS tags.

**E.     Blank Flanges**

1.     To prevent unauthorized connections within the engine room and machinery spaces of the Covered Vessels, every blank or potentially removable flange associated with any piping leading overboard, on systems such as salt water service, main engine raw water cooling or other systems, shall be permanently secured, removed, or fitted with numbered ETS tags through the flange bolts that will break when such bolts are removed, to prevent unauthorized connections and discharges. The ETS tags used shall be numbered and records kept in the ETS Seal Log. Alternative sealing methods, such as numbered foil-coated sticker seals for flanges, may be considered.

2.     The blank flange securing the bilge and sludge transfer system shore connection discharge valve at the discharge stations shall also require a numbered ETS tag. The applicable ETS tag numbers shall be recorded in the ETS Seal Log.

**F.     Bilge/OWS Cleaning and Maintenance**

1.     Every Covered Vessel shall perform cleaning and maintenance of the machinery space(s) bilge, the OWS, and the bilge holding tanks at least every six months. This semi-annual cleaning and maintenance records shall be entered in the vessel's Oil Record Book. Such records shall include: (a) the specific area cleaned; (b) the name of each chemical used to clean the specified area; and (c) confirmation that such chemicals are bilge and OWS-compatible.

2.     Each Covered Vessel must maintain a minimum of six months' supply of bilge and OWS-compatible cleaning products. Upon request, the TPA may assess Empire's cleaning and maintenance procedures for the machinery space(s) bilge, the OWS, and the bilge holding tanks and/or request an inventory of bilge and OWS-compatible cleaning products currently available on each of the Covered Vessels.

G.    **Ship Source Pollution Research and Development Project**

1.    Empire agrees that to the extent funding is provided by the Government, it will assist and make Covered Vessels reasonably available as test platforms for prototype equipment testing and other research purposes during the probationary period; provided that the testing or research can be done safely and without delay to the vessels' schedules, and subject to authorization from vessel owners and charterers.

2.    The intellectual property rights from any technology developed by such research may be allocated by whatever agreement is reached between the research institute and Empire. However, the research partnership shall make all resulting reports publicly available for the benefit of the maritime community.

H.    **Additional OWS / OCM Requirements**

1.    The sample line from the OWS discharge connection to the sample/flush line control valve will be painted a bright color to distinguish it from other tubing and piping in the area. The line must be routed so it is clearly visible to the extent possible for its entire length. No additional connections or tees of any kind may be added to the line.

2.    The end connecting to the OWS discharge pipe may be fitted with a manual valve or petcock, or tamper proof automatic valve. The tube end fittings and the valve handle must be fitted with a numbered seal that will break if the valve is closed, removed, or if the tubing connection nut is loosened. The end nearest the sample/flush line control valve and any tubing in between the control valve and the OCM will be similarly protected to prevent any disassembly of the sensing system.

3.    Empire shall perform testing that ensures that the OCM requires a sample flow for normal operation and control. Any OCM that allows the OWS to function normally without sample flow is prohibited unless all valves from the OWS discharge to the sample/ flush line control valve are removed. Empire shall ensure that every Covered Vessel's OWS is configured and capable of being fully operationally tested in port with the skin valve closed.

4.    Every Covered Vessel shall perform monthly operational tests of the OWS and OCM.  The test shall be logged in the vessel's Oil Record Book and the vessel's Master shall send a report to the CCM.

5.    Every Covered Vessel shall conduct an annual operational test of the OWS system under actual operational conditions, with consideration of the manufacturer's recommendations, such test to include an hour of continuous processing of the contents of the Bilge Holding Tank without

dilution, and without dilution of the sample line leading to the OCM,[1] conducted by the Chief Engineer in the presence of a Empire Superintendent or Maker's Specialist, First Engineer, and any other engine room personnel assigned responsibility for the operation and/or maintenance of the OWS; provided that if an actual discharge is not feasible due to the location of the vessel or the levels of the Bilge Holding Tanks, then the discharges shall be through a recirculation line, in accordance with the procedures approved by Class, and provided further that soundings of the Bilge Holding Tanks shall be made before and after the test and shall be made a part of the test record, and providing that any alarms shall be recorded and made part of the test record, all of the above to be recorded in the Oil Record Book, but in the event that the assessment determines that the OWS is not adequate, then an immediate report shall be made to the CCM, the TPA, and the CAM, with a copy of the engine room alarm printout to be retained and appended to the Oil Record Book page documenting the test.

