UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 21-126** |
| **WARLITO TAN** | **SECTION: "S"** |

### ORDER AND REASONS

Before the court is the United States of America's **Motion to Reconsider the Court's Ruling on Certain Rule 15 Testimony**. Rec. Doc. 207. Defendant, Warlito Tan, opposes the motion. Having considered the record, the memoranda of counsel, and applicable law, the court finds as follows:

With respect to the testimony of Bienvendo Cabanayan, given at pages 79:6-83:17, the court **GRANTS** the motion for reconsideration and **OVERRULES** the objection. The court finds that the testimony does not exceed the scope of cross-examination and is relevant to issues for trial.

With respect to the testimony of Captain Holdun Akkaya, given at pages 120-129 (as specified in the government's motion), the court **DENIES** the motion for reconsideration. This testimony reflects Captain Akkaya's understanding of applicable legal regulations. It is not being admitted to establish what the law actually is (on which the court will instruct the jury), but rather to establish Captain Akkaya's understanding of the law, which is potentially relevant. Accordingly,

**IT IS ORDERED** that the United States of America's **Motion to Reconsider the Court's Ruling on Certain Rule 15 Testimony (**Rec. Doc. 207) is **GRANTED in part** and **DENIED in part**.

New Orleans, Louisiana, this __9th__ day of June, 2022.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**