UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: S |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | MAG: JVM |
| **WARLITO TAN** | * | |
| | * * * | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING
OF EMPIRE BULKERS LTD AND JOANNA MARITIME LIMITED**

The government respectfully moves this Court to continue the August 25, 2022 sentencing of Empire Bulkers LTD and Joanna Maritime Limited until after the completion of the November 7, 2022 trial against Warlito Tan as set forth in the plea agreement. Rec. Docs. 214 and 216 at 5.

WHERFORE, the government requests that this motion be GRANTED.

Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

DUANE A. EVANS
United States Attorney

*s/ Richard A. Udell*
Richard A. Udell
Senior Litigation Counsel
Environmental Crimes Section
U.S. Department of Justice
150 M St., N.E./Room 4206
Washington, D.C. 20044
Telephone: (202) 305-0361
Email: richard.udell@usdoj.gov

*s/ G. Dall Kammer*
G. Dall Kammer (26948)
Assistant U.S Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/ G. Dall Kammer*
G. DALL KAMMER
Assistant United States Attorney
