UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: S** |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |

\* \* \*

### ORDER

Considering the foregoing;

**IT IS ORDERED** that the August 25, 2022 sentencing of defendants Empire Bulkers LTD and Joanna Maritime Limited is hereby continued until __December 1__, 2022 at __2:00__ pm.

New Orleans, Louisiana this __17th__ day of August, 2022.

_____
**HONORABLE MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**