UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-126 |
| EMPIRE BULKERS LTD.<br>JOANNA MARITIME LIMITED | SECTION: "S" (4) |

RENOTICE OF **SENTENCING**

Take Notice that this criminal case has been reset for **SENTENCING** on **December 1, 2022** at **2:00 p.m.** before Judge Mary Ann Vial Lemmon, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE. PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

| | |
|---|---|
| Date: August 18, 2022 | CAROL L. MICHEL, CLERK<br>by: Melissa Verdun, Deputy Clerk |
| TO: **EMPIRE BULKERS LTD.** | AUSA: Caroline Gabriel, Edward MacColl and William Most |
| **Defense Counsel:**<br>Daphne McNutt, Esq.- dmcnutt@barrylawco.com<br>Briton Sparkman, Esq.- bsparkman@chaloslaw.com<br>George Chalos, Esq.- gmc@chaloslaw.com | U.S. Marshal<br><br>U.S. Probation & Pre-Trial Services Unit |
| **JOANNA MARITIME LIMITED** | Interpreter: **YES** |
| **Defense Counsel:**<br>Daphne McNutt, Esq.- dmcnutt@barrylawco.com<br>Briton Sparkman, Esq.- bsparkman@chaloslaw.com<br>George Chalos, Esq.- gmc@chaloslaw.com | SA Jason Wyle, CGIS<br>Sacno.court@dhs.gov<br><br>**If you change address, notify clerk of court by phone, 504-589-7708** |