UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: "S"** |
| **EMPIRE BULKERS LTD** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |

\* \* \*

## GOVERNMENT'S MOTION TO ENROLL CO-COUNSEL

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests that Assistant United States Attorney David Berman be enrolled as co-counsel in the above-captioned matter.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ David Berman*
DAVID M. BERMAN
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3052
Email: david.berman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ David Berman*
DAVID M. BERMAN
Assistant United States Attorney