UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: "S"** |
| **EMPIRE BULKERS LTD** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |

\* \* \*

# O R D E R

Considering the foregoing Motion to Enroll Co-Counsel;

**IT IS ORDERED** that David Berman be and is hereby enrolled as co-counsel for the United States of America in the above-captioned matter.

New Orleans, Louisiana, this _____ day of October, 2022.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE