# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-126** |
| | * | |
| **v.** | * | **SECTION: "S" (4)** |
| | * | |
| **EMPIRE BULKERS, LTD.,** | * | |
| **JOANNA MARITIME LIMITED, AND** | * | |
| **WARLITO TAN** | * | |

*   *   *   *

## <u>ORDER</u>

Considering the foregoing *Ex Parte* Unopposed Motion for Expedited Consideration of witness Gerone Bernabe's Motion to Release Witness from Trial Subpoena (Rec. Doc. 258), the government's opposition thereto, and defendant's response thereto;

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion is **GRANTED**. Any reply memorandum shall be file by **October 26, 2022**, at which time the matter will be submitted on briefs. The request for oral argument is denied.

New Orleans, Louisiana, this ___25th___ day of October, 2022.

HON. JUDGE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE