UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |
| | * | |

## ORDER

Upon consideration of Defendant Tan's Motion to Expedite Hearing on his Motion in Limine to Preclude the Government from Accusing him of Failing to Maintain an Oil Record Book or Violating MARPOL it is hereby ORDERED as follows:

The Motion is <u>GRANTED</u>. The Motion in Limine shall be submitted on briefs on **November 3, 2022 at 2:00 pm.** If the Government wishes to oppose the Motion in Limine to Preclude the Government from Accusing him of Failing to Maintain an Oil Record Book or Violating MARPOL (Rec. Doc. 263), it shall file any opposition by **Friday, October 28, 2022**.

DATED at New Orleans, Louisiana this <u>25th</u> day of October 2022.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

1