UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-126 |
| EMPIRE BULKERS LTD. and JOANNA MARITIME LIMITED | SECTION: "S" |

**Re-NOTICE OF SENTENCING**
**(By Videoconference)**
(previously set for 12/1/2022)

**TAKE NOTICE** that this criminal case has been reset for SENTENCING on **Thursday, January 19, 2023, at 2:30 p.m.** before District Judge Mary Ann Vial Lemmon, 500 Poydras Street, New Orleans, Louisiana 70130.

| | |
|---|---|
| Date: November 23, 2022 | CAROL L. MICHEL, CLERK<br>by: Courtney Ancar, Case Manager |
| TO: **EMPIRE BULKERS LTD.** | AUSA: Dall Kammer, Kenneth Nelson, David Berman, and Richard Udell |
| **Defense Counsel:**<br>Daphne McNutt, Esq.- dmcnutt@barrylawco.com<br>Briton Sparkman, Esq.- bsparkman@chaloslaw.com | U.S. Marshal |
| George Chalos, Esq.- gmc@chaloslaw.com | U.S. Probation & Pre-Trial Services Unit |
| TO: **JOANNA MARITIME LIMITED** | Interpreter: **GREEK** |
| **Defense Counsel:**<br>Daphne McNutt, Esq.- dmcnutt@barrylawco.com<br>Briton Sparkman, Esq.- bsparkman@chaloslaw.com<br>George Chalos, Esq.- gmc@chaloslaw.com | SA Jason Wyle, CGIS<br>Sacno.court@dhs.gov |

**If you change address,
notify clerk of court
by phone, 504-589-7715**