UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL DOCKET |
| | * | |
| v. | * | |
| | * | NUMBER: 2:21-CR-00126-MVL-KWR |
| EMPIRE BULKERS LTD., JOANNA MARITIME LIMITED, and WARLITO TAN, | * * * | SECTION: "S" |
| | * | |
| Defendants. | * | |
| | * | |

### *EX PARTE* MOTION TO APPEAR FOR SENTENCING VIA VIDEO CONFERENCE OR IN THE ALTERNATIVE TO CONTINUE SENTENCING

**COME NOW**, JOANNA MARITIME LIMITED and EMPIRE BULKERS LTD. ("Defendants"), through undersigned counsel, who respectfully move this Court to permit the January 19, 2023 Sentencing Hearing to proceed by video conference, or in the alternative, to continue the matter. In support thereof, Defendants would respectfully show as follows:

1. On November 23, 2022, the Sentencing Hearing in this matter was re-noticed from December 1, 2022 to Thursday January 19, 2023, at 2:30 p.m. and set to proceed by video conference. Doc. No. 318.

2. Counsel for Defendants will be in New York January 16 – 20, 2023 for the entire week for mediation and depositions in two (2) unrelated cases.

3. Counsel had arranged with the other lawyers in the unrelated matters to be able to take a break to attend sentencing in this action by video conference.

4. On January 10, 2023, this matter was re-noticed for the Sentencing Hearing to proceed in person on Thursday January 19, 2023 at 2:00 p.m. Doc. No. 322. The Court's case

1

manager called on January 11, 2023 to confirm that counsel would be available to attend in person. The undersigned relayed to the case manager the above conflicts.

5. Defendants respectfully request that the Court permit the Sentencing Hearing to proceed via video conference on January 19, 2023 at 2:00 PM. In the alternative, Defendants would respectfully request that the matter be set for an in-person Sentencing Hearing at the earliest next available date for the Court.[1]

6. Counsel for Defendants has conferred with counsel for the United States of America, who are unopposed to the request (subject to their dates of unavailability in footnote 1).

**WHEREFORE**, Organizational Defendants pray for an Order granting this motion to permit appearance via Video Conference, or in the alternative to continue the Sentencing Hearing to the next available date on the Court's Schedule.

Dated: January 12, 2023

Respectfully Submitted,

CHALOS & CO, P.C.

/s/ Briton P. Sparkman
George M. Chalos
*Admitted Pro Hac Vice*
Briton P. Sparkman
*Admitted Pro Hac Vice*
55 Hamilton Avenue
Oyster Bay, New York 11771
Telephone: (516) 714-4300
Facsimile: (516) 750-9051
Email: gmc@chaloslaw.com
        bsparkman@chaloslaw.com

---

[1] Counsel is unavailable January 19, 20, and 23, 2023, but otherwise available for an in-person Sentencing Hearing. The United States of America is unavailable February 16-21, 2023.

        Barry & Co., LLC

        /s/ Daphne P. McNutt
        Daphne P. McNutt (#20292)
        612 Gravier Street
        New Orleans, LA 70130
        dmcnutt@barrylawco.com
        Telephone: (504) 525-5553
        Facsimile: (504) 505-1909

        *Attorneys for Defendants Joanna Maritime Limited and Empire Bulkers Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I arranged for a copy of the foregoing Motion to Adopt and Join Certain Motions be served on all counsel of record via the Court's cm/ECF filing system and via E-mail on counsel for the United States of America, as follows:

*Attorneys for United States of America*

    Richard A. Udell
    Environmental Crimes Section
    U.S. Department of Justice
    150 M St., N.E. / Room 4.206
    Washington, DC 20530
    202-305-0361
    Richard.Udell@usdoj.gov

    G. Dall Kammer
    Assistant United States Attorney
    U.S. Attorney's Office
    for the Eastern District of Louisiana
    650 Poydras Street, Suite 1600
    New Orleans, LA 70130
    504-680-3000
    Dall.Kammer@usdoj.gov

        /s/ Briton P. Sparkman
        Briton P. Sparkman (PHV)