UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL DOCKET |
| | * | |
| v. | * | |
| | * | NUMBER: 2:21-CR-00126-MVL-KWR |
| EMPIRE BULKERS LTD., JOANNA MARITIME LIMITED, and WARLITO TAN, | * * * | SECTION: "S" |
| | * | |
| Defendants. | * | |
| | * | |

## PROPOSED ORDER

Considering Defendants Joanna Maritime Limited's and Empire Bulkers Ltd.'s Unopposed *Ex Parte* Motion, for good cause, **IT IS ORDERED** that the motion is **GRANTED** and SENTENCING in this matter is set for _____, 2023 at _____AM/PM and shall proceed [via video conference / in person].

New Orleans, Louisiana this ___ day of January 2023.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

1