UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL DOCKET |
| | * | |
| v. | * | |
| | * | NUMBER: 2:21-CR-00126-MVL-KWR |
| EMPIRE BULKERS LTD., JOANNA MARITIME LIMITED, and WARLITO TAN, | * * * | |
| | * | SECTION: "S" (4) |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

Considering Defendants Joanna Maritime Limited's and Empire Bulkers Ltd.'s Unopposed *Ex Parte* Motion, for good cause, **IT IS ORDERED** that the motion is **GRANTED** and SENTENCING in this matter is set for  Thursday, January 19 , 2023 at  2:00  PM and shall proceed via video conference.

New Orleans, Louisiana this  13th  day of January 2023.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE