## **POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS that EMPIRE BULKERS LTD. (the "Company"), a company formed and validly existing under the laws of the Marshall Islands, has made, constituted and appointed and by these presents does make, constitute and appoint George M. Chalos, Esq., and Briton P. Sparkman, Esq. of Chalos & Co, P.C., 55 Hamilton Avenue, Oyster Bay, New York, 11771, to be the true and lawful Attorney(s) of the Company with full power to do the following acts and things, or any of them.

1. To appear on behalf of the Company in that certain criminal matter in the United States District Court, Eastern District of Louisiana, in the case entitled United States of America v. Empire Bulkers Ltd., Joanna Maritime Limited, 2:21-cr-00126-MVL-KRW;

2. To do all things and to execute any and all documents and instruments deemed necessary or incidental to appear before the United States District Court, for the Eastern District of Louisiana to appear at the Sentencing Hearing scheduled for January 19, 2023 in the matter entitled United States of America v. Empire Bulkers Ltd. and Joanna Maritime Limited 2:21-cr-00126-MVL-KRW and;

3. The Company waives its right to have a corporate representative appear at the at the Sentencing Hearing and exercises its right to appear through counsel in accordance with Federal Rule of Criminal Procedure Rule 43(b)(1) and authorizes George M. Chalos, Esq. and/or Briton P. Sparkman, Esq. to take the necessary steps at the Sentencing Hearing so that the Company may be sentenced in accordance with the Fed. R. Crim. Procedure Rule 11(c)(1)(C) Plea Agreement entered in this matter, in which the Company plead guilty to Counts One and Four of the "Indictment" in the matter entitled United States of America v. Empire Bulkers Ltd., Joanna Maritime Limited, 2:21-cr-00126-MVL-KRW, and;

4. The Company, by its Board of Directors, acknowledges that it will appear and be present at all future hearings before the Court through the appearance and participation of George M. Chalos Esq. and/or Briton P. Sparkman, Esq. who are hereby authorized to act on behalf of the Company and participate in any and all future hearings in accordance with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the Local Civil and Criminal Rules of the United States District Court for the Eastern District of Louisiana; and;

5. The Board of Directors deems it in the best interests of the Company that George M. Chalos, Esq. and/or Briton P. Sparkman, Esq. appear on behalf of the Company as the designated Corporate Representative for the January 19, 2023 Sentencing Hearing in the case entitled United States of America v. Empire Bulkers Ltd., Joanna Maritime Limited, 2:21-cr-00126-MVL-KRW.

The foregoing Power of Attorney supplements and replaces any prior Power of Attorney and was made and executed this the 16th day of January, 2023.

| | |
|---|---|
| THE COMMON SEAL of | ) |
| Empire Bulkers Ltd. | ) |
| Is hereunto affixed | ) |

_____
VASILEIOS KOUTSOLAKOS, DIRECTOR

[Seal: EMPIRE BULKERS LIMITED]