MINUTE ENTRY
LEMMON, J.
JANUARY 19, 2023

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.  21-126 |
| EMPIRE BULKERS LTD., ET AL | SECTION "S" |

### JUDGE MARY ANN VIAL LEMMON, PRESIDING

**THURSDAY, JANUARY 19, 2023**

COURTROOM DEPUTY:      Courtney Ancar/Dena White
COURT REPORTER:            Toni Tusa

APPEARANCES:                  Dall Kammer and Richard A. Udell, AUSA, for the
                                          Government
                                          Daphne P. McNutt, George M. Chalos and Briton P. Sparkman
                                          for the Defendants
                                          Marilyn Brasset, United States Probation Office
                                          Briton P. Sparkman, Representative for Defendants

**SENTENCING**

Case called at 1:58 p.m.
All parties were present via video. Counsel made their appearances for the record.
Due to Covid-19, the defendants, Empire Bulkers Ltd. and Joanna Maritime Limited
waived their personal appearance and agreed to appear by video.
Defendants have signed waivers and they have been entered in the record.
Empire Bulkers, Ltd. and Joanna Maritime Limited appeared through their corporate
representative, Briton P. Sparkman.
Court accepts presentence reports and sentencing guidelines as prepared by USPO.
The defendants were sentenced on Counts 1 and 4 of the Indictment. Written judgments
will be entered.
The Court advised the defendants of their right to appeal the conviction and sentence.
Matter adjourned at 2:10 p.m.

JS-10:  00:12