Unanimous Written Consent of the
Board of Directors of
**EMPIRE BULKERS LTD.**
Majuro, Marshall Islands

The members of the Board of Directors of EMPIRE BULKERS LTD. ("the Company"), acting by unanimous written consent in accordance with applicable law and the Company's organizational documents, take the following action:

**IT IS RESOLVED:**

THAT, the Company acknowledges that, it is, and will be, represented in this matter by its counsel, George M. Chalos, Esq. and Briton P. Sparkman, Esq. of Chalos & Co, P.C. and local counsel for the purposes of assisting Attorneys Chalos and Sparkman with doing all things necessary to appear before the U.S. District Court for the Eastern District of Louisiana shall be Daphne P. McNutt, Esq. of the law firm Barry & Company, LLC. Furthermore, the Company acknowledges that it has been fully informed and counseled by its attorneys in respect to the allegations in the Summons for Offender Under Supervision issued in the case entitled United States of America v. Empire Bulkers Ltd., in the United States District Court for the Eastern District of Louisiana; and the possible fines, penalties, and consequences thereof; and

**IT IS FURTHER RESOLVED:**

THAT, the terms and conditions of the attached Power of Attorney having been explained to the Board of Directors by its counsel, and the Board of Directors understanding those terms and conditions, and all corporate formalities required for the authorizations contained therein having been observed, the Company hereby assents to those terms and conditions and authorizes the issuance of the Power of Attorney for the matter pending in the United States District Court, Eastern District of Louisiana, in the case entitled United States of America v. Empire Bulkers Ltd., 2:21-cr-00126-MVL; and

**IT IS FURTHER RESOLVED:**

THAT, the Company agrees to waive its right to have a corporate representative appear personally before the United States District Court, Eastern District of Louisiana, in the case entitled United States of America v. Empire Bulkers Ltd., 2:21-cr-00126-MVL; at the Initial Appearance scheduled for January 8, 2024 (or on a date as may be reset by the Court) pursuant to Fed. Rule Criminal Procedure Rule 43(b); and

**IT IS FURTHER RESOLVED:**

THAT, Mr. George M. Chalos, Esq. and/or Briton P. Sparkman, Esq. of Chalos & Co, P.C., and/or Daphne P. McNutt, Esq. of Barry & Company, LLC, each be and hereby are authorized, empowered and directed to represent the Company and to execute any and all documents and instruments, and to take any and all actions to do any and all other things necessary or incidental to appear at the Initial Appearance scheduled for January 8, 2024 (or on a date as may be reset by the Court) and to defend the allegations contained in the Summons on behalf of the Company before the United States District Court, Eastern District of Louisiana, in the case entitled <u>United States of America v. Empire Bulkers Ltd, 2:21-cr-00126-MVL</u>; and

Executed this the 3rd of January 2024

THE COMMON SEAL of           )
Empire Bulkers Ltd.          )
Is hereunto affixed          )

_____
VASILEIOS KOUTSOLAKOS, DIRECTOR

## **POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS that EMPIRE BULKERS LTD. (the "Company"), a company formed and validly existing under the laws of the Marshall Islands, has made, constituted and appointed and by these presents does make, constitute and appoint George M. Chalos, Esq., and Briton P. Sparkman, Esq. of Chalos & Co, P.C., 55 Hamilton Avenue, Oyster Bay, New York, 11771, and Daphne P. McNutt of the law firm Barry & Company, LLC, 612 Gravier Street, New Orleans, Louisiana 70130, to be the true and lawful Attorney(s) of the Company with full power to do the following acts and things, or any of them.

1. To appear on behalf of the Company and do all things necessary or incidental to respond to the Summons for Offender Under Supervision issued on or about November 28, 2023, in that certain criminal matter in the United States District Court, Eastern District of Louisiana, in the case entitled United States of America v. Empire Bulkers Ltd., 2:21-cr-00126-MVL;

2. To do all things and to execute any and all documents and instruments deemed necessary or incidental to appear before the United States District Court, for the Eastern District of Louisiana at the Initial Appearance scheduled for January 8, 2024 at 10:00 A.M. in the matter entitled United States of America v. Empire Bulkers Ltd., 2:21-cr-00126-MVL and;

3. The Company waives its right to have a corporate representative appear at the at the Initial Appearance and exercises its right to appear through counsel in accordance with Federal Rule of Criminal Procedure Rule 43(b)(1) and authorizes George M. Chalos, Esq. and/or Briton P. Sparkman, Esq. and/or Daphne P. McNutt, Esq., to take the necessary steps at the Initial Appearance to defend against the allegations in the Summons for Offender Under Supervision, and;

4. The Company, by its Board of Directors, acknowledges that it will appear and be present at all future hearings before the Court through the appearance and participation of George M. Chalos Esq. and/or Briton P. Sparkman, Esq. and/or Daphne P. McNutt, Esq., who are hereby authorized to act on behalf of the Company and participate in any and all future hearings in accordance with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the Local Civil and Criminal Rules of the United States District Court for the Eastern District of Louisiana; and;

5. The Board of Directors deems it in the best interests of the Company that George M. Chalos, Esq. and/or Briton P. Sparkman, Esq. and/or Daphne P. McNutt, Esq. appear on behalf of the Company as the designated Corporate Representative for the January 8, 2024 Initial Appearance, and any subsequent proceedings scheduled by the Court, in the case entitled United States of America v. Empire Bulkers Ltd., 2:21-cr-00126-MVL,

The foregoing Power of Attorney supplements and replaces any prior Power of Attorney and was made and executed this the 3rd day of January 2024

THE COMMON SEAL of )
Empire Bulkers Ltd. )
Is hereunto affixed )

_____
VASILEIOS KOUTSOLAKOS, DIRECTOR

2