MINUTE ENTRY
CURRAULT, M.J.
JANUARY 8, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 21-126 |
| EMPIRE BULKERS, LTD. | SECTION "S" |

### INITIAL APPEARANCE PROBATION VIOLATION

APPEARANCES:
X   Defendant through counsel pursuant to consent of Board of Directors (doc 352) Corp Rep - George Chalos & Briton Sparkman by video   (retained) Daphne McNutt by video
X   ASSISTANT U.S. ATTORNEY DALL KAMMER by video
___ PROBATION OFFICER TIRESHA FAIRLEY
___ INTERPRETER _____ SWORN
        (TIME: ____ .M to ____ .M)

**X/** DEFENDANT CONSENTED TO APPEAR BY VIDEO
**X/** DEFENDANT WAS ADVISED OF THEIR RIGHTS

**X/** READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

**X/** DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN) WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
**X/** BOND SET AT _Personal Recognizance with all current conditions of Probation_
**X/** THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.
__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.
__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
**X/** DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

**X/ RULE TO REVOKE PROBATION WILL BE SET
   BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

MJSTAR: 00: 14