## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: S** |
| **EMPIRE BULKERS LTD** | * | |

\* \* \*

### RULE TO REVOKE PROBATION

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents as follows:

I.

On January 19, 2023, Empire Bulkers LTD (Empire Bulkers) was sentenced to 4 years of probation after having pled guilty to violations of Title 33, United States Code, Section 1908 (Count 1 – Act to Prevent Pollution from Ships) and Title 46, United States Code, Section 7003(b)(1) (Count 4 – Ports and Waterways Safety Act). The Court ordered a $2,000,000.00 fine and that the company comply with an Environmental Compliance Plan (ECP). The Court required that any vessel covered by the ECP and all shoreside offices involved in the technical management must be audited by an outside and independent auditor (Third Party Auditor (TPA)) and that an independent Court Appointed Monitor (CAM) be appointed to review the audit results, assure overall compliance, and report to the Court.

II.

As detailed in the attached Petition for Warrant or Summons for Offender Under Supervision (Exhibit A – adopted as if fully set forth herein) and Amending Rule to Revoke (Exhibit B – adopted as if fully set forth herein), the defendant has violated its probation as follows:

Special Condition # 4: Empire Bulkers failed to promptly notify the Court Appointed Monitor of all reports of non-compliance received from employees. Empire Bulkers waited approximately 14 days before providing the Court Appointed Monitor with a report that the Chief Engineer of the *M/V Panagiotis* discharged bilge water overboard in violation of MARPOL and the Environmental Compliance Plan.

Special Condition #4: Empire Bulkers conducted an undisclosed and unilateral investigation, specifically between October 5, 2023 and October 19, 2023, into allegations that the Chief Engineer of the *M/V Panagiotis* committed a deliberate violation of MARPOL and the Environmental Compliance Plan.

Special Condition #4: Empire Bulkers refused to accept the Environmental Compliance Plan requirement for the Third-Party Auditor to conduct reviews of shoreside training.

Special Condition #4: Empire Bulkers eliminated without notice or approval the position of Managing Director required under the Environmental Compliance Plan and modified the reporting chain of the Corporate Compliance Manager as required under the Environmental Compliance Plan.

III.

**WHEREFORE**, the government prays that the defendant, Empire Bulkers, be brought before this Court and a copy of this Rule be served upon it, and that it be ordered to show cause before this Court why its probation should not be revoked for violation of its terms and conditions.

Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| *s/Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 50 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email: dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for defendant.

/s/ G. Dall Kammer
G. DALL KAMMER
Assistant United States Attorney