Case 2:21-cr-00126-MVL-KWR Document 356-1 Filed 03/19/24 Page 1 of 4
Rev. 4/2021 Case 2:21-cr-00126-MVL-KWR Document 350 (Court only) Filed 11/28/23 Page 1 of 1
SUMMONS

================================================================

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
v.                                    Cr. No. 21-126 S
EMPIRE BULKERS, LTD.

To:  Empire Bulkers, Ltd.
     c/o Daphne P. McNutt
     612 Gravier Street
     New Orleans, LA 70130

You are hereby summoned to appear before the United States District Court for the Eastern District of Louisiana at the U.S. Courthouse, 500 Poydras Street, Room B-421 in the city of New Orleans on the 8th day of January, 2024 at 10:00 o'clock A.M. for Initial Appearance.

### IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING

PLEASE NOTE: You are also to make contact with U.S. Probation at (504) 589-3200, no later than 24 hours prior to the aforementioned date, so that information pertinent to the setting of your bail can be obtained.

You have a right to speak with a lawyer before talking with the Probation officer. If you do not have a lawyer, you may call the Federal Public Defender at 589-7930.

Date: November 28, 2023

                                      CAROL L. MICHEL, CLERK

                                      By _____
                                              Deputy Clerk

RETURN
Service of the summons was made by me at            on
by (check one box below to indicate appropriate method of service):

[ ]  Personal service of the defendant.
[ ]  Leaving it with a person of suitable age at the defendant's dwelling and
     by mailing a copy to the defendant's last known address.
     REMARKS:

**GOVERNMENT EXHIBIT A**

I declare under penalty of perjury that the foregoing return is true and correct.

                                      _____
                                      Signature of person making service

This summons was received by me at            on

                                      _____
                                      Defendant

Prob 12C
(Rev. 12/16)

PACTS #. 7957281

# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF LOUISIANA

United States

Docket No.  053L 2:21CR00126-001"S"

vs.

Empire Bulkers Ltd.

The Honorable Mary Ann Vial Lemmon, United States District Judge

Considering the foregoing petition of the United States Probation Office, the Court orders:

☐ No Action

☐ The Issuance of a Warrant

☑ The Issuance of a Summons

☐ Other

_____
Signature of Judicial Officer

Nov. 28, 2023
Date

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES OF THE PETITION AND THIS ORDER TO THE FOLLOWING ONLY:

| Original | - | Clerk's Office |
| 1 Copy Certified | - | U.S. Attorney |
| 1 Copy Certified | - | U.S. Marshal's Office |
| 2 Copies Certified | - | U.S. Probation Office |



Prob 12C
(Rev. 12/16)

PACTS #: 7957281

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED NOV 27 2023

CAROL L. MICHEL
CLERK

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Empire Bulkers Ltd.   **Case Number:** 053L 2:21CR00126-001 "S"

**Name of Sentencing Judicial Officer:** The Honorable Mary Ann Vial Lemmon, United States District Judge

**Offense:** 33:1908 and 18:2(b) – Failure to Maintain an Accurate Oil record Book (Count One), a Class D felony
46:7003(b)(1) and 18:2(b) – Failure to Immediately Report a Hazardous Condition to the U.S. Coast Guard (Count Four), a Class D felony

**Sentence:** 4 years probation as to Counts One and Four, to run concurrently. The Court ordered a $2,000,000.00 fine, and a $800.00 special assessment fee.

**Special Conditions:**
1. Shall commit no further violations of MARPOL 73/78, federal, state, or local law, and shall conduct all operations in accordance with the environmental laws of the United States.
2. Shall pay all special assessments and fines.
3. Shall fully and completely comply with all terms of the Security Agreement with the U.S. Coast Guard. Furthermore, the defendants will not engage, participate, or assist in, or fund, any post-trial litigation or ancillary litigation brought by any persons against the United States or any agency or person thereof, unless so ordered by a court of competent jurisdiction.
4. Shall adopt and implement an Environmental Compliance Plan subject to review by the United States and consistence with the USSG § 8D1.4. Any vessel covered by the ECP and all shoreside offices involved in technical management must be audited by an outside and independent auditor subject to approval by the Court and the United States (Third Party Auditor (TPA)). An independent Court Appointed Monitor (CAM) subject to approval by the United States will be appointed to review and audit results, assure overall compliance, and report to the Court. All audits must be done underway, and each vessel must be audited at least twice during the period of probation unless the TPA or the CAM recommends additional audits. Certain credit will be given for external underway audits performed since April 2021 as set forth in the ECP. Covered vessels will include all ships holding a Certification of Financial Responsibility under the Oil Pollution Act of 1990.

**Other Court Action:** None

**Type of Supervision:** Probation   **Date Supervision Commenced:** January 19, 2023

**Assistant U.S. Attorney:** Dall Kammer   **Defense Attorney:** Daphne P. McNutt

## PETITIONING THE COURT

☐ To issue a warrant   ☒ To issue a summons

For the appearance of Empire Bulkers Ltd. before the Honorable Donna Phillips Currault on January 8, 2024, at 10:00 a.m. for an Initial Appearance.

Prob 12C
(Rev. 12/16)

PACTS # 7957281

The probation officer believes that the offender has violated the following condition(s) of supervision.

| Violation Number | Nature of Noncompliance |
|---|---|
| Special Condition #4 | Empire Bulkers Ltd. failed to promptly notify the Court Appointed Monitor (CAM) of all reports of non-compliance received from employees. Empire Bulkers waited approximately 14 days before providing the CAM with a report that the Chief Engineer of the M.V. PANAGIOTIS discharged bilge water overboard in violation of MARPOL and the Environmental Compliance Plan. |
| Special Condition #4 | Empire Bulkers conducted an undisclosed and unilateral investigation, specifically between October 5, 2023, and October 19, 2023, into allegations that the Chief Engineer of the M.V. PANAGIOTIS committed a deliberate violation of MARPOL and the Environmental Compliance Plan. |
| Special Condition #4 | Empire Bulkers Ltd. refused to accept the Environmental Compliance Plan requirement for the Third-Party Auditor to conduct reviews of shoreside training. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 27, 2023

*[signature]* for

Tiresha Fairley
Supervisory U. S. Probation Officer
504-589-3211 (o), 504-570-9729(c)
Date:   November 27, 2023

REVIEWED BY:

*[signature]*

Elaina Carmouche
Supervisory U.S. Probation Officer
Date:   November 27, 2023



CLERK'S OFFICE
A TRUE COPY
Nov 28 2023
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA