

**TRACY L. COLEMAN**
CHIEF PROBATION OFFICER

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
Office: (504) 589-3200  Fax: (504) 589-3286

**JASON M. BRANCH**
DEPUTY CHIEF PROBATION OFFICER

**CHARO S. DAVIS**
DEPUTY CHIEF PROBATION OFFICER

February 12, 2024

Honorable Mary Ann Lemmon
United States District Judge
500 Poydras Street, Room C406
New Orleans, Louisiana 70130

              Re:  Empire Bulkers, Ltd.
              Dkt. No.:  053L 2:21CR00126-001
              Amending Rule to Revoke

Dear Judge Lemmon:

On January 19, 2023, Empire Bulkers Ltd. appeared before Your Honor for sentencing after having pled guilty to Act to Prevent Pollution from Ships and Aiding in Abetting in violation of Title 33 U.S.C. 1908 and 18 U.S.C. 2 (b), a Class D Felony, and Ports and Waterways Safety Act and Aiding and Abetting in violation of Title 46 U.S.C. 70036 (b)(1) and 18 U.S.C. 2 (b), a Class D Felony.  Empire Bulkers Ltd. was sentenced to a four-year term of probation.  As special conditions of probation, Empire Bulkers was ordered to commit no further violations of MARPOL 73/78, federal, state, or local law, and shall conduct all operations in accordance with the environmental laws of the United States; pay all special assessments and fines, fully and completely comply with all terms of the Security Agreement with the U.S. Coast Guard.  Furthermore, the defendants will not engage, participate, or assist in, or fund, any post-trial litigation or ancillary litigation brought by any persons against the United States or any agency or person thereof, unless so ordered by a court of competent jurisdiction; adopt and implement an Environmental Compliance Plan (ECP) subject to review by the United States and consistence with the U.S.S.G. § 8D1.4.  Any vessel covered by the ECP and all shoreside offices involved in technical management must be audited by an outside and independent auditor subject to approval by the Court and the Unites States (Third-Party Auditor (TPA)). An independent Court Appointed Monitor (CAM) subject to approval by the United States will be appointed to review and audit results, assure overall compliance, and report to the Court. All audits must be done underway, and each vessel must be audited at least twice during the period of probation unless the TPA or the CAM recommends additional audits.  Certain credit will be given for external underway audits performed since April 2021 as set forth in the ECP.  Covered vessels will include all ships holding a Certification of Financial Responsibility under the Oli Pollution Act of 1990. A $2,000,000.00 fine and a $800.00 special assessment fee was also ordered.

Empire Bulkers, Ltd. term of supervised release commenced on January 19, 2023.

**GOVERNMENT EXHIBIT B**

On November 28, 2023, Your Honor signed a Petition of Warrant for Offender Under Supervision relative to their failure to comply with the Environmental Compliance Plan.

On January 8, 2024, George Chalos, the power of attorney for Empire Bulkers, Ltd., appeared before the Honorable Donna Currault, United States Magistrate Judge, for an initial appearance. The corporation was released on a personal recognizance bond with the condition to follow all current conditions of probation.

On December 28, 2023, the probation office received information that Empire Bulkers violated Special Condition #4.  Specifically, Empire Bulkers, Ltd. made an unannounced and unapproved change to the corporate structure that differs from the specified requirements in the Environmental Compliance Plan.  On December 13, 2023, and December 14, 2023, the Court Appointed Monitor/Third Party Auditor (CAM/TPA), conducted an initial audit of Shore Side Operations at the defendant's headquarters in Athens, Greece.  The CAM/TPA determined that the position of the Managing Director had been eliminated or vacant since June 2023 without a replacement.  The audit further revealed that an Executive Committee had been formed to replace the duties and responsibilities of the Managing Director.   The Executive Committee is comprised of mid-level managers.

This change amended the chain of command and lines of internal reporting required by Section II.A and II.B of the Environmental Compliance Plan.  The change affects the reporting of the Corporate Compliance Manager ("CCM") and the Health Safety Quality Environment Manager ("HSQEM"), both of which were required by the Environmental Compliance Plan to report directly to the Managing Director.  Instead, the CCM and HSQEM now report to the Executive Committee on which they occupy.  Moreover, the defendant had no organization chart to illustrate the new structure of the organization, responsibilities, or functions, of personnel involved in implementing the Environmental Compliance Plan.

Proposed changes to the Environmental Compliance Plan must be made in writing, signed by Empire Bulkers, Ltd., and submitted to the government as required by Section I.H.  This change was done without notice to the government as required, or to the TPA/CAM.

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| Special Condition #4 | Empire Bulkers eliminated without notice or approval the position of Managing Director required under the Environmental Compliance Plan, and modified the reporting chain of the Corporate Compliance Manager as required under the Environmental Compliance Plan |

This memorandum serves as an update on Empire Bulkers, Ltd. conduct on supervised release. The probation office will forward this information to the United States Attorney's Office for inclusion in the pending Rule to Revoke.

Respectfully,

*Elaina N. Carmouche*

Elaina N. Carmouche
Supervising U.S. Probation Officer
(504) 589-3209 (work)