UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: S** |
| **EMPIRE BULKERS LTD** | * | |

\*   \*   \*

**O R D E R**

Considering the foregoing Rule to Revoke Probation;

**IT IS HEREBY ORDERED** that Empire Bulkers Ltd appear before this Court on _____, 2023 at _____ to show cause why its probation should not be revoked.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2024.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE