UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA * CRIMINAL NO. 21-126

v. * SECTION: S

EMPIRE BULKERS LTD *

\* \* \*

**O R D E R**

Considering the foregoing Rule to Revoke Probation;

**IT IS HEREBY ORDERED** that Empire Bulkers Ltd appear before this Court on __May 8__, 2024 at __11:00 a.m.__ to show cause why its probation should not be revoked.

New Orleans, Louisiana, this __20th__ day of __March__, 2024.

HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE