UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-126 |
| EMPIRE BULKERS LTD | SECTION: "S" |

### RE-NOTICE OF HEARING
(Previously set on 5/8/2024)

**TAKE NOTICE** that this criminal case has been set for a **REVOCATION HEARING** on **June 5, 2024, at 10:00 a.m.**, in open court, before District Judge Mary Ann Vial Lemmon, 500 Poydras Street, New Orleans, Louisiana 70130.

Date:  March 20, 2024

TO: **EMPIRE BULKERS LTD.**

**Defense Counsel:**
Daphne McNutt, Esq.
Briton Sparkman, Esq.
George Chalos, Esq.

CAROL L. MICHEL, CLERK
by:  Courtney Ancar, Case Manager

AUSA: Dall Kammer, Kenneth Nelson, David Berman, and Richard Udell

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **NONE**

SA Jason Wyle, CGIS
Sacno.court@dhs.gov

**If you change address,
notify clerk of court
by phone, 504-589-7600**