# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CRIMINAL DOCKET** |
| | * | |
| **v.** | * | |
| | * | **NUMBER: 2:21-CR-00126-MVL-KWR** |
| **EMPIRE BULKERS LTD.** | * | |
| | * | **SECTION: "S"** |
| **Defendant.** | * | |
| | * | |

## *EX PARTE* UNOPPOSED MOTION TO RESET REVOCATION HEARING

**COMES NOW**, Defendant EMPIRE BULKERS LTD. ("Defendant"), through undersigned counsel, who respectfully moves this Court to reset the Revocation Hearing set for June 5, 2024 at 10:00 AM to a special setting on September 4, 2024 at 10:00 AM (or other time convenient to the Court). In support thereof, Defendants would respectfully show as follows:

1. On March 20, 2024, the Revocation Hearing in this matter was re-noticed from May 8, 2024 to June 5, 2024. Doc. 359.

2. Counsel for Defendant immediately notified the United States of a conflict with the new date, specifically that George M. Chalos, Esq. will be abroad for the period of May 28, 2024 to June 8, 2024 for a pre-paid and long scheduled business trip.

3. Over the past several weeks, the parties have worked very closely with Chambers to identify Court dates available to reset the Revocation Hearing.

4. Today, April 17, 2024, Chambers staff confirmed to counsel for Defendant that there were no known conflicts on the Court's calendar for Wednesday, September 4, 2024.

5. Counsel for the parties have conferred and agree that all are available on September 4, 2024.[1]

---

[1] All parties are also available on Thursday, September 5, 2024, should the Court prefer that date.

1

6. Accordingly, Defendant respectfully requests that the Court grant the motion to reset the Revocation Hearing from June 5, 2024 to September 4, 2024. A proposed Order is enclosed with this submission.

7. Counsel for Defendant Empire Bulkers Ltd. has conferred with counsel for the United States of America, who are unopposed to the request.

**WHEREFORE**, Defendant Empire Bulkers Ltd. prays for an Order granting this motion to permit a continuance of the Revocation Hearing to September 4, 2024.

| | |
|---|---|
| Dated: April 17, 2024 | Respectfully Submitted, |
| | CHALOS & CO, P.C. |
| | /s/ Briton P. Sparkman |
| | George M. Chalos |
| | *Admitted Pro Hac Vice* |
| | Briton P. Sparkman |
| | *Admitted Pro Hac Vice* |
| | 55 Hamilton Avenue |
| | Oyster Bay, New York 11771 |
| | Telephone: (516) 714-4300 |
| | Facsimile: (516) 750-9051 |
| | Email: gmc@chaloslaw.com |
| | bsparkman@chaloslaw.com |
| | |
| | Barry Rome & Scott |
| | |
| | /s/ Daphne P. McNutt |
| | Daphne P. McNutt (#20292) |
| | 612 Gravier Street |
| | New Orleans, LA 70130 |
| | dbarry@barryrome.com |
| | Telephone: (504) 525-5553 |
| | Facsimile: (504) 505-1909 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2024, I arranged for a copy of the foregoing EX PARTE UNOPPOSED MOTION TO RESET REVOCATION HEARING to be served on all counsel of record via the Court's cm/ECF filing system and via E-mail on counsel for the United States of America, as follows:

*Attorneys for United States of America*

    Richard A. Udell
    Environmental Crimes Section
    U.S. Department of Justice
    150 M St., N.E. / Room 4.206
    Washington, DC 20530
    202-305-0361
    Richard.Udell@usdoj.gov

    G. Dall Kammer
    Assistant United States Attorney
    U.S. Attorney's Office
    for the Eastern District of Louisiana
    650 Poydras Street, Suite 1600
    New Orleans, LA 70130
    504-680-3000
    Dall.Kammer@usdoj.gov

                                                     /s/ Briton P. Sparkman
                                                     Briton P. Sparkman (PHV)