UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CRIMINAL DOCKET** |
| | * | |
| **v.** | * | |
| | * | **NUMBER: 2:21-CR-00126-MVL-KWR** |
| **EMPIRE BULKERS LTD.** | * | |
| | * | **SECTION: "S"** |
| **Defendant.** | * | |
| | * | |

## ORDER

Considering the foregoing Unopposed Motion to Reset Revocation Hearing;

IT IS HEREBY ORDERED that the Motion is GRANTED and the Revocation Hearing is reset to _____, 2024 at _____.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2024.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

1