## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CRIMINAL DOCKET** |
| | * | |
| v. | * | |
| | * | **NUMBER: 2:21-CR-00126-MVL-KWR** |
| **EMPIRE BULKERS LTD.,** | * | |
| | * | **SECTION: "S"** |
| | * | |
| **Defendant.** | * | |
| | * | |

## DEFENDANT EMPIRE BULKERS LTD.'S REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17(a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

## SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS

**5** sets for the Hearing scheduled on September 4, 2024 at 10:00 a.m.

Dated: June 25, 2024

    New Orleans, Louisiana

Respectfully Submitted,

CHALOS & CO, P.C.

/s/ George M. Chalos
George M. Chalos
*Admitted Pro Hac Vice*
Briton P. Sparkman
*Admitted Pro Hac Vice*
55 Hamilton Avenue
Oyster Bay, New York 11771
Telephone: (516) 714-4300
Facsimile: (516) 750-9051
Email: gmc@chaloslaw.com
       bsparkman@chaloslaw.com

1

BARRY ROME & SCOTT

/s/ Daphne P. McNutt
Daphne P. McNutt (#20292)
612 Gravier Street
New Orleans, LA 70130
dbarry@barryrome.com
Telephone: (504) 525-5553
Facsimile: (504) 505-1909

*Attorneys for Defendant
Empire Bulkers Ltd.*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 25, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                    /s/ Daphne P. McNutt
                    Daphne P. McNutt (#20292)