UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO:  21-126** |
| **EMPIRE BULKERS, LTD., ET AL** | **SECTION: "S"** |

## ORDER

The parties have informed the court that the facts alleged in the **Rule to Revoke** (Rec. Doc. 356) are contested. While the Rule recites four specific violations, the notice provided to the court does not include any specifics on the nature of the parties' disagreement as to the underlying facts. To optimize the time at the revocation hearing, **IT IS ORDERED** that **by August 28, 2024**, counsel shall make a joint submission to the court, addressing each violation individually, and describing the exact nature of their dispute concerning the alleged facts. Descriptions should be detailed. For example, the Rule alleges, inter alia:

> Empire Bulkers failed to promptly notify the Court Appointed Monitor of all reports of non-compliance received from employees. Empire Bulkers waited approximately 14 days before providing the Court Appointed Monitor with a report that the Chief Engineer of the M/V Panagiotis discharged bilge water overboard in violation of MARPOL and the Environmental Compliance Plan.

Counsel's submission shall explain exactly what portion of the allegation is disputed; e.g., does Empire Bulkers contend that they did notify the Court Appointed Monitor promptly? And if so, how many days after the non-compliant incident did they wait (14 days or some other period?). All disputed allegations in the Rule shall be addressed with the same level of specificity.

The court has allotted **two hours** for the hearing. The court will accept other

submissions, such as deposition testimony.

New Orleans, Louisiana, this  23rd  day of August, 2024.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**