TOTAL QUALITY CONSULTANTS



# M/V PANAGIOTIS,
# IMO No: 9461063
## SHIPBOARD INVESTIGATION REPORT

**TO:** CHALOS & Co, P.C

**FROM:** TOTAL QUALITY CONSULTANTS

**DATE:** DECEMBER 20TH, 2023

*****************************************************
**PRIVILEGED & CONFIDENTIAL WORK PRODUCT**
*****************************************************

Developed by:
Total Quality Consultants
9 Melitos Str. Nea Smyrni
17121, Athens, Greece
Telephone +30 210 9327730
Fax +30 210 4521334
Email: info@tqc.gr



TOTAL QUALITY CONSULTANTS

| INDEX | |
|---|---|
| **SECTION 1** | INTRODUCTION & SCOPE OF INVESTIGATION |
| **SECTION 2** | VESSEL PARTICULARS & DOCUMENTATION PROVIDED |
| **SECTION 3** | METHODOLOGY FOR THE ANALYSIS & EVALUATION OF AVAILABLE DOCUMENTATION & OTHER MATERIAL PROVIDED |
| **SECTION 4** | FINDINGS & OBSERVATIONS |
| **SECTION 5** | EXECUTIVE SUMMARY |
| **APPENDIX I** | OIL RECORD BOOK PART I SCANNED COPIES |
| **APPENDIX II** | IOPP CERTIFICATE & SUPPLEMENT FORM A |
| **APPENDIX III** | COMPARISON TABLE OF ORB ENTRIES VS TANK SOUNDING RECORD BOOK VS PERSONALISED EXCEL SPREADSHEET |
| **APPENDIX IV** | DIAGRAM OF BILGE WASTE SYSTEM |
| **APPENDIX V** | CAPACITY PLAN WITH DEADWEIGHT SCALE |
| **APPENDIX VI** | TABLE ORB-HIGH LEVEL BILGE ALARM-WEATHER CONDITIONS-FIRE & G/S OPERATION STATUS |
| **APPENDIX VII** | DAILY SLUDGES & BILGES LOG (VM-41) |

### 1. INTRODUCTION & SCOPE OF INVESTIGATION

At the request of CHALOS & CO, P.C, acting as the legal counsel for the owner and operator of M/V PANAGIOTIS, IMO No 9461063 ("the Vessel"), Total Quality Consultants (TQC) was engaged on 06/10/2023 to investigate allegations of a MARPOL Annex I violation occurring aboard the *M/V PANAGIOTIS* ("*PANAGIOTIS*" or "Vessel").

The investigation was triggered because of an internal message received from the Manila based manning agency "Stella Marris", on / about 5 October 2023 and sent to the agent on 5 October 2023.

The message received from "Stella Marris" was referring to a notification received from a member of the crew by email and a "wetransfer" link. Once the "wetransfer" link was downloaded, a series of videos were available, as per below:

- Video's file name "10000000_7081732825210789_3707576747843077807_n" and duration of 1:48 minutes.
- Video's file name "384763952_6705757886210983_2559298817602233928_n" and duration of 0:48 minutes.
- Video's file name "384765010_6728904743812986_3614507918154801654_n" and duration of 0:18 minutes.

A twostep investigation was carried out, as follows:

A. <u>An on-board inspection, to:</u>
   1. Investigate the material presented on the videos against actual arrangements on board.
   2. Inspect the pollution prevention arrangements in the ER and the implementation of the related procedures.
   3. Carry out operational test of the OCM and download stored data.
   4. Collect evidence and data from various sources.
   5. Verify the operational status of the Engine Room pollution prevention equipment and check for any significant leakages in the Engine Room.

B. <u>An analysis of available data</u>, to identify any discrepancies in the entries recorded in the ORB and other vessel records. To identify any significant discrepancies between the recorded management of bilge and sludge in the Engine Room and other evidence provided, such as the bilge and sludge tanks soundings, high level bilge wells alarm history, weather conditions (Wind – Swell) and operation of Fire & G/S pump.

