

**Corporate Headquarters**
The Kent Building
43 Danbury Road
Wilton, CT  06897, USA
24 Hr. Tel : +1.203.857.0444
Fax:        +1.203.857.0428
Email: ecm@ecmmaritime.com

An ECM Group Com[...]

**Texas Office**
1560 W. Bay Area Blvd
Suite 290
Houston, TX  77546
Tel:      +1.281.464.3328
Fax:      +1.281.484.1687

**Virginia Office**
Tanglewood West
3959 Electric Road SW
Suite 200
Roanoke, VA  24018
Tel:      +1.540.400.6412

**ECM Maritime Services
(Asia) Pte. Ltd.**
10 Anson Road,
 #27-02A International Plaza
Singapore 079903
Tel:   +65 8171 9344
Cell:  +65 9169 5971

**ECM Maritime Services
(China) Ltd.**
Room 1402, East Tower,
Zhongshan 9 Bldg.
No. 2 Xinglin Street
Zhonshan District
Dalian,  P. R. China
Tel : +86-411-39917981

February 28, 2024

**Capt. Andreas Fountoulis**
Corporate Compliance Manager (CCM)
Empire Bulkers Ltd.
afountoulis@empirebulkers.com
marine@empirebulkers.com

**Richard. A. Udell**
Senior Litigation Counsel
Environmental Crimes Section
U. S. Department of Justice
Richard.Udell@usdoj.gov

**Dall Kammer**
Assistant United States Attorney
Eastern District of Louisiana
Dall.Kammer@usdoj.gov

**Elaina Carmouche**
**Tiresha Fairley**
Supervising US Probation Officers
U.S. Probation Office
Eastern District of Louisiana
Elaina_Carmouche@laep.uscourts.gov
Tiresha_Fairley@laep.uscourts.gov

**LCDR Kelli Dougherty**
Coast Guard Office of Investigations
and Casualty Analysis (CG-INV-1)
Washington, DC 20593-7501
hqs-smb-cg-inv-ecp@uscg.mil

**ECM Maritime Services, LLC**
Third Party Auditor (TPA)
emsteam@ecmmaritime.com

GOVERNMENT
EXHIBIT

**B**



# United States *v*. Empire Bulkers Ltd. (Empire) & Joanna Maritime Limited Environmental Compliance Plan (ECP) Court Appointed Monitor (CAM) – First Annual Report

In accordance with ECP Section V(D)(b) this report constitutes the **first Annual CAM Report** to Empire and the United States **covering the period May 18, 2023 to January 19, 2024**.

ECM Maritime Services, LLC (ECM) was advised on May 18, 2023 of our selection as CAM and TPA under the aforementioned ECP. The stated commencement date of probation was January 19, 2023, which effectively allowed only 8 (eight) months for the TPA to fulfill their audit responsibilities during the first year of probation.

### Introductory meeting with Empire

An online introductory meeting was held between the following on May 24, 2023:

- ➢ Empire Bulkers Ltd. (Defendant): Mrs. Zacharoula Lempesi and Capt. Andreas Fountoulis
- ➢ Empire attorneys, Chalos & Co.: Messrs. George M. Chalos and Briton Sparkman
- ➢ ECM Maritime Services, LLC (CAM + TPA): Messrs. Michael F. Minogue and Nishit Kapoor

The topics covered during the introductory meeting included a description by ECM of the CAM + TPA's roles under the ECP, as well as Empire's description of EMS audits conducted by Gallagher Marine Systems (GMS) from March to September 2021, prior to commencement of Empire's probation,. These audits were to be credited against the requirement for Initial Audits by the TPA during the first year.

In addition, the subject of annual reviews by the TPA of environmental training courses provided by Empire to officers and crew at training establishments ashore was discussed, based on the requirements stated in ECP Attachment 3 (Employee Training Program), sections 8 and 9. The CAM and TPA's understanding was (and remains) that such reviews are to be conducted with the TPA being physically present at the training establishment when such training is in progress, as this was essential to evaluate the scope and quality of training provided, including (a) the classroom environment, (b) the knowledge and competence of instructors, (c) quality and use of training aids, (d) course material, (e) use of on-site workshops and evaluations and (f) one-on-one exchanges with attending officers and ratings to gauge their level of understanding of course content.

Empire disagreed with the CAM and TPA's assessment and were of the view that the ECP did not require the TPA to be physically present during such shore training, and that reviews should be conducted remotely. More details on this issue are available later in this report, as well as in the TPA's audit of shore (office) operations conducted in December 2023, a copy of which is included in the appendices. We were advised by Empire's attorneys during the meeting that they would take this matter up with the Court. Since no decision has been announced, we continue to await resolution of this matter before proceeding with TPA reviews of Empire's environmental training at establishments ashore.



Note: ECM Maritime Services (ECM) merged with Gallagher Marine Systems (GMS) on June 30, 2023. Combining of operations and responsibilities continues to progress as planned. Both companies are expected to complete this process and begin operating under the name of Gallagher Marine Systems, LLC in the next few weeks.

For the purposes of this ECP, the reporting requirements for the CAM are outlined in Section V.D and require distribution to Empire and the Government. The latter includes the following parties:

➢ US Attorney's Office for the Eastern District of Louisiana (EDLA), Environmental Crimes Section (ECS)
➢ US Probation Office for the Eastern District of Louisiana (USPO-EDLA)
➢ US Coast Guard Commandant, Office of Vessel Activities (CG-INV)


## A. Environmental Compliance Plan (ECP)

The purpose of the ECP, as described in Section I (C), *is to ensure that all Covered Vessels fully comply with all applicable marine environmental protection requirements established under applicable international, flag state, port state, coastal state and United States laws including, but not limited to, the International Convention for the Prevention of Pollution from Ships ("MARPOL"), and all applicable United States federal and state statutes and regulations including, but not limited to the Ports and Waterways Safety Act ("PWSA"), the Act to Prevent Pollution from Ships ("APPS"), the Clean Water Act ("CWA"), and OPA 90, (MARPOL, APPS, CWA, and OPA 90, collectively, "marine environmental protection requirements"), and to the additional requirements and policies established by the plan itself. In the case of a conflict between this ECP and any of the aforementioned requirements such that the ECP is less restrictive, then the more restrictive authority shall govern.*


## B. Covered Vessels

As described in Section I.A, the ECP applies to all oceangoing vessels that are owned, operated, commercially managed or technically managed by Empire which are listed in Attachment 1 ("the Vessels" or "Covered Vessels").

Attachment 1 may be modified from time to time based upon changes to the list of vessels for which Empire is the owner, operator, commercial manager or technical manager, as further described in Section X. All of the Vessels listed in Attachment 1, as amended from time to time, shall be subject to the requirements of this ECP. All vessels owned, operated, commercially managed or technically managed by Empire are subject to this ECP. Vessels for which Empire has relinquished ownership, operation, commercial management or technical management responsibilities, based on a well-documented contract to a true third party, shall be excluded from the requirements of this plan on the date Empire relinquishes such responsibilities. Notification of such relinquishment shall be made in



accordance with the requirements of Section X. Empire shall provide all parties with an updated Attachment 1 identifying applicable vessels on at least a quarterly basis.

At the time of ECM's appointment as CAM + TPA on May 18, 2023 the list of Covered Vessels under the ECP was as follows:

| S. No | Vessel Name | IMO Number |
|-------|-------------|------------|
| 01 | Michalis | 9545510 |
| 02 | Nazenin | 9545508 |
| 03 | Norah | 9460289 |
| 04 | Panagiotis | 9461063 |
| 05 | Aphrodite M | 9450832 |
| 06 | Heide | 9498822 |
| 07 | Scrooge | 9350094 |
| 08 | Bobic | 9317781 |
| 09 | Gastone | 9643295 |
| 10 | Clarabelle | 9695004 |

A summary of Covered Vessel TPA audit status at the end of the first year (January 19, 2024) is as follows:

| S. No | Vessel Name | Audited by GMS prior to TPA involvement | Audited by TPA (First Year) |
|-------|-------------|------------------------------------------|------------------------------|
| 01 | Aphrodite M | 23 March 2021 | |
| 02 | Norah | 27 May 2021 | |
| 03 | Panagiotis | 05 June 2021 | |
| 04 | Michalis* | 01 July 2021 | |
| 05 | Nazenin | 11 September 2021 | |
| 06 | Scrooge | | 12-14 July 2023 |
| 07 | Clarabelle | | 25-28 July 2023 |
| 08 | Bobic | | 10-11 August 2023 |
| 09 | Goofy** | | Not audited |
| 10 | Heide*** | | Not audited |
| 11 | Gastone | | 13-15 January 2024 |

\* M/V MICHALIS (IMO 9545510) sold 15 December 2023 and removed from list of Covered Vessels.
\*\* M/V GOOFY (IMO 9700782) acquired 26 October 2023. Internal audit conducted 15-16 December 2023. Vessel will be scheduled for TPA audit during 2nd year (Ongoing phase).
\*\*\* M/V HEIDE (IMO 9498822) sold 20 December 2023 and removed from list of Covered Vessels.

