

# REPUBLIC OF THE MARSHALL ISLANDS

## MARITIME ADMINISTRATOR

11495 Commerce Park Drive, Reston, Virginia 20191-1506 USA
Telephone: +1-703-620-4880  Fax: +1-703-476-8522
Email: investigations@register-iri.com  Website: www.register-iri.com

**PANAGIOTIS (ON 7308 / IMO No. 9461063)**
**Misconduct of Chief Engineer**
**Reported on 19 October 2023**

**Administrative Review Board Decision**

*Disclaimer*

*In accordance with national and international requirements, the Republic of the Marshall Islands Maritime Administrator ("Administrator") conducts investigations of reported seafarer misconduct to promote the safety of life and property at sea and to promote the prevention of pollution. While every effort has been made to ensure the accuracy of the information contained in this Report, the Administrator and its representatives, agents, employees, or affiliates accept no liability for any findings or determinations contained herein, or for any error or omission, alleged to be contained herein.*

*This Report may not be distributed, published or reproduced without written permission from the Administrator.*

*Authority*

*An investigation was conducted under the authority of Republic of the Marshall Islands laws and regulations, including all international instruments to which the Republic of the Marshall Islands is a Party.*

Background

On 19 October 2023, the Republic of the Marshall Islands Maritime Administrator (the "Administrator") was informed by Empire Bulkers Limited (the "Company") that they have received information, which included videos, from a crewmember working on board the Republic of the Marshall Islands-registered PANAGIOTIS indicating that machinery space bilge water had been discharged directly overboard using an emergency pump. The Company also advised that a third-party investigation was being conducted. On 27 December 2023, the Company provided a copy of the third-party investigation report. The Administrator's review of the report determined there was sufficient basis to warrant opening an administrative investigation into the conduct of the Chief Engineer (C/E) who had been on board when the reported discharge occurred.

Seafarer's Details:
  Name:  Joseph Galona Melitante
  Rank:  Chief Engineer
  Nationality: Philippines
  Date of Birth:  1 May 1981
  Marshall Islands Seafarer ID No.: 1668706

**GOVERNMENT EXHIBIT C**

By the Authority of
The Trust Company of the Marshall Islands, Inc.
Marshall Islands Maritime and Corporate Administrators, Inc.

Results of Initial Investigation

The Administrator's initial investigation determined that Mr. Melitante signed on board PANAGIOTIS as C/E on 16 June 2023 and that he was signed off on 9 October 2023.

Based on a review of PANAGIOTIS' Oil Content Meter (OCM), there is no record of any overboard discharges using the ship's Oily Water Separator (OWS) during Mr. Melitante's tenure as the ship's C/E. There were three transfers ashore of sludge and oily water while Mr. Melitante was on board as C/E and two additional transfers ashore three days after he signed off (see table).

| Date | Material | Quantity ($m^3$) | Location |
| --- | --- | --- | --- |
| 17 June 2023 | Sludge | 10 | Rotterdam |
| 19 August 2023 | Sludge | 13 | Singapore |
| 19 August 2023 | Oily water | 7 | Singapore |
| 12 October 2023 | Sludge | 8.64 | Yeosu |
| 12 October 2023 | Oily water | 4.98 | Yeosu |

During Mr. Melitante's tenure on board PANAGIOTIS, the high level bilge alarms activated a total of 44 times over the course of 15 days, not including weekly testing of the alarms. There is no indication that the high level bilge alarms were activated due to the movement of the ship in heavy weather. The high level bilge alarms activated five times, not including weekly testing, during the tenure of the Chief Engineer who proceeded Mr. Melitante. The activation points for the high level bilge alarms are:

| Bilge Well | Capacity ($m^3$) | Alarm Set Point |
| --- | --- | --- |
| Engine Room Forward Port Bilge Well | 3.5 | 100% |
| Engine Room Forward Starboard Bilge Well | 3.5 | 100% |
| Engine Room Aft Bilge Well | 3.2 | 75% |

Based on a review of the ship's Oil Record Book (ORB), Part I, there were no entries during Mr. Melitante's tenure as C/E on board PANAGIOTIS for internal transfers of bilge water from the bilge wells to any of bilge holding tank or any other of the tanks listed on the ship's Form A - Supplement to the International Oil Pollution Prevention Certificate (IOPP Supplement). There were also no recorded increases in the contents of any of the tanks listed on the IOPP Supplement indicating that bilge water was transferred from any of the Engine Room bilge wells. Additionally, there were no significant differences between the volumes of retained oily water and sludge that were recorded in the ORB, Part I and those that were recorded in the ship's sounding log.

A review of the ship's Oil Record Book (ORB), Part I indicated that the recorded daily production of Engine Room bilge water was significantly less during Mr. Melitante's tenure on board than it was during the tenure of both the Chief Engineer who proceeded or succeeded him.

Based on the Engine Room Environmental Tag Log, seals for valves that needed to have been opened for Engine Room bilge water to be discharged directly over board using either the fire and

general service pump or the fire and bilge pump had been removed on 26 August 2023 and not replaced.