6.    Every Covered Vessel shall clean the OWS source tanks and remove any accumulated oil at least once every 6 months. Such cleaning shall be logged in the Oil Record Book.

## I.    Record Keeping

All Sounding Records (including draft records or forms used when taking soundings) and Logs required by this section shall be maintained onboard the vessel during the pendency of probation. All Engine Room alarm printouts and records shall also be maintained on board for the pendency of probation.

## J.    Oil Record Book Entries

Empire shall develop and implement procedures regarding the proper maintenance of the Oil Record Book. These procedures, and a plan for their implementation will be submitted to the Government and the CAM for review.

Entries made into the Oil Record Book shall be made and signed by the officer or officers performing or in charge of the operation, and shall be countersigned by the Chief Engineer. Each page shall be signed on completion at the bottom, by the vessel's Master. Empire will ensure that no engineer countersigns entries in the Oil Record Book unless that engineer performed or witnessed the operation recorded.

## K.    Tank Sounding Record Book

Empire shall require vessel personnel to sound all waste, sludge and bilge tanks associated with bilge water, and/or oil residues (sludge) at least daily. The entries in the Tank Sounding Record Book shall be initialed by the person who took the reading. The Tank Soundings Record

---

[1]    A test performed where the source tank is diluted with water or does not contain a representative sample of bilge water is strictly prohibited.

Book must have numbered pages. It shall be maintained in the engine control room for a minimum of three years after the most recent or last entry. The Tank Sounding Record Book shall be made available during all inspections and audits required by this ECP. If the person taking the sounding uses a scrap piece of paper (or other physical recording medium) while conducting the soundings, that piece of paper must be appended to the Tank Sounding Record Book. The Government is aware that a Tank Sounding Record Book is a working document and may be dirty.

L.     **Fuel Oil/Lube Oil Purifier Settings and Line Breaks**

1.     Empire shall have a standard system for monitoring fuel oil and lube oil management, including the operation of the fuel oil and lube oil purifiers and line or piping failures. Any incident involving ships receiving poor quality fuel shall be noted in the Bunker Log or similar record, and such entries shall refer to the relevant bunker receipts.

2.     Any extraordinary operations (such as frequent draining of fuel oil service and settling tanks, draining engine lube oil sump tanks of excessive water, or other problems such as waxing, compatibility, stratification or contamination) shall be recorded in the Engine Log Book. Explanations shall be provided for the handling of unburned oil residues (sludge), oils, oily wastes, and used filters.

3.     Any serious incident involving the leakage of Fuel Oil or Lube Oil leakage shall be fully documented in the Engine Log Book. A root cause analysis shall be performed and documented appropriately, along with any corrective action.

M.     **Oil-to-Sea Interfaces**

1.     Empire shall have a standard system for monitoring equipment having oil-to-sea interfaces. Such interfaces may include oil lubricated stern tubes, bow or stern thrusters, stabilizers, hydraulically operated controllable pitch propellers, and similar equipment whereby the leakage of a sealing component may cause a loss of operating medium into the waters surrounding the vessel. Any replenishment of oil into the head tanks, operating systems reservoirs or other receivers associated with this equipment shall be logged, regardless of the quantity involved. Any ingress of water or drainage of water into or from these systems must also be logged.

2.     When known, an explanation of the loss shall be provided, along with the dates and time the loss occurred and the signature of the engineer that identified the loss. Routine stern tube lube oil loss must be logged and reported immediately on each occasion. If any Chief Engineer fails to promptly and accurately report such conditions, Empire shall investigate and take appropriate disciplinary action, which may include termination of employment, subject to applicable laws.

N.     **Fleet Engineering Survey**

1.     Within 3 months of entering the Plea Agreement, Empire shall survey all shipboard engineers on its Covered Vessels, at all levels, for information on how to make the OWS, OCM, and associated systems and waste management processes tamper-proof, and for recommended methods on reducing or handling waste accumulations within machinery spaces or pump rooms. An assessment requesting the frank opinions of the vessels' engineers as to their ability to adequately maintain the vessels' systems, equipment, and components will be included. The survey will also address the discharge of garbage, how much garbage can reasonable be presumed to be accumulated during a typical voyage, and how to eliminate the discharge overboard of unpermitted garbage. The survey will emphasize non-retaliation for open and honest opinions and reports of current non-compliant circumstances.