To conduct the investigation, the below team was assigned by TQC:

- **Team leader & Senior Investigator:** Mr. G. Dovles, B.SC (Eng), Msc (Eng), MBA, Marine Engineer and Senior Consultant, also the General Manager of TQC, with more than 25 years' experience in the field. Extensive experience with environmental compliance audits and team leader in many incident investigations.
- **Investigator:**
  Mr. G. Giannopoulos, Naval Architect & Marine Engineer NTUA.

Within the scope of this investigation, the vessel was attended and inspected by Mr. G. Giannopoulos from 10 October 2023 to 16 October 2023 while sailing from Yeosu, Korea to Gunsan, Korea.

Results of the inspection and data collected were utilized, to produce this report.

The methodology used is further analyzed in Section 3 of this report.

2. **VESSEL PARTICULARS & DOCUMENTATION PROVIDED**

**VESSEL PARTICULARS**

| NAME OF SHIP : | PANAGIOTIS |
|---|---|
| GROSS TONNAGE : | 43,817 |
| SHIP TYPE : | BULK CARRIER |
| INTERNATIONAL CALL SIGN : | V7HX6 |
| IMO NUMBER : | 9461063 |
| FLAG : | MARSHALL ISLANDS |
| PORT OF REGISTRY : | MAJURO |
| LENGTH OVERALL : | 229.0 m |
| BREADTH MOULDED : | 32.24 m |
| CLASS : | LLOYD'S REGISTER |

TOTAL QUALITY CONSULTANTS

**DOCUMENTATION PROVIDED**

For the purposes of the Investigation Analysis, the following documents were utilised by TQC:

1. Copies of ORB Part I dated from October 30, 2022 to October 08, 2023,
2. IOPP Certificate and Supplement Form A,
3. Capacity Plan with Deadweight Scale drawing,
4. Piping and Instrument Diagram in Engine Room (manufacturers' manual),
5. Engine Room Tank Sounding Record Book (company's-controlled form coded VM-50) with entries recorded from July 10, 2023 to October 08, 2023 ,
6. Engine Room excel spreadsheet with entries recorded from July 10, 2023 to October 08, 2023,
7. Extraordinary Engine Room Operation-Leakage log (company's-controlled from) from November 06, 2022 to September 30, 2023,
8. Data from OWS/OCM 15ppm memory card and videos of the OCM,
9. High Level Bilge Wells Alarm History from December 01, 2022 to October 08, 2023,
10. Fire and General Service Pump operational status from July 10, 2023 to October 08, 2023,
11. Engine Room Environment Tag Log (company's-controlled form) with entries from December 29, 2022 to October 08, 2023,
12. Noon Report for the dates High level bilge wells alarms were triggered.
13. Daily sludges & bilges log (company's-controlled form VM-41) from October 18, 2023 to November 28, 2023

## 3. METHODOLOGY FOR THE ANALYSIS & EVALUATION OF AVAILABLE DOCUMENTATION & OTHER MATERIAL PROVIDED

**Inspection on board**

During the onboard inspection by Mr. G. Giannopoulos the following actions were taken:

1. Interview with 2nd Engineer (Mario Suguitan) and Oiler 1 (Baulista Mark). Oiler (Baulista Mark) was in charge of taking the soundings from IOPP tanks.
2. Collect numerous evidence and data from various sources.
3. Inspect Engine Room equipment and check for any significant leakages.
4. Inspect the pollution prevention arrangements in the ER and the implementation of the related procedures.
5. Carry out operational test of the OCM and download stored data.
6. Visual inspection of the surrounding area of Bilge Wells. Also, check the clarity of the water contained in Bilge wells.
7. Bilge Holding Tank was inspected and found in good condition (cleanliness of the tank walls). Also, the water's clarity inside the tank was checked and found acceptable.
8. High level bilge alarms were tested and verified its good working condition.
9. Participate in interview between Engine Crew and Mr. Chalos.

In addition, the valves/piping shown in the video, were physically witnessed investigated and verified as the same onboard. The video was also corelated with relevant pages from Piping Diagram in Engine Room and actual condition in the Engine Room (photos and videos were taken).