**C. Covered Office(s)**

All of the aforementioned vessels were under the technical management of the following shore side office, for the duration of the first year since our appointment:



Empire Bulkers Ltd.
88 Vouliagmenis Avenue,
16777 Elliniko, Athens, Greece

Key personnel and systems were audited by the TPA at these offices on December 13-14, 2023, in accordance with ECP Section VII.B.1. The audit was conducted by Nishit Kapoor of ECM Maritime Services, LLC, assisted by Mr. Paris Andrianopoulos of ECM Hellas.

## D. Corporate Accountability

ECP Section II.E requires that in the first quarter of every year, senior management of Empire shall communicate to its shipboard and shore staff by the most effective electronic manner possible, its commitment to the environment, safety, quality, and commitment to this ECP. A video from Managing Director Mr. Nikos Arkadis was provided to the CAM and TPA in June 2023, which was circulated by Empire's CCM to their fleet of covered vessels.

## E. Corporate Compliance Manager (CCM)

Capt. Andreas Fountoulis serves as the Corporate Compliance Manager (CCM), also known as the Environmental Compliance Manager under Empire's Environmental Management System EMS).

ECP Section II.A.1 requires the CCM to report directly to the Managing Director of Empire (the "Empire MD"). The CCM position must be filled by an individual with a significant maritime vessel operational background, who possesses the authority to ensure full implementation of this ECP, and who is thoroughly familiar with the requirements of this ECP, and domestic and international maritime environmental laws and regulations.

Based on the CAM's observation, Capt. Fountoulis' background and experience make him suitably qualified to fill the CCM's position. However, as the TPA reported following their shore side audit on December 13-14, 2023, Empire's Managing Director had left the company in June 2023 without being replaced, and his duties and responsibilities under the Empire EMS had been assigned to an Executive Committee comprising of the HSQE, Marine & Vetting Manager as Chairman, along with the CCM, Technical Manager and Marine Operations Manager. No notification was made of these changes to the CAM or Government when they occurred. More details are included in the Noteworthy Findings from the TPA's Shore Side Initial Audit, included later in this report.

The following is a summary of core CCM responsibilities under the ECP:

*Corrective Action (CA) Tracking Mechanism* (*ECP II.A.5*): This requires the CCM to develop a CA Tracking Mechanism to ensure Empire takes CA on recommendations by the TPA within 60-90 days. The CCM is tracking the CAs and providing CA progress updates to the CAM and TPA.

*Open Reporting System (ECP II.A.6)*: CCM is responsible for overseeing the Open Reporting System (ORS). Details of the ORS are included in the Environmental Compliance Manual (ECM) as well as

Page **5** of **15**



ORS posters supplied to vessels. During this first year of probation, no open reports were received. An incident report involving sea water ingress into the aft stern tube seal aboard M/V NORAH was received from Empire's attorneys on May 30, 2023. Also, information regarding a report made by a crew member on October 5, 2023 from M/V PANAGIOTIS about an alleged Marpol violation by the Chief Engineer was received from Empire's attorneys on October 19, 2023. More details on the PANAGIOTIS report are included later in this report. The ORS was upgraded in late-2023 to allow for completely anonymous reporting from vessels.

*Comprehensive Budget (ECP II.A.8):* CCM is responsible for developing a comprehensive budget that each vessel has adequate funding for shore side disposal of wastes. This requires that the CCM annually certifies in writing the adequacy of vessel operating budgets, including:
• costs related to the operation,
• maintenance and repair of pollution prevention equipment,
• use of shore side reception facilities,
• labor cost relating to maintenance of machinery spaces and;
• other related costs necessary to meet the objects of the ECP.

The certification shall include a narrative summary in the aforementioned areas and explain the analysis to determine if such budgets are adequate or not. The CCM has confirmed that the annual budget analysis is under preparation and certification will be provided to the CAM shortly.

*Reports of Non-compliance (ECP II.A.9):* CCM shall review, investigate and document in a timely fashion reports of non-compliance received from employees and initiate, monitor and comment on actions taken. The CCM shall maintain records of such reports and action taken, and make them available for review by the TPA and CAM. Details of a report made by a crew member on October 5, 2023 from M/V PANAGIOTIS about an alleged Marpol violation by the Chief Engineer were only received from Empire's attorneys on October 19, 2023. More details on the PANAGIOTIS report are included later in this report.

*Non-retaliation policy (ECP II.A.10):* CCM is responsible to develop and communicate to all employees that Empire will not tolerate retaliation against those who report non-compliance, and makes failure to notify a violation of the ECP, which could lead to grounds for discipline or dismissal, subject to applicable labor laws. This policy is included in the Environmental Compliance Manual (ECM) and the CCM and his staff are responsible for ensuring all new hires are made aware of this policy and the importance of ensuring compliance.

*Training (ECP II.A.11-12):* CCM must ensure the Training Requirements listed in ECP Attachment 3 are met. The training program for ship and shore staff is carried out via a combination of in-person and web-based training, as well as CBT.

Shore based classroom-type training for officers and ratings (as referred to in ECP Attachment 3, Section 8) was carried out once during 2023, at the Nautilus Training Center, Manila, Philippines on May 25 and 25, 2023. Pre joining-training was provided via face-to-face meetings and online sessions.



*Section VIII Engineering Requirements (ECP II.A.13):* CCM is responsible to ensure the Engineering requirements established by the ECP are carried out on all covered vessels not later than one year after sentencing. The CCM developed a tracking mechanism to keep track of the deliverables and has met this deliverable. This included the Fleet Engineering Surveys which were due first quarter after sentencing and submitted in February and March 2023, within the prescribed timeframe.

It was noted that some of the submissions from the Fleet Engineering Surveys were incomplete. In some other cases, there were questions regarding the authenticity of different entries, which appeared to be in the same handwriting and using identical language. This was brought to the attention of the CCM and he was asked to ensure that internal auditors followed up on the comments made in the surveys.

*Waste and garbage tracking mechanism (ECP II.A.14):* CCM is responsible for developing a tracking mechanism for machinery space waste quantities and capacities as well as garbage production and management. Environmental performance objectives and targets were reviewed by the TPA during the shore side operations audit in December 2023. No reports were received with regard to any vessel's inability to handle oily water/sludge. CCM provided a synopsis in his CCM Annual report which was delivered to all parties on February 19, 2024.

Notwithstanding the above, the areas of bilge/sludge management and garbage management require additional focus, based on the results of the last vessel audit conducted by the TPA aboard M/V GASTONE on January 13-15, 2024. Non-conformities were reported by the auditor in the categories of bilge/sludge retention/management/disposal as well as garbage storage and disposal, which indicate a need for improvement in crew training and awareness.

*Corporate Accountability, submission of reports (ECP II.D):* This requires the CCM to make quarterly reports to the Empire MD concerning compliance with and implementation of this ECP, the EMS, and other maritime environmental protection requirements. Further, an annual report to Empire's shareholders is to be provided. All issues of noncompliance to be communicated along with corrective action taken and copies provided to the government. The quarterly reports were submitted in a timely fashion. The CCM's year-ending report (2023) is included in the Appendices.

## F. Third Party Auditor (TPA)

ECM Maritime Services (ECM) was notified of their appointment as Third Party Auditor (TPA) on May 18, 2023.

*Marine Engineer Requirement and Adequacy of Staff (ECP VI.B):* ECM employs senior level Marine Engineers to perform shipboard machinery space audits and has adequate staff to carry out their responsibilities.