Members of PANAGIOTIS' Engine Room staff who were on board while Mr. Melitante was serving as the ship's C/E reported that on 15 September 2023 one of the ship's engineers used the emergency suction to discharge Engine Room bilge water after observing water leaking from a ballast water pipe. Mr. Melitante was informed that the discharge had occurred. The operation was not recorded in the ORB, Part I.

Members of the ship's Engine Room staff also reported that Engine Room bilge water was pumped directly overboard approximately two times a week while Mr. Melitante was on board as C/E. The water was reported to have leaked from the main sea water cooling pump and the fire and ballast pump. They did not state if these discharges occurred throughout Mr. Melitante's tenure as C/E or if they were limited to a certain period of time.

## Allegation

Based on the information available to the Administrator, it is alleged that Mr. Joseph Galona Melitante, while serving as C/E on board the Republic of the Marshall Islands-registered PANAGIOTIS:

1. directed, or was aware of, the overboard discharge of untreated Engine Room bilge water using the ship's Fire and General Service pump or Fire and Ballast Water pump on multiple occasions between 16 June 2023 and 9 October 2023; and

2. was responsible for, or was aware that, the Oil Record Book Part I contained inaccurate or incomplete information for the period 16 June 2023 and 9 October 2023.

## Notification to Seafarer and Response

On 2 January 2024, the Administrator informed Mr. Melitante in writing of the allegation against him and requested he provide a statement to the Administrator. He was provided 60 days to provide the referenced statement. To date, the Administrator does not have a record of having received a statement from Mr. Melitante.

## Findings

While Mr. Melitante was on board PANAGIOTIS as C/E, the ship was subject to the applicable requirements of the International Convention for the Prevention of Pollution from Ships (MARPOL), Annex I. The requirements applicable to PANAGIOTIS include regulation 15, which addresses discharges into the sea of oil and oily mixtures, and regulation 17, which addresses requirements for maintaining an ORB, Part I. Mr. Melitante's duties as the ship's C/E included ensuring compliance with these requirements.

The frequent activation of the Engine Room high level bilge alarms indicates that Engine Room bilge water was in fact being generated on at least a somewhat regular basis during Mr. Melitante's tenure as C/E on board PANAGIOTIS. Whether the volume of Engine Room bilge water that was generated while Mr. Melitante was serving as the ship's C/E was consistent with how much was generated during the tenure of both the Chief Engineer who proceeded or succeeded him cannot be determined based on the information that is available to the Administrator.

The information available to the Administrator includes evidence indicating that Engine Room bilge water was discharged overboard in violation with the requirements of MARPOL, Annex I, regulation 15 during Mr. Melitante's tenure. The information available to the Administrator also includes evidence that the ship's ORB Part I was not maintained in accordance with the requirements of MARPOL, Annex I, regulation 17 while Mr. Melitante was on board PANGIOTIS as C/E. This includes the following:

a. there were not any entries of internal transfers from any of the bilge wells to a tank listed on the IOPP Supplement;

b. that there were no significant differences between the volumes of retained oily water and sludge that were recorded in the ORB, Part I and those that were recorded in the ship's sounding log;

c. that there is no record of overboard discharges using the ship's OWS; and

d. there were no discharges ashore of oily water between 19 August 2023 and 12 October 2023.

It also includes the information from members of the ship's Engine Room staff that Engine Room bilge water was discharged directly overboard approximately two times a week while Mr. Melitante was on board the ship as C/E.

<u>Determination</u>

On 8 March 2024, an Administrative Review Board consisting of three Deputy Commissioners was convened to review the facts of the case. Based upon the provided information, it was determined there was sufficient basis to conclude that:

1. Mr. Joseph Galona Melitante, while serving as C/E on board the Republic of the Marshall Islands-registered PANAGIOTIS:

    a. directed, or was aware of, the overboard discharge of untreated Engine Room bilge water using either the ship's Fire and General Service pump or the Fire and Ballast

>   Water pump on multiple occasions between 16 June 2023 and 9 October 2023 in violation of MARPOL, Annex I, regulation 15; and
>
>   b. was responsible for, or was aware that, the Oil Record Book Part I contained inaccurate or incomplete information for the period 16 June 2023 and 9 October 2023 in violation of MARPOL, Annex I, regulation 17.

:

## Order

Based on the above determination the Administrative Review Board it was ordered that:

1. The Republic of the Marshall Islands seafarer documentation held by Mr. Joseph Galona Melitante [be suspended for a period of 18 months in accordance with the Republic of the Marshall Islands Maritime Regulations, § 1.06.6(g).

2. Mr. Joseph Galona Melitante provide evidence of successfully completing a MARPOL, Annex I compliance course prior to applying for the reinstatement of his Republic of the Marshall Islands seafarer documentation.

Mr. Joseph Galona Melitante is prohibited from serving on board any Republic of the Marshall Islands registered vessel while his Republic of the Marshall Islands seafarer documentation is suspended. At the end of the suspension period, he may contact the Administrator at seafarers@register-iri.com to request that his Republic of the Marshall Islands seafarer documentation be reinstated.

The Administrator's administrative investigation is closed. This decision may be appealed in accordance with the Republic of the Marshall Islands Rules of Marine Investigations and Administrative Proceedings, Part III, section 19.

Alan L. Blume
Deputy Commissioner of Maritime Affairs
Republic of the Marshall Islands
11 March 2024