2.     The CCM and the CCM's staff shall evaluate the responses and establish a plan to evaluate, test and implement viable tamper-proofing solutions, methods to reduce and handle waste accumulations. The CCM shall also address all maintenance concerns suggested by the vessels' engineers. A summary of the reported information and corrective actions will be provided to the CAM and the Government.

IX.   **TIME REQUIREMENTS – SUBMITTAL OF ENVIRONMENTAL MANAGEMENT SYSTEM**

A.     **Updated Environmental Management System**

Empire shall implement an updated EMS as more fully described in **Attachment 2**. The updated EMS will include and address the following:

1.     Environmental Policy;

2.     Environmental requirements and voluntary undertakings;

3.     Objectives and targets;

4.     Structure, responsibility and resources;

5.     Operational controls;

6.     Corrective, preventative action and emergency procedures;

7.     Training, awareness and competence;

8.     Organizational decision making and planning;

9.     Document control; and

-30-

10.   Continuous evaluation and improvement.

**B.      Obligation to Submit Copies of EMS**

Empire shall submit copies of its updated EMS to the CAM and the Government not later than 18 months before the end of the probationary period.

**C.      Comments on EMS**

The CAM and the Government may provide comments on the updated EMS within 60 days of receipt unless additional time for review is requested in writing. Empire shall submit a written reply, as appropriate, within 30 days of receipt of any comments provided.  If no comments are received from any of the aforementioned parties, the EMS shall be considered to be acceptable, subject to the results of subsequent audits (*See* Section X(C) below).

**D.      Obligation to Submit Proposed EMS Revisions**

If the Final Audit Report produced by the CAM recommends substantial revisions to the EMS, Empire shall submit proposed revisions to the EMS to the Government for review.

**E.      Review of Proposed EMS Revisions**

The CAM and the Government may review the proposed revisions and make a recommendation to the Court as to its acceptance of the proposed revisions to the EMS.

**X.      CHANGES IN OWNERSHIP AND OPERATION**

**A.      Notification of Changes**

Empire agrees that it will immediately notify the CAM and the Government of any change in name, flag of registry, recognized organization, ownership, or class society of any Covered Vessels in the then-current Attachment 1. Empire shall also promptly provide the names of any additional vessels that, during the period of probation, it acquires. For purposes of this ECP, Empire "acquires" a vessel within the meaning of this Section when Empire either: (a) owns[2] or commercially operates the vessel; or (b) technically manages the vessel. In addition, consistent with the criteria used to determine the vessels included in Attachment 1, the term "acquire" does not include any tanker vessels or any vessels that do not call and are not intended to call U.S. ports.

**B.      Acquiring Additional Vessels**

1.   If, during the probationary period, Empire acquires new vessels, as defined above in this Section, Empire shall promptly provide the Government with information regarding the acquisition of the new vessels. Any new vessels that have or come to have a Certificate of Financial Responsibility pursuant

---

[2] Empire "owns" a vessel within the meaning of this section when it has or assumes ownership of 50 percent or more of the vessel.

to the Oil Pollution Act of 1990 will be considered Covered Vessels nd subject to the terms of this ECP.

2. New Buildings – Empire shall perform a waste stream analysis on each class of new vessel buildings that it acquires and/or assumes technical management of, as defined above in this Section, and which is subject to this ECP. As soon as practicable, and to the extent possible, Empire shall ensure a balance between the estimated waste stream generated and the capacity of the vessel's waste disposal equipment to properly dispose of waste generated by the vessel. Once acquired by Empire or coming under Empire's technical management, a vessel will be subject to an Initial Audit, Ongoing Audit, or Final Audit, depending on the year of the probation period in which it is acquired.

3. Additional Vessels – When Empire acquires a vessel that is determined to constitute a Covered Vessel subject to the terms of this ECP, according to the definitions and procedures set forth in Sections X(A) and X(B)(1), Empire shall perform an Internal Audit (using the criteria for an Initial Audit) of the environmental capabilities of each newly-acquired vessel within 60 days of acquisition. Based upon the stage of probation when such vessels are acquired, Initial, Ongoing, and Final audits may also be required, as described in Section X.