**Onboard interview summaries**

1. 2nd Engineer (Mario Suguitan)

   - On September 15th, 2023 (afternoon time) water was pumped direct overboard. Direct pump out of leaking water from engine room machineries may have happened at other times. The frequency of pumping water directly overboard was 2 times per week (when engine cooler was running).
   - Pumping out from emergency suction was done direct overboard.
   - Origin of leakages: 1. Main sea water Pump. 2. Ballast Pump.
   - On September 15th, 2023 Oiler spotted the leakage (small quantity of water was leaking from Ballast Pump pipe). Then Oiler started on his own to pump out the water.
   - During the incident all crew were in the Engine room for a tool box meeting.
   - Pumping out took place on September 15th, 2023 before 13:00 hrs.
   - Only the Oiler was present in the Engine Room.
   - C/E was informed about the operation, but he was not present during operation. The pumping out lasted for 45 minutes. The bilge wells and tank top were filled with sediments.
   - Before anchorage, high level alarm triggered due to accumulation of water.

2. Oiler (Baulista Mark)
   - When he was taking soundings he was memorizing them first and then he was entering them in the electronic files in the computer. He was taking the soundings likewise from July to October 08, 2023
   - During ballast up taking, the Ballast pipes were leaking below suction pipe.

**Engine Room Crew History**

Chief Engineer (Melitante J. Galona) embarked on the vessel on 16 June 2023, at Rotterdam and disembarked on 9 October 2023.

Previous Chief Engineer (Ac. Lacsamana) embarked on the vessel 30 October 2022 and disembarked on 16 June 2023.

During the onboard period of investigation, the Engine Room was manned with 8 seafarers:
- Chief Engineer (Roy Gadaga), embarked on 09 October 2023
- 2nd Engineer (Mario Suguitan), embarked on 31 July 2023
- 3rd Engineer (Saagundo Charlie), embarked on 15 April 2023
- 3rd Engineer (Cabanayan Dinero), embarked on 15 April 2023
- Oiler 1 (Baulista Mark), embarked on 19 August 2023
- Oiler 2 (Arrofo Bensen), embarked on 31 July 2023
- Wiper (Casinillo Jerwin), embarked on 19 August 2023
- Engine Trainee (Penol Christian), embarked on 31 July 2023

**Analysis of data**

The first objective of the analysis of data was to establish whether the ORB entries reflected the correct quantities of bilge water and sludge generated and managed in the Engine Room. By analyzing the ORB and then comparing the entries against other data available such as the actual (bilge and sludge) tanks soundings and high-level bilge wells alarm history, it was attempted to establish whether the ORB entries were correct in terms of quantities managed through the authorized bilge system of the vessel. For this purpose, a series of comparative tables were developed.

Furthermore, by comparing the available documentation against other evidence such as the memory card data of the OCM. (indicating the timeline of all OWS operations), it was possible to provide a direct comparison between the ORB entries and OWS operations.
At the time of the on-board inspection, the proper operation of the OCM was verified through an OCM makers technician that attended onboard the vessel.

More specifically, the investigation process focused on establishing and evaluating the following:
- The number, type and timeline of all operations recorded in the ORB Part I and the relevant entries details.
- The accuracy and feasibility of the ORB Part I entries against the Engine Room piping layout, the tanks capacity and the relevant pumps rated capacity, as indicated in the vessel's IOPP supplement.
- Whether the operations recorded in the ORB Part I, are in conformity with the allowable operations and discharges, as dictated by MARPOL Annex I (as per MEPC.1/Circ.736/Rev.2).
- Whether the rate of production of bilge in the engine room was constant for the period under investigation.
- Whether the ORB Part I entries are in conformity with the soundings recorded in the Company's controlled form "Tank Sounding Record Book" (VM-50) kept by the Chief Engineer (Melitante J. Galona) for the Engine Room tanks and with the soundings recorded in personalized excel spreadsheet kept by an oiler in Vessel's Engine Control Room.