*Contractual Independence (ECP VI.E):* The TPA & CAM meet their required obligations in accordance with this clause.



*Vessel Audits*: As a general matter the audits are to be carried out underway, however Section VI.H.2 explicitly allows for in-port audits by the TPA if impractical to carry out underway, in consultation with the CAM and Empire. The TPA has been following this process. In general, the TPA is satisfactorily fulfilling their responsibilities with respect to the auditing functionalities required by the ECP.
The audit reports are timely and cover all the required elements.

### G. Shore side (office) Initial Audit during first year of Probation

The Initial Audit of Empire's shore side operations (as described in Section VII.B.1) was conducted at the offices of Empire Bulkers Ltd. in Athens, Greece on December 13 & 14, 2023. It was conducted by the undersigned, assisted by Mr. Paris Andrianopoulos of ECM Hellas.

The audit covered the requirements listed in Section VII.D of the ECP (as applicable) and the scope was defined by a customized checklist developed by the TPA for that purpose. It included a full review of EMS compliance under the ECP framework.

### G.1 Noteworthy Findings (Non-conformities and Observations) from the Shore side Initial Audit

*Note: For a full report on Non-conformities and Observations noted during the Shore side Initial Audit, please refer to the TPA's Shore side Initial Audit Executive Summary & Checklist.*

### 1. Roles, Responsibility and Authority

A new version (*Rev 6*) of the Company's Environmental Compliance Manual (ECM) covering their EMS was issued on November 21, 2023. A copy was provided to the undersigned at the time of the audit, on December 13, 2023. We were also advised at the time that the Managing Director (MD) of Empire Bulkers Ltd. had departed in June 2023 with no replacement having been appointed. Instead, his duties and responsibilities under the Empire Environmental Management System (EMS) had been assigned to an Executive Committee, comprising of the HSQE, Marine & Vetting Manager as Chairman, as well as the CCM, Technical Manager and Marine Operations Manager.

No notification of the above changes was made to the CAM, TPA and Interested Parties when these took place. Additionally, no Organization Chart was provided at the time of the audit to illustrate the present structure of the organization, responsibilities and functions of personnel involved with the EMS. It is also unclear whether the replacement of the MD by an Executive Committee comprising of three Managers (plus the CCM) would still allow the CCM to have direct access to the highest level of management in the Company, as described in ECP Section II.A.1 with respect to the CCM's reporting chain to the MD:

*"...Empire shall designate a senior corporate officer as the Corporate Compliance Manager ("CCM") who shall report directly to the Managing Director of Empire (the "Empire MD")."*



The Quality Assurance and Operational Integrity (QA and OI) group is also affected by the change in senior management. As per ECP Section II.B:

*"Empire shall maintain an internal group designed to ensure Quality Assurance and Operational Integrity. This group may consist of members of the HSQE and OI Departments under the direction of the HSQE Manager and CCM respectively. The heads of this group shall report directly to the Empire MD."*

If the QA and OI group operates under the direction of the HSQE Manager and CCM, but these two ranks are also part of the Executive Committee that replaced the MD's function under the ECP, it is unclear as to who exactly the HSQE Manager and CCM are now supposed to report to on important QA and OI matters including internal audits, open reports and casualties and oil pollution incidents.

**Recommended Corrective Action**: (a) Formal notification of the change in top management and replacement of the MD by an Executive Committee should be sent to all Interested Parties under the ECP. New reporting chain (CCM to Executive Committee and upwards) to be described.
(b) Provide Orgchart of all personnel with EMS functionality, including QA and OI group, and where they are situated within the larger framework of the organization.

**CAM Note**: A revised Orgchart was provided to all parties by the CCM on February 26, 2024. A copy is included in the Appendices.


## 2. Operational Control

Empire has interpreted the term "in a timely fashion" from ECP Section II.A.9 (Corporate Compliance Manager) as follows, in their ECM Section 6.3:

The CCM must "*Ensure that reports to Interested Parties are made within 14 days of receiving information of any non-compliant condition of any vessel, along with any findings and corrective actions.*"

However, the ECP states in Section V.C (Court Appointed Monitor) that "*Empire shall provide the CAM with full access to all offices, records and Covered vessels associated with this ECP. Empire shall further ensure that the CAM is promptly provided with all reports and notifications as established in this plan, as specified in Attachment 5.*" Item #2 in Attachment 5 (Reports and Notifications to be Provided to the Court Appointed Monitor) lists one such category to be "*Reports of non-compliance received from employees and action taken by the CCM.*"

The CCM received a report from a crewmember, later identified as the 2nd Engineer (via the Company's crewing agency in the Philippines) aboard covered vessel M/V Panagiotis on October 5, 2023 of an alleged Marpol violation involving the Chief Engineer.



Notification to the CAM, TPA and other Interested Parties was made on October 19, 2023.

At the time this notification was received by the CAM, TPA and other Interested Parties, Empire had already completed onboard interviews and debriefing of the crew without the involvement of the CAM, and all members of the engine department had been off-signed from the vessel.

Some records from Empire's own investigation of the 2/E's report from M/V Panagiotis have not been made available to the CAM, as they have been classed as client-attorney work product.

**Recommended Corrective Action:** It is recommended that the requirement for prompt notification to the CAM under ECP Section V.C not be confused with any reporting timeframes set unilaterally by Empire under their EMS. ECP requirements are as stated, and apply to both ship and shore staff in accordance with Sections I.A and I.B. Both the ECP and Company's EMS (ECM) are to be maintained on board all Covered Vessels in pre-designated locations, as described in Section I.I.

**CAM Note:** Since all the engineering crew were off-signed from the vessel several days before the CAM was notified, we were unable to be present during Empire's investigation, or to conduct one of our own. Subsequent attempts to contact Chief Engineer Melitante and 2nd Engineer Suguitan, using the email addresses and phone numbers provided by the CCM, have proven fruitless.

On January 10, 2024, the CCM provided us with a copy of the independent investigation carried out aboard the PANAGIOTIS by their appointed consultants, Total Quality Consultants (TQC), Athens, Greece. The report (copy included as a separate attachment) covered interviews with two crew members (2nd Engineer Suguitan and Oiler Baulista) and reviews of relevant documentation, including the Oil Record Book, Daily Sounding Logs, Engine Room Log, Alarm Logs, Seal Log and applicable drawings of Engine Room piping systems and equipment. It was clear from the findings presented by TQC that no clear explanation was available for two of the anomalies reported by them, as listed below:

## a) Unregistered environmental seals

**TQC Finding:** As per the vessel's "Environmental Tags Photos" report sent on September 18th, valves BG-40, BG-65 and BG-77 each had one of their two seals broken on August 26, 2023. Those seals were fitted to prevent rotation of the valve wheel (handle). The seal serial numbers listed in the vessel's "Environmental Tags Photos" report did not match the numbers listed in the Company's "Engine Room Environmental Tag Log" form for the vessel.

**CAM comment:** This would indicate that the seals were replaced at these valves at some point in the past, without those details being logged or the office notified. We asked the CCM if an attempt had been made to look further into this matter since TQC's initial investigation, and if any additional information was available. The CCM's response is as follows:

*I followed up on the issue and made a request for the Environmental Tag logs and photo report of Emergency Bilge Suction and emergency cross over valve to check if there is a) a repeated misreporting*



*by the vessel and b) if any additional discrepancy was present.  From the information gathered from the vessel (see attached), there was no further misreporting or other discrepancies found.  We will continue to follow-up on this issue with periodic checks.*

### b) Frequent activation of high level bilge alarm

**TQC:** For the period under investigation, when the Chief Engineer on board was Mr. Melitante (June 16 – October 09, 2023), the high level bilge alarm was triggered on 15 different days, and the total number of closed cycle of alarms triggered ("Alarm – Return" being one cycle) was 44 times.

Also, it should be noted that several times the alarms were manually deactivated, to stop triggering.

During or after activations of E/Room bilge well alarms, no corresponding Oil Record Book (ORB) entries were found to evidence any internal transfer by permissible techniques.