4. Vessels of Less Than 300 Gross Tons - Notwithstanding the above requirements, Empire shall exercise its best efforts to fully implement this ECP on any Covered Vessels of less than 300 gross tons that it technically manages, but may employ modified procedures as suitable based upon the size of such vessels. Empire shall notify the Government of any such vessel(s) to which such modified procedures apply and of the nature of such modified procedures. Such required notifications shall be made to the Government within 60 days of acquisition of such vessel or within 60 days of Empire's assumption of management.

5. Empire agrees that this ECP and its requirements shall remain in effect for all Covered Vessels in Attachment 1, regardless of changes in the vessels' flag of registry, recognized organizations, name, or class society. Empire shall notify the CAM and the Government before any vessel is released from the requirements of the ECP due to a change in ownership, commercial operation, or technical management, or scrapping of the vessel.

## XI.    SELF-ENFORCEMENT

### A.    Self-Enforcement Procedures

Empire agrees that it will undertake and implement the necessary procedures to ensure that the officers and crew of each of the Covered Vessels, and all shore side employees, managers, and other employees involved with the technical management, maintenance, or repair of the Covered

Vessels diligently comply with this ECP and the associated requirements in their entirety. Among other efforts, Empire shall establish, authorize and fund an internal office capable of conducting independent safety and environmental audits with direct reporting line to the Empire MD, board of directors, and shareholders.

## XII.  SCHEDULE

### A.  Requirement to Comply With Schedule

Empire shall strictly comply with the requirements of this ECP, including the dates and periods mentioned herein. Should Empire be unable to comply with any of the deadlines herein, Empire shall immediately notify the CAM and the Government.

## XIII.  REPORTS AND COMMUNICATIONS

### A.  Submission of Documents

As described in Section I(G), the submission of all reports, audits, and other documents pursuant to this ECP, to any party or governmental interest, must be made, to maximum extent practical, in an electronic form. Empire shall communicate with the TPA, CAM and the Government about what methods of submission of this electronic data will be most practical given that each of these parties may have differing network capabilities and restrictions. Empire, the TPA and the CAM will provide to the Government paper copies of any submission or documents pursuant to this ECP if so requested.

## XIV.  ACKNOWLEDGEMENT

Empire has read this ECP carefully and understands it thoroughly. Empire enters into this ECP knowingly and voluntarily, and agrees to abide by its terms.  By signing below, the corporate representative agrees that the such representative has been duly authorized by the Empire MD.

For the United States:

TODD KIM
Assistant Attorney General
Environment and Natural Resources
Division
U.S. Department of Justice

DUANE A. EVANS
United States Attorney
Eastern District of Louisiana

By: _____
RICHARD A. UDELL
Senior Litigation Counsel
Environmental Crimes Section

By: _____
G. DALL KAMMER
Assistant United States Attorney
Eastern District of Louisiana

-33-

I have read this ECP and its attachments in their entirety, and have discussed them with the Empire MD and with Empire's attorneys. I hereby represent that I am an officer of Empire and that I am duly authorized to enter into the plea agreement, including the ECP. I hereby acknowledge that the plea agreement and the ECP fully set forth the agreement of Empire with the United States. I further state that there have been no additional promises or representations made to or for the benefit of Empire by any officials of the United States in connection with this matter.

On behalf of Defendant Empire

VASILEIOS KOUTSOLAKOS / DIRECTOR     MAY 23, 2022
Name    Position                    Date
~~Empire Bulkers LTD~~

I have been duly authorized by a corporate resolution to sign this ECP, which is attached to and incorporated into the plea agreement with the United States.

George Chalos                  May 23, 2022
Counsel for Empire Bulkers LTD    Date

Briton P. Sparkman           05/23/2022
Counsel for Empire Bulkers LTD    Date

-2-

ATTACHMENT 1

<u>Covered Vessels</u>

| Name of Ship | IMO # | Date of COFR |
|---|---|---|
| MICHALIS | 9545510 | 11/09/2021 |
| NAZENIN | 9545508 | 10/13/2020 |
| NORAH | 9460289 | 02/19/2020 |
| JOANNA | 9460277 | 10/13/2020 |
| NERAIDA | 9272448 | 10/30/2020 |
| PANAGIOTIS | 9461063 | 10/06/2020 |
| HEIDE | 9498822 | 10/13/2020 |
| GALENE M | 9536997 | 02/01/2021 |
| APHRODITE | 9450832 | 10/03/2019 |
| SCROOGE | 9350094 | 02/24/2020 |
| BOBIC | 9317781 | 10/19/2020 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## ATTACHMENT 2