- The high-level Bilge wells alarms activation history and correlation with any corresponding ORB entry during or after the activation of alarm.
- The operational status of the OWS including the oil content meter and 15 ppm alarm and the respective maintenance history.
- The operating history of the OWS from memory card and verified from the monitor of OCM.
- The Engine Room Environment Tag Log entries and relevant photos of environmental tag seals prepared on board.

The below were investigated:

### STAGE 1 – Evaluation of ORB entries

A quantitative and qualitative evaluation of the ORB entries was performed to detect any numerical discrepancies and any recordings not made properly.

The findings and observations of this stage are presented and analyzed in Section 4 – Findings and Observations.

### STAGE 2 - Comparison between ORB - Tank Sounding Record Book - Personal Scrap Tank Sounding log

Comparison between ORB entries VS Tank Sounding Record Book entries (form VM-50) VS Personal Scrap Tank Sounding log entries.

Findings and observations of this stage are presented and analyzed in Section 4 – Findings and Observations.

### STAGE 3 - Comparison between ORB - High Level Bilge Wells Alarm History

Comparison between ORB entries VS High Level Bilge Wells Alarm History. The dates and time, the Bilge well alarms were triggered were evaluated. Also, corresponding ORB entries for transfer of water from bilge wells was reviewed to identify if they correlate with the alarms.

Findings and observations of this stage are presented and analyzed in Section 4 – Findings and Observations.

### STAGE 4 - Review data from Oil Water Separator 15 ppm equipment.

Relevant history data are stored in the memory card of the OCM. The data was retrieved by maker's technician, to provide a direct comparison / verification of the ORB entries with respect to the use of the OWS.

Findings and observations of this stage are presented and analyzed in Section 4 – Findings and Observations.

TOTAL QUALITY CONSULTANTS

4. **FINDINGS & OBSERVATIONS**

The findings and the observations of the investigation are presented here below for each stage separately.

**STAGE 1.** Quantitative and qualitative evaluation of ORB entries.

1. **Entries not as per requirements**

During this stage, entries recorded in the ORB Part I from July 12, 2023 to October 08, 2023 were thoroughly reviewed.

On August 19, 2023 for sludge disposal to shore facilities [C – 12.1], single entry was made for two Tanks (Sludge Tank & Oily Bilge Tank). Separated entry for each Tank should be made.

2. **Bilge production recorded in ORB**

During this stage, entries recorded in the ORB Part I from October 30, 2022 to October 08, 2023 and controlled form VM-41 (Daily sludges & bilges log) from October 18, 2023 to November 28, 2023 were reviewed to calculate bilge production.
The below table presents the monthly bilge water production as per ORB.

| Month | Days | Produced Quantity ($m^3$) | Daily Produced Quantity ($m^3$) |
|---|---|---|---|
| October 30th to December 4th 2022 | 35 | 16.35 | 0.467 |
| December 5th to December 31st 2022 | 26 | 15.08 | 0.580 |
| January 1st to January 29th 2023 | 28 | 4.08 | 0.146 |
| January 30nd to March 1st 2023 | 30 | 5.53 | 0.184 |
| March 2nd to April 2nd 2023 | 31 | 1.4 | 0.045 |
| April 3rd to April 30th 2023 | 27 | 2.75 | 0.102 |
| May 1st to May 30th 2023 | 29 | 5.49 | 0.189 |
| May 31st to June 19th 2023 | 19 | 0.91 | 0.048 |
| June 20th to July 31st 2023 | 41 | 3.07 | 0.075 |
| August 1st to September 3rd 2023 | 31 | 1.82 | 0.059 |
| September 4th to October 1st 2023 | 28 | 2.16 | 0.077 |
| October 18th to November 7th 2023 | 20 | 20.33 | 1.017 |
| November 8th to November 28th 2023 | 20 | 10.86 | 0.543 |

Regarding bilge water production from October 30, 2022 to June 19, 2023 the previous C/E [Mr. Lacsamana] reported an onboard average production per day of $0.229\ m^3$.
Regarding bilges production, from June 20, 2023 to October 01, 2023 under investigation C/E [Mr. Melitante] reported an onboard average production per day of $0.069\ m^3$.
Regarding bilges production, from October 18, 2023 to November 28, 2023 the successor C/E onboard [Mr. Gadaga] reported an onboard average production per day of $0.779\ m^3$.