**CAM comment**: TQC's report refers to frequent activation of the E/Room bilge well alarms, which were noted to have been activated 44 times in a 15-day period. It also says that the triggering of frequent high-level alarms is in contradiction to the low bilge water production reported for the same period. There are no corresponding ORB entries to account for liquid that would have needed to enter/leave the bilges for these alarms to have been activated and deactivated. Triggering of these alarms would require considerable ingress of liquid into the bilges, but there is no record of any such occurrence in the ORB or other documentation, nor is there any record of overboard discharges via the OWS and OCM during that period.

We asked the CCM if any additional information had come to light since the TQC investigation, that might help explain these discrepancies. The CCM's response is as follows:

*We have followed up with TQC on this. They did not discover any evidence which would explain the unusual alarm activity. We have considered the information, as well as the information learned from the crew during their interviews by [Empire attorney] Mr. Chalos. Although no cause for such frequent alarm activation was stated (such as excessive leaks, breakdowns, cleaning or otherwise malfunctions of the alarm system), we found that during the period C/E Melitante served on board (June - Oct 2023), there were no OWS operations.  There were two 2 shore side disposals of bilge water (i.e.  7 cubic meters on Aug 19, 2023 and 4.98 cubic meters on October 12, 2023). See attached shoreside reception receipts. We have taken note of the difference between the volume of bilge water reported by C/E Melitante and the volumes reported by his predecessor and successor and question the accuracy of his record keeping.*

Separately, the vessel Flag Administration (Marshall Islands) commenced an investigation on January 2, 2024 into the alleged conduct by Chief Engineer Melitante and gave him 60 days in which to submit a statement. We have asked the CCM to provide us with a copy of their report, once available.



**3. Training, Awareness and Competence**

Training records were reviewed, including those for the 2-day shore-based EMS training conducted on May 25-26, 2023 at the Nautilus Training Center, Manila, Philippines. Records were also reviewed for

the online pre-joining training (3-4 hour session) provided to officers and crew in the Philippines before their shipboard assignments, conducted by a training officer in the Philippines and augmented by Empire's Environmental Officer in Athens.

This far, Empire has conducted one training course at a training center ashore, at Manila on May 25-26, 2023. A second course is planned for early-2024, also in Manila. The TPA has been unable to conduct a review of training courses (as described in ECP Attachment 3) due to a disagreement with defendants on the requirement for physical attendance to review shore-based training courses.

**Recommended Corrective Action:** To resolve the issue as early as possible of physical attendance by the TPA at these training courses, so the requirements of the ECP are fully met.

**H. Vessel audits during the first year of Probation**

In accordance with ECP Section VII.B.1, four (4) Covered Vessels were audited by the TPA during the first year of probation.

**At the time of the TPA's appointment on May 18, 2023 there were a total of 10 Covered Vessels**, managed by Empire Bulkers Ltd. and operating under their ISM Document of Compliance (DOC). Of the abovementioned vessels, five (5) had already undergone internal audits in 2021 by Gallagher Marine Systems (GMS) and were exempt from the Initial Audit requirements, as described in ECP Section VII.B.1. The remaining five (5) vessels were included in the TPA's monthly monitoring and tracking (based on inputs from the CCM) for possible boarding. The first TPA vessel audit was conducted aboard the M/V SCROOGE, which was audited at Puerto Cortes, Honduras from July 12 to 14, 2023.

**i. Changes in Covered Vessels**

During the course of the first year of probation, the following changes took place to the list of Covered Vessels:

a) **Goofy (IMO 9700782)** acquired on October 26, 2023 and added to the list of Covered Vessels.
b) **Michalis (IMO 9545510)** sold on December 15, 2023 and removed from the list of Covered Vessels.
c) **Heide (IMO 9498822)** sold on December 20, 2023 and removed from the list of Covered Vessels.

The abovementioned changes resulted in the number of Covered Vessels remaining at ten (10) at the end of the first year.



## ii. Number of vessel audits

As mentioned previously, a total of four (4) vessel audits were conducted by the TPA during this first year of probation. Of these, 1 was a riding (underway) audit and 3 were in-port audits. The latter were necessitated by each vessel's voyage pattern, which did not lend itself to a riding audit being performed (most notably due to very long voyages between ports).

The scope of TPA audits included operational inspections of the OWS and OCM (on recirculation, when necessary), sewage treatment plants and incinerators (when not alongside). All audits, underway and in port, were conducted using a TPA-developed standardized audit checklist, which incorporated the requirements of the ECP, including those listed under Section VII.D and Section VIII.
A list of vessel audits conducted is provided below:

| S. No. | Vessel Name | Type of Audit (Riding/In-Port) | Date(s) of Audit | Audit Location | Auditor |
|--------|-------------|-------------------------------|------------------|----------------|---------|
| 01 | Scrooge | In-Port Audit | July 12-14, 2023 | Puerto Cortes, Honduras | Pranab Dhar |
| 02 | Clarabelle | Riding Audit | July 25-28, 2023 | Vatika Bay, Greece to Aliaga, Turkey | Pawan Jha |
| 03 | Bobic | In-Port Audit | September 10-11, 2023 | Flushing, Netherlands | Pawan Jha |
| 04 | Gastone | In-Port Audit | January 13-15, 2024 | Praia Mole, Brazil | Ranjan Dutta |

## iii. Vessel Audits - Noteworthy EMS Findings

Please refer to the TPA's First Year Report of Findings (ROF) submitted to all parties on February 12, 2024 for detailed information on noteworthy EMS Findings.

## I. Environmental Management System (EMS)

ECP Section IX requires Empire to submit copies of its updated EMS to the CAM and the Government not later than 18 months before the end of the probationary period. The CAM and the Government may provide comments on the updated EMS within 60 days of receipt, unless additional time for review is requested in writing.

Empire shall submit a written reply, as appropriate, within 30 days of receipt of any comments provided. If no comments are received from any of the aforementioned parties, the EMS shall be considered to be acceptable, subject to the results of subsequent audits.

The current version of EMS manual in use by Empire, referred to as the Environmental Compliance Manual (ECM) as provided to the TPA during the shore side operations audit on December 13 & 14



2023, is Revision 6, issued November 21, 2023. This has been shared with the CAM and with the TPA's audit team. No formal submission of Empire's EMS has been made to the CAM and government as yet.

**J. Conclusion**

We have been advised that three of the findings from the TPA's audit of shore side operations are to be addressed during an upcoming Court Hearing in the Eastern District of Louisiana. These findings have been described in sections G.1.1, 1.2 and 1.3 of this report and are as follows:

1) Change in organizational following the departure of the Managing Director in June 2023, not reported to CAM and government.
2) Lack of prompt notification to the CAM after a report of an alleged Marpol violation
3) Disagreement between Empire and CAM + TPA regarding the need for a physical review by the TPA of shore-based training.

Other than the above, our analysis of first-year TPA audit reports and email communication between Empire, the government, the TPA and ourselves, indicates that while Empire's systems and documentation are of an undeniably high standard, the level of training and awareness amongst sea staff lags behind and should be addressed without delay. This is best done through a combination of training ashore and on board vessels, along with a robust and transparent internal audit program for verification.

In accordance with our combined role as CAM + TPA under this ECP, we will continue to work closely with Empire's CCM to ensure that ECP requirements and EMS standards are met, audits completed within the prescribed timeframe, and results monitored/reported as appropriate.