## Environmental Management System

Empire must attain ISO 14001 certification for each of its offices engaged in the technical management of the Covered Vessels. The CCM shall be responsible for maintaining the EMS certified to ISO 14001/2009 standards and in a manner which addresses the following elements:

### Environmental Policy

The EMS should be based upon a documented and clearly communicated policy. Such policy should set out Empire's commitment to a cleaner marine environment. It should include:

- provision for compliance with environmental requirements;

- commitment to continuous improvement in environmental performance, including those areas required by this ECP;

- commitment to pollution prevention that emphasizes source reduction, to include funding and human resources necessary to effectively maintain and repair the systems, equipment and components found in machinery spaces of vessels;

- commitment to continuous reduction of environmental risks; and

- commitment to sharing information with external stakeholders on environmental performance.

### Environmental Requirements and Voluntary Undertakings

The EMS must provide a means to identify, explain and communicate all environmental requirements and voluntary undertakings to all employees and to all vendors, technicians, and other non-crewmembers whose work could affect Empire's ability to meet those requirements and undertakings.

Environmental requirements include statutes, regulations, permits, and agreements such as this ECP. Voluntary undertakings include the adaptations of additional best practices or industry norms that Empire may choose to adopt.

The EMS must include procedures for ensuring that the organization meets such environmental requirements, voluntary undertakings and the additional requirements of this ECP. The EMS must also specify procedures for anticipating changes to environmental requirements, including new requirements that may apply as a result of changes in operations and incorporating these changes into the EMS.

### Objectives and Targets

The EMS will establish specific objectives and targets for:

- achieving and maintaining compliance with all marine environmental protection requirements and the requirements of this ECP;

- training, educating and fostering among all shipboard and shore side personnel the need for solid environmental stewardship through a conscious effort at pollution prevention and accurate recordation of shipboard evolutions;

- environmental performance demonstrating continuous improvement in regulated and non-regulated areas;

- pollution prevention that emphasizes source reduction with respect to machinery space waste streams and effective management of cargo related wastes.

- Sharing information with external stakeholders on environmental performance against all EMS objectives and targets.

The EMS must establish appropriate time frames to meet the foregoing objectives and targets. The time frames must be documented and updated as environmental requirements change, or as modifications occur in activities and structures within organizations that may affect environmental performance, or as a result of recommendations made by the TPA.

### Structure, Responsibility and Resources

Empire will ensure that it has sufficient personnel and other resources to meet its objectives and targets. The EMS will describe in detail the procedures and steps for achieving those objectives and targets. The EMS will define the compliance roles and responsibilities of all vessel and shore side personnel involved with the technical management, maintenance, and repair of the Covered Vessels, and will indicate how they and other corporate personnel will be held accountable for achieving and maintaining compliance with this EMS, the requirements of the ECP, and other marine environmental protection requirements. Additionally, it will describe how environmental performance and compliance information will be communicated to all vendors, technicians, and other non-crewmembers onboard Empire's vessels. The EMS will also establish procedures for receiving and addressing concerns raised by these personnel regarding environmental performance and compliance.

### Operational Control

The EMS will identify and provide for the planning and management of all Empire operations and activities related to Empire's technical management of the Covered Vessels, with a view to achieving the EMS objectives and targets. For example, vessel deck department, pump room, and machinery space maintenance and repair will be an important aspect in achieving and maintaining compliance and enhancing environmental performance.

### Corrective and Preventive Action and Emergency Procedures

Empire, through its EMS, will establish and maintain documented procedures for preventing, detecting, investigating, and reporting (both internally and externally), any occurrence that may affect the organization's ability to achieve the EMS objectives and targets, and for promptly initiating corrective action.

Such measures must focus particular attention on incidents that may have an effect on compliance with environmental requirements as well as on environmental performance in regulated and non-regulated areas, including requirements of this EMS, the ECP or other marine environmental protection requirements.  Examples of such situations include incinerator or OWS malfunctions, overflows of tanks within machinery spaces, fuel oil, lube oil, or saltwater line failures, operator errors and other accidental releases.

The EMS must also establish documented procedures for mitigating any adverse impacts on the environment that may be associated with accidents or emergency situations, and for ensuring that similar incidents are avoided. The EMS must include procedures for tracking any preventive and corrective actions that are taken. If the environmental violation or incident resulted from an identified weakness in the system, the EMS should be updated and refined to minimize the likelihood of such problems recurring in the future. The EMS should also, to the extent possible, provide for the testing and evaluation of emergency procedures.