Comparing the:
1. daily produced quantities and,
2. average production of bilges per day,

TOTAL QUALITY CONSULTANTS

The records suggest a lower daily bilge production during the period of C/E Melitante that his predecessor and successor.

3. **Reception facilities delivery receipts**

For the period under investigation certain quantities of sludge and bilges were reported in the ORB as delivered ashore. Furthermore, relevant certificates of delivery ashore were found in accordance with the ORB entries. More specifically:
a) 10 cubic meters sludge disposed to shore on 17 June 2023 (Rotterdam)
b) 13 cubic meters sludge disposed to shore on 19 August 2023 (Singapore)
c) 7 cubic meters bilges disposed to shore on 19 August 2023 (Singapore)
d) 8.64 cubic meters sludge disposed to shore on 12 October 2023 (Yeosu, Korea)
e) 4.98 cubic meters bilges disposed to shore on 12 October 2023 (Yeosu, Korea)

4. **Engine Room Environment Tag Log system**

For the period from July 10, 2023 to October 10, 2023, the below were compared:
1. entries in the ORB
2. entries of Engine Room Environment Tag Log (company's-controlled form)
3. Environmental Tags photos sent to the Office on September 18, 2023
4. Actual tags / seals inspected on-board.

The following were noted:

- In "Environmental Tags Photos" report received from vessel, valve BG-65 is reported to have two seals, A 2365255- restraining rotating handle of valve to be removed & seal A 1466753 - securing the rotating of the handle. The seal A 1466753 as per Engine Room Environmental Tag log-book was broken and removed on August 26, 2023.



- In "Environmental Tags Photos" report received from vessel, valve BG-77 is reported to have two seals, A 2365257- restraining rotating handle of valve to be removed & seal A 1466754- securing the rotating of the handle. The seal A 1466754 as per Engine Room Environmental Tag log book was removed on August 26, 2023.

TOTAL QUALITY CONSULTANTS



| BG-77 | EM'CY DIRECT SUC. BG77 1466754A |

- In "Environmental Tags Photos" report received from vessel, valve BG-40 is reported to have two seals, A 2365256- restraining rotating handle of valve to be removed & seal A 1466752- securing the rotating of the handle. The seal (A 1466752) as per Engine Room Environmental Tag log book was removed on August 26, 2023. Also, in the picture, a hand (encircled) appears holding in place the already broken seal.

| BG-40 | SUC.V/V FROM BILGE HOLDING TANK<br>FIRE & G/S P/P EM'CY SUC. BG40<br>2089165B<br>1466752A/2364256A |

As per Company's "Engine Room Environmental Tag Log" form, the respective seals for BG-40, BG-65 & BG-77 should have been J 21939336, J 21939335, J 21939337.

As per Company's "Engine Room Environmental Tag Log" form, seal numbers from the above table were placed on August 26, 2023 and removed on September 30, 2023.

**STAGE 2.** Discrepancies between ORB - Tank Sounding Record Book (VM-50 form) - Personal Scrap Tank Sounding log.

Results of the above comparison are shown in Appendix III. A data analysis excel spreadsheet (MV PANAGIOTIS – Investigation Data Analysis) is also provided. The excel spreadsheet, compares data retrieved from ORB, Tank Soundings (VM-50 form and personalized excel spreadsheet), high level bilge alarm history, weather conditions and operation status of fire & G/S pump.

A few discrepancies were found between the Oil Record Book and daily reported quantities. However, such discrepancies are of insignificant quantities, and it can be said that for the whole period examined most entries in ORB match the daily reported quantities.