**Certified true and accurate, this 28th day of February 2024.**

Sincerely,

Nishit Kapoor
**ECM Maritime Services, LLC**
**Court Appointed Monitor (CAM)**



# **<u>APPENDICES</u>**

a)  CCM's Year Ending Report to Management, January – December 2023
b)  Revised Empire Organization Chart, received February 26, 2024

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# ENVIRONMENTAL COMPLIANCE REPORT - EY2023
## To: Managing Committee Chairman and members

## 1. Introduction

ℹ️ *In accordance with ECP II-D2 requirements this report is prepared by the Environmental Compliance Manager and addressed to Executive Committee members concerning compliance with and implementation of the ECP, the EMS, and other maritime environmental protection requirements for the period* **January – December 2023.**

## 2. Fleet List

| VESSEL | IMO | FLAG | TYPE | MANAGED SINCE | DEPARTED MANAGEMENT |
|--------|-----|------|------|---------------|---------------------|
| *HEIDE* | *9498822* | *MARSHALL* | *BULK CARRIER* | *26-May-13* | *20-Dec-23* |
| *NORAH* | *9460289* | *MARSHALL* | *BULK CARRIER* | *27-Sep-13* | |
| *NAZENIN* | *9545508* | *MARSHALL* | *BULK CARRIER* | *23-Dec-13* | |
| *MICHALIS* | *9545510* | *MARSHALL* | *BULK CARRIER* | *06-Oct-13* | *15-Dec-23* |
| *APHRODITE M* | *8450832* | *MARSHALL* | *BULK CARRIER* | *4-Aug-16* | |
| *PANAGIOTIS* | *9461063* | *MARSHALL* | *BULK CARRIER* | *05-Jan-17* | |
| *SCROOGE* | *9350094* | *MARSHALL* | *BULK CARRIER* | *21-Oct-19* | |
| *BOBIC* | *9317781* | *MARSHALL* | *BULK CARRIER* | *07-Sep-20* | |
| *GASTONE* | *9643295* | *MARSHALL* | *BULK CARRIER* | *07-Sept-22* | |
| *CLARABELLE* | *9695004* | *MARSHALL* | *BULK CARRIER* | *19-Sep-22* | |
| *GALENE M* | *9536997* | *MARSHALL* | *OTHER CARGO* | *28-Oct-15* | *16-Feb-23* |
| *GOOFY* | *9700728* | *MARSHALL* | *BULK CARRIER* | *26-Oct-23* | |

## 3. ECP / ECM Implementation

ℹ️ *ECP implementation has begun officially since 19th January 2023. In 2023 the Company has focused on:*

- Introduction of Environmental Compliance Plan and developed Environmental Compliance Manual to all staff either seagoing or shore based.
- Environmental Training to all staff either seagoing or shore based to Environmental Compliance Plan and developed Environmental Compliance Manual requirements.
- Update Company's training matrix requirements for shore and sea-going staff.
- Message from MD release to the fleet
- Onboard surveys requirement by ECP to be completed timely by all shipboard all shipboard engineers.
- All ECP related reports have included in Benefit Operations/Activities for closer monitoring by the office

- Internal Environmental Audits to the fleet and development of Corrective Action Plans
- TPA Audits to the fleet & development of Corrective Action Plans
- Office TPA Audit & development of Corrective Action Plans

## 4.  ECP – important 1st year deadlines

- **18 February 2023**
  - Selection of CCM – Timely **completed**
- **31 March 2023**
  - In the first quarter of every year, Senior Management of Empire shall communicate to its shipboard and shore staff by the most effective electronic manner possible, its commitment to the environment, safety, quality, and commitment to ECP - **Completed**
  - **Selection of CAM/TPA**
- **19 April 2023**
  - 3-month deadline to fleet engineering survey–**Completed**
- **19 July 2023**
  - 6-month deadline for existing shore-side employees associated with the technical management of the Covered Vessels to receive technical management education training –**Completed**
- **19 January 2024**
  - 1-year deadline to implement Engineering Requirements on all Covered Vessels – **Completed**
  - 1-year deadline to complete first year audits –**Completed**
  - Office TPA audit – **Completed**.
- **12 February 2024**
  - TPA First Year ECP Report of Findings (ROF) –**Completed**

## 5.  ECP – important 2nd year deadlines

- **31 March 2024**
  - In the first quarter of every year, Senior Management of Empire shall communicate to its shipboard and shore staff by the most effective electronic manner possible, its commitment to the environment, safety, quality, and commitment to ECP
- **19 January 2025**
  - 2-year deadline to complete second year audits

## 6.  Internal Environmental Audits

> ℹ️ *Below tables presents the environmental audits completed in 2023. All NCRs and Observations are closely followed for completion. The recommendations are gathered in a cumulative list to be reviewed for any further actions to be taken on biannual basis.*

### Audits completed in reporting period

| Vessel VSL NAME | 2023 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Non-conformity | | | Observation | | | Recommendation | | |
| | Inspections Count | Deficiencies Count | Def/Insp | Inspections Count | Deficiencies Count | Def/Insp | Inspections Count | Deficiencies Count | Def/Insp |
| **Total** | **9** | **106** | **11.78** | **10** | **62** | **6.20** | **4** | **66** | **16.50** |
| APHRODITE M | 1 | 9 | 9.00 | 1 | 10 | 10.00 | 1 | 22 | 22.00 |
| BOBIC | 1 | 5 | 5.00 | 1 | 6 | 6.00 | | | |
| CLARABELLE | 1 | 10 | 10.00 | | | | 1 | 2 | 2.00 |
| GASTONE | 1 | 13 | 13.00 | 1 | 16 | 16.00 | 1 | 20 | 20.00 |
| GOOFY | | | | 1 | 7 | 7.00 | | | |
| HEIDE | 1 | 24 | 24.00 | 1 | 1 | 1.00 | | | |
| MICHALIS | | | | 1 | 1 | 1.00 | | | |
| NAZENIN | 1 | 5 | 5.00 | 1 | 6 | 6.00 | | | |
| NORAH | 1 | 34 | 34.00 | 1 | 7 | 7.00 | 1 | 22 | 22.00 |
| PANAGIOTIS | 1 | 3 | 3.00 | 1 | 7 | 7.00 | | | |
| SCROOGE | 1 | 3 | 3.00 | 1 | 1 | 1.00 | | | |



### NCRs & Obs Finding close out time

| <= 1m | 49 / 12 |
| 1m - 3m | 56 / 43 |
| 3m - 6m | 1 / 5 |
| 1m - 3m | 2 |

■ Non-conformity  ■ Observation

### Time elapsed since last audit

| Vessel VSL NAME | INSP DATE | Months Elapsed |
|---|---|---|
| APHRODITE M | 3/20/2023 | 6.47 |
| BOBIC | 6/19/2023 | 3.43 |
| CLARABELLE | 2/3/2023 | 7.97 |
| GASTONE | 2/13/2023 | 7.63 |
| HEIDE | 5/28/2023 | 4.17 |
| NORAH | 5/9/2023 | 4.80 |

*Close out is within the required timeframe, were more time needed (justifiable) close out timeframe is extended. Recommendations are not required to be addressed, however we have reviewed them and accordingly we have*

*either acted upon them too or have diverted them to next MRM to collectively decided which and how these recommendations will be adopted.*

## 7. External Environmental Audits

ℹ️ *During the first year (2023 and prior to January 19, 2024) the following vessels shall be audited by the TPA:*

- *GASTONE*
- *CLARABELLE*
- *HEIDE – Vessel sold audit never took place*
- *SCROOGE*
- *BOBIC*

*The Initial Audit of Empire's shore side operations (as described in Section VII.B.1) was conducted on December 13 & 14, 2023 by TPA Captain Nishit Kapoor and Mr. Paris Andrianopoulos.*

*Three (3) Non conformities and three (3) Observations issued.*

Below table and graph presents all external audits that took place in 2023:



**Audits completed in reporting period**

| | | 2023 | | | | | |
| | | Non-conformity | | | Observation | | |
| Vessel VSL NAME | INSP DATE | Inspections Count | Deficiencies Count | Def/Insp | Inspections Count | Deficiencies Count | Def/Insp |
| **Total** | | **2** | **5** | **2.50** | **3** | **30** | **10.00** |
| BOBIC | 9/11/2023 | | | | 1 | 12 | 12.00 |
| CLARABELLE | 7/28/2023 | 1 | 2 | 2.00 | 1 | 6 | 6.00 |
| SCROOGE | 7/14/2023 | 1 | 3 | 3.00 | 1 | 12 | 12.00 |

**NCRs & Obs Finding close out time**

(Chart showing Non-conformity and Observation counts by close out time period)

| Period | Non-conformity | Observation |
| <= 1m | 2 | 16 |
| 1m - 3m | 2 | 13 |
| 3m - 6m | 1 | |
| 1m - 3m | 1 | |

■ Non-conformity  ■ Observation

Furthermore a TPA Audit took place onboard M/V Gastone on 15/1/2024 complying with Year-1 audits required as listed in ECP. The audit resulted with four (4) NCRs and eight (8) Observations.