### Training, Awareness and Competence

The EMS must establish procedures to ensure that all personnel (including vendors, technicians, and other non-crewmembers) whose job responsibilities affect the ability to achieve the EMS objectives and targets, have received sufficient training and/or familiarization regarding the EMS requirements to enable such persons to meet their specific EMS responsibilities. In particular, the training and/or familiarization should enable such personnel to be aware of, and comply with, environmental requirements specific to their duties under the EMS and this ECP and other marine environmental protection requirements. Additional training requirements are set forth in Attachment 3.

### Organizational Decision-making and Planning

The EMS must describe how these various Management System elements will be integrated into the organization's overall decision-making and planning, in particular, decisions on capital improvements or recommendations on capital improvements, training programs, vessel operations, and maintenance and repair activities. Specific information shall be provided relating to the additional resources and oversight required of older vessels within its fleet.

### Document Control

The EMS must establish procedures to ensure maintenance of appropriate documentation relating to its objectives and targets and should also ensure that those records will be adequate for subsequent evaluation and improvement of the operation of the EMS. Additionally, it must document the organization's state of compliance with marine environmental protection requirements and the requirements of the ECP.  All records will be maintained and made available to the TPA, and Port and Flag State Personnel.

### Continuous Evaluation and Improvement

The EMS must include methods to perform periodic, documented and objective auditing of the organization's performance in achieving these objectives and targets and on how well the EMS assists the organization in achieving those objectives and targets. This requirement is independent

from the auditing requirements detailed elsewhere in this plan. The goal of such internal audits and reviews will be to allow management to continuously monitor and access vessel systems, equipment and components, and the ability and proficiency at which vessel crewmembers and personnel ashore comply with the policies and procedures established by this EMS.

Additionally, the EMS will:

- identify an ongoing process for assessing operations for the purposes of preventing and controlling or minimizing waste stream development and releases, ensuring environmental protection, and maintaining compliance with a primary emphasis on marine engineering, vessel machinery space systems, equipment and components and any shipboard systems having oil-to-sea interfaces, including criteria for when a vessel is to be taken out of service for an environmental discharge-related repair such as when caused by leaking stern tubes, thrusters or other equipment;

- include organization charts, as appropriate, that identify shore side and vessel individuals having environmental performance, risk reduction, and regulatory compliance responsibilities, and specify responsibilities of Port Captains, Port Engineers, and Engineering Superintendents to report information related to environmental releases or inadequate performance of environmental pollution protection equipment, system casualties resulting in internal spills, excessive waste development and leaking equipment with oil-to-sea interfaces;

- promote non-retaliatory practices and ensure that employees are not punished or otherwise suffer negative consequences for reporting violations of environmental laws, regulations, or policies, and describe potential consequences for departure from specified operating policies and procedures, including possible termination of employment, and liability for criminal/civil/administrative penalties as a result of noncompliance;

- make employee compliance with environmental policies of this ECP, the EMS and other marine environmental protection requirements a positive factor, and failure to comply a negative factor, in all evaluations undertaken for the performance of all its employees;

- include policies against any incentive or bonus programs based on minimizing operational costs associated with the operation, maintenance and repair of machinery space systems, equipment and components, to ensure that employees do not avoid such costs and thereby sacrifice environmental compliance;

- describe a confidential non-compliance reporting system that is adopted to ensure that employees may quickly and confidentially report discharges, spills, environmental incidents and other environmental performance data;

- identify all operations and activities where documented standard operating practices (SOPs) are needed to prevent potential violations or unplanned waste stream releases, with a primary emphasis on marine engineering, vessel engine room and machinery space operations, systems, equipment and components, including the development of SOPs and the manuals described in Attachment 4;

- identify the types of records developed and maintained in support of the ECP and the EMS, such as reports, audit working papers, correspondence, communications, and reports from

-8-

the confidential system for non-compliance reporting, identify personnel responsible for their maintenance, and identify procedures for responding to inquiries and requests for release of information;

- provide a system for conducting and documenting routine, objective, self-inspections by Empire internal auditors, supervisors and trained staff to check for malfunctions, deterioration, and inadequate maintenance of pollution prevention equipment, worker adherence to SOPs, unusual situations, and unauthorized releases; and

- identify a dedicated funding source which is rapidly and easily accessible for necessary expenditures for personnel training, parts inventory and ordering, and maintenance of pollution prevention equipment.