Sludge Tank

No significant discrepancies between ORB and VM-50 were noted for this tank. Occasional increases of tank's retained quantity were noted, however such increase was within limit of 1% to 1.2 % of sludge that is produced as a routine percentage of HFO burned.
Also, minor discrepancies were noted as per below:
- On August 20, 2023, an initial difference of 0.63 cubic meter between VM-50 form (1.4 m3) and personalized excel spreadsheet (0.77 m3) was found. The difference was found decreasing for the next 2 days.
- On August 23, 2023 it was noted at the personalized excel spreadsheet, an increase in quantity of 1.01 cubic meter, were at VM-50 form the increase was only 0.35 cubic meters.
- On August 29, 2023 in the personalized excel spreadsheet the retained quantity is 3.03 cubic meter, where on August 30, 2023 the retained quantity as per personalized excel spreadsheet is 2.58 cubic meter. So, a decrease in quantity about 0.5 cubic meters is spotted, whilst no entries are made in the ORB for same tank.

Waste Oil Service Tank

No significant discrepancies between ORB and VM-50 were noted for this tank. Only some minor discrepancies were noted as per below:
- On October 4, 2023, quantity retained in tank as per VM-50 form was 0.33 cubic meter, whereas at personalized spreadsheet was 0.6 cubic meter. The difference is about 0.3 cubic meter, not much in absolute value but taking into consideration that Capacity of same Tank is 1.0 cubic meter then the difference is about one third of the Tank's capacity.
- On August 7, 2023, as per ORB entry with code [C – 12.2] the Waste Oil Service Tank was empty (0.0 cubic meter). Only in August 9, 2023 as per ORB entry with code [C – 12.2] after transfer of sludge to the same tank, had retained quantity of 0.6 cubic meter.
For the date of August 8, 2023 both soundings of VM-50 form and personalized excel spreadsheet were 0.43 cubic meters.

M/E Scav. Air Dox Drain Tank

No significant discrepancies between ORB and VM-50 and personalized excel spreadsheet were noted for this tank.

Oily Bilge Tank

- On August 7, 2023, for Oily Bilge Tank an entry was made in ORB with code [C-12.2] and the quantity retained was 8.76 cubic meters. Although at sounding (VM-50 form) for 7 & 8 August, quantity retained in tank was 8.33 cubic meters. Only on 9 August after two (2) more transfers to Oily Bilge Tank the quantities (VM-50 & ORB) match.

- On September 13, 2023, from VM-50 form sounding was at 3.54 cubic meters, although relevant entry [C-12.2] made in ORB on September 15, 2023.
- On September 14, 2023, from VM-50 form sounding was at 3.86 m3, although relevant entry [ C-12.2] made in ORB on September 17, 2023.

Bilge Holding Tank

- On July 29, 2023 till July 31, 2023 retained quantity as per personalized spreadsheet was 6.18 cubic meters, whereas per VM-50 form and ORB the quantity retained was 6 cubic meters. For three consecutive days 0.18 cubic meter excess quantity of bilges were recorded in personalized spreadsheet.

**STAGE 3.** Comparison between ORB - High Level Bilge Wells Alarm History

The Engine Room has three Bilge Wells:
1. E.R FWR bilge well (P)
2. E.R FWR bilge well (S)
3. E.R Aft bilge well,

Their capacity was calculated/estimated using tank dimensions, as the actual capacity was not indicated in any of the available manuals/drawings.

Also, it was tested and evaluated the approximate quantity at which the bilge wells high level alarm is activated.

Estimations are indicated below:
1. E.R FWR Bilge Well (P) → Capacity ~ 3.5 $m^3$. High level alarm triggers at full capacity.
2. E.R FWR Bilge Well (S) → Capacity ~ 3.5 $m^3$. High level alarm triggers at full capacity.
3. E.R Aft Bilge Well → Capacity ~ 3.2 $m^3$. High level alarm triggers at about ¾ of the tank capacity.

The average bilges productions, as per ORB entries, for the C/E (Mr. Melitante) under investigation was 0.0069 $m^3$/day, where for previous C/E (Mr. Lacsamana) was 0.229 $m^3$/day.

For the period under investigation (C/E onboard was Mr. Melitante) [16 June 2023 – 09 October 2023] high bilge level alarm was triggered on 15 different days, and the total number of closed cycles of alarm trigged ["Alarm – Return" = 1] was 44 times. Weekly test of high-level alarm were not taken into account.