## 8.  Environmental Incidents investigation

ℹ️ *In 2023 one environmental incidents have occurred.*

*On or about April 15, 2023, during the ship's voyage from Barcarena, Brazil to Progresso, Mexico, a member of the Vessel's crew observed water ingress in the stern tube aft seal.  The observation was reported to Empire Bulkers and an investigation and corresponding action plan were undertaken. Timely reports were made to the Vessel's Flag Administration and Classification Society.  The Vessel underwent repairs in Panama, which were completed on or about May 27, 2023, to the satisfaction of Flag, Class, and the Panamanian Port State. An appropriate entry has been made in the Oil Record Book.  A copy of the ORB entry and the reports from Class and Panamanian Port State Authority, confirming the repair(s) and authorization to sail, are attached.*

*Pursuant to Section M of the ECP, "Oil-to-Sea Interfaces", on May 30th, 2023 CAM/TPA and Government notified.*

## 9.  Environmental Objectives & Targets

ℹ️ *In our Quality Assurance procedure (part of our ISO9001/ISO14001 standard requirements) we have defined and documented the setting and monitoring of objectives and targets (KPIs). The progress of meeting this objectives and targets (KPIs) are communicated internally and to the fleet. Cross reference is made and same also described in the Environmental Compliance Manual Section 5. Environmental Objective and Targets.*

**Fleet Environmental KPI:**







### Category E _ Incinerator Ashes

| DC Oper Hist Schedule DATE Quarter | Cat E Incinerator Ashes_pr_ROB_m3 | Cat E Produced | Cat E Landed | Ratio Landed | EndMonth_ROB |
|---|---|---|---|---|---|
| Total | 6.78 | 3.53 | 3.43 | 33% | 6.88 |
| Q1 | 1.38 | 0.45 | 0.32 | 18% | 1.44 |
| Q2 | 1.95 | 1.05 | 1.12 | 57% | 1.00 |
| Q3 | 1.97 | 1.16 | 0.84 | 27% | 2.28 |
| Q4 | 1.57 | 0.87 | 1.16 | 47% | 1.25 |

### Category F - Operational Waste

| DC Oper Hist Schedule DATE Quarter | Cat F_Oper. Wastes_pr_ROB_m3 | Cat F Produced | Cat F Landed | Cat F Incinerated | Ratio Landed |
|---|---|---|---|---|---|
| Total | 81.84 | 148.11 | 138.27 | 9.42 | 60% |
| Q1 | 17.78 | 35.99 | 32.96 | 1.00 | 61% |
| Q2 | 30.61 | 54.66 | 58.33 | 0.02 | 60% |
| Q3 | 15.72 | 24.92 | 17.75 | 4.16 | 44% |
| Q4 | 17.60 | 32.56 | 29.23 | 3.44 | 58% |

### Category I e-Waste

| DC Oper Hist Schedule DATE Quarter | Cat I e-Waste_pr_ROB_m3 | Cat I Produced | Cat I Landed | Ratio Landed | EndMonth_ROB |
|---|---|---|---|---|---|
| Total | 7.65 | 6.05 | 5.63 | 46% | 8.37 |
| Q1 | 1.42 | 3.27 | 2.02 | 43% | 2.42 |
| Q2 | 3.43 | 1.15 | 1.90 | 42% | 2.67 |
| Q3 | 1.90 | 0.75 | 1.24 | 46% | 1.40 |
| Q4 | 1.13 | 0.89 | 0.47 | 23% | 1.55 |

| Vessel Group Descr | DC Oper Hist Schedule DATE Month | Oily bilge water_pr_ROB_m3 | Oily bilge water_produced_m3 | Oily bilge water_disch. to reception_m3 | Oily bilge water_discharged into sea_m3 | Oily bilge water_evaporated_m3 | EndMonth_ROB |
|---|---|---|---|---|---|---|---|
| **Total** | **Total** | **752.51** | **945.28** | **650.66** | **300.96** | **7.89** | **1,393.94** |
| MRM BULKERS | Total | 752.51 | 945.28 | 650.66 | 300.96 | 7.89 | 1,393.94 |
| | Jan | 54.12 | 91.70 | 59.75 | | | 138.01 |
| | Feb | 82.65 | 89.82 | 66.07 | 35.02 | | 137.45 |
| | Mar | 71.38 | 74.62 | 46.06 | 40.52 | | 105.48 |
| | Apr | 59.42 | 48.53 | 47.44 | 12.30 | | 95.65 |
| | May | 48.21 | 98.20 | 88.10 | 9.36 | | 137.05 |
| | Jun | 48.95 | 70.39 | 74.35 | 4.85 | | 114.49 |
| | Jul | 45.94 | 90.20 | 60.85 | 16.77 | | 119.37 |
| | Aug | 58.57 | 74.57 | 43.61 | 32.63 | | 100.51 |
| | Sep | 56.05 | 61.64 | 41.35 | 15.19 | | 100.50 |
| | Oct | 66.55 | 99.53 | 50.78 | 36.87 | | 129.21 |
| | Nov | 77.29 | 83.45 | 44.83 | 8.42 | | 152.32 |
| | Dec | 88.38 | 62.55 | 28.47 | 89.03 | | 61.90 |



| Vessel Group Descr | DC Oper Hist Schedule DATE Year | Oily bilge water_pr_ROB_m3 | Oily bilge water_produced_m3 | Oily bilge water_disch. to reception_m3 | Oily bilge water_discharged into sea_m3 | Oily bilge water_evaporated_m3 | %age to reception facilities |
|---|---|---|---|---|---|---|---|
| MRM BULKERS ANNUAL | 2023 | 757.51 | 945.28 | 650.66 | 300.96 | 7.89 | 97.45% |



| DC Oper Hist Schedule DATE Month | ER Sludges_pr_ROB_m3 | ER Sludges_produced_m3 | ER Sludges_disch. to reception_m3 | ER Sludges_incinerated_m3 | ER Sludges_water_evapor... | ER EndMonth_ROB |
|---|---|---|---|---|---|---|
| Total | 1,193.67 | 881.27 | 814.69 | 6.78 | 48.36 | 1,205.11 |
| Jan | 103.34 | 95.55 | 78.04 | 3.51 | 5.90 | 111.54 |
| Feb | 105.46 | 67.48 | 92.00 | | 0.10 | 80.94 |
| Mar | 80.84 | 67.56 | 50.68 | | 2.26 | 95.46 |
| Apr | 95.46 | 68.24 | 74.16 | 0.97 | 4.95 | 83.62 |
| May | 83.62 | 88.07 | 60.72 | | 1.95 | 109.03 |
| Jun | 109.03 | 82.50 | 104.90 | | 2.53 | 84.90 |
| Jul | 92.02 | 82.53 | 74.07 | | 2.20 | 98.27 |
| Aug | 98.64 | 81.67 | 72.93 | 0.47 | 2.68 | 104.22 |
| Sep | 97.90 | 80.36 | 56.53 | 0.84 | 3.12 | 117.77 |
| Oct | 117.77 | 57.25 | 44.20 | 0.24 | 2.65 | 127.93 |
| Nov | 137.61 | 53.29 | 69.78 | 0.33 | 11.80 | 108.99 |
| Dec | 71.18 | 55.98 | 36.68 | 0.42 | 8.32 | 81.74 |



| Vessel Group Descr | DC Oper Hist Schedule DATE Year | ER Sludges_pr_ROB_m3 | ER Sludges_produced_m3 | ER Sludges_disch. to reception_m3 | ER Sludges_incinerated_m3 | ER Sludges_water_evapora... | %-age to reception facilities |
|---|---|---|---|---|---|---|---|
| MRM BULKERS ANNUAL | 2023 | 1,193.67 | 881.27 | 814.69 | 6.78 | 48.36 | 93.68% |