**ATTACHMENT 3**

**Employee Training Program**

(1)     The CCM will be responsible for ensuring there are training programs in place to educate and train Empire vessel and shore side employees associated with the technical management of the Covered Vessels. The CCM shall name a Company Training Manager to ensure that the requirements of this section are met.

(2)     Training shall occur annually. Training may be performed by qualified instructors at a training facility or through Computer Based Training.  Crewmembers shall receive such training before signing on board a Covered Vessel, or if unable to receive such training beforehand, within 7 days of signing on board. Existing shore-side employees associated with the technical management of the Covered Vessels must receive such training within 6 months of the commencement of the probationary period. New shore-side employees associated with the technical management of the vessels hired after 6 months from the commencement of the probationary period must receive such training before the employee assumes his or her duties.

(3)     The training shall include pertinent sections of this ECP, the EMS, and existing marine environmental protection requirements and discussion of the consequences to Empire and its employees for failure to comply with the requirements of this ECP.

(4)     The training for crewmembers and Superintendents shall include shipboard-related technical and practical information associated with pollution prevention and the operation, maintenance and repair of pollution prevention equipment and systems as appropriate for the work responsibilities and department in which an employee works.

(5)     The training shall also include instruction regarding:

- Corporate environmental compliance structure, including the CCM and contact information;

- Comprehensive overview of this ECP, the EMS, and other marine environmental protection requirements;

- The reporting system used to report non-compliance;

- Consequences for violations such as remedial training, suspension, termination, and civil and criminal liability;

- Pollution prevention and minimization programs specifically relating to steward, deck, and engine department procedures and operations;

- All requirements set forth in the Engineering section of this ECP;

- Position specific training in the operation, maintenance and repair of OWS, incinerators and other pollution prevention equipment;

- Procedures for solid and hazardous waste segregation and storage, disposal, and reporting of releases; and

- All other shipboard environmental protection related procedures examined and described in Section VII of the ECP.

(6)     A basic initial training program shall be provided to vessel employees currently onboard Covered Vessels at the time the plea is entered in an effort to promptly mitigate pollution risk and ensure environmental protection. Employees must also receive the full instruction described in the preceding paragraph prior to returning to a vessel on a new contract.

(7)     The Company Training Manager will maintain a catalog that provides an overview of the training courses; identifies the person responsible for delivering the training; and establishes a tracking system to monitor the type, frequency and successful completion of training.

(8)     The CCM shall provide the TPA with details of environmental training courses provided to their officers and crew at establishments ashore, along with their annual schedule.  The TPA shall be required to conduct a review of such courses at a minimum of one training establishment per year during the Initial and Ongoing phases, provided that courses at all the training establishments are reviewed at least once during the first two years of the probation period.

(9)     During the Final phase, the TPA shall conduct a review of training courses offered at the location with the highest number of students, representing the nationality that forms the majority of Empire's shipboard crew.

**ATTACHMENT 4**

**Bilge, Sludge, Sewage & Hazardous Materials**

In addition to the requirements set forth in Attachment 2, the following subjects shall be addressed in the EMS:

**Bilge Water and Sludge Management:**[3]

- describing Empire's policy and detailed procedures regarding management, disposal and discharges, including the identification of persons responsible for shipboard environmental compliance;

- describing applicable ECP and EMS requirements, domestic and international laws, regulations and standards (including applicable portions of the United States Code of Federal Regulations ("CFR"), other pertinent pollution laws and regulations, MARPOL regulations, and standards);

- describes reporting requirements (including internal and external reporting requirements relating to spills and discharges);

- containing a general overview of the engineering requirements of this ECP and addressing bilge water, oily wastes, sludge systems equipment and components. This shall also include manuals for incineration, separation and monitoring equipment and system schematics and routine, daily and preventative maintenance and the identification and required inventory of all critical spare parts;

- describing fundamentals and maritime practices of waste stream minimization including engine room housekeeping, minimization of bilge loads and leakages, use of proper cleaning chemicals, and prevention of sewage and black water spills into bilge tanks in accordance with the requirements of this ECP, the EMS, and other marine environmental protection requirements;

- describing system operation and procedures for usage of all associated bilge management equipment, the sealing and securing of associated valves, offloading procedures and necessary operational checklists;

- describing record keeping of Oil Record Books, including items to be recorded, as required by MARPOL, and record keeping requirements of additional logs described in the Engineering section of this ECP;

- describing consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, remedial training, possible suspension or termination of employment, and civil and criminal liability; and

- describing processes associated with the sealing and locking program for system crossover and connection valves where bilge systems tie into ballast, general service and other pumping or eduction systems, and the processes for sealing other

---

[3] The amendments below are for clarity, and do not substantively change the government requirements.

identified connections and other systems capable of bilge removal with the use of the OWS.