Also, it should be noted, that several times the alarms were manually deactivated, to stop triggering.

During or after the activations of E/R bilge well alarms, no corresponding ORB entries were found to evidence any internal transfer by permissible techniques.

During the service period of C/E (Mr. Lacsamana) from 01 December 2022 to 15 June 2023 the high bilge level alarm was triggered only in a specific day and the total number of closed cycles of alarm trigged ["Alarm – Return" = 1] was 5 times. Again, Weekly tests of high-level alarm were not taken into account.

At Appendix VI a cumulative table can be found with all above information in details. A data analysis excel spreadsheet (MV PANAGIOTIS – Investigation Data Analysis) is also provided. The excel spreadsheet, analyses and compares data retrieved from ORB, Tank Soundings (VM-50 form and personalized excel spreadsheet), high level bilge alarm history, weather conditions and operation status of fire & G/S pump.

**STAGE 4.** Review of data from Oil Content Meter.

During this stage, the data from OWS/OCM 15ppm memory were reviewed for the period May 01, 2023 to October 08, 2023. Additionally, videos of the OCM history data were taken by the attending TQC investigator and reviewed during the investigation.

Last overboard discharge operation found in the OCM Memory card was on May 30, 2023.

The OCM was tested on October 10, 2023 by the attending maker's technician and verified operational without any problems or deficiencies. Also, the attending maker's technician of the OCM calibrated the 15ppm sensor by clean water and reference solution and the accuracy test complied with the requirements specified in IMO regulations MEPC 107(49).

## 5. EXECUTIVE SUMMARY

Following a comprehensive review of the data and information available and the analysis carried out, it can be said that:

1. The recording and maintenance of the Oil Record Book was mostly found in order from a qualitative and quantitative perspective. The ORB has only minor discrepancies in terms of coding used, however insignificant as to the purpose of the investigation.
2. The comparison among the ORB vs VM-50 form (Company's official tank sounding form) vs a personalized excel spreadsheet kept by an oiler, shows no significant deviations when compared to the ORB entries.
3. Comparing the data obtained from OCM history log, ORB records and Engine Room Tank Sounding Record Book entries, no significant discrepancies were found.
4. The daily average bilge production reported in the ORB for the C/E (Mr. Melitante) under investigation was almost 3 times lower than the one reported by the previous C/E (Mr. Lacsamana).
5. The E/R bilge well alarms (P) and (AFT) appear to be activated several times during the period under investigation (activated 44 times in 15 different days). The frequent high level alarm triggering for the period under investigation is in contradiction to the low bilge water production reported for the same period. Also, there are no corresponding ORB entries found, to explain/account for any water that had to be transferred to/from the bilge wells, during the days the alarms were triggered (for the alarms to be activated and then de-activated).
6. The weather reports reviewed during the days the high-level alarms were activated, show that the weather conditions are unlikely to justify the triggering of the alarms.
7. The in-situ comparison of the vessel's arrangements against the videos and photos incorporated in the initial report of the alleged violation, show that the videos and photos, were indeed taken on board the specific vessel.
8. Photo evidence from word file "Environmental Tags Photos" received from vessel with Date 18 September 2023, were not in line with Company's "Engine Room Environmental Tag Log".

From the above it appears that, although records kept onboard for the management of bilges and the entries in the ORB, match each other and no significant discrepancies were found, there are no records or entries in the ORB to explain and account for the frequent triggering of the ER Bilge Well alarms (P & AFT) and the subsequent de-activation alarms.

For the ER Bilge Well alarms (P & AFT) to be triggered a considerable amount of water (more than 3 m$^3$) is required to enter the wells (assuming an initial zero bilges condition). No such quantities were found to have been recorded in the ORB or other records.

Furthermore, for the period under investigation there is no overboard discharges via the OWS recorded in the ORB and same is also verified by the downloaded OCM memory data.

Shore sludge and bilges disposals are located in this report, Section 4 FINDINGS & OBSERVATIONS, sub-par 3 "Reception facilities delivery receipts".

The above indicate that the entries in the ORB for the period under investigation, may contain inaccurate and/or incomplete information.