**7**

## EEOI

### CO2 Index Analysis

Vessel Group :MRM BULKERS (HSQE)
Period : 01/01/2023 - 31/12/2023

| Vessel | Consumptions (Tonnes) | | | Distance (nm) | Total Days | | Factor | CO2 Emissions | |
|---|---|---|---|---|---|---|---|---|---|
| | HFO | LFO | MDO | | Laden | Ballast | Tonnes - nm | Tonnes CO2 | EEOI (gr/t.nm) |
| APHRODITE M | 0.00 | 2,387.83 | 700.64 | 36,503 | 97.2 | 33.5 | 751,216,868 | 9,770.3997 | 13.0061 |
| BOBIC | 0.00 | 1,834.58 | 1,106.73 | 39,804 | 104.2 | 34.5 | 823,718,206 | 9,329.0113 | 11.3255 |
| CLARABELLE | -0.23 | 3,166.14 | 440.94 | 47,022 | 141.7 | 32.9 | 1,222,446,608 | 11,389.5711 | 9.3170 |
| GASTONE | 0.00 | 3,653.67 | 100.80 | 39,089 | 119.9 | 24.2 | 2,386,271,113 | 11,836.0251 | 4.9601 |
| HEIDE | 0.00 | 2,306.38 | 8.39 | 17,514 | 32.4 | 37.9 | 641,576,042 | 7,294.3940 | 11.3695 |
| MICHALIS | 0.00 | 3,708.31 | 457.18 | 50,262 | 162.0 | 22.6 | 1,308,220,129 | 13,150.7522 | 10.0524 |
| NAZENIN | -0.06 | 3,815.92 | 134.95 | 50,454 | 151.8 | 35.0 | 1,273,396,731 | 12,456.5794 | 9.7822 |
| NORAH | 0.00 | 2,056.81 | 75.17 | 28,549 | 73.2 | 27.8 | 572,257,572 | 6,722.0856 | 11.7466 |
| PANAGIOTIS | 0.00 | 6,284.18 | 339.63 | 60,549 | 169.9 | 52.5 | 2,964,834,424 | 20,890.5563 | 7.0461 |
| SCROOGE | 0.00 | 2,255.02 | 327.10 | 37,612 | 123.4 | 31.0 | 681,806,304 | 8,154.3408 | 11.9599 |

There were zero ballast water management violations in 2023.

### Office Environmental KPI:

**Reduction in paper consumption (target:  15% reduction per year):** We have achieved 19,71% reduction in 2023.

| Printers | 2019 | 2020 | 2021 | 2022 | 2023 | Reduction |
|---|---|---|---|---|---|---|
| 3rd Floor | 33687.5 | 11,097 | 7,935 | 8,782 | 8,130 | -8.03% |
| 1st floor | 57771 | 52,343 | 64,651 | 39,345 | 33,658 | -16.90% |
| Reception | 9741.5 | 7,781 | 4,374 | 3,896 | 3,626 | -7.45% |
| All floors | 103,650 | 72,925 | 81,008 | 54,364 | 45,414 | -19.71% |



## 10. Open Reports

*The Company promotes Open Reporting of Non-Compliances by employees and crew members.*

*In 2023 one Open Report has been received. On October 5th, 2023 a report was received from 2E serving on board the M/V PANAGIOTIS calling to my attention suspected misconduct by a senior engineering officer. Specifically, the 2E suspected that untreated bilge water had been discharged directly to the sea through an emergency pump without passing through the oil water separator in direct violation of Company policy and relevant law and regulation.*

*In response to receiving the report, following actions were taken promptly:*

*1. DPA/ECM, as well as an independent engineering and compliance expert, attended on board the M/V PANAGIOTIS to inspect the functionality of the vessel's pollution prevention equipment and to perform an investigation;*

**8**

*2. The Flag Administration was timely notified of the report and alleged misconduct;*

*3. Captioned vessel instructed to proceed and make a relevant entry in the ORB as per Flag Administration instructions*

*4. The Court Appointed Monitor (CAM) & Third Party Auditor (TPA) were timely notified of the report and alleged misconduct;*

*5. Documentation and information gathered from the Vessel were provided to the CAM, TPA and other third-parties for analysis;*

*Additionally, the following preventive actions executed :*

*1. A web based Open Reporting platform for anonymous open reporting was created for use by shipboard staff and shore side employees;*

*2. Detailed training provided on OPEN REPORTING of NON COMPLIANCE BY EMPOYEES AND CREW MEMBERS as per ECP II CORPORATE STRUCTURE AND RESPONSIBILITIES C. Reporting of Non-Compliance by Employees and Crew Members (Open Reporting) & ECM Section 8 and*

*3. Informative Environmental Circular 01-2023 was prepared and sent to all vessels, employees and crew manning agencies on the Open Reporting System (ORS) Of Non-Compliance By Employees And Crewmembers.*

*4. Revisions will be made in the Environmental Compliance Manual (ECM) to include additional safety measures and procedures for monthly monitoring of specific environmental seals.*

*Vessel's Flag Administration, as well as the CAM/TPA, have commenced their own investigation.*

## 11. Training

*Training shall occur annually. Training may be performed by qualified instructors at a training facility or through Computer Based Training. Crewmembers shall receive such training before signing on board a Covered Vessel, or if unable to receive such training beforehand, within 7 days of signing on board. Existing shore-side employees associated with the technical management of the Covered Vessels must receive such training within 6 months of the commencement of the probationary period. New shore-side employees associated with the technical management of the vessels hired after 6 months from the commencement of the probationary period must receive such training before the employee assumes his or her duties*

*A basic initial training program shall be provided to vessel employees currently onboard Covered Vessels at the time the plea is entered in an effort to promptly mitigate pollution risk and ensure environmental protection. Employees must also receive the full instruction described in the preceding paragraph prior to returning to a vessel on a new contract*

*List of training carried out relating to env. elements are maintained in Benefit Training module and individual seaman card.*

1.  **In-house training, seminars and Empire's LMS training.**

The Company conducts Environmental Compliance seminars for seafarers on leave. The seminar speakers are the Environmental Compliance Manager or Environmental Officer and Mr. Gabriel Dovles from TQC Consultants. The seminars are hosted at different venues.

The last seminar was conducted during the period of May 25th – 26th 2023 Fifty-one (51) seafarers participated and were separated into two groups:

- o   Group One: Senior & Junior Officers and Electricians
- o   Group Two: Bosuns and Ratings

The facility where the training was provided was Nautilus Training center (as venue only). The presenters were Mr. Gabriel Dovles from Total Quality Consultants and our Environmental Officer, Emmanouil Sypsakos.

The same presentations are used for the pre-joining training provided to our seafarers on Compliance with MARPOL, COMPANY'S EMS, ECP & ECM Requirements.  The in-house course is provided online by our training team.

We anticipate the next shore side training will be scheduled at the beginning of year 2024.  I will be conducting the training, along with our Environmental Officer.

2.  **Online Training Platforms (ashore and board).**

LMS training has been created in our in-house developed LMS platform.



Empire also has a contract with OTG for the online training library provided to the seafarers both ashore on onboard. The training is specific to rank and include refresher requirements. A relevant training matrix is available ashore and onboard.

**3.   <u>Training Center:  Nautilus Pacific Maritime Training Center.</u>**

The Nautilus Pacific Maritime Training Center (or "Nautilus") is located on 7th Floor, 8912 Aseana Ave Building Brgy. Tambo, Paranaque City.   Nautilus Training Center layout is included in the attachments.

NMPTCI implements ISO 9001:2015 QMS with the scope of "Provision of Maritime Training Services (including course development) & Practical Assessment of Trainee's". The Certificate was issued by DNV.GL on 15 September 2022 and remains valid up to 04 June 2025.   A Surveillance Audit of DNV.GL on16 February 2023.  (1 Minor Non-conformity was noted and Corrective Action were submitted to DNV for Verification)..

A further Surveillance Audit was carried by the Marshall Islands Flag Administration last 17 August 2023 with Zero Observation.

NPMTCI is accredited by Maritime Industry Authority (MARINA) for several STCW Courses with 10 Years accreditation (see attached MARINA approval letter dated 10th of Nov. 2023)

The environmental related courses include:

- o   Bilge Waste Oil Management (BWO)
- o   Consolidated MARPOL 73/78 Course (MARPOL)
- o   SMS Familiarization (which again has a dedicated section on ECP/ECM; see attached course outline / syllabus).

During the next Environmental Compliance Manager visit in manila (expected in 1Q24) an audit will be arranged by him in the facility and a review of the environmental courses (actual classroom attendance – if feasible).

During the TPA audits the issued findings indicate that training and familiarization of ship staff need to be comprehensive and effective on the following categories:

- Knowledge and use of the Open Reporting System
- Bilge and sludge management – maintenance, operation and testing of the OWS + OCM
- Page 19 of 22
- Bilge and sludge management - retention of bilges, incineration and shore disposal.
- Application of environmental seals and seal management.
- Management and control of portable pumps and hoses
- EMS reporting and maintenance of environmental logs
- Garbage management

This will be bring to attention to the trainers in Manila, attending superintendents and they will be emphasis during the next shore side training which will be carried out by ECM (CCM) and Environmental Officer.