**Sewage Treatment:**

- describing Empire's policy and procedures regarding management, disposal and discharges, including the identification of persons responsible for environmental compliance;

- describing applicable ECP and EMS requirements, domestic and international laws, regulations and standards, including applicable portions of the CFR, other pertinent pollution laws and regulations, MARPOL regulations, and standards;

- describing internal and external reporting requirements relating to discharges;

- describing general overview of system including the basic and general functions of sewage systems and equipment, including system schematics;

- describing fundamentals and maritime practices of sewage system management in accordance with the requirements of MARPOL 73/78 and the ECP;

- describing system operation and procedures including the standard operating procedures for usage of all sewage equipment and systems, and operational checklists;

- describing maintenance of sewage system equipment, including routine, daily and preventative maintenance, record-keeping, and the identification and required inventory of critical spare parts; and

- describing consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, which may include remedial training, possible suspension or termination of employment, and civil and criminal liability.

**Hazardous and Solid Waste Management**

- describing Empire's policy and procedures regarding management, disposal, and discharge, including the identification of persons responsible for environmental compliance;

- describing applicable ECP requirements, domestic and international laws, regulations and standards, including applicable portions of the UNITED STATES Code of Federal Regulations, other pertinent pollution laws and regulations, and MARPOL regulations and standards;

- describing internal and external reporting requirements for tracking and disposal of covered wastes;

- describing systems used to control, treat and dispose of specific wastes, including system schematics, where appropriate;

- describing fundamentals and maritime practices of waste minimization that include discharge procedures in accordance with the requirements of MARPOL 73/78 and the ECP;

- describing the system operation and procedures, including standard operating procedures for usage of hazardous waste management systems, off-loading procedures, and operational checklists;

- describing procedures for completing required discharge receipts and other entries;

- describing routine, daily and preventative maintenance, record-keeping, and the identification and required inventory of critical spare parts; and

- describing consequences for violation of regulations, policies and procedures, including individual and corporate consequences for violations, to include remedial training, possible suspension or termination of employment, and civil and criminal liability.

**Required Documentation and Reference Material:**

Requiring that the following documentation and reference material will be readily on board each Covered Vessel:

- Regulatory References;

- System Schematics (where applicable);

- Tank Tables;

- Tank Arrangements;

- Holding Capacities;

- Critical Spare Parts List;

- MSDS for any chemicals or hazardous substances used in the Engine Room;

- List of Regulated Wastes;

- Discharge Restrictions List;

- Forms;

- List of Sealed Valves; and

- List of Locked valves.

**ATTACHMENT 5**

**Reports and Notifications to be Provided to the Court Appointed Monitor**

1.      Audit reports prepared by the TPA.

2.      Reports of non-compliance received from employees and action taken by the CCM.

3.      Quarterly reports made to the Empire MD concerning compliance with and implementation of this ECP, the EMS, and other maritime environmental protection requirements.

4.      Annual summaries of reports by the CCM to the Empire MD, including issues of non-compliance and corrective action taken.

5.      Reports of circumstances where the Company fails to fully support and finance the implementation of the ECP and the EMS.

6.      Reports of Analysis of representative oil samples.

7.      Internal audit reports and supporting documents.

**ATTACHMENT 6**

<u>GMS Environmental Audits</u>

| Name of Ship | IMO # | Date of Env. Audit |
|---|---|---|
| MICHALIS | 9545510 | 07/01/2021 |
| NAZENIN | 9545508 | 09/11/2021 |
| NORAH | 9460289 | 05/27/2021 |
| JOANNA | 9460277 | 04/19/2021 |
| PANAGIOTIS | 9461063 | 06/05/2021 |
| GALENE M | 9536997 | 04/19/2022 |
| APHRODITE | 9450832 | 03/23/2021 |