## 12. Other maritime environmental protection requirements

ℹ️ *See below tables with compliance requirements on new regulations*

| | Regulations | Implications for the company | Status |
|---|---|---|---|
| 1. | Amendments to MARPOL Annex VI, Reg. new 23 & 25 (Adopted by MEPC.328(76) | MARPOL Annex VI has been amended to require the calculation of attained and required values of the Energy Efficiency Existing Ship Index (EEXI) for applicable vessels. Verification of the ship's attained EEXI shall take place at the first annual, intermediate or renewal survey (or initial survey) **on or after 1 January 2023**. Several additional resolutions providing guidance on EEXI have also been adopted by the Committee. | Completed |
| 2. | Revised MARPOL Annex VI, Reg 5.4.7 and Appendix VIII | Energy Efficiency Certificate form updated to reflect the new EEXI requirements (both attained and required). The certificate is to be re-issued at first IAPP survey **on or after 1 January 2023**. | On track, at each vessel at first IAPP |
| 3. | Amendments to MARPOL Annex VI, Reg. 26.3 & 28 (Adopted by MEPC.328(76) | Attained CII (annual operational carbon intensity indicator): To be calculated on an annual basis as described in SEEMP Part III based on DCS data and reported to DCS verifier before **1 April every year** (covering 1 January to 31 December). Required CII (annual operational carbon intensity indicator): This is based on ship type and size and is determining for the rating (A-E). Ships subject to CII must have an approved SEEMP Part III **on or after 1 January 2023**. SEEMP Part III: Describes the methodology for calculating the ship's attained annual operational carbon intensity indicator (CII). A Confirmation of Compliance to be issued to the ship. The first DCS reporting period for which a CII will be required **starts 2023-01-01**. An operational carbon intensity rating (A-E) will be determined based on the CII and reflected in the DCS SoC. The SEEMP must be updated to include the Required Annual perational CII, the methodology for calculating the ship's Attained Annual Operational CII, and an implementation plan for self-evaluating and achieving required CII performance. Ships must annually report their Attained Annual Operational CII to the IMO, and will be issued a Statement of Compliance | Completed |
| 4. | Amendments to the IMO Convention for the Control of Harmful Anti-fouling Systems on Ships (AFS Convention) – MEPC.331(76) | Ban on use of AFS containing cybutryne - These amendments mean that AFS containing cybutryne shall not be applied or reapplied to any ship on or after 1 January 2023. | On every planned DD |
| 5. | MARPOL MEPC 79 | Mediterranean Sea Emission Control Area for Sulphur Oxides and particular matter - designation of Mediterranean Sea, as a whole, as an Emission Control Area for Sulphur Oxides and Particular Matter, under MARPOL Annex VI. In such an Emission Control Area, the limit for sulphur in fuel oil used on board ships is 0.10% mass by mass (m/m), while outside these areas the limit is 0.50% m/m. (Entry into effect 1 May 2024) | In progress |
| 6. | | EEXI, CII and rating values - amendments to appendix IX of MARPOL Annex VI on the reporting of mandatory values related | In progress |

| | | | |
|---|---|---|---|
| | | to the implementation of the IMO short-term GHG reduction measure, including attained EEXI, CII and rating values to the IMO Ship Fuel Oil Consumption Database (IMO DCS).<br><br>(Entry into effect 1 May 2024) | |
| 7. | | Fuel flashpoint in bunker delivery note - amendments to appendix V of MARPOL Annex VI, to include flashpoint of fuel oil or a statement that the flashpoint has been measured at or above 70ºC as mandatory information in the bunker delivery note (BDN).<br><br>((Entry into effect 1 May 2024) | In progress |
| 8. | EU Fit for 55: Marine Fuel requirements | In 2021, the European Commission adopted a series of legislative proposals known as the "Fit for 55" package, aiming to reduce its net greenhouse gas (GHG) emissions by at least 55% by 2030, compared to 1990 levels. One of the proposals that will affect the maritime industry is the FuelEU Maritime Regulation.<br><br>The timeline for implementation and compliance of these requirements are as follows:<br><br><ul><li>By 31 August 2024, shipping companies shall submit to their verifier a monitoring plan for each of their ships to monitor and report the amount, type and emission factor of energy used onboard;</li><li>From 1 January 2025, shipping companies shall begin monitoring according to the submitted and verified monitoring plan;</li><li>By 31 January 2026 and onwards, shipping companies shall submit to their verifier a ship specific FuelEU report;</li><li>By 31 March 2026 and onwards, verifier shall record in the FuelEU database the compliant FuelEU report;</li><li>By 30 June 2026 and onwards, verifier shall issue a FuelEU document of compliance (DoC), provided that the ship does not have a compliance deficit. In case that remedial penalties are due, the competent authority of the administering state shall issue the DoC, provided that the remedial penalty has been paid.</li></ul> | In progress |
| 9. | EU ETS | (EU) 2015/757 as amended by Regulation (EU) 2023/957 (MRV).<br><br>ETS is a cap-and-trade regulation aiming to put a cap on yearly generated greenhouse gas (GHG) emissions. It has two principles:<br><ul><li>setting a ceiling on the yearly maximum amount of GHG emissions and</li><li>the trading of EU emission allowances (EUAs).</li></ul><br>Regulated shipping companies will be required to purchase and surrender at the end of each period an EUA for each tonne of carbon-dioxide equivalent ($CO_2e$) they emitted for that period. Starting in 2025, shipping companies operating in European territorial waters will have to surrender EUAs for ships over 5,000 gross tons (gt) based on their verified emissions of the previous year as quantified by Regulation (EU) 2015/757 as amended by Regulation (EU) 2023/957 (MRV). On 1 January 2026, EU ETS will be extended to | Adaptation in progress |

13

| | | include methane (CH4) and nitrous oxide (N2O) emissions. On 1 January 2027, the regulation will become applicable to offshore vessels of over 5,000 gt. | |
|---|---|---|---|
| *10.* | Port reception facilities in the Arctic region | Amendments to MARPOL Annexes I, II, IV, V, and VI on port reception facilities in the Arctic region – MEPC.359(79), MEPC.360(79) and MEPC.362(79)<br><br>These amendments allow States with ports in the Arctic region to enter into regional arrangements for port reception facilities. Members wishing to discharge oil, noxious liquid substances, sewage, garbage, or air pollution waste to port reception facilities would need to be aware that there may be regional arrangements in place and reception facilities may not be available at every port.<br><br>(May 1st, 2024) | For info only at this stage |
| *11.* | | Amendments to MARPOL Annex I on HFO ban in Arctic waters – MEPC.329(76)<br><br>A new regulation 43A in Chapter 9 of MARPOL Annex I will introduce a ban on the use and carriage of heavy fuel oil (HFO) in Arctic waters on and after 1 July 2024.<br><br>The prohibition will cover the use and carriage for use as fuel of oils having a density at 15°C higher than 900 kg/m3 or a kinematic viscosity at 50°C higher than 180 mm2/s. However, the carriage of heavy fuel oil as cargo is not prohibited.<br><br>The application will be to all ships, except for ships engaged in securing the safety of ships or in search and rescue operations, and ships dedicated to oil spill preparedness and response.<br><br>Members with ships operating in and around the Arctic region are recommended to take note of these amendments. There are, however, exemptions for ships with fuel tanks protected by double hulls, and waivers for ships flying the flag of countries with a coastline bordering on Arctic, that will allow these ships to continue carry HFO for use until 1 July 2029.<br><br>(July 1st, 2024) | For info only at this stage |

Prepared by: *Capt. Andreas Fountoulis – Environmental Compliance Manager – DPA*

Date: *19 February 2024*

14



**Policy Sec.3 Appx1 Shore based Organisation Chart [EB]**
PP-13 Appx1

Date of issue:      04/01/2024                    Revision Nr:      16
Authorized by:      HSQE Manager/DPO



⁽*⁾ The Executive Committee shall undertake all duties and responsibilities of Managing Director role