| | |
|---|---|
| **From:** | Zacharoula Lempesi |
| **To:** | "Michael Minogue"; Andreas Fountoulis |
| **Cc:** | Nishit Kapoor |
| **Subject:** | RE: US v Empire Bulkers Ltd/Joanna Maritime Ltd ECP - Fleet Engineering Survey |
| **Date:** | Wednesday, May 31, 2023 9:34:03 AM |
| **Attachments:** | image003.png |
| | ecm.pdf |

Dear Mr. Minogue,

You are correct; ECM is the acronym for Environmental Compliance Manual. See attached said manual.



Best regards,
Zacharoula Lempesi (Mrs.)
**HSQE Manager**
**Telephone**: (+30) 2111027167 | **m**: (+30) 695 181 0430 |
**As Agents Only**

---

**From:** Michael Minogue <michaelm@ecmmaritime.com>
**Sent:** Wednesday, May 31, 2023 3:11 PM
**To:** Andreas Fountoulis <afountoulis@empirebulkers.com>
**Cc:** Nishit Kapoor <Nishitk@ecmmaritime.com>; Zacharoula Lempesi <zlempesi@empire-mgnt.com>
**Subject:** RE: US v Empire Bulkers Ltd/Joanna Maritime Ltd ECP - Fleet Engineering Survey

> **CAUTION:** External email - If in doubt , do not open attachments or links or reply.

Dear Mr. Fountoulis,

Greetings from ECM and thank you for your prompt reply to our email from yesterday.  I can confirm that the CAM most definitely has received a full copy of the Final Environmental Compliance Program (ECP).  However, when reviewing the various fleet engineering survey form I saw, that there was a reference made to an "ECM" which I took to mean your Environmental Compliance Manual. In the documents you provided to us via WE TRANSFER, I did not see an Empire Bulkers' ECM.  Were you referring to a different document?

Mike



**Regulatory Compliance Leadership**

Michael F. Minogue
ECM Maritime Services, LLC
43 Danbury Road



DEFENDANT'S
EXHIBIT

1

The Kent Building
2nd Floor Suite A
Wilton, CT 06897
**T** + 1 203 857 0444
**F** + 1 203 857 0428
**E** mikem@ecmmaritime.com
**W** www.ecmmaritime.com

---

**From:** Andreas Fountoulis <afountoulis@empirebulkers.com>
**Sent:** Wednesday, May 31, 2023 3:48 AM
**To:** Michael Minogue <michaelm@ecmmaritime.com>
**Cc:** Nishit Kapoor <Nishitk@ecmmaritime.com>; Zacharoula Lempesi <zlempesi@empire-mgnt.com>
**Subject:** RE: US v Empire Bulkers Ltd/Joanna Maritime Ltd ECP - Fleet Engineering Survey

Dear Mr Minogue good day,

Your message below is well received and your comments are well noted.

The raised  comments and queries on the Fleet Engineering Surveys well noted, we will act as suggested and revert in due course with feedback.

Finally regarding copy of ECM, we have provided you copy of the ECP and ECM in past correspondence.
Please clarify if this is adequate or you wish to view the version in effect at the time the survey was carried out

Thank you in advance

Best Regards
Capt. Andreas A. Fountoulis
*DPA / CSO / ECM (CCM)*
*Marine Superintendent*
# Empire Bulkers Limited
Direct phone: +30 2111024064
Fax: +30 2109604210
Mob:+30 6944617647
Email: marine@empirebulkers.com
Cc: afountoulis@empirebulkers.com
www.empirebulkers.com

*" As Agents Only "*

**SAVE PAPER! - Please do not print this e-mail unless absolutely necessary**

---

**From:** Michael Minogue [mailto:michaelm@ecmmaritime.com]
**Sent:** Tuesday, May 30, 2023 9:57 PM
**To:** Andreas Fountoulis; Zacharoula Lempesi

**Cc:** Nishit Kapoor

**Subject:** US v Empire Bulkers Ltd/Joanna Maritime Ltd ECP - Fleet Engineering Survey

> **CAUTION:** External email - If in doubt , do not open attachments or links or reply.

Dear Mrs. Lempesi, Capt. Fountoulis,

It was a please to speak with you both last week.  Thank you for your email of May 26th, with the results of the Fleet Engineering Survey conducted in accordance with ECP Section VIII.N. As mentioned during our web meeting last week, this survey provides the CAM with important information on how shipboard engineers view their current level of Marpol compliance and what improvements can be recommended to ensure there are no shortcomings. Equally important is the manner in which the survey results are handled by the CCM and his team, in terms of ensuring that the forms are properly filled out and follow-up action initiated where necessary.

We note that a response from each covered vessel was submitted in February/March 2023, within the prescribed 3-month timeframe described in subsection N(1).

As stated in subsection N(2), *"The CCM and the CCM's staff shall evaluate the responses and establish a plan to evaluate, test and implement viable tamper-proofing solutions as well as methods to reduce and handle waste accumulations. The CCM shall also address all maintenance concerns suggested by the vessels' engineers. A summary of the reported information and corrective actions will be provided to the CAM and the Government."* It was noted that every engineer's response from each of the 10 covered vessels stated that OWS and OCM operation was satisfactory and the OCM + sampling line were tamper-proof, which sends a very positive message.

With regard to the ECP requirement for the CCM to evaluate the survey responses, please provide us with details of this evaluation, including any follow-up correspondence with your shipboard engineers. Based on our own review of the copies of filled-out Form ECM-06 provided by your office, we have the following comments and queries. **Note**: These refer only to surveys submitted by engineers, including electricians. Surveys submitted by Engine ratings and Deck officers have been excluded from our review.

**APHRODITE M**

1) C/E, 2/E, 3/E and Electrician surveys:

> a) None of the above ranks have entered any suggestions in Sections D, E and F for reducing and/or handling waste accumulation in machinery spaces, eliminating discharge overboard of non-permissible garbage and how to improve Marpol compliance.
>
> b) Section A(7): All of the above ranks have answered "*Yes*" to the question "*Any blind connection on any overboard line that is not already sealed*?" The details provided by each engineer for this section are identical, which simply state "*Photos & enviro tag seals sheet.*" Please elaborate on this situation. Were any blinds on an overboard line left unsealed, and was this highlighted by engineers in photographs and the seals record?

**BOBIC**

1) C/E, 2/E, 3/E and Electrician surveys:

a) The entries on the survey forms from all ranks appear to be identical and copied/pasted from one to another. Even the formatting and spelling errors are identical.

**GASTONE**

1) C/E survey (jointly filled out with C/O?):

a) Section A(7): Both "Yes" and "No" boxes have been checked, with no explanation provided. **Note**: Same feedback from 2/E, 3/E and Electrician surveys.

b) Section C(1): "Is the STP operation satisfactory" has been answered with a "No." Please provide details of follow up. **Note**: Same feedback from 2/E, 3/E and Electrician surveys.

c) Sections D(1) and (2): Has there been any follow-up to the suggestions made?

d) Section E(3): Has there been any follow-up to the suggestion made?

e) Section F: Has there been any follow-up to the suggestion made?

2) 2/E and 3/E surveys:

a) Section A(5): Has there been any follow-up to the suggestion on how to make the OWS and OCM tamper-proof?

b) Section A(7): Both "Yes" and "No" boxes have been checked, with no explanation provided.

c) Section C(1): "Is the STP operation satisfactory" has been answered with a "No." Please provide details of follow up.

d) Sections D(1) and (2): Has there been any follow-up to the suggestions made?

e) Section E: Section left blank

3) Electrician survey:

a) Section A(5): The remark entered is "*No comment, CCTV around OWS have (sic) been installed.*" Has this already been installed, or is it planned/under consideration?

b) Section A(7): Both "Yes" and "No" boxes have been checked, with no explanation provided.

c) Section A(8): Has there been any follow-up to the suggestion made about sticker seals?

d) Section C(1): "Is the STP operation satisfactory" has been answered with a "No." Please provide details of follow up.

e) Section E: Section left blank

**HEIDE**

1) C/E, 2/E, 3/E and ETO surveys:

a) Identical entries in Section D, using the same wording.

b) Sections E and F left blank

**MICHALIS**

1) C/E, 2/E, 3/E and ETO surveys:

a) No suggestions on any type of waste stream management in Section D

b) Section E left blank

c) No suggestions on how to improve Marpol compliance in Section F

**NORAH**

1) C/E, 2/E, 3/E and ETO surveys:

      a) Entries in all surveys are identical

**SCROOGE**

1) C/E survey:

      a) Section F: Has there been any follow-up to the suggestions made?

2) 3/E survey:

      a) Section D(2): Has there been any follow-up to the suggestion made?

If not done already, we recommend that a spreadsheet be put together with survey results and follow-up action for each vessel, which can be updated as required. Lastly, please provide us with a copy of the Environmental Compliance Manual referred to by the engineers in the survey forms.  I look forward to receiving your replies to our queries above.

Best Regards,

Michael Minogue
ECM Maritime Services, LLC
Court Appointed Monitor (CAM)

=========================================



**Regulatory Compliance Leadership**

<u>Michael F. Minogue</u>
ECM Maritime Services, LLC
43 Danbury Road
The Kent Building
2nd Floor Suite A
Wilton, CT 06897
**T** + 1 203 857 0444
**F** + 1 203 857 0428
**E** mikem@ecmmaritime.com
**W** www.ecmmaritime.com

"This message and/or any attachments hereto contain confidential information (which might also include personal data of physical persons), such confidential information and/or any personal data should be (a) legally and securely processed in accordance with Empire's instructions and the applicable legal framework for the protection of personal data at all times (b) used solely for the purpose disclosed to you (c) kept confidential and not to be transferred to third parties without Empire's prior written approval, (d) returned to Empire and removed from your systems upon Empire's request. This message contains confidential information (which might also include personal

data involving physical persons) and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this communication by mistake and delete this e-mail from your system."

"This message and/or any attachments hereto contain confidential information (which might also include personal data of physical persons), such confidential information and/or any personal data should be (a) legally and securely processed in accordance with Empire's instructions and the applicable legal framework for the protection of personal data at all times (b) used solely for the purpose disclosed to you (c) kept confidential and not to be transferred to third parties without Empire's prior written approval, (d) returned to Empire and removed from your systems upon Empire's request. This message contains confidential information (which might also include personal data involving physical persons) and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this communication by mistake and delete this e-mail from your system."



**Environmental Compliance Manual**

ECM

| | |
|---|---|
| Date of issue: | 15/02/2023 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, |
| Authorized by: | HSQE Manager/DPO, |

Revision Nr:   2

| Reason for last update: |
|---|
| Revision of ECM to fine tune and to comply with current Management System and ECP requirements, previous revision green typing remains due to recent revision. |

## Table of Contents

1   Applicability and Purpose of the Environmental Compliance Manual (ECM) ............................... 4

2   Terms, Definitions and Abbreviations ............................................................. 6

3   Environmental Requirements and Voluntary Undertakings ........................................... 9

4   Company's Health, Safety Management, Environment Protection and Energy Policy ............... 10

5   Objectives and Targets ................................................................... 12

6   Corporate Structure and Responsibilities ....................................................... 13

   6.1   Managing/ Technical Director ....................................................... 13

   6.2   Company's Managers ............................................................... 14

   6.3   Corporate Compliance Manager (CCM) ............................................... 14

   6.4   Quality Assurance and Operational Integrity Group ................................... 16

   6.5   Shore Side Personnel Serving in any Capacity ....................................... 17

   6.6   Master ........................................................................... 17

   6.7   Chief Engineer ................................................................... 18

   6.8   All Officers and crew ............................................................ 20

7   Training, Awareness and Competence ........................................................... 21

   7.1   Shore-side employees ............................................................. 21

   7.2   Vessel Personnel ................................................................. 22

      7.2.1   Acknowledgment of Environmental Compliance & Familiarization with Environmental Compliance Manual (ECM) ..................................................... 22

      7.2.2   Training, Awareness and Competence ........................................... 23

8   Open Reporting of Non-Compliance by Employees and Crewmembers .............................. 25

9   Internal Audits ........................................................................... 27

10   Corrective and preventive actions and Emergency Procedures .............................. 28



**Environmental Compliance Manual**
ECM

Date of issue:      15/02/2023                                              Revision Nr:    2
Authored by:        Environmental Compliance Manager / DPA / CSO,
Authorized by:      HSQE Manager/DPO,

11      Document Control - Record Keeping ............................................................... 29

12      Organizational decision-making and planning.............................................. 30

13      Communication of Environmental Requirements ........................................ 31

14      Continuous Evaluation and Improvement .................................................... 32

15      Measures for Engine Room Operation – Engineering Requirements............. 33

    15.1    Tank Sounding Record keeping ................................................................ 33

    15.2    Oil-To-Sea Interfaces.............................................................................. 35

    15.3    Fuel Oil/Lube Oil Purifier Settings and Line Breaks.............................. 35

    15.4    Environmental Tag System (ETS) ........................................................... 36

        15.4.1      Installation ............................................................................. 37

        15.4.2      Tag Inventory Control and Issuance ...................................... 39

        15.4.3      Tag Removal ........................................................................... 39

    15.5    Tank Piping............................................................................................ 40

    15.6    OWS Overboard Valve Operation .......................................................... 40

    15.7    Bilge Main Cross-Connections ............................................................... 41

    15.8    Marking of Equipment ........................................................................... 41

        15.8.1      OCM/OWS Equipment ............................................................ 41

        15.8.2      Bilge Main Cross-Connections ............................................... 41

        15.8.3      Emergency Bilge Suction Valves ............................................ 42

    15.9    Blank Flanges......................................................................................... 42

    15.10   OWS Source Tanks ................................................................................ 42

    15.11   Additional OWS / OCM Securing Requirements ..................................... 42

    15.12   OWS & OCM Operation - Control of Oil Discharge through the OWS ........... 43

    15.13   Warning Notices / Posters ..................................................................... 45

    15.14   OWS modifications................................................................................. 45

    15.15   Bilge/OWS/OCM Maintenance .............................................................. 46

        15.15.1    OWS Source Tanks ................................................................ 48

    15.16   Failure of the OWS equipment............................................................... 49

    15.17   Sewage treatment................................................................................. 50



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

15.18 Incinerator .................................................................................................... 52

  15.18.1 Operation and maintenance of incinerator .................................. 53

  15.18.2 Operating Temperatures ................................................................ 53

  15.18.3 Hours of Operation ........................................................................ 53

  15.18.4 Failure of incinerator ..................................................................... 54

15.19 Control of Deck and Engine Flexible Hoses / Portable Pumps .................... 54

15.20 Refrigerant Log ........................................................................................... 55

15.21 Spare Parts Identification and Rapid Replacement Program ....................... 56

15.22 Bilge & Sludge Delivery .............................................................................. 56

15.23 Garbage Handling ....................................................................................... 57

15.24 Oil Record Book Entries .............................................................................. 57

  15.24.1 Guide for Correct Entries .............................................................. 60

15.25 Criteria for Taking Out of Service a Vessel for Environmental Related Repairs ........... 60

15.26 Fleet Operational Survey ............................................................................ 61

15.27 Waste Stream Management Plan ................................................................ 62

  15.27.1 Bilge Water .................................................................................... 63

  15.27.2 Sludge ............................................................................................ 64

  15.27.3 Black Water (Sewage) .................................................................... 65

  15.27.4 Grey Water ..................................................................................... 66

16 References ...................................................................................................... 67

17 Records ........................................................................................................... 67

**Environmental Compliance Manual**

ECM

| | | |
|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr:   2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: | HSQE Manager/DPO, | |

## 1   APPLICABILITY AND PURPOSE OF THE ENVIRONMENTAL COMPLIANCE MANUAL (ECM)

This ECM applies to all vessels that are managed by Empire Bulkers Ltd. (hereinafter referred to as 'the Company') and to all shore side and seagoing employees, who are involved in the operation, maintenance and repair of the aforementioned vessels.

The purpose of the ECM is to ensure that all vessels fully comply with all maritime environmental requirements established under applicable international, flag state, and port state law and all applicable US Federal and state statutes and regulations, and that an effective system is in place to prevent occurrence of violations. In this context the ECM:

- Provides means to identify, explain, and communicate all environmental requirements, and any additional best practices or industry norms which the Company may choose to adopt, to Company's employees, and other vendors, technicians or non-crewmembers engaged in the waste-stream management of Company's operated vessels.

- Establishes specific objectives and targets to achieve and maintain compliance with all marine environmental protection requirements and demonstrate continuous improvement in environmental performance and pollution prevention.

- Defines the compliance roles and responsibilities of all seagoing and shoreside personnel involved with the operation, maintenance and repair of vessels and indicates how they and other corporate personnel shall be held accountable for achieving and maintaining compliance with this ECM, and other requirements of that ECM, and other marine environmental protection requirements.

- Establishes procedures for receiving and addressing concerns raised by Company's employees and others regarding environmental performance and compliance.

- Establishes procedures for preventing, detecting, investigating, promptly initiating corrective action, and reporting (both internally and externally) any occurrence that may affect the Company's ability to achieve the ECM objectives and targets.

- Establishes procedures to ensure that all personnel (including vendors, technicians, and other non-crewmembers) whose job responsibilities affect the ability to achieve the ECM objectives and targets, have been trained and are capable of carrying out these responsibilities.

- Describes how these elements shall be integrated into the Company's overall decision-making and planning decisions on improvements, training programs, and vessel operations, maintenance, and repair activities.

- Establishes procedures to ensure maintenance of appropriate documentation relating to its objectives and targets and ensure that those records shall be adequate for subsequent evaluation and improvement of the operation of the ECM.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- Includes methods to perform periodic, documented and objective internal auditing of the organization's performance in achieving environmental objectives and targets.

All Company's employees must understand, implement and continually support any requirements of the ECM. All Officers and crew of each vessel, and all shore side employees involved with the operation, maintenance, or repair of the managed vessels must diligently comply with the ECM and the associated requirements in their entirety.



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 2   TERMS, DEFINITIONS AND ABBREVIATIONS

**BHT** : Bilge Holding Tank

**CAM** : Court Appointed Monitor

**CCM** : Corporate Compliance Manager

**C/E** : Chief Engineer

**C/O** : Chief Officer

**ECR** : Engine Control Room

**EEZ** : Exclusive Economic Zone

**ECM** : Environmental Compliance Manual

**E/R** : Engine Room

**EPI** : Environmental Performance Indicator

**ESS** : Environmental Seal System

**FO** : Fuel Oil

**GRB** : Garbage Record Book

**He/His** : Means also She/Her

**IOPPC** : Vessel's International Oil Pollution Prevention Certificate

**LO** : Lube Oil

**MRT** : Management Review Team

**MRM** : Management Review Meeting

**NTVRP** : Non-tank Vessel Response Plan

**OCM** : Oil Content Meter

**OOW** : Officer of the Watch

**ORB** : Oil Record Book

**OWS** : Oily Water Separator

**PMS** : Planned Maintenance System

**PSSA** : Particularly Sensitive Sea Area

**PWSA** : Ports and Waterways Safety Act

**SMS** : Safety Management System

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

**SOP** : Standard Operating Procedures

**SOPEP** : Shipboard Oil Pollution Emergency Plan

**STP** : Sewage Treatment Plant

**S/T** : Superintendent

**TM** : Technical Manager

**TPA** : Third Party Auditor

**USA** : United States of America

**USCG** : United States Coast Guard

**VGP** : Vessel General Permit

**APPS** : Act to Prevent Pollution from Ships. MARPOL Protocol, an international treaty is implemented in the US by the APPS at 33 US Code (USC) 1901.

For the purposes of this Manual, the following terms and definitions apply:

**CFR:** Code of Federal Regulations. It is a codification of the general and permanent rules by the Executive departments and agencies of the Federal Government of US.

**Continual Improvement:** Recurring process of enhancing the ECM in order to achieve improvements in overall environmental performance, consistent with the Company's Environmental Policy. The process may not take place in all areas of activity simultaneously.

**Corporate Compliance Manager (CCM):** Is the person responsible for monitoring the environmental issues of the operations of the Company and the managed vessels, as well as for ensuring the development, implementation, and documentation of the ECM. **The role of CCM has been covered by Company's Environmental Compliance Manager.**

**CWA:** The Clean Water Act (CWA) as amended by OPA 90, 33 USC 1321(b)(3), 1319(c)(2), 1362 (7, 8 and 9), and 33 CFR 2.05-15 makes it a crime to knowingly discharge oil in quantities determined by regulation to be harmful in "navigable waters" or within the "contiguous zone" of US.

**Environmental Aspect:** Element of an organization's activities, products and services that can interact with the environment.

**Environmental Impact:** Any change to the environment, whether adverse or beneficial, wholly or partially resulting from an organization's activities, products, or services.

**Environmental Objective:** Overall environmental goal, arising from the environmental policy, that an organization sets itself to achieve, and that is quantified where practicable.

**Environmental Target:** Detailed performance requirement, quantified wherever practicable, applicable to the organization or parts thereof, that arises from the environmental objectives and

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

that needs to be set and met in order to achieve those objectives.

**Non-Tank Vessel Response Plan (NT-VRP):** This plan provides the emergency response procedures for a (non-tank) vessel under the OPA 90 act.

**OPA 90:** The US Oil Pollution Act (OPA). The OPA established provisions that expand the federal government's ability, and provide the money and resources necessary, to respond to oil spills. OPA provided new requirements for contingency planning both by government and industry.

**Environmental Compliance Manual**
ECM

| Date of issue: | 15/02/2023 | | Revision Nr: | 2 |
|---|---|---|---|---|
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | | |
| Authorized by: | HSQE Manager/DPO, | | | |

## 3   ENVIRONMENTAL REQUIREMENTS AND VOLUNTARY UNDERTAKINGS

The ECM identifies and provides for the planning and management of all Company's operations and activities with a view to achieving its environmental objectives and targets. The ECM provides means to identify, explain and communicate all environmental requirements and voluntary undertakings to all employees and to all vendors, technicians, and other non-crewmembers whose work could affect Company's ability to meet those requirements and undertakings.

Environmental requirements include statutes, regulations, permits, and agreements such as the ECM. Voluntary undertakings include the adaptations of additional best practices or industry norms that the Company may choose to adopt.

The ECM includes procedures for ensuring that the organization meets such environmental requirements, voluntary undertakings and the additional requirements of the ECM. The ECM and the Company's SMS also specify procedures for anticipating changes to environmental requirements, including new requirements that may apply as a result of changes in operations and incorporating these changes into the ECM.

In the course of implementing the ECM, should inadequacies in the size and capabilities of vessel crews be proven as a contributing factor to their inability to manage waste streams, the Company shall supplement crews as needed, consistent with vessels' lifesaving arrangements, and/or shall provide additional shore side resources.

**Environmental Compliance Manual**
ECM

| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
|---|---|---|---|
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 4   COMPANY'S   HEALTH,   SAFETY   MANAGEMENT,   ENVIRONMENT PROTECTION AND ENERGY POLICY

It is the Company's Policy to promote and enhance Health and Safety at Sea, Prevention of Human Injury or loss of life, welfare of employees and avoidance of any adverse impact on the environment.

The Company aims at safety and environmental excellence which is accomplished though the following objectives:

- To provide for Safe Practices in ship Operation and a safe and healthy working environment.
- To prevent damage to the ship, her cargo and the environment.
- To assess all identified risks to its ships, personnel and the environment, establish appropriate safeguards and operate the ships within ALARP *("as low as reasonably practicable")* levels of risk;
- To prevent loss of human life and personal injury.
- To ensure that seafarers' work environment on board ships promotes occupational safety and health.
- To continuously improve Safety Management skills of personnel ashore and aboard ships, including preparing for emergencies related both to Safety, Health & Environmental Protection.

In order to effectively implement its Health, Safety Management & Environmental Protection Policy the Company:

- Has appointed dedicated personnel with the responsibility to maintain an overview of Health, Safety and Environment matters.
- Consistently follows all national and international rules and regulations applicable to the Marine Industry *and commits to remain alert for ways to improve as changes occur in regulations and in the industry.*
- Takes into account applicable guidelines, standards, codes and publications which are issued by maritime organisations and are directed towards creating a safe and pollution free (zero spill) environment.
- Continuously monitors all safety and occupational health aspects of the vessels.
- Frequently inspects and audits the vessels and carries out necessary maintenance and repairs.
- Under no circumstances will the company accept any incentive or bonus program based on minimising operational costs associated with the operation, maintenance and repair of machinery space systems, equipment and components, and shall ensure that employees do not avoid such costs and thereby sacrifice environmental compliance.
- Continuously improves its management system by taking corrective & preventive action for identified problem areas.
- Provides adequate resources to effectively implement this management system.
- Provides a framework for setting & reviewing safety management system objectives and targets that are evaluated and reviewed during Management Review Meetings.
- Has carried out a generic Risk Assessment to its basic operations and practices and has established safeguards against identified risks.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- Undertakes an obligation to society (corporate social responsibility), in the form of commitment to local, national and international regulations, attention to environmental issues and adoption of a risk management policy with the aim of continuous reduction of environmental risks.
- Makes every effort to provide a safe and healthy workplace and considers working safely a condition of employment.
- Provides necessary resources to implement the Shipboard Occupational Health and Safety Program (SOHSP).
- Ensure that all employees are well informed, well trained, engaged in and committed to comply with the Company's established Environmental Management System and environmental improvement processes.
- Recognizes that no task is so important for an employee to put himself at risk of injury or illness in order to get it done.
- Protects the Health of seafarers and provides prompt access to Medical Care on board and ashore when needed.
- Implements a Cyber Risk Management Policy and Procedure in order to manage cyber risks on board Company's vessels and ashore.
- Promotes metal health and crew wellbeing programs.
- Ensure that there are no funding restrictions pertaining for personnel training, parts inventory and ordering, maintenance of pollution prevention equipment and to the management of wastes and the use of reception facilities for disposal of sludge and bilge water;
- Demonstrate commitment to environmental protection by emphasizing source reduction, including funding and human resources necessary to effectively maintain and repair the systems, equipment and components found on board all vessels.
- Provides a confidential open reporting system to ensure that employees may quickly and confidentially report discharges, spills, environmental incidents and other environmental performance data.
- Commits to sharing information with external stakeholders on environmental performance.

The Company commits to continuous improvement in environmental performance, including those areas required by this ECP.

All Company employees, shore based and seafarers are responsible for implementing the Company's Safety, Health & Environment Protection Policy and are required to comply with the applicable standards and with the ship's occupational safety and health policy and program.

All Company employees, shore based and sea going are responsible for implementing the Company's Health, Safety Management & Environmental Protection Policy.

The Company's senior officers and managers are responsible to always lead by example in safety-related issues.

The Company's Management is responsible for **communicating,** monitoring and reviewing this Policy at regular intervals in order to ensure that it remains relevant and effective.

**Environmental Compliance Manual**
ECM

| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
|---|---|---|---|
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 5   OBJECTIVES AND TARGETS

The Company has established specific objectives and targets for:

- achieving and maintaining compliance with all marine environmental protection requirements and the requirements of this ECM;
- environmental performance demonstrating continuous improvement in regulated and non-regulated areas;
- pollution prevention that emphasizes source reduction with respect to machinery space waste streams and effective management of cargo related wastes; and
- sharing information with external stakeholders on environmental performance against all ECM objectives and targets.

The Company has established appropriate time frames to meet these objectives and targets. These are documented and shall be updated as environmental requirements change or as modifications occur in activities and structures within organizations in a manner that affects environmental performance or as a result of recommendations made by any internal or external auditor, or any governmental authority.

Environmental objectives and targets are set during the annual MRM, are documented in the MRM minutes and performance is reviewed during subsequent MRMs.

The Management Review Team (MRT) shall establish objectives and targets at each relevant function and level within the shore and shipboard organization, which are measurable, where practicable, and consistent with the Company's policies and ECM expectations. All Managers are held accountable for achieving the targets and objectives established for them. There should be a clear timeframe together with targets for each stage. Reports on progress towards those targets and objectives are discussed and where progress is less than planned, actions shall be taken in order to re-align performance. The status of targets is monitored using KPIs / EPIs and reported to the MRT.

**Key Performance Indicators (KPIs)** (including **Environmental Performance Indicators – EPIs)** are discrete measures that track the Company's effectiveness in meeting its goals and determine the degree to which the Company's objectives are being achieved. For each objective one or more KPIs are assigned. Measurements are carried out regularly to an overall verification plan that addresses annually all areas of the business. Progress against the plan is monitored through various leading and lagging indicators, which are discussed during the MRT meetings.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 6   CORPORATE STRUCTURE AND RESPONSIBILITIES

The Company has ensured that it has sufficient personnel and other resources to meet its objectives and targets.

All vessel and shore side personnel involved with the operation, maintenance and repair of Empire Bulkers vessels, are accountable for achieving and maintaining compliance with this ECM and other marine environmental protection requirements.

All shore side personnel involved in the operation of the vessels, including all persons working for the Company and agents of the Company as either direct employees or independent contractors, must notify the Environmental Compliance Manager of all violations of any applicable environmental requirements and must cooperate fully with the authorities in carrying out the reviewing, auditing and oversight functions required by applicable laws and the ECM.

> **Failure to notify the Environmental Compliance Manager of any violations of any applicable environmental requirements and failure to cooperate fully with the Class Societies, the Court Appointed Monitor and Third Party Auditors (as may be applicable) in carrying out their auditing and oversight functions required by applicable law and the ECM, is a ground for dismissal.**

The Company shall not retaliate against any shore side personnel involved in the operation of the vessels, including all persons working for the Company and agents of the Company, as either direct employees or independent contractors or any entity making any such report.

### 6.1   MANAGING/ TECHNICAL DIRECTOR

The Managing/ Technical Director is responsible to:

o   Demonstrate his commitment to Environmental Excellence through his behavior.
o   Allocate the necessary resources for the implementation of the Environmental Policy and the ECM.
o   Monitor the proper implementation of Company's Environmental Policy and ECM.
o   Ensure that all personnel are competent to perform their duties related to the implementation of the ECM.
o   Communicate Company's commitment to environmental protection to all sea & shore staff.
o   Promote and communicate the environmental protection commitment by monitoring, motivating and encouraging all Company's personnel on board and ashore.
o   Receive and review, at least yearly, reports from the **Environmental Compliance Manager** and any applicable report from **TPA** and **CAM** (when appropriate) concerning the implementation of the ECM as well as the training of Managers, Officers and crew.

At least annually, the Managing/ Technical Director must receive and review reports from the **Environmental Compliance Manager** and any applicable report from external bodies concerning

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

the implementation of the ECM, including environmental compliance.

## 6.2   COMPANY'S MANAGERS

**All Company's Managers** are responsible to:

- Demonstrate their commitment to Environmental excellence through their behavior.
- Oversee the proper monitoring of fleet environmental performance related to Company's activities.
- Ensure that all relevant findings of environmental audits are timely and effectively handled.
- Follow up developments of international and national regulations regarding environment.
- Propose to the Managing/ Technical Director schedules for the execution of any improvement work required.

## 6.3   CORPORATE COMPLIANCE MANAGER (CCM)

**The Company has appointed it's Environmental Compliance Manager to hold also the role of the Corporate Compliance Manager as required in ECP.**

The **Environmental Compliance Manager** is responsible for establishing and maintaining the ECM and he must:

- o   Demonstrate his commitment to environmental excellence through his behavior.
- o   Be thoroughly familiar with the ECM requirements and other maritime environmental laws and regulations.
- o   Ensure full and timely implementation of the ECM and compliance therewith.
- o   Report directly to Managing/ Technical Director for ECM issues.
- o   Ensure that reports to Interested Parties are made within 14 days of receiving information of any non-compliant condition of any vessel, along with any findings and corrective actions.
- o   Be authorized to access all records, personnel, documents, facilities, and vessels throughout the Company's organization for the purpose of implementing the ECM.
- o   Ensure that:
  - The Company's internal/external environmental audits are properly carried out.
  - Observations and recommendations resulting from any audit are appropriately documented, tracked and resolved.
  - Resolutions are thoroughly documented in a format that can be readily audited.
- o   Develop a tracking mechanism to ensure that the Company takes corrective and preventive action on any recommendations within 60 days after a report or other information of non-compliance is received.
- o   Provide environmental consultants and contractors involved in the operation of vessels with documents and training to make them aware of the ECM and its requirements.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- o Ensure relevant action is taken as soon as possible, and in not more than 90 days from the event where corrective or preventive action takes longer than 60 days.
- o Incorporate employees' compliance with ECM requirements as a positive factor and failure to comply as a negative factor in performance evaluations.
- o Oversee the Open Reporting System and investigate Open Reports, as detailed in **§ 8** of this manual.
- o Timely review, investigate and document all reports of non-compliance; initiate, monitor and document all actions taken as a result of such reports.
- o Ensure that:
  - • Each new employee, or hire, is aware, through relevant training, that Environmental Policy compliance and accurate and truthful record-keeping are extremely important and the Company shall take appropriate disciplinary actions for any violations.
  - • The Familiarization, Training and Engineering requirements which are mentioned in the ECM are properly implemented.
  - • A system to track and report each vessel's machinery space waste quantities and capacities is developed and maintained.
  - • All documentation required by the ECM is maintained and available for inspection when required.
  - • Necessary notifications occur, as required by applicable international and / or US laws and regulations.
- o Supervise annual overall review of the environmental compliance manual implementation and "focused" reviews of key environmental areas to promote the adoption of "best practices".
- o Make **quarterly** reports to Managing/ Technical Director concerning compliance with and implementation of the ECM, and other environmental protection requirements. All issues of non-compliance shall be communicated, along with any corrective action taken.
- o Evaluate the Officers' responses to Fleet Operational Survey and establish a plan to evaluate, test and implement viable tamper-proofing solutions and methods to reduce and handle waste accumulations. He must also address all suggested concerns. A summary of the reported information and corrective actions shall be provided to Managing/ Technical Director.
- o Take all necessary steps to ensure the full cooperation of all employees during all activities required by the ECM.
- o Make recommendations and propose improvements to the ECM.
- o Investigate all vessels' casualties and oil pollution incidents as directed by the Managing/ Technical Director.
- o Monitor the applicable environmental regulatory framework.
- o Communicate with 3rd parties (PSC, etc.) for issues related to ECM compliance.
- o Issue Circulars / Bulletins / work instructions / interoffice memos in order to communicate issues of environmental concerns to the entire Company's organization.
- o The Environmental Compliance Manager shall be responsible for developing a comprehensive budget process to ensure on an annual basis that each vessel is provided adequate funding for

Electronically approved document, no hand-written signatures required
Uncontrolled when printed
Page 15 of 69

**Environmental Compliance Manual**
ECM

Date of issue:     15/02/2023                                                      Revision Nr:     2
Authored by:       Environmental Compliance Manager / DPA / CSO,
Authorized by:     HSQE Manager/DPO,

shore side disposal of wastes, including bilge water, (without limitation to charterer's primary obligation for any shore side disposal of bilge water for which charterer is responsible), sludge, garbage, and the minimization and management of waste streams, and the maintenance and technical upgrades of environmental equipment and funding necessary to meet all the other requirements of this plan. Such budgets shall include a documented methodology on the determination of quantities estimated to be sent ashore and or processed by the vessel. The Environmental Compliance Manager shall be responsible for annually certifying in writing the adequacy of vessel operating budgets, including costs related to the operation, maintenance and repair of pollution prevention equipment, use of shore side reception facilities, labor costs relating to maintenance of machinery spaces and other related costs necessary to meet the objectives of the ECP. The certification shall include a narrative summary in the aforementioned areas and explain the analysis used to determine if such budgets are adequate or not.

**Environmental Compliance Manager contact details**

| | |
|---|---|
| *Name:* | ***Andreas Fountoulis*** |
| *Phone Number:* | *+30 2111024064* |
| *Mobile:* | +30 6944617647 |
| *E-mail:* | *afountoulis@empirebulkers.com* |

## 6.4   QUALITY ASSURANCE AND OPERATIONAL INTEGRITY GROUP

The Company has set up an internal group designed to ensure Quality Assurance and Operational Integrity. This Group will consist of the HSQE and OI Department under the direction of the **HSQE Manager and Environmental Compliance Manager** respectively. The heads of this group shall report directly to the Empire Managing/ Technical Director.

This group shall:

a) Conduct internal audits of 100 percent of the vessels subject to this ECP annually to ISM Code requirements (incorporating safety, environmental and technical management criteria);
b) Receive and investigate Open Reports, and report findings to the Empire Managing/ Technical Director;
c) Investigate vessel casualties and oil pollution incidents as directed by the Empire Managing/ Technical Director;
d) Make recommendations to the **Environmental Compliance Manager** regarding improvements to the EMS.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

Technical and Marine Superintendents may serve as members of the Quality Assurance and Operational Integrity Group, but such personnel may not conduct audits of vessels for which they hold technical management responsibility.

## 6.5 SHORE SIDE PERSONNEL SERVING IN ANY CAPACITY

All shore staff having routine involvement with any aspect of the operation, maintenance and repair of covered vessels must report in writing any information related to the vessel's or crew's inability to comply with the ECM or any other environmental protection requirement. This may include, but is not limited to, information learned from reviewing or working on orders to purchase LO, spare parts for pollution prevention equipment or equipment having oil-to-sea interfaces, requests for additional cleaning crews, reviewing or receiving information related to repairs or replacement of pollution prevention equipment, piping, or related systems, discussions with shipboard personnel, or employment of divers for underwater surveys. Such information must also include knowledge obtained during any ship visits, environmental audits or inspections, regardless of the stated purpose of the particular visit, audit, or inspection.

Furthermore, **all Company's Superintendents** must:
o   Demonstrate their commitment to environmental excellence through their behavior.
o   Report to the **Environmental Compliance Manager** any information related to:
   •   Environmental releases.
   •   Inadequate performance of environmental pollution protection equipment.
   •   Casualties resulting in internal spills, excessive waste development and leaking equipment with oil-to-sea interfaces.
o   Conduct environmental inspections and audits onboard managed vessels.
o   Provide:
   •   Onboard training on issues related to ECM.
   •   Instructions to Masters and Senior Officers on issues of proper maintenance and operation of environmental related equipment.

Furthermore, shore side engineering personnel are required to develop and implement a system to identify critical components such as pump seals, flange gaskets, etc., that require rapid replacement in order to minimize leakages and reduce waste stream development in machinery spaces.

The Purchasing Department staff shall be trained in recognizing critical equipment spare orders and supplying such spares to vessels with a minimum of delay

## 6.6 MASTER

In addition to any other statutory and regulatory requirements, the **Master** must:
•   Make timely reports to **Environmental Compliance Manager** of any non-compliant condition associated with environmental protection.
•   For any calls at any port or place in US or into any waters under the US jurisdiction, with the assistance of Environmental Compliance Manager, timely report to USCG of any vessel's non-

**Environmental Compliance Manual**
ECM

| Date of issue: | 15/02/2023 | | Revision Nr:   2 |
|---|---|---|---|
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

compliant condition or of any equipment malfunction related to marine environmental protection requirements , in its 96 hour Electronic Notice of Arrival ("eNOA") into a US Port . Additionally, such reports shall be copied to the United States Coast Guard Captain of the Port of the next port of call in the United States.

- Ensure that crewmembers comply with the ECM, MARPOL and all applicable pollution protection requirements.
- Incorporate crewmembers' compliance with ECM requirements as a positive factor and failure to comply as a negative factor in performance evaluations (forms **VC-06 A & B, OC-13 & OC-14**).
- Ensure that:
  - Every crewmember has received appropriate training to comply with this Manual, ECP and other maritime pollution prevention requirements.
  - Records of all training on environmental matters are properly maintained.
  - An inventory of the unused environmental TAGs is included in his handover report (form **VC-03**).
- Maintain spare TAGs in his day room together with the **MASTER'S SPARE ENVIRONMENTAL TAG LOGBOOK** documenting when environmental TAGs are replaced and their respective serial numbers.
- Maintain spare TAGs in the vessel's safe. Maintain the **MASTER'S SPARE ENVIRONMENTAL TAG LOGBOOK** documenting spare tags on hand (as inventory) as well as when environmental TAGs are provided for replaced. Inspect each removed or damaged Environmental Tag number to ensure Environmental Tags having identical numbers are never used.  Include an inventory of the unused Environmental Tags as a required component of the Master's handover notes.
- Review the handover forms for the C/O and C/E (**VC-14** and **VC-04** respectively), to ensure that a descriptive environmental compliance component is included.
- Maintain all records required by International conventions and treaties including SOLAS, ISM Code, MARPOL and applicable State and Federal statutes and regulations and any additional documents required under this Manual. Records shall be maintained for the period specified by the vessel's Flag Administration or the relevant law.  Additionally the Master will make such records available to the TPA and the Government upon request.
- Cooperate with the Company to timely resolve environmental concerns, such as inoperative or ineffective pollution prevention equipment and document all efforts to do so in the **E/R** or in the **DECK LOGBOOK** which shall be available for review and audit at all times.
- Ensure:
  - Full compliance with the Company's Environmental policy and ECM procedures.
  - That all records, soundings and tank measurements are accurate, truthfully recorded and properly maintained.

## 6.7   CHIEF ENGINEER

Chief Engineers on board all vessels must:

- Ensure full compliance with the Engineering Requirements of the ECM, as applicable to their vessel.
- Ensure full compliance with the various environmental policies and procedures.
- Assist in the audit process to ensure complete compliance with the various requirements,



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

policies and procedures addressed in this manual and Engineering Requirements of the ECM.

o Measure, monitor and manage machinery space generated wastes and the conditions of any equipment having oil to sea interfaces on a daily basis (weather and safety permitting).

o Report to **Environmental Compliance Manager** and cooperate with the Company to timely resolve (through repairs and/or applicable EMS procedures) engine room, machinery space, or related environmental concern, such as inoperative or ineffective pollution prevention equipment, waste handling or monitoring equipment, and leakages (except those necessary for packing cooling) stemming from pump seals, packing glands or line breaks, or due to any other causes contributing to the accumulations of bilge fluids, oily mixtures and sludge type wastes. Document all efforts to do so in the E/R logbook that is available for review and audit at all times.

o Ensure that:

- All E/R wastes that are subject to special handling requirements are properly managed.

- All shipboard E/R and Deck personnel have received appropriate training on environmental policies and procedures, including but not limited to training on the operation and use of pollution prevention equipment, bilge and ballast pumps, Incinerator, OWS/OCM and the making of entries in the **ORB** or any other logs required by the ECM or other environmental protection requirements.

- Verification of familiarization with the operation and use of pollution prevention equipment, bilge and ballast pumps, Incinerator, OWS/OCM, STP shall be recorded in **VC-01** *Onboard Familiarization Checklist*.

- Ensures that all E/R crewmembers shall undergo a training in the operation and use of vessel's pollution prevention equipment, bilge and ballast pumps, Incinerator, OWS/OCM and Sewage Treatment Plant. Participants must sign a statement acknowledging their familiarity with all above using form **ECM-05** *Pollution Prevention Equipment Familiarization Statement*. **ECM-05** *Pollution Prevention Equipment Familiarization Statement* and **VC-05** *Training Report* shall be maintained in the Benefit and copies shall also be forwarded to the **Environmental Compliance Manager** by email on **six monthly** basis.

- Training regarding Environmental Management, Bilge Water / Waste Oil Separator and **ORB** must have been properly completed for respective engineering positions/ranks as per **OC-09** *Seafarers Ashore Training Program*. Any discrepancies identified must be immediately reported to Crew Department & **Environmental Compliance Manager**.

- All E/R records, soundings and tank measurements are accurate, recorded truthfully and properly maintained. Rough notes, sounding logs and/or other documents used by engine room personnel to record tank soundings and monitor tank levels are maintained throughout the ECP probation period as described in this manual.

- Report all instances where inadequate response associated with spare parts delivery, maintenance and repair, or other factors caused conditions leading to excessive production in shipboard waste streams.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- *Chief Engineer's handover form* **(VC-04)** shall include environmental elements such as description of the current status of operation, maintenance and repair, for the Incinerator, STP, OWS, OCM and other pollution prevention equipment, and the status of spare parts for the aforementioned equipment and an estimation of the day-to-day bilge loads and accumulations. The  handover notes shall be descriptive entries, not solely answers marked as "Yes" or "No".

## 6.8    ALL OFFICERS AND CREW

All officers and crewmembers involved in the operation of the vessels **must notify the Environmental Compliance Manager of all violations of any applicable environmental requirements** and must cooperate fully with authorities in carrying out the reviewing, auditing and oversight functions required by applicable law and the ECM.

**Failure to notify the Environmental Compliance Manager of any violations of any applicable environmental requirements and failure to cooperate fully with the Class Societies, and any third parties such as the US Court Appointed Monitor, Third Party Auditors in carrying out their auditing and oversight functions required by applicable law and the ECM, grounds for dismissal.**

The Company shall not retaliate against any officer or crewmember involved in the operation of the vessels making any such report.



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 7    TRAINING, AWARENESS AND COMPETENCE

The **Environmental Compliance Manager** is responsible for ensuring there are training programs in place to educate and train vessel and shore side employees.

The **Environmental Compliance Manager** has formally appointed the following as Company Training Manager(s) to ensure the requirements of this section are properly implemented.

  a)  Anastasios Drougkidis, HR Officer (for shore side employees)

  b)  Zacharoula Lempesi, HSQE Manager (for seagoing personnel)

### 7.1   SHORE-SIDE EMPLOYEES

Training must be performed  to all shore employees associated with the technical management of the vessels, annually.[1]

The training shall include pertinent sections of this ECM, the EMS, and existing marine environmental protection requirements and discussion of the consequences to Empire and its employees for failure to comply with the requirements of this ECM.

The training of Superintendents shall include shipboard-related technical and practical information associated with pollution prevention and the operation, maintenance and repair of pollution prevention equipment and systems as appropriate for the work responsibilities and department in which an employee works.

The training shall also include instruction regarding:

  a)  Corporate environmental compliance structure, including the **Environmental Compliance Manager** and contact information;
  b)  Comprehensive overview of this ECM, the EMS, and other marine environmental protection requirements;
  c)  The reporting system used to report non-compliance;
  d)  Consequences for violations such as remedial training, suspension, termination, and civil and criminal liability;
  e)  Pollution prevention and minimization programs specifically relating to steward, deck, and engine department procedures and operations;
  f)  All requirements set forth in the Engineering section of this ECM;
  g)  Procedures for solid and hazardous waste segregation and storage, disposal, and reporting

---

[1] In addition, as per ECP *"Existing shore-side employees associated with the technical management of the Covered Vessels must receive such training within 6 months of the commencement of the probationary period. New shore-side employees associated with the technical management of the vessels hired after 6 months from the commencement of the probationary period must receive such training before the employee assumes his or her duties."*

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

of releases; and

   h)  All other shipboard environmental protection related procedures as presented by the **Environmental Compliance Manager**.

Shore-side employees associated with the technical management of the Covered Vessels must receive such training before the employee assumes his or her duties.

Training may be performed by qualified instructors at a training facility or through Computer Based Training.

The Company Training Manager will maintain a catalog that provides an overview of the training courses; identifies the person responsible for delivering the training; and establishes a tracking system to monitor the type, frequency and successful completion of training.

The **Environmental Compliance Manager** shall provide the TPA with details of environmental training courses provided along with their annual schedule.

The training courses are reviewed at least once per year during the Management Review Meetings.

All shore-based personnel shall undergo **annual** evaluation as per **CP-07** *Shore based Personnel Recruitment and Training procedure*. Compliance with Company's environmental policies and procedures, this Environmental Compliance Manual and other marine environmental protection requirements will be incorporated as a positive factor, and failure to comply will be considered as a negative factor. In the latter case, the appraisal form shall be submitted to the Managing/ Technical Director and **Environmental Compliance Manager** for further evaluation.

In case that training need is identified during the appraisal process as well as any follow up action, shall be recorded in the form **OP-07** and addressed in priority.

## 7.2  VESSEL PERSONNEL

### 7.2.1  ACKNOWLEDGMENT OF ENVIRONMENTAL COMPLIANCE & FAMILIARIZATION WITH ENVIRONMENTAL COMPLIANCE MANUAL (ECM)

Before signing on, all Masters, Senior Officers and crewmembers must fill-in and sign the **OC-04** *"Seafarers' Pre-Employment Declaration"*. On signing on the Master shall ensure that **OC-04B** *"Declaration of Environmental Commitment & Compliance"* has been read, understood and signed by the onsigner. **OC-04B** *"Declaration of Environmental Commitment & Compliance"* must be completed again prior each seafarer sign-off.

**During their onboard assignment,** all seafarers are required to sign the *Monthly Environmental Commitment Declaration* **(VC-26).** By signing this form all seafarers declare their full compliance with Company's MS Policy Sec05 *"Safety, Health, & Environmental Policy"* and that no undocumented procedures, unsafe and/or illegal practices are being followed or are taking place on board.

Prior to formal taking over of their duties (but not more than 14 days upon joining the vessel), all

Electronically approved document, no hand-written signatures required
Uncontrolled when printed
Page 22 of 69



**Environmental Compliance Manual**
ECM

| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
|---|---|---|---|
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

Masters, Senior Officers and crewmembers shall make a walk-through with their predecessors, visit all pertinent vessel's locations, familiarize themselves with all equipment-machinery which they shall operate and sign the form **ECM-08** *Familiarization with ECM*.

Where possible, they shall operate the equipment to achieve familiarity.

Familiarization of visitors with the ECM upon boarding is recorded in the form **VC-16** *"On Board Familiarization Check List for Third Party Personnel"*.

### 7.2.2  TRAINING, AWARENESS AND COMPETENCE

**All personnel** (including vendors, technicians, and other non-crewmembers) whose job responsibilities affect the ability to achieve the ECM objectives and targets, must receive sufficient training and/or familiarization regarding the ECM requirements to be able to:

1. Meet their specific environmental responsibilities.
2. Be aware of and comply with environmental requirements specific to their duties under the ECM and other environmental protection requirements.

The **Environmental Compliance Manager** is responsible for ensuring there are training programs in place to educate and train vessel side employees.

o  Training must be performed for:
  1. All employees, **annually**.
  2. Crewmembers before signing on board a Vessel, if unable to receive such training before hand or within  7 days of signing on board.[2]

The training shall include:

a) Corporate environmental compliance structure, including the Environmental Compliance Manager role and contact information;
b) Comprehensive overview of this ECM, the EMS, and other marine environmental protection requirements and discussion of the consequences to Empire and its employees for failure to comply with the requirements of this ECM.
c) The reporting system used to report non-compliance;
d) Consequences for violations such as remedial training, suspension, termination, and civil and criminal liability;
e) Shipboard-related technical and practical information associated with pollution prevention and the operation, maintenance and repair of pollution prevention equipment and systems as appropriate for the work responsibilities and department in which an employee works.
f) Pollution prevention and minimization programs specifically relating to steward, deck, and

---

[2]  In addition, at the time the ECP Plea agreement enters into force, all seagoing personnel shall receive a basic initial training on ECM either a) these persons are currently onboard or b) ashore and prior to their returning to a vessel on a new contract

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

engine department procedures and operations;

g) All requirements set forth in the Engineering section of this ECM;

h) Position specific training in the operation, maintenance and repair of OWS, incinerators and other pollution prevention equipment;

i) Procedures for solid and hazardous waste segregation and storage, disposal, and reporting of releases; and

j) All other shipboard environmental protection related procedures as presented by the **Environmental Compliance Manager**.

Training may be performed by the **Environmental Compliance Manager**, a qualified instructor at a training facility or through Computer Based Training.

The Company Training Manager will maintain a catalogue that provides an overview of the training courses; identifies the person responsible for delivering the training; and establishes a tracking system to monitor the type, frequency and successful completion of training.

The Environmental Compliance Manager shall provide the TPA with details of environmental training courses provided along with their annual schedule.

The training courses are reviewed at least once per year during the Management Review Meetings.

All seagoing personnel shall undergo an annual evaluation as per **CP-06** *Seafarers Training, Appraisal & Familiarisation*. In addition, at the time the ECP Plea agreement enters to force, all seagoing personnel shall receive a basic initial training on ECM either a) these persons are currently onboard or b) ashore and prior to their returning to a vessel on a new contract Familiarisation procedure. Compliance with Company's environmental policies and procedures, this Environmental Compliance Manual and other marine environmental protection requirements will be incorporated as a positive factor, and failure to comply will be incorporated as a negative factor. In the latter case, the appraisal form shall be submitted to the Managing/ Technical Director and **Environmental Compliance Manager** for further evaluation.

In case training needs are identified during the appraisal process as well as their follow up, shall be recorded in the respective crew members appraisal form and addressed in priority.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 8 OPEN REPORTING OF NON-COMPLIANCE BY EMPLOYEES AND CREWMEMBERS

o The Company:

- Maintains an *Open Reporting System* (as per Company's procedure **CP-28**) for all officers, crewmembers and employees, and shore side personnel involved in the operation of the vessels including all persons working for the Company, its subsidiaries, affiliated business entities to anonymously report issues of non-compliance with the ECM and any other procedure, policy, or regulation associated with environmental protection.
- Provides all crewmembers with information, thorough briefing and training in regards to Open Reporting System prior to their employment and during familiarization.
- Informs its crewmembers & visitors of the availability of this reporting system.
- Posts relevant notices in prominent locations onboard the vessel as in lounge spaces of officers and crewmembers, the engine control room, bridge, common areas of the vessels.

o The **Environmental Compliance Manager** is responsible to maintain this System and must:

- Be informed of each such Open Report.
- Take immediate and effective actions.
- Receive and respond appropriately to all relevant *Open Reports* (form **ECM-04**).
- Ensure anonymity of such reporting when desired by the individual making the report.

o The **Master** must report all verbal or written environmental suggestions or concerns received from the Officers and crew aboard his vessel to the **Environmental Compliance Manager**.

o Any reports of suspected violation of the ECM and/or any applicable environmental regulation may be reported through any one of the following means, free of charge:

- **Phone Number:     +30 2111027142**
- **Mobile:              +30 6948104585**
- **Toll Free Number: 800 0000 133 ( routable in Greece )**
- **Email address:      *afountoulis@empirebulkers.com***

Furthermore:

o The **Environmental Compliance Manager** must timely initiate an investigation of any report to verify the substance and reliability of the provided information.

o The **Environmental Compliance Manager** must confirm receipt to the reporting person, when possible, together with information about further handling of the report.

o In the event that the information is substantiated, the **Environmental Compliance Manager** must report the issue to the Managing/ Technical Director and investigate to identify its root

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

cause.

- o   Upon identification of the root cause, the **Environmental Compliance Manager** must establish a plan of action to eliminate the root cause and to ensure that there are no future recurrences throughout the fleet.

- o   The **Environmental Compliance Manager** shall maintain records of such reports and action taken, and shall provide a copy of any report containing an allegation of environmental noncompliance to the TPA and the CAM.

- o   Failure by any employee to notify regarding any violation of Company's policies / procedures or other environmental requirements constitutes grounds for dismissal.

- o   No individual who truthfully reports non-compliances or concerns for suspected violations must be disciplined or otherwise retaliated against for such reporting.

- o   Top management, Managers or employees are not permitted to engage in retaliation, retribution or any form of harassment directed against an employee who reports a compliance concern.

- o   Anyone who is involved in any act of retaliation or retribution against an employee who has reported suspected misconduct shall be subject to disciplinary action, including up to dismissal.

- o   The Company publishes reports to the fleet on a six (6) monthly basis concerning the open reports status even if no such report is generated.

**Environmental Compliance Manual**
ECM

| Date of issue: | 15/02/2023 | | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | | |
| Authorized by: | HSQE Manager/DPO, | | | |

## 9   INTERNAL AUDITS

Internal audits of the ECM shall be conducted each calendar year and no later than 12-month intervals between two audits, to determine whether the ECM conforms to planned arrangements for the environmental management. Audit programs are planned, established, implemented and maintained, taking into consideration the environmental importance of the operations concerned and the results of previous audits. Environmental internal audits can be held simultaneously to safety related audits. Selection, training and qualification of internal environmental auditors and conduct of audits ensure objectivity and impartiality of the audit process.

When a new vessel entered in management of the Company, an Internal Audit (using the criteria for an Initial Audit under ECP) of it's environmental capabilities shall take place within 60 days from the interim SMC audit date.

The results of the audits shall be brought to the attention of all personnel having responsibility in the area involved. The management personnel responsible for the area involved shall take timely corrective/preventive actions on deficiencies found. Forms **OS-08 & OE-01 (through Benefit)** are used for the vessel audits and form **OS-09** is used for the Company's audits.

If, during the internal audits, it is determined that the **Company** has inadequate policies, procedures and equipment in place to ensure compliance with the ECM and regulatory requirements or to correct or prevent non-compliance, the Company shall provide all necessary funding and resources to facilitate implementation of corrective measures recommended.

The assigned **internal auditor(s)** must produce an audit report for assigned audit either this is performed onboard a vessel or the Office. Such report must contain detailed audit findings, including the basis for each finding, and must identify any areas of concern. Audit reports must include recommendations to correct any major non-conformities, non-conformities and observations identified. The Company must take action on all recommendations made. The Auditors must include information on any immediate corrective measures taken.

Audit reports must identify and explain in narrative form all deficiencies noted during the audit process. In the event of the determination of a Major Non-Conformity, the Auditor must make immediate notifications to **Environmental Compliance Manager**, which may include a recommended course of action. The **Environmental Compliance Manager** must establish and provide a corrective action plan for any deficiencies, taking into account any recommendations received from the Auditors.

Corrective action shall be treated within a time frame of 60-90 days. Where corrective action takes longer than 90 days, the **Environmental Compliance Manager** shall ensure corrective action is taken as soon as possible, and document the reason(s) for delay.

The Company must address immediately any Major Non-Conformities. The **Environmental Compliance Manager** must **report annually** on the status of implementation of each corrective action to the Managing/ Technical Director.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 10  CORRECTIVE AND PREVENTIVE ACTIONS AND EMERGENCY PROCEDURES

The **Company** has established and maintains documented procedures through its SMS/ECM for:

- o Preventing, detecting, investigating, and reporting (both internally and externally), any occurrence that may affect the organization's ability to achieve the **ECM objectives and targets**.
- o Promptly initiating corrective and preventive action.

Such measures must focus particular attention on incidents that may have an effect on compliance with environmental requirements as well as on environmental performance in regulated and nonregulated areas, including requirements of this EMS, the ECP or other marine environmental protection requirements. Examples of such situations include incinerator or OWS malfunctions, overflows of tanks within machinery spaces, fuel oil, lube oil, or saltwater line failures, operator errors and other accidental releases.

The Company has also established documented procedures (**CP-18** *Accident & Incident Reporting and Analysis procedure*) for mitigating any adverse impacts on the environment that may be associated with accidents or emergency situations, and for ensuring that similar incidents are avoided. The documented procedures clearly require tracking any preventive and corrective actions that are taken. If the environmental violation or incident resulted from an identified weakness in the system, the EMS should be updated and refined to minimize the likelihood of such problems recurring in the future.

Corrective action shall be treated within a time frame of 60-90 days. Where corrective action takes longer than 90 days, the **Environmental Compliance Manager** shall ensure corrective action is taken as soon as possible, and document the reason(s) for delay.

The Company's Management System also provides, to the extent possible, requirements for testing and evaluation of emergency procedures.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 11  DOCUMENT CONTROL - RECORD KEEPING

A copy of the ECM and ECP shall be kept at all times in Master's office, C/E's office, Bridge, Engine control room, Officers' smoking room and in Crew smoking room within each vessel where it can be readily accessed by shipboard personnel.

In addition to the ECM manual, other controlled documents that complement the ECM are the following:

- SMS manuals, as required by the ISM code
- Non-tank Vessel Response Plan (NTVRP)
- California Non-tank Vessel Oil Spill Contingency Plan or other State Plans
- Shipboard Oil Pollution Emergency Plan (SOPEP)
- Panama Canal Shipboard Oil Pollution Emergency Plan (PCSOPEP)
- Ballast Water Management Plan
- Bilge Water Management Plan
- Garbage Management Manual
- Pollution Prevention Equipment (OWS, Incinerator, Sewage Plant) Manufacturer Manuals
- Publications forming part of the Ship's Library such as MARPOL, SOLAS, STCW, etc.

All ECM related documents shall be maintained and controlled in accordance with the *Document Control Procedure* **CP01**.

The **Environmental Compliance Manager** must:

o  Monitor rules and amend the ECM if required.

o  Ensure maintenance of appropriate documentation relating to Company's objectives and targets. These records shall be adequate for subsequent evaluation and improvement of the operation of ECM.

o  Document the Company's state of compliance with ECM and other requirements.

o  Maintain and have available to interested Third Parties and Port / Flag State Personnel all records and all E/R alarms required by the ECM for a period of **three** (3) years from the date of generation.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 12  ORGANIZATIONAL DECISION-MAKING AND PLANNING

The various ECM elements shall be integrated into the Company's overall decision-making and planning, in particular, decisions on capital improvements or recommendations on capital improvements, training programs, vessel operations, and maintenance and repair activities. Specific information shall be provided relating to the additional resources and oversight required of older vessels within the fleet, when required.



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 13  COMMUNICATION OF ENVIRONMENTAL REQUIREMENTS

The **Company** shall:

o   Identify, explain and communicate all environmental requirements, and any additional best practices or industry norms that the Company may choose to adopt, to all employees and other vendors, technicians or non-crewmembers engaged in the waste-stream management of the vessels.

o   Communicate, as appropriate, all changes of the ECM as well as changes in operations or in environmental requirements.

Communication includes establishing processes to report internally and externally on the environmental activities of the Company in order to:

o   Demonstrate Company's commitment to the environmental protection.

o   Raise awareness of Company's Environmental Policy, objectives, targets and programs.

o   Inform internal or external interested parties about the ECM, and Company's environmental performance, as appropriate.

o   Become informed of new requirements of the interested parties or of new local regulations and requirements, which the Company shall examine and follow as necessary, and in this respect the communication that contributes to **continual improvement**.

o   In the **first quarter of every year**, Senior Management of Empire shall communicate to its shipboard and shore staff by the most effective electronic manner possible, its commitment to the environment, safety, quality, and commitment to this ECP.

Communication is provided through:

- Induction familiarization and training process.
- Onboard safety and environmental meetings
- Company's representatives (superintendents) visiting the vessels
- Pre-joining briefings.
- Videoconference

The **Master** and the **C/E** on board shall, upon request of any crew member, provide necessary clarifications for any Circulars, training material or other environmental issues, as described in the ECM.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 14  CONTINUOUS EVALUATION AND IMPROVEMENT

The Company has established a series of actions directed towards a continuous improvement process. Such actions include:

- Periodic, documented and objective auditing of the organization's performance and on how well the ECM assists the Company in achieving its environmental objectives and targets,
- Encouraging information sharing on environmental requirements.
- Encouraging open reporting about incidents and operational problems and ensuring prompt and thorough investigation and analysis of the incidents to take adequate preventive measures.
- Reviewing ECM performance as an integral part of the Management Review process (*Company's Quality Assurance procedure* **CP23**).

Furthermore the Company,  to the extent funding is provided by the Government, to assist and make Covered Vessels reasonably available as test platforms for prototype equipment testing and other research purposes related to shipboard  sources of  pollution; provided that the testing or research can be done safely and without delay to the vessels' schedules, and subject to authorization from vessel owners and charterers. The intellectual property rights from any technology developed by such research may be allocated by whatever agreement is reached between the research institute and the Company. However, the research partnership shall make all resulting reports publicly available for the benefit of the maritime community.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 15  MEASURES FOR ENGINE ROOM OPERATION – ENGINEERING REQUIREMENTS

The Company implements the following operational measures to ensure successful waste stream management.

### 15.1  Tank Sounding Record keeping

In order to maintain consistency on all vessels and ensure standard record keeping and monitoring of all tanks and contents within the ER, all vessels are required to maintain daily records of sounding / quantities for each sludge tank and bilge tank associated with bilge water and/or oil residues (sludge), the tank name/designation, tank capacity, sounded quantity and time and method of sounding using the daily **VM-42 *Daily Sounding Notebook*.**

**A page of the Daily Sounding Notebook should be filled for each day. Each notebook has 31 pages; one for each day of the month. For months with less than 31 days the last pages shall not be used and be stricken off. A new book should be used at the beginning of each month.**

The **names, frames & soundings** of IOPP Supplement's designated tanks (both sludge & bilge water) have to be recorded **daily in the VM-42 Daily Sounding Log Book** (in blue or black indelible ink), the <u>same time each day </u>to avoid calculation errors.

The Oiler or the appointed Engine Officer is responsible for the correct and accurate recording of the soundings and needs to sign at the end of the VM-42 entries <u>daily.</u>

Upon completion of daily soundings, this **Daily Sounding Notebook** is delivered to **Chief Engineer** (C/E) who **verifies and countersigns the entries.**

---
**Deliberate falsification of the entries is subject to the penalty of perjury and dismissal from Company's ships.**

---

**VM-42 Daily Sounding Notebook** shall be retained onboard for 3 years. VM-42 Daily Sounding Notebook older than this period should be returned to the office for the attention of the Environmental Officer.

<u>VM-50 Engine Room Tank Sounding Log Book:</u>

The engine room tanks used for the retention of oily residues, sludge and bilge water are to be designated in the **VM-50** Log Book as tanks 1 to 10. The tank names, designation and capacity have to be recorded at the table of the first page of the ***VM-50 Engine Room Tank Sounding Log Book*** and same must be transferred at each one of the VM-50 pages to ensure proper follow up. Tank designation should be identical to the tank identification as recorded in paragraphs 3.1 and 3.3 on the vessel's IOPP Certificate.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

**For each month a new VM-50 logbook page shall be used.  Each page has 31 rows; one for each month day. For months with less than 31 days the last unused rows should be stricken off.**

**The Chief Engineer is responsible for:**

a. The correct and accurate transfer of the soundings from VM-42 Daily Sounding Notebook to the VM-50 Engine Room Tank Sounding Logbook.  At the beginning of each month a new page of the Engine Room Tank Sounding Log Book shall be used for making the month's records. This Log Book  shall be maintained in the Engine Control Room for a minimum of three (3) years after the most recent or last entry along with VM-42 Daily Sounding Notebooks.

b. The accurate conversion of soundings to cubic meters (m3) (taking into consideration vessel's trim and relevant sounding table of each tank) and relevant daily entry made in current month's VM-50 in use**. Once each daily entry is made, it shall also be properly signed. To ensure proper and accurate transfer of daily VM-42 Daily Sounding Notebook entries to the VM-50 Engine Room Tank Sounding Log Book, both the C/E and the appointed Engine Officer who obtained the readings shall sign each daily entry in to the VM-50 Engine Room Tank Sounding Log Book.** In case of any remark regarding the Tank Soundings, the C/E shall record the same in the box "Remarks" at the bottom of the Log book where a brief description of the remark accompanied by date, tank(s) involved and any other necessary information is entered. Every remark must be signed by C/E and Officer in charge.

c. The reconciliation of VM-50 Engine Room Tank Sounding Log Book with the Oil Record Book Part I. This responsibility **cannot** be delegated to another person.

d. Timely returning the VM-42 Daily Sounding Notebook to the Officer in charge in order to use on the next day.

Every week, the Chief Engineer shall enter in Benefit and forward to the office the following documentation for review by the **Environmental Compliance Manager**:

— Abstracts from the corresponding week's entries in Oil Record Book;

— Form **VM-50**, *"Engine Room Daily Sounding Log"* of current month updated with corresponding week's entries.

**At the end of each month** C/E has to sign at the bottom of the page of the VM-50 and as indicated above a new page for the following month shall be used.

**All Sounding Records (VM-42 Daily Sounding Note Book and Engine Room Tank Sounding Log) shall be maintained in the engine control room for a minimum of three years after the most recent or last entry.**

Electronically approved document, no hand-written signatures required
Uncontrolled when printed
Page 34 of 69

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

**Note**:

    a)  e-ORB has to be completed daily (before recording the entries in the Official ORB) for verification of the ORB entries. Upon verification at e-ORB platform, you may transfer the same to the Official ORB. _Note that e-ORB does not replace the Official ORB of the vessel but act like a safeguard for proper oil record book entries to your advantage._

    b)  In addition, the Chief Engineer shall ensure the proper completion of the VM-41 form (in Benefit), where all the recorded operations must correspond to the actual operations performed onboard (as recorded in the Oil Record Book).

### 15.2  OIL-TO-SEA INTERFACES

Equipment having oil-to-sea interfaces include oil lubricated stern tubes bearings, bow or stern thrusters, stabilizers, hydraulically operated controllable pitch propellers, propulsion pods, and similar equipment as applicable whereby the leakage of a sealing component may cause a loss of operating medium into the surrounding waters of the vessel.

Any replenishment of oil into the head tanks, operating systems reservoirs or other receivers associated with equipment having oil-to-sea interfaces must be logged, regardless of quantity, in the form **ECM-03** (_Oil-to-Sea Interface Log_). Ingress of water or drainage of water into or from these systems must also be logged, as far as practicable.

Routine stern tube lube oil loss must be logged and reported immediately by the **C/E** to the **Environmental Compliance Manager** on each occasion. Any non-routine (i.e. exceeding the maker's allowable limits) losses of oil from these systems must be also logged in the form **ECM-03**. When known, an explanation of the loss must be provided, along with date/time the loss occurred.

**If any Chief Engineer fails to promptly and accurately report such conditions, the Company shall investigate and take appropriate disciplinary action, which may include termination of employment, subject to applicable laws.**

### 15.3  FUEL OIL/LUBE OIL PURIFIER SETTINGS AND LINE BREAKS

Company has established a system for monitoring of Fuel oil and Lub oil Management, including the operation of the Fuel oil and Lub oil of purifiers and line or piping failures through monthly _Fuel Oil and Lub Oil Management Log_ **(form ECM-07)** in which, Vessels shall a) register the minimum intervals for the desludging of the purifiers, b) record the running hours and desludging time intervals of all purifiers. Any abnormal operation shall be recorded in the **ENGINE LOG BOOK** and specify reason for abnormality as indicated on the **ECM-07**.

Any incident involving ships receiving proven poor-quality fuel shall be noted in the **ENGINE LOG BOOK** or _Fuel Oil & Lube Oil Management Log_ (form **ECM-07**) and such entries must refer to the relevant bunker receipts.

Electronically approved document, no hand-written signatures required
Uncontrolled when printed
Page 35 of 69

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

To minimize the waste stream, identify and report the following to Senior Officers and rectify as soon as possible:

- Any extraordinary operations (such as frequent draining of fuel oil service and settling tanks, draining engine lube oil sump tanks of excessive water) must be recorded and in ENGINE LOG BOOK and explained to the extent possible, and the records made available for inspection.
- Anytime any line or component on a fuel, lube, or waste oil system fails due to a structural failure or due to an operational error, including high pressure lines on diesel engines.
- Any significant leakage (more than a few drops) that occurs on board from:
  - pump and valve seals and glands, flanges, gaskets, fittings and joints, pipes, hydraulic winches, hatch cover hydraulic motors, hydraulic jacks, cranes, control valves, deck pipes, etc. (except those necessary for packing cooling).
  - all equipment casings such as main and auxiliary engines, and reduction gears,
  - operation of engines, boilers, incinerators, and evaporators.
- All oil leaks exceeding manufacturer or historical volumes, including any fuel and/or lubricating oil leaks resulting from mechanical failure must be reported to the **Environmental Compliance Manager**.

Additionally, observe the following:

- For each of the above situations, make a record in the *Extraordinary E/R Operation & Leakage Log* (form **VE-02**) with a notation given as to the quantity released and an explanation on how the unintended released fluid was handled.
- The most Senior engineer involved in any of the circumstances previously described must make the entry and sign.
- Forward the form **VE-02** to **Environmental Compliance Manager** at the end of **each month** for review.
- Attend leakages, however minor, as soon as practicable to reduce the amount of water or oil contributing to E/R bilges.
- The **C/O** and the **C/E** must communicate such procedures amongst the deck and engine crew through their standing orders and training sessions.

Any serious incident involving the leakage of Fuel Oil or Lube Oil leakage shall be fully documented in the Engine Log Book. A root cause analysis shall be performed and documented appropriately, along with any corrective action.

## 15.4 ENVIRONMENTAL TAG SYSTEM (ETS)

The purpose of the environment TAG system is to prevent non-MARPOL approved overboard discharges from company vessels.

The **Environmental Compliance Manager** is responsible for ensuring implementation of the Environmental TAG System fleet wide.

Electronically approved document, no hand-written signatures required
Uncontrolled when printed
Page 36 of 69

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

Each Environmental TAG has its own unique identifying number. Environmental TAGs are not re-usable.

The locations, identified as sensitive, are tagged to prevent pipes from being disconnected and certain valves being operated without the Master's, Chief Engineer's or Company's knowledge and approval.

Environmental TAGs should be fitted and secured in such a way to ensure security and the purpose of avoiding illegal use. Use of additional wires, ropes, chains, extensions in addition to the Environmental TAG is prohibited. Environmental TAGs must be secured on a stable piece of the valve and/or flanges (e.g. drilled bolt or nut, nearby angle bar, floor plate, etc.).

### 15.4.1 Installation

The Environmental TAG system is in place on all Company's vessels. Environmental TAG locations and program efficiency shall be verified by the vessel's Marine or Technical Superintendent and **Environmental Compliance Manager**. This ensures that the vessel's Superintendents or / and **Environmental Compliance Manager** are aware of TAG locations and that each vessel has installed TAGs in similar locations.

The TAGs installed on the weather deck shall be damaged or deteriorated by weather, therefore to provide the integrity for which they are designed; all TAGs installed on exposed weather deck shall be replaced every 12 months. The replacement should be recorded **Engine Room Environmental Tag Log** and **Master's Spare Environmental Tag Log Book**.

Vessel personnel, under the supervision of the **Master**, are responsible for installing non-re-usable and uniquely numbered environmental TAGs to prevent the unauthorized usage or connections within the E/R and machinery spaces to, and discharge through, piping systems that are or may be connected to the oily bilge system.

Numbered environmental TAGs must be installed on a number of piping and valve flanges so that they cannot be dismantled and used for unauthorized discharge, including but not limited to the following:

- Bilge and sludge pump discharge suction and discharge valves The Bilge holding tank access manhole.

- All overboard discharge pipes such as refrigeration cooling overboard, aux. boiler blow down, fresh water generator, sewage, swimming pool etc. as applicable.

- All overboard discharge valves and associated piping in the vicinity of the OWS -- less than one hundred twenty-five millimeters (125 mm) in diameter which serve as an overboard discharge for sea water.

- The OWS inlet pipe from the bilge pump and the outlet pipe to the overboard discharge valve and Ship specific (as applicable):

    - The piping of the OWS recirculation system to the bilge holding tank, which has a non-return valve installed for test purposes.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- - If the recirculation line is attached to the other return line, the non-return valve shall be removed and the pipe sections blanked off with environmental TAG fitted on each blank.

- - If the recirculation line is fitted directly to the BHT, the Non-return valve shall keep in position and a seal to be installed on the flange.

- All removable piping associated with the Oil Content Meter (OCM).

- The discharge piping from the engine room bilge pump to the deck sludge tank if fitted and the flange on deck which has a stop valve installed. The pipe section after the valve shall be removed and blanked off.

- The bilge pump interconnection with sludge pump, if applies.

- The shore connection piping and blind flanges on deck for the bilge water and sludge, and sewage.

- Bilge pump, fire pump, general service pump, bilge and ballast pump and eductors suction valves taking suction from the bilge wells and the emergency bilge suction valve as well as any crossover connection related to the above pumps. TAGs on these valves shall prevent operation of the valves without the Master's and Chief Engineer's permission. (Emergency bilge suction valve shall be protected with plastic TAG in order to be easy for immediate remove).

- If fitted, soot eductor overboard discharge valve wheel and flanges

- MARPOL Annex I, if fitted, depending on which line is used.

- Fore castle overboard discharges valves. However, this seal system shall be protected with plastic environmental TAGs in order to be easy for immediate remove, as this would seriously affect the safety of the vessel and would be in conflict with SOLAS and Class requirements.

- Any valve near the stern tube with blank flange marked "direct to sea" (as applicable)

In order to control the expansion of Environmental TAGs installations for locations other than the above, these shall be forwarded by the Master to the **Environmental Compliance Manager** for evaluation before being affixed to the recommended location.

Metallic or plastic environmental TAGs must be used for the sealing of flanges, blank flanges and valve wheels.

The **C/E** must maintain the **Engine Room Environmental TAG Logbook** to track and account for environmental TAGs used. The log records each time an environmental TAG is affixed or removed, including the date, seal number removed, personnel involved and the reason for any seal removal / replacement, for tracking purposes.

To prevent unauthorized usage of bilge water tanks environmental TAGs or locks must be placed on all tank hatches, valves, or flanges that could allow for an external connection to the system. The **Engine Room Environmental TAG Logbook** must track any time a processed bilge water tank or oily waste tank is opened.



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

The **Master** must:

1. Maintain the **Master's Spare Environmental TAG Logbook** documenting when TAGs are replaced and their respective serial numbers.
2. Retain the unused environmental TAGs under his control in his cabin.
3. Deliver the TAGs to C/E only when needed for the replacement of consumed ones, and not for future use.

The **Engine Room Environmental TAG Logbook** and the **Master's Spare Environmental TAG Logbook** shall be forwarded to the **Environmental Compliance Manager** at the end of **each month**.

### 15.4.2 Tag Inventory Control and Issuance

All managed shall be supplied with sufficient numbers of the Environmental TAGs. The **Environmental Compliance Manager** will be responsible for ensuring that no duplication of Environmental TAGs numbers occurs on any managed vessels, and will maintain a master tracking document indicating which series of environmental TAGs have been supplied to each vessel.

The Master shall ensure the sufficient stock of Environmental TAGs is maintained under his control in a secure location. When additional Environmental TAGs are needed, the Master shall request them from the HSQE Department by email & through Environmental TAGs quarterly inventory. A minimum stock of ten (10) spare Environmental TAGs (of each type) shall be retained onboard at all times.

Upon receipt of the new TAGs the Master will revert with the accompanied **OS-01** *Transmittal of Documents* dully signed which will include the date the TAGs were received, the TAG ID numbers and the total quantity received.

The spare TAG ID Nos. must be entered immediately in the **Master's Spare Tag Log Book**.

New TAGs are issued to the Chief Engineer by the Master. The Chief Engineer must visibly check to ensure the TAG is securely fitted to the equipment and its location is properly recorded in the **Engine Room Environmental TAG Log**.

The Master shall update the **Master's Spare Environmental TAG Log** when the TAG is issued.

**Any existing fitted environmental TAG that are found to have deteriorated or had their numbers partially/completely erased shall be replaced immediately, with the reason for replacement entered in the Engine Environmental Tag Log Book.**

### 15.4.3 Tag Removal

Except Dry-docking works or emergency situations, when it is necessary to remove an Environmental TAG or if it is found damaged, the **Environmental Compliance Manager** must be advised immediately by the Master by email, and with the following information indicated and sent:

- TAG ID No., and equipment and TAG location.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- The reason the TAG was removed.

Once approval is granted, the Master shall provide the replacement TAG and details of date issued shall be record it in **MASTER'S SPARE ENVIRONMENTAL TAG LOG**.

The **C/E** and **C/O** respectively must install new environmental TAGs at the position of the removed ones, immediately after any of the above-mentioned works is finished.

The removed Environmental TAG shall be retained onboard by the Master for future verification by a Company representative. The verification shall be recorded and signed. Following this, environmental TAGs can be disposed following vessel's **GARBAGE MANAGEMENT PLAN**.

Additionally, on each Environmental TAG removal and replacement an entry shall be made in the **ENGINE ROOM ENVIRONMENTAL TAG LOGBOOK** indicating the date, time, seal number removed, personnel involved, and reason for any Environmental TAG removal/replacement.

The Chief Engineer shall keep all exchange of correspondence (e.g. incoming & outgoing messages) regarding the removal of any TAG(s) shall be kept in a separate file together with the hard copy of the **ENGINE ROOM ENVIRONMENTAL TAG LOGBOOK**.

## 15.5  TANK PIPING

In order to prevent any unauthorized manipulation of waste management systems within engine room and machinery spaces, each vessel **must** maintain on-board Classification Society approved drawings of current physical layout of the systems. Any alteration/modification is carried out on vessel's approved layout of the piping systems **must** be documented, explaining the reason for such changes.

The **C/E** must maintain this documentation explaining the reason(s) for any changes/modifications made after the date of sentencing for engine room/machinery space systems. Copies of this documentation and drawing(s) must be maintained aboard the vessel and provided to the **TPA** and **CAM** (as applicable) upon request.

**The Company strictly prohibits the use of unauthorized stub pipes, cross connections, or piping on engine room waste.**

**All personnel working on board Managed Vessels' must promptly notify Company's Environmental Compliance Manager of the existence and purpose of any unauthorized stub pipes, cross connections, or piping on engine room waste.**

## 15.6  OWS OVERBOARD VALVE OPERATION

The overboard valve of the OWS must, when not in use, be fitted with an Environmental TAG and kept locked with a chain and pad lock arrangement. The **C/E** is responsible and must personally operate the padlock arrangement, prior to and after completion of the use of the OWS in an authorized geographical area. For safekeeping and preventing inadvertent operation of the OWS, the key to the padlock must be in the custody of the **C/E** **at all times**.

**Environmental Compliance Manual**
ECM

| | |
|---|---|
| Date of issue: 15/02/2023 | Revision Nr: 2 |
| Authored by: Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: HSQE Manager/DPO, | |

The keys used to open locks utilized **as a part of the Environmental TAG system** must be controlled.

## 15.7 BILGE MAIN CROSS-CONNECTIONS

Their usage is similar to bypassing the OWS equipment and **is strictly prohibited**, except in the case of an emergency.

**It is strictly prohibited**:

- The non-emergency use of cross-connections from the E/R bilge mains to the suction piping of larger pumps such as the "fire and general service pump" or the "fire, bilge and ballast pump".
- To discharge overboard via the soot collection tank and soot eductor; these must be disabled and locked out.

## 15.8 MARKING OF EQUIPMENT

### 15.8.1 OCM/OWS EQUIPMENT

The OCM and OWS equipment should be properly marked as per below:

a. Paint with **orange color:**
b. the sample line from the OWS discharge connection to the sample/flush line control valve to distinguish it from other tubing and piping in the area.
c. The OWS discharge line, so it is distinguished from other piping.
d. Paint with **blue colour** the water flushing line, so it can be distinguished from other piping in the area.
e. Route the line so it is clearly visible to the extent possible for its entire length.
f. Do not add any additional connections or tees of any kind to the line. **Any tampering with the line is prohibited**.

### 15.8.2 BILGE MAIN CROSS-CONNECTIONS

Paint **international orange** the deck plates above or near the locations of these cross connections or other interconnected systems and the valve bodies and associated hand wheels.

a. Permanently fix nearby a brightly colored sign with **3-inch letters (7.6 cm)** letters stating: "BILGE SYSTEM PIPING CROSSOVER - EMERGENCY USE ONLY".
b. To prevent unauthorized usage, the C/E must place Environmental TAGs on these valves. The TAGs log shall track anytime a crossover to the bilge main is opened.
c. If the valves are remotely operated from the ECR, the associated push button must be unable to be used without breaking an Environmental TAG.
d. Post a suitable sign near the associated push buttons or switches providing similar restrictive language as to its use as stated above.

**Environmental Compliance Manual**
ECM

| | | |
|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr:    2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: | HSQE Manager/DPO, | |

### 15.8.3   EMERGENCY BILGE SUCTION VALVES

a. All other bilge suction valves not connected to the bilge main, and independent emergency suctions to the vessel's E/R bilges, like those that may be connected to sea water circulating pumps, must also be painted **international orange** (deck plates, valve bodies and associated hand wheels).

b. A brightly colored sign with **3-inch letters (7,6 cm)** must also be permanently fixed nearby and labelled: "**EMERGENCY BILGE SUCTION – EMERGENCY USE ONLY**".

c. Their valve wheels shall also have a numbered and logged Environmental TAG capable of breakaway during emergency, testing and maintenance.

## 15.9  BLANK FLANGES

To prevent unauthorized connections within the E/R and machinery spaces, every blank flange or potentially removable flange associated with any piping leading overboard, on systems such as salt-water service, main engine raw water cooling or other systems must be permanently secured, removed or fitted with a numbered Environmental TAG through the flange bolts that shall break when such bolts are removed, to prevent unauthorized connections and discharges.

The blank flange securing the bilge and sludge transfer system shore connection discharge valve at the discharge stations must also require an Environmental TAG.

## 15.10  OWS SOURCE TANKS

The OWS source tanks must be inspected every (6) months and any accumulated oil must be removed. If necessary, transfer manually any oil to the sludge tank. The OWS source tanks shall be cleaned during dry docking or sooner if necessary. Such cleaning shall be logged in the PMS, **ENGINE LOG BOOK** as well as in the ORB part I.

The *OWS/ OCM & OWS Source Tank Test/ Inspection Log* (form **ECM-01**) must be utilized for keeping records of the above jobs and must be sent to the **Environmental Compliance Manager** monthly accompanied with relevant photos.

## 15.11  ADDITIONAL OWS / OCM SECURING REQUIREMENTS

1. The end connecting to the OWS discharge pipe may be fitted with a manual valve or petcock, or tamper proof automatic valve. The tube end fittings and the valve handle must be fitted with a numbered Environmental TAG that will break if the valve is closed, removed, or if the tubing connection nut is loosened. The end nearest the sample/flush line control valve and any tubing in between the control valve and the OCM will be similarly protected to prevent any disassembly of the sensing system

2. For Vessels that do not have fresh water flushing of the OWS but only sea water flushing, it is recommended to do the following:

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- Secure the bilge pump's sea water suction with a safety environmental TAG which will be recoded officially.

- The C/Eng. to post a signed wording near the sea water suction stating that: "**THE SEA WATER VALVE MUST REMAIN CLOSED AT ALL TIMES EXCEPT EXCLUSIVELY FOR FLUSHING OF THE SYSTEM**"

### 15.12  OWS & OCM Operation - Control of Oil Discharge through the OWS

**Any discharge into the sea of oil or oily mixtures shall be prohibited except when all the following conditions are satisfied:**

- **Permission from the Office has been received**

- **The ship is proceeding en route.**
- Engine room bilges are only to be pumped overboard when the conditions described in the latest edition of MARPOL Annex I regulations have been met (unless in an emergency, when the discharge is considered necessary for securing the safety of the ship or saving life at sea).

- **Discharge is taking place during day time only and under the supervision of the Chief Engineer, a Senior Watch keeping Engineer and the Master. A relevant poster shall be posted on OWS.**

- Pumping of engine room bilges overboard must be through the oily bilge separator using the oily bilge pump with the Oil content of the effluent without dilution does not exceed the 15ppm.

- The Oil filtering equipment shall be of a design approved by the Administration and shall be such as will ensure that any oily mixture discharged into the sea after passing through the system has an oil content not exceeding 15 parts per million. In addition, it shall be provided with alarm arrangements to indicate when this level cannot be maintained. The system shall also be provided with arrangements to ensure that any discharge of oily mixtures is automatically stopped when the oil content of the effluent exceeds 15 parts per million.

- The engine room overboard bilge discharge valve(s), other than the oil water separator shipside valve, through which a direct effluent outboard may be affected, must **always** be in the closed position and **sealed with an environmental TAG** by the Chief Engineer. It is possible for reasons of maintenance or overhauling schedule, the valve(s) to be opened and Environmental TAG(s) broken. Certainly, after the inspection, the valves(s) are to be **closed tightly** and re-sealed. Such procedure is to be **recorded** in the *Engine Room Environmental Tag Log* and *Oil Record Book*, section I, with code I, as well as in the *Engine Log Book*. As soon as the operation is complete the overboard valve is to be re-locked shut, the relevant entry is to be made in the *Oil Record Book* Part I. The TAGs are regularly inspected by the Port Authorities and severe penalties are involved if the TAG is not in place or intact. Any pump which can be connected to the bilge piping system and used for the emergency discharge of the engine room bilges must be clearly identified. The pump's suction valve(s) should be clearly marked with a "**DO NOT OPERATE**" TAG. All such valves must be clearly marked with the instruction "**This valve can only be opened when duly authorised by the C/E and the Master** ". In addition, a placard "**Discharge of Oil Prohibited**" should be located at the



**Environmental Compliance Manual**
ECM

| | | |
|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: | HSQE Manager/DPO, | |

overboard valve. *For more information regarding Environmental TAG system please refer to para 15.4.*

- Under no circumstances should any part of the bilge system be by-passed with respect to the Oily Water Separator or overboard monitoring equipment.

- It has to be ensured that bilge pumping is only carried out by personnel who are considered by the Chief Engineer to be competent to carry out this duty & be aware of the correct method of operating the bilge pumping system.

- All requirements regarding maintenance and testing of equipment have to be followed.

- Prior to commencing the operation the Chief Engineer will review with the vessel's Master the procedures to be followed in operating the Oily Water Separator (OWS). This review will be logged in Dᴇᴄᴋ Lᴏɢ Bᴏᴏᴋ;

- Prior to commencing discharge the Chief Engineer is to test the equipment and log the action in the Eɴɢɪɴᴇ Lᴏɢ Bᴏᴏᴋ;

- Authorization must be obtained from the bridge prior to commencing discharge and logged in both the engine room and deck log books;

- The rate of discharge of the OWS and any other parameters mentioned in the maker's manual must be monitored continuously; in case the observed parameters deviate from those set forth in the manual, the reasons must be investigated and reported immediately to the **Environmental Compliance Manager**, DPA and Fleet Engineer/Technical Fleet Leader.

- The duty Officer on bridge must also be informed about this operation beforehand. During this operation he must monitor from time to time the condition of bilge water discharged in the sea and in case of any discoloration noted, he must notify the engine room immediately and discharge operation to be suspended.

- Upon completion of the discharge operation the bridge is to be notified of the time the unit was secured.  This time is to be logged in both the engine room and deck log books.

- Part I of the Oɪʟ Rᴇᴄᴏʀᴅ Bᴏᴏᴋ has to be completed accurately.

- All entries in the Oɪʟ Rᴇᴄᴏʀᴅ Bᴏᴏᴋ Part I have to be countersigned.

- It has to be ensured that any deficiencies in the system are properly repaired and that the office is informed in case of any system failures that cannot be repaired on board.

- The oil residues, which cannot be discharged into the sea, shall be retained on board or discharged to reception facilities.

**The Oily Water Separator Work Permit Form (ECM-02) shall be completed throughout every operation of the OWS.**

On UMS ships where the bilge pump is operating in automatic mode the level in the tanks should be checked during the final inspection of the engine room each day. There must be sufficient space for any volume likely to be pumped during the night.

***The main emergency bilge suction valve must be opened up for inspection and overhauled as necessary during major repairs period.***

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- **Note 1:** In an emergency situation, ships staff must be able to pump from the bilges directly overboard, as provided for by SOLAS and by the provision for emergency discharges in MARPOL.
  Such overboard valves must be sealed but not locked.

- **Note 2:** Any malfunction and/or operating problem encountered in the Oily mixtures treatment system should be immediately reported to the Office. Rectification of the problem should be given top priority. Any discharge must be stopped and an appropriate entry in the ***OIL RECORD BOOK*** must be made.

- **Note 3:** Oil water separator should never be left operating when vessel is in UMS mode.

In respect of the Antarctic area, any discharge into the sea of oil or oily mixtures from any ship shall be prohibited.

Prior commencing pumping out engine room bilges, vessel's position has to be recorded and all criteria for pumping engine room bilges in **special areas** are to be strictly adhered to if the vessel is transiting such area. Regulation 15 of MARPOL Annex I prohibits a ship on a voyage only part of which is in a special area from discharging outside a special area in accordance with paragraph 2 of this regulation.

For US calls, CFR CFR 33.151.10 requirements shall be adhered.

Furthermore, the company encourages to carry out such operation when the ship is more than 12 miles from nearest land in all special areas irrespective of location/special area.

***See also Annex A SOP-01 Standard Operating Procedure for the Oily Water Separator (OWS)***

### 15.13  WARNING NOTICES / POSTERS

3.  A USCG pollution warning poster shall be posted close to the overboard discharge valve.

4.  The following posters shall be posted on the OWS:

    i.  A copy of OWS piping diagram

    ii.  A copy of operation instructions

### 15.14  OWS MODIFICATIONS

The modification of any piping system, sensing tubing, or electrical wiring associated the Oily Water Separator (OWS) is forbidden unless exceptionally approved by the Managing Office, the vessel's Classification Society and Flag Administration.  All vessel drawings are to be modified to reflect changes after approval and installation.

The use of jumpers in the control system of the Oily Water Separator (OWS) is forbidden and can constitute grounds for dismissal and legal action will be followed.



**Environmental Compliance Manual**
ECM

| Date of issue: | 15/02/2023 | | Revision Nr: | 2 |
| --- | --- | --- | --- | --- |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | | |
| Authorized by: | HSQE Manager/DPO, | | | |

## 15.15 Bilge/OWS/OCM Maintenance

To ensure that the OWS system is functioning properly, checks or tests shall be carried out at regular intervals in order to verify:

- The correct running of pump, absence of leakage in the piping system, and correct functioning of controlled valves;

- That the simulation test of the oil content monitoring (OCM) equipment has been performed satisfactorily;

- All operational tests and maintenance tasks have been performed satisfactorily;

- That the fifteen parts per million (15 ppm) alarm activates the three-way valve and/or stops the pump;

- When the system is turned off, the overboard discharge valve is padlocked properly and the key retained by the Chief Engineer;

- The Oil Content Monitor (OCM) annual calibration **by an external-approved subcontractor**

- Measuring cell replacement and Oil Content Monitor (OCM) calibration every 5-years by an external-approved subcontractor in harmonization with the IOPP renewal certificate.

**Any attempt at tampering, bypassing, tricking or manipulating the OWS is clear grounds for immediate dismissal & disciplinary action.**

**Planned maintenance shall be carried out in accordance with the vessel's planned maintenance system and recorded accordingly.**

**Special attention shall be given to the following:**

**WEEKLY TESTS**

Every vessel must perform weekly operational test of the OWS in the recirculation mode or overboard discharging mode, in presence of the **C/E** and **2nd Engineer**. The test should last at least 15-20 minutes.

After testing the proper operation of the OWS, the OCM must be tested according to the manufacture's specified procedure. **Never test the OCM using sticks, tea, coffee or similar unorthodox methods.**

The test must be logged in the vessel's **ORB**.

**MONTHLY INSPECTION**

The condition of the OWS must be inspected monthly, by removing the top cover(s), in order to check:

1. The condition of the filter(s) and the separator housing.
2. Any accumulation of excessive oil or dirty.

Electronically approved document, no hand-written signatures required
Uncontrolled when printed
Page 46 of 69

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

The inspection should be recorded in the **OIL RECORD BOOK** and Master shall send a report to the **Environmental Compliance Manager**.

### MONTHLY OPERATIONAL TESTS

Every vessel must perform monthly operational tests of the OWS and OCM, in the presence of the C/E and one other Engineer, either in recirculation, or, if possible, through overboard discharging mode. Log the test in the vessel's **ORB** (Part I). The C/E must send a report to the assigned Sup/dent Engineer and the **Environmental Compliance Manager.**

### 2-MONTHLY MAINTENANCE TASK(S)

To ensure proper operation of the OWS the Company has included additional maintenance requirements for bilge wells cleaning.

### 6-MONTHLY MAINTENANCE TASK(S)

To ensure proper operation of the OWS the Company has included additional maintenance requirements for:

- Bilge holding tanks (primary and secondary) inspection & manual cleaning;
- OWS overhauling and cleaning followed by filter media replacement; When the system is turned off, the overboard discharge valve is padlocked properly and the key retained by the Chief Engineer;
- The OWS source tanks must be inspected every (6) months and any accumulated oil must be removed. If necessary, transfer manually any oil to the sludge tank.

These six-monthly cleaning and maintenance records shall be entered in the vessel's **OIL RECORD BOOK**. Such records shall include:

(a) the specific area cleaned; (b) the name of each chemical used to clean the specified area; and (c) confirmation that such chemicals are bilge and OWS compatible.

All vessels must maintain a minimum of six months' supply of bilge and OWS-compatible cleaning products. An inventory of bilge and OWS-compatible cleaning products shall be kept always available onboard all managed vessels through PMS (Chemical and Gases inventory).

### MONTHLY OPERATIONAL TESTS

Every vessel must perform monthly operational tests of the OWS and OCM, in the presence of the C/E and one other Engineer, either in recirculation, or, if possible, through overboard discharging mode. Log the test in the vessel's **ORB** (Part I). The C/E must send a report to the assigned Sup/dent Engineer and the **Environmental Compliance Manager.**

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

**ANNUAL OPERATIONAL TEST**

Every vessel must conduct an **annual operational test** of the OWS under actual operational conditions, as per the manufacturer's recommendations. The test must:

o **Include one (1) hour of continuous** processing of the contents of BHT without dilution, and without dilution of the sample line leading to OCM.

o Be conducted by the **Chief Engineer** in the presence of a **Superintendent Engineer or Maker's Specialist, 2nd Engineer** and any other engine room personnel assigned responsibility for the operation and/or maintenance of the OWS.

o If an actual discharge is not feasible due to the vessel's location or the levels of BHT, then the discharges shall be through a recirculation line, as per the procedures approved by Class, provided that soundings of the BHT shall be made before and after the test and shall be made a part of the test record and providing that any alarms shall be recorded and made part of the test record.

Record of the **annual Operational test**, shall be made in **ORB I**. Copy of respective entry, calibration certificate and maker's attendance report shall be attached in Benefit PMS respective task and the vessel's Master shall send respective report to the **Environmental Compliance Manager**.

Needless to say that in the event that an assessment determines that the OWS is not operating adequately, then an immediate report must be made to the **Environmental Compliance Manager**, responsible Superintendent Engineer and DPA.  A copy of the engine room alarm printout to be retained and appended to the **OIL RECORD BOOK** page, documenting the test. Same shall be kept in in the respective maintenance task in Benefit PMS. The **Environmental Compliance Manager** is responsible to advise the Third Party Auditor and Court Appointed Monitor respectively.

**5-YEARS**

Measuring unit sensor shall be replaced every 5 years in harmonization with the IOPP renewal certificate and the relevant issued certification of the OCM calibration shall kept onboard. A relevant entry shall be made to the ORB and respective Benefit PMS Task.

**Caution:**

**The Oil Content Monitor (OCM) should record date, time and alarm status, and operating status of the OWS. The recording device (e.g. memory card) should also store data for at least eighteen (18) months and should be able to display or print a protocol for official inspections as required. In the event the OCM is replaced, the Chief Engineer should remove the memory card from the old OCM and keep it onboard for eighteen (18) months.**

### 15.15.1   OWS SOURCE TANKS

As earlier stated, the OWS source tanks must be inspected every (6) months and any accumulated oil must be removed. Furthermore, the OWS source tanks shall be cleaned during dry docking or sooner if necessary. Such cleaning shall be logged in the PMS and the ORB part I.



**Environmental Compliance Manual**

ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

### 15.16  FAILURE OF THE OWS EQUIPMENT

All Company's vessels are fitted with an approved oil water separator (OWS) system as required by Regulation 14, of MARPOL Annex I. The OWS shall be operational whenever there is any discharge of effluent into the sea in order that any discharge of oily mixture is stopped when the oil content exceeds the permitted maximum level.

The Company to ensure proper operation of the OWS has defined critical spares / components & relevant minimum quantity in PMS and in particular:

- Spare OWS filters

- Spares for the sludge pump

- Spare safety valves for the OWS

- OWS pump spares

**It is Company's policy that, in the event of a failure of the OWS equipment, the following actions shall be strictly followed:**

- Effluent discharge will be stopped immediately, and the time and date entered in the ***OIL RECORD BOOK***;

- Manufacturer's fault finding procedures shall be initiated;

- When there are indications that the required oily water separation, monitoring, and control equipment on board is not operating in accordance with MARPOL (This includes the proper functioning of three-way valves, monitoring devices, and alarms and/or automatic shutdown features), the Master MUST report the nonworking equipment to the Environmental Compliance Manager, Fleet Operator, Fleet Engineer / Technical Fleet Leader and DPA.

- The Managing Office is responsible to notify the Flag Administration in writing of the situation, immediately when becoming aware of the equipment malfunction.

- The Managing Office shall ensure that any malfunctioning Oil Content Monitoring (OCM) Devices and Control Systems and Oil Filtering Equipment are promptly repaired.

- In the event that the necessary parts are not readily available, the Flag Administration shall be notified in writing of the situation and of the place and date where the required parts and/or service can be obtained.  In most instances, a Dispensation Letter will be issued to allow the vessel to operate until the repairs can be performed.  In general, the conditions for issuance of the Dispensation Letter are:

  - No overboard discharges of oil and oily wastes, including sludge, will be permitted during the interim period.  All material of this type must be retained aboard for discharge to a shore side facility;

  - Overboard discharge valves associated with the inoperative equipment must be sealed with numbered seals in the closed position and signs or notices prohibiting the use of the valves, except for emergency conditions, must be posted;

**Environmental Compliance Manual**

ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- o The crewmembers must be made aware that the equipment in question does not function properly and that it cannot be used;

- o The **OIL RECORD BOOK** and other applicable logs must document the inoperative equipment and the numbered sealing of the overboard discharge valves;

- o The appropriate coastal state authorities are notified, as required, of the defective equipment prior to arrival in port;

- o The Administration is notified in writing when the defective equipment has been repaired and is properly operating;

- o The Master and Chief Engineer are held ultimately responsible for ensuring that no discharges are made using the defective equipment or otherwise in contravention of MARPOL.

- • It is the shore staff's priority to resolve the issue by examining all potential alternatives including disposal to a shore-based waste oil reception facility.

- • When the unit is repaired, it must be tested, results must be logged, and the maintenance history indicating fault and repair details must be updated.

- • If the unit can't be repaired, the appropriate lockout/tagout procedures shall be implemented until the unit is returned to service.

---

**If the Oily Water Separator (OWS) is not operating properly, all oily water mixtures shall be kept onboard.**

**OVERBOARD DISCHARGE IS STRICTLY PROHIBITED**

---

It is imperative that the appropriate entries are made in the *OIL RECORD BOOK* (Code F). Entry shall also indicate the actual time and date and the reasons of the failure. When the system becomes operational, a similar entry (indicating the actual time and date that unit became operational) must be recorded. Moreover, a code 'I' entry should also be made indicating that the overboard valve was sealed shut due to non-working oil filtering system or the OCM in accordance with MEPC.1/Circ.736/Rev.02. The Master shall verify that relevant entries are made by the Chief Engineer.

Records shall be retained on board for at least three (3) years.

A copy of each page of the *OIL RECORD BOOK* (ORB) relating to the OWS operational failure shall be sent to the Managing Office upon completion of the ORB entry.

## 15.17 SEWAGE TREATMENT

The C/E must verify that the STP is maintained in good working order at all times, and planned maintenance works are carried out as per Maker's recommendations and timely recorded.

The following requirements which concern the discharge of sewage (black water) and grey water must be followed, in conjunction with the VGP:

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

o For vessels that have a STP certified as per Regulations 9 & 10 of MARPOL, Annex IV:

1. Chain with lock shall be placed at any direct overboard sewage discharge valve which bypasses the STP, when the vessel is within 12 miles from the nearest land, or within a United States No Discharge Zone, or when she is sailing in a Particularly Sensitive Sea Area (PSSA). The key shall remain in the possession of the Chief Engineer.

2. When the vessel is sailing at a distance greater than 12 miles from the nearest land, then the STP may be by-passed and sewage discharged directly overboard when the vessel has a speed of 4 knots or more and the discharge rate is approved. However, it is recommended that the STP continue to operate, not only for increased environmental protection, but also because interruption of its operation may affect the readiness of the system.

For vessels that have a holding tank and not a STP:

1. When the vessel is sailing at a distance greater than 12 miles from the nearest land then the discharge of sewage may take place at the approved discharge rate, when the vessel has a speed of 4 knots or more.

2. When the vessel is sailing within 12 miles from the nearest land, or at a PSSA, or wherever special restrictions apply, then no discharge of sewage shall take place, and the holding tank shall be used. In this case chain with lock shall be placed at the overboard sewage discharge valve, the key is to remain in the possession of the Chief Engineer.


o Vessels that have a grey water holding tank shall not discharge any grey water when at port, or when sailing in waters of the US covered under the VGP within 1 mile from the nearest shore, or when sailing in a PSSA. Any discharge of grey water shall be performed at distances greater than 1 mile from the nearest shore or when the vessel leaves the PSSA.

o Vessels which do not have a grey water holding tank, or have a holding tank of low capacity which does not cover the needs of the vessel, shall minimize the discharge of grey water when at port, or when the ship is sailing at distances less than 1 mile from the nearest land in US waters covered under the VGP or when she is within a PSSA. Specifically, all ship personnel shall be instructed to reduce as much as possible the consumption of any grey water. Furthermore, non-toxic, low phosphate detergents and soaps shall be used.


The maximum permissible discharge rate of untreated sewage is 1/200,000 of swept volume, calculated as follows:

$$DRmax = 0.00926VDB$$

where:

**DRmax** is the maximum permissible discharge rate ($m^3/h$).

Electronically approved document, no hand-written signatures required
Uncontrolled when printed
Page 51 of 69

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

**V** is the ship's average speed (knots) over the period.

**D** is Draft (m).

**B** is Breadth (m).

**<u>NOTES</u>:**

1. Any stricter regulations / requirements which are in force in PSSAs or at any other part of the world must supersede the above-mentioned requirements.

2. Attention must be paid in the US, where specific waters are designated as "no discharge zones" or NDZs. Sewage discharges are prohibited in these areas. E.g. California, Florida, Maryland, Massachusetts, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Virginia etc.

3. Used cooking oils from galley are not considered grey water and shall be retained on-board and discharged to port reception facilities or incinerated.

4. The C/E must ensure that the sewage overboard valves are locked in the closed position and sealed if the vessel operates in a prohibited area, to avoid any accidental discharge.

5. On vessels that are fitted with a sewage holding tank and before the vessel enters a prohibited area, the Engineer on duty must ensure that sewage is directed into the sewage holding tank and that the sewage overboard valve(s) are closed and sealed.

6. The C/E is responsible for ensuring that crewmembers, who may be assigned with duties relevant to sewage processing equipment, handling and disposal of sewage, are familiarized with the equipment and trained properly.

7. Each time the overboard discharge valve is opened or closed or chemicals are added, an entry to the **E/R LOGBOOK** must be recorded by the person in charge of the operation showing the time and the position of the vessel.

8. Any malfunction and/or discrepancy must be reported immediately to **Environmental Compliance Manager**.

*See also Annex A SOP-03: "Standard Operating Procedure for the STP", in Annex A.*

## 15.18  INCINERATOR

In compliance with MARPOL Annex VI Regulation 16 and local restrictions, and, with the Master's approval, oil waste and sludge incineration in an approved incinerator or in a suitable boiler are permitted outside port territorial waters (Regulation 16(4)) or for Incinerator Units only (Not Boilers) within port limits as allowed by local regulation. For CARB/ECA area and European ports vessel can use incinerator (Not Boilers) to burn Oil sludge using as primary start up Fuel the permitted sulfur % content as per international regulations. The ash produced shall be disposed of ashore and an entry

**Environmental Compliance Manual**
ECM

| | | |
|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr:   2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: | HSQE Manager/DPO, | |

made in the *Garbage Record Book* indicating quantity placed ashore. Sludge incineration shall be recorded in the *Oil Record Book* Part I, other oily waste (i.e. contaminated oily rags) shall be recorded in *Garbage Record Book*.

*Caution:*

*Any extraordinary operations such as the need for frequent draining of fuel oil service and settling tanks, and engine lube oil sump tanks of excessive water, or other problems such as waxing, compatibility, stratification or contamination shall be noted, including shoot settings, and explanations provided for the handling of unburned sludges, oils, oily wastes, and used filters.*

*If any line or component on a fuel, lube, or waste oil system fails, including high pressure lines on diesel engines, or due to an operational error, a record shall be made in the *Engine Room Record Book* and a notation given as to the quantity released and an explanation given as to how the unintended released fluid was handled. Additionally, any unintended releases of quantities of water, salt, fresh, condensate, or cooling shall also be recorded. The most senior engineer involved in any of the circumstances previously described will make the entry in *Engine Room Record Book* and provide his or her signature.*

### 15.18.1   Operation and maintenance of incinerator

In accordance with MARPOL Annex VI, the incinerator must be type approved, certified to burn oil and oil residues, and the "type approval" certificate is onboard and included in IOPP.

The incinerator operating manual must always be onboard and Incinerators must at all times be operated in accordance with manufacturers operating instructions.

### 15.18.2   Operating Temperatures

i.    For Incinerators installed aboard on or after 1st January 2000.

As per MARPOL Annex VI regulation 16(9), monitoring of combustion flue gas outlet temperature is required.

Waste shall not be fed into a continuous-feed shipboard incinerator when the temperature is below 850° C. For batch-loaded shipboard incinerators the temperature shall be 600° C (1112° F) within five (5) minutes after startup and will thereafter stabilize at a temperature not less than 850°C.

ii.   For Incinerators installed aboard before 1st January 2000.

Incinerator operations in units installed before this date should comply with specific manufacturer's operating and instruction manuals.

### 15.18.3   Hours of Operation

Incineration is only permitted while the Engine Room is manned, as other operations permit and the operation adequately supervised by the responsible Engineer.

**Environmental Compliance Manual**
ECM

| | |
|---|---|
| Date of issue: 15/02/2023 | Revision Nr:   2 |
| Authored by: Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: HSQE Manager/DPO, | |

**On an unmanned vessel the Incinerator may NOT be operated at night and must be shut down when the last safety round of the day is conducted.**

In order to ensure optimal combustion and flue gas outlet temperatures are maintained during daytime operation, the Incinerator should not be shut down when the E/R is unattended for short periods such as for meal breaks, drills etc.

If the Incinerator is to be left running during such short unmanned periods then all operational and safety features and alarms must have been verified on start-up.

Modifications to piping, components or the incinerator shall be strictly governed under a Management of Change process subject to Managing Office approval.

### 15.18.4        FAILURE OF INCINERATOR

Company policy states, in the event of incinerator or boiler sludge burning capability failure, the following steps shall be followed:

- The Chief Engineer will record in the appropriate log books the nonworking equipment. Master shall also verify that relevant entries have been made by the Chief Engineer.

- Manufacturer's troubleshooting procedures shall be initiated;

- Where the incinerator is not working properly the Master shall report the nonworking equipment to the **Environmental Compliance Manager**, Fleet Engineer/Technical Fleet Leader and DPA, Masters shall also ensure that, at the same time, a copy of this notification is also sent to the Environmental Officer.

- It is the responsibility of the **Environmental Compliance Manager** and DPA or DDPA immediately upon becoming aware of any problem affecting the operation of the incinerator to notify the Administration in writing of the situation. A **dispensation letter** shall be sought as appropriate and or short term IOPP.

- It is the shore staff's priority to resolve the issue by examining all potential alternatives including disposal to a shore-based waste sludge reception facility.

- When unit is repaired, maintenance history shall be updated indicating fault and repair details.

- If the unit can't be repaired, the appropriate lockout/TAG out procedures shall be implemented until the unit is returned to service.

*See Annex A SOP-02: "Standard Operating Procedure for the Incinerator", in Annex A.*

### 15.19   CONTROL OF DECK AND ENGINE FLEXIBLE HOSES / PORTABLE PUMPS

The **C/E** and the **C/O** are responsible for the storage of all flexible hoses of one (1) inch in diameter or more and of all portable diaphragm pumps. The hoses must be kept in secure designated location(s) s. Key(s) must be kept by the Chief Officer. Regarding the portable diaphragm pumps, must be secured



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

with a plastic **red** environmental TAG and stored at their designated positions.

The inventory of Flexible Hoses/ Portable Pumps is maintained on form **VE-01** (through Benefit) by the **Chief Officer** and the **Chief Engineer under supervision of Master. This form is submitted to the Office every month.** Every effort shall be made in order the use of any flexible hoses to be minimized, and their use are permitted only after the authorization of the Master or Chief Officer.

The unique "Hose ID No." shall be fixed/annexed on the body of the flexible hose in such a way as to be permanent and **NOT** easily being faded due to the use of the hose.

**VE-01** *Deck & Engine Flexible Hoses & Portable pumps* Inventory **must** include:

o   Hose Number
o   Location where the hoses are stored
o   Outside diameter (mm)
o   Length (mtrs)
o   Hose material
o   Description & date of current month's latest operation of each flexible hose
o   Portable pump ID Number
o   Location of the portable pump
o   Description & date of current month's latest operation of each portable pump.

Every effort must be made to minimize the use of any flexible hoses / portable pumps; their use is permitted only after the authorization of the **Chief Engineer** or the **Chief Officer**.

**Before using flexible hoses / portable pump for manual transfer from a Bilge Tank to a Sludge Tank, you are kindly requested to notify the Environmental Compliance Manager and DPA in advance and explain the reason for use.**


## 15.20  REFRIGERANT LOG

Weekly carry out test of the vessel's systems for refrigerant leakage and record it in the **VM-28** *ODS Record Book*.

Where applicable, use the **VM-49 '***GHG (Green House Gases) Record Book Sheet'* for record keeping of:

•   Any replenishment of refrigerant in the vessel's systems.
•   Refrigerant leak incidents (including remedial actions in case of a failure).
•   Recovered refrigerants quantities.
•   Storage or disposal details.

The **VM-49** shall be forwarded to the Office on a monthly basis.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 15.21  SPARE PARTS IDENTIFICATION AND RAPID REPLACEMENT PROGRAM

The following equipment are identified as Environmental Critical Equipment:

o   OWS & OCM
o   Incinerator
o   Sewage treatment plant


The **C/E** must ensure that:

o   The critical equipment are kept in good working order at all times.
o   Relevant SMS forms document the maintenance plan and working condition.
o   A spare parts rapid replacement program for the vessels' pollution prevention equipment is established.
o   Minimum spare parts, as described below, are available onboard, so, in case such a spare part is used, he shall inform the Company and raise a spare parts requisition on PMS.
o   Adequate number of spare pumps' seals and flange gaskets that require rapid replacement to minimize leakages and reduce waste stream development in every machinery space, are available onboard.


**Critical Spare Parts:**

The critical spare parts related to MARPOL convention have been identified and are monitored through Company's electronic Planned Management system under the category of '' Environmental critical spare parts ''. The Environmental critical spare parts vary due to type of vessel equipment.

The list of identified minimum environmental spare parts for each vessel is in Annex B of this Manual.

**The Company shall treat all relevant requisitions as high priority**.

Furthermore, the Company reviews, and, to the extent feasible, harmonize its pollution prevention equipment onboard all of its vessels to minimize fleet wide difficulties associated with the operation, maintenance, and repair of the equipment, the replacement of various components, and the training of personnel.

## 15.22  BILGE & SLUDGE DELIVERY

Empire Bulkers fleet has been advised with HSQE Circular No. **HSQE Circular 10/2021** that adequate funding is provided for shore facility disposal of wastes, including bilge water and sludge for each vessel. You are therefore required to monitor onboard ROBs and for any in excess of 50% of respective tank capacity, to request disposal to shore facilities at next port of call.

**Environmental Compliance Manual**
ECM

| | |
|---|---|
| Date of issue: 15/02/2023 | Revision Nr:   2 |
| Authored by: Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: HSQE Manager/DPO, | |

If, for any reason, reception of ship's sludge cannot be facilitated for reasons beyond Company's control, then the Company must be notified in order to make alternative arrangements in a timely fashion.

Whenever bilge or sludge quantities are delivered to shore reception facilities, a receipt must be requested by the Master from the facility stating the date and time of the transfer and the quantities delivered ashore. These receipts must be maintained attached to the ORB.

### 15.23   GARBAGE HANDLING

Handle and dispose of all garbage in strict accordance with applicable international or local legislation.

The purpose of these instructions is to describe the procedures that must be followed for the handling and disposal of garbage, in compliance with Annex V of MARPOL.

Every ship must carry a GARBAGE MANAGEMENT PLAN (GMP), which provides instructions for collecting, segregating, storing, processing, disposing and minimizing garbage, including the use of the equipment on board. The procedures cover all garbage generated during normal ship operation, except those substances which are defined or listed in other Annexes of MARPOL, such Annex I & II.

Also, every ship maintains a GARBAGE RECORD BOOK (GRB) onboard. The **C/O** must record in the GRB each discharge operation, including landing to shore for disposal or completed incineration, and sign on the date of the incineration or discharge.

The **Master** must sign each completed page of the **GRB**. Keep the GRB for **three** (3) years after the date the last entry was made. In the event of discharge, escape or accidental loss, as referred to in the Exceptions of Annex V, the **C/O** must make an entry in the **GRB** of the circumstances of and the reasons for the loss.

***See also Vessel Specific Garbage Management Plans.***

### 15.24   OIL RECORD BOOK ENTRIES

The ***OIL RECORD BOOK*** constitutes evidence that the ship complies with the instructions and operational requirements of MARPOL Annex I.

The completion of ***OIL RECORD BOOK*** (Part I) must be carried out with the utmost attention and in accordance with the instructions contained and coding described in each part.

> Entries made into the ***OIL RECORD BOOK* Part I** shall be made and signed by the officer or officers performing or in charge of the operation, and shall be countersigned by the Chief Engineer. Each page shall be signed on completion at the bottom, by the vessel's Master. This responsibility cannot be delegated.
> No engineer shall countersigns entries in the Oil Record Book unless that engineer performed or witnessed the operation recorded.

**Environmental Compliance Manual**
ECM

| | |
|---|---|
| Date of issue: 15/02/2023 | Revision Nr:   2 |
| Authored by: Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: HSQE Manager/DPO, | |

The **OIL RECORD BOOK** Part I contains many references to oil quantity. The limited accuracy of tank Measurement devices, temperature variations and clingage will affect the accuracy of these readings. The entries in the Oil Record

The **OIL RECORD BOOK** Part I shall be kept in such a place as to be readily available for inspection at all reasonable times and, except in the case of unmanned ships under tow, shall be kept on board the ship. It shall be preserved for a period of three years after the last entry has been made.

***It should be stressed that the OIL RECORD BOOK is regularly inspected by Flag/Port State Authorities and any deficiencies found may be considered as serious administrative and possible criminal offenses.***

Book Part I should be considered accordingly.

As per MARPOL Annex I Regulations 17 and 36 of Annex I, the OIL RECORD BOOK shall be completed whenever any of the following actions take place.

(a)  For machinery space operations (Part I):
- Ballasting or cleaning of oil fuel tanks (Code A);

- Discharge of dirty ballast or cleaning water from oil fuel tanks referred to under the above subparagraph (Code B);

- Collection, transfer and disposal of oily residues -sludge (Code C);

- Non-automatic staring of discharge overboard, transfer or disposal otherwise of bilge water which has accumulated in machinery spaces (Code D); It means that the overboard discharge take place through the 15 PPM Oily Water Separator (OWS) which is equipped with automatic stopping device and the operation is carried out under the supervision of the responsible Engineer. All items concerning code "D" must be filled correctly by entering the quantity, start and stop time and the method of discharge or disposal which should be 15.2 (15 PPM OWS) or 15.3 (Reception facilities-to identify port) or 15.4 (reception).

- Automatic starting of discharge overboard, transfer or disposal otherwise of bilge water which has accumulated in machinery spaces (Code E);

- Condition of the oil filtering equipment (Code F); - Any failure of the oil filtering equipment shall be noted in the *OIL RECORD BOOK* Part I.

- Accidental or other exceptional discharges of oil (Code G);

- Bunkering of fuel or bulk lubricating oil (Code H); - must be fully completed in every case of bunkering

- Additional operational procedures and general remarks (Code I).

The Revised **OIL RECORD BOOK** Part I, following the IMO Resolution MEPC.187(59), features a main difference in the item C 11.4, which refers to the "operator initiated manual collections where sludge is transferred into the oil residue (sludge) tank". It is clarified that in accordance with MEPC.1/Circ. 736 "Guidance for the recording of operations in the **OIL RECORD BOOK** Part I.



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

*Machinery Space Operations (all ships)", the word "transferred" in the above sentence means "transfer with a pump".*

In the event of an oil or oily mixture discharge that falls into the scope of the exceptions of MARPOL Annex I (i.e. for securing the safety of the ship, saving life at sea etc.) or in the event of accidental or other exceptional discharge of oil not excepted by the regulation, a statement shall be made in the OIL RECORD BOOK Part I of the circumstances of, and the reasons for, the discharge.

<u>The **OIL RECORD BOOKS** are official documents governed under the ship's Flag Administration law and entries must not be altered.</u>

- Operations to be recorded in chronological order as they have been executed on board.

- All entries should be made in English language.

- Dates must be entered in dd-MONTH-yyyy format, e.g. 01-JAN-2019

- When making entries in the **OIL RECORD BOOK**, the date, operational letter code, item number and the required particulars shall be recorded chronologically in the appropriate columns.

- All entries should be made in English language.

- Each completed operation shall be signed and dated by the Chief Engineer. The Master of the ship shall review and sign each completed page. Initials are not a substitute for the required full signature.

- Leaving rows blank is not allowed and crossing out of the blank rows is not permitted. However, when a Master is scheduled to leave the vessel and a page on the ORB is incomplete, the signing off Master can cross out the remaining blank rows and sign at bottom of the page.

- Entries should be made in blue or black indelible ink only. Pencil entries are not allowed.

- If a wrong entry is made, it should be immediately struck through with a single line in such a way that the wrong entry is still legible.  The strike-through entries should be signed by the person who made the changes and countersigned in an available space by the Master as verification.  The new correct entry will be made in the next available space.

- **Correction Fluid must NOT be used to correct wrong entries**.

- **If an incorrect or missing entry is discovered at a later date, documentation is needed to prove that such an entry was incorrect or missed. The Master shall notify the Environmental Compliance Manager, the Environmental Officer and the DPA immediately, who then appropriate actions including investigation and reporting to all interested parties**.

- All tanks and their respective capacities listed in the IOPP Form "A" sections 3.1 and 3.3 should be verified to be exactly as per Class approved capacity plans on board. If any discrepancies are noted in the IOPP Form B (e.g. capacity, frames, lateral position, missing tanks), this should be reported immediately to the Managing Office which will arrange attendance of a Class surveyor to amend.

- Vessels with class-approved fixed piping for transfer of bilge water/sludge into a designated cargo tank space (e.g. slop tank, residual tank) shall ensure that this is specifically indicated in

**Environmental Compliance Manual**
ECM

| | | |
|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr:   2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | |
| Authorized by: | HSQE Manager/DPO, | |

the IOPP Form B section 3.2.3 (3.2.4 old IOPP Form A) as "Other acceptable means for disposal of bilges." Flag State approval is not required when making bilge transfers from the engine room to the deck tanks listed in sections 3.2.3 of the IOPP Form A (3.2. 4 old IOPP Form A). However, prior to such transfers, the Managing Office must be informed to insure this will not interfere with future cargo operations.

- Vessels should ensure that class type approvals stated in the respective certificates for the OCM and OWS are identical with the annotation on the IOPP Form A, Section 2.3 (or 2.4).

- Incinerator burning capacity stated in the manufacturer's manual should be identical to the capacity stated on the IOPP Form A, Section 3.2.1.

- The quantity of sludge incinerated daily, as recorded in the ORB, should be within the range of the maximum capacity as described on the IOPP Form **A**. If, for any reason, the amount being incinerated is above the incinerator capacity, advise the **Environmental Compliance Manager** immediately.

- Collection of oil residues under Code C Items 11.1/ 11.2/ 11.3 must be recorded once a week, regardless of the length of the voyage.

- Oily Bilge Water in the bilge holding tank(s) is not required to be recorded weekly under Code C Items 11.1/ 11.2/11.3. Nevertheless, weekly records are recommended as a good practice as per example 25 of MEPC.1/Circ.736 Rev.02.

- All operations must use Cubic Meters (m3) as the single standard unit except Bunkering where shall be stated in metric tons (MT). The conversion factors table given in the ORB is to be used for all conversions.

- The time shall be entered consistently in Local.

---

**Managed ships, crews and shore staff must operate to the highest standards of safety and the environment.**

**Any person violating either Company policy or MARPOL regulations will be immediately dismissed from the vessel and a full report will be submitted to the vessel's Flag State for action by the Flag State.**

---

### 15.24.1   GUIDE FOR CORRECT ENTRIES

**Additional to the current working instructions and Flag State requirements regarding this matter, the Company has provided all vessels a Company developed Guide for Correct ORB entries as appendix in this document.**

### 15.25  CRITERIA FOR TAKING OUT OF SERVICE A VESSEL FOR ENVIRONMENTAL RELATED REPAIRS

When the oil replenished in the oil-to-sea interface systems is either above the manufacturer recommended limits, or close to them with an upward trendor there is significant ingress of seawater in the oil-to-sea interface systems, take the following measures:

o  Conduct investigation for the cause of leakage, which may be allocated to a defect of internal

**Environmental Compliance Manual**

ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

piping and tank system and may be rectified in situ.

o   If above investigation does not reveal the cause of leakage, further investigation may include use of divers for underwater examination of the propeller sealing system, for the presence of foreign objects (fishing nets, ropes, etc.), if feasible. In case of positive findings, removal of the foreign objects may rectify the leakage.

o   Activate the secondary means of oil sealing (back-up oil sealing ring), in case the primary oil sealing ring has been damaged.

o   Close the aft seal tank (leakage indicating tank) inlet valve to control the leakage and avoid excessive accumulation of seawater in the engine room.

o   Decrease the oil level of the gravity tank to reduce the positive oil pressure until the oil leakage is reduced within limits or eliminated.

o   If required, add high viscosity oil in the system to reduce or eliminate the leakage of oil at sea.

o   If required, add water absorbent and tolerant high viscosity oil in the system to maintain lubricity and reduce or eliminate the ingress of water.

o   Depending on each case, if the above prove to be insufficient, decide repair works, which might include dry-docking of the ship.

When such seawater or oil leakage has been restricted below the manufacturer recommended limits, close the environmental defect and consider the case as a usual machinery defect.

## 15.26  FLEET OPERATIONAL SURVEY

The **Company** must conduct a survey with Masters and fleet officers on its vessels, at all levels, for:

o   Information on how to improve MARPOL compliance, including what new equipment, maintenance, parts and procedures would be beneficial and how make the OWS, OCM, Incinerator, STP and associated systems and waste management processes tamper-proof.

o   Recommended methods on reducing or handling waste accumulations within machinery spaces.

This survey must include a request for the frank opinions of vessels' officers as to their ability to adequately maintain the vessels' systems, equipment, and components. The survey shall emphasize non-retaliation for open and honest opinions and reports of current non-compliant or unsatisfactory circumstances. Participation is mandatory for all vessels' officers.

The **Environmental Compliance Manager** must:

•   Evaluate the responses.

•   Establish a plan to evaluate, test and implement viable ideas for improvement and tamper-proofing solutions and methods to reduce and handle waste accumulations.

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

- Address, to the extent practicable, legitimate maintenance concerns suggested by the vessels' Masters and Officers.

- Provide a summary of the reported information and corrective actions to **Government and the CAM**.

**All Vessels' Officers** must complete the form **ECM-06** on a **six monthly basis**.

### 15.27  WASTE STREAM MANAGEMENT PLAN

The Company's procedures regarding the management and disposal of the Waste Stream are in compliance with the applicable regulations and environmental standards. The below management plans have been developed to depict management of wastes on board vessels:

1. Bilge Water;
2. Sludge;
3. Black Water (Sewage) and
4. Grey Water.

# Environmental Compliance Manual
ECM

Date of issue: 15/02/2023
Authored by: Environmental Compliance Manager / DPA / CSO, HSQE Manager/DPO,
Authorized by:

Revision Nr:   2

## 15.27.1   BILGE WATER



**Applicable Regulations:**
- Vessel General Permit (VGP)
- Port Regulations
- Any local stricter regulations shall supersede the provisions of the present flowchart

Waste water from sinks, showers, laundry and galley **(except cooking oils)**

Is the grey water treated through the STP?

YES → Requirements for sewage (black water) apply

NO

Is the vessel within 1 nm from nearest USA shore or at any port, or within a PSSA?

NO → No restriction at the discharge of grey water → Good practice is to use non-toxic detergents

YES → Has the vessel a grey water holding tank of appropriate capacity?

YES → Grey water held at the holding tank and discharged when the vessel is underway outside 1 nm from USA shore, or any port or PSSA

NO → Vessel personnel instructed to minimize consumption of greywater water → Non-toxic detergents to be used → Minimized grey water quantity

**NOTE:** The present flow chart has been created on condition that the OWS and OCM are properly operating. In case of defect of the OWS and / or OCM, then the bilge water shall be held on board, or delivered at approved shore facilities.

Electronically approved document, no hand-written signatures required
Uncontrolled when printed
Page 63 of 69

# Environmental Compliance Manual
ECM

Date of issue: 15/02/2023
Authored by: Environmental Compliance Manager / DPA / CSO,
Authored by: HSQE Manager/DPO,

Revision Nr: 2

## 15.27.2    SLUDGE



**Applicable Regulations:**
- MARPOL, Annex VI
- Any local stricter regulations shall supersede the provisions of the present flowchart
- Incinerators installed after 01/01/2000 must be type approved and certified to meet prescribed emission standards

Sludge (fuel oil sludge, lube oil sludge, used lube oil, etc.)

Collect sludge in waste oil (sludge) tank

Is the vessel within port limits, or harbors?

**YES**
- Incinerator is not used
- Sludge retained in the waste oil (sludge) tank, or waste oil incinerator tank
- Oily waste retained onboard

Deliver to approved shore facility

**NO**
- Sludge burned in the Incinerator
- Remaining quantity of sludge retained in the waste oil (sludge) tank, or the waste oil incinerator tank
- Oily waste burned in the Incinerator

Oily waste that can be burned in the Incinerator (e.g. oily rags, etc.)

**NOTE:** When the Incinerator is not operable, sludge shall be retained on board or delivered to approved shore facilities.



# Environmental Compliance Manual
ECM

Date of issue: 15/02/2023    Revision Nr:   2
Authored by: Environmental Compliance Manager / DPA / CSO,
Authorized by: HSQE Manager/DPO,

**15.27.3    BLACK WATER (SEWAGE)**



**NOTE:** The present flow chart has been created on condition that the STP is properly operating. In case of defect of the STP, any discharges shall take place outside 12 nm from the nearest shore, or outside a Special Area when the vessel has a speed of 4 knots or more, and at an approved discharge rate, or the sewage shall be delivered at approved shore facilities. Both treated and untreated sewage discharges from vessels are prohibited inside NDZ (no discharge zone).

Electronically approved document, no hand-written signatures required
Uncontrolled when printed



# Environmental Compliance Manual
ECM

Date of issue: 15/02/2023                    Revision Nr:   2
Authored by: Environmental Compliance Manager / DPA / CSO,
Authorized by: HSQE Manager/DPO,

## 15.27.4   GREY WATER



**NOTE:**   PSSA stands for Particularly Sensitive Sea Area, where any particular requirements should be followed.

Electronically approved document, no hand-written signatures required
Uncontrolled when printed



**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

## 16  REFERENCES

**PP-04** Policy Sec.5 Health, Safety Management & Environmental Protection

**CP-01** *Document Control Procedure*

**CP-06** *Seafarers Training, Appraisal & Familiarisation*

**CP-07** *Shore based Personnel Recruitment and Training procedure*

**CP-18** *Accident & Incident Reporting and Analysis procedure*

**CP-23** *Company's Quality Assurance procedure*

**CP-28** *Open Reporting System*

**HSQE Circular 10/2021**

**Garbage Management Plan** (Vessel Specific)

**UG-ORB** *Guide for Correct ORB entries*

***Annex A SOP-01:*** *Standard Operating Procedure for the Oily Water Separator (OWS)*

***Annex A SOP-02:*** *"Standard Operating Procedure for the Incinerator"*

***Annex A SOP-03:*** *"Standard Operating Procedure for the STP"*

**Minimum Environmental Spares**


## 17  RECORDS

**VC-01** *Onboard Familiarization Checklist*

**VC-04** *Chief Engineer's handover form*

**VC-05** *Training Report*

**VC-06 A** *Seafarer Performance Appraisal - Officers & Cadets*

**VC-06 B** *Seafarer Performance Appraisal - Ratings*

**VC-14** *Deck Officers' Hand Over Record*

**VC-16** *On Board Familiarisation Check List for Third Party Personnel*.

**OC-03** *Senior Officers Pre-Joining Familiarisation checklist*

**OC-04** *Seafarers' Pre-Employment Declaration*

**OC-04B** *Declaration of Environmental Commitment & Compliance*

**OC-09** *Seafarers Ashore Training Program*

**Environmental Compliance Manual**
ECM

| | | | |
|---|---|---|---|
| Date of issue: | 15/02/2023 | Revision Nr: | 2 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, | | |
| Authorized by: | HSQE Manager/DPO, | | |

**OC-13** *Seafarer Performance Appraisal - MASTER*

**OC-14** *Seafarer Performance Appraisal – CHIEF ENGINEER*

**OC-18** *Refresher Training Deck Officers*

**OC-19** *Refresher Training Engine Officers*

**OC-21A** *Chief Officers Promotion Evaluation Card*

**OC-21B** *2ⁿᵈ Engineers Promotion Evaluation Card*

**OE-01** *Vessel Environmental Audit Checklist*

**OP-07** *Outstanding Training needs [Office]*

**OP-13** *Shore-based Personnel Training Programme*

**OS-01** *Transmittal of Documents*

**OS-08** *Office Audit Report & Checklist*

**OS-09** *Vessel Audit Report & Checklist*

**VE-02** *Extraordinary E/R Operation & Leakage Log*

**VC-06A** *Seafarer Performance Appraisals – Officers & Cadets*

**VC-06B** *Seafarer Performance Appraisals – Ratings*

**VM-28** *ODS Record Book.*

**VM-42** *Daily Sounding Notebook*

**VM-49** *GHG (Green House Gases) Record Book Sheet*

**VM-50** *Engine Room Tank Sounding Log Book*

**ECM-01** *OWS-OCM & OWS Source Tank Test/ Inspection Log*

**ECM-02** *Oily Water Separator Work Permit Form*

**ECM-03** *Oil to Sea Interface Log*

**ECM-04** *Open Reporting form*

**ECM-05** *Pollution Prevention Equipment Familiarization Statement*

**ECM-06** *Fleet Operational Survey*

**ECM-07** *Fuel Oil and Lube Oil Management Log*

**ECM-08** *Familiarization with Environmental Compliance Manual (ECM)*

**Logbooks:**

- *Master's Spare Environmental TAG Logbook*
- *Engine Log Book*



**Environmental Compliance Manual**
ECM

| | |
|---|---|
| Date of issue: | 15/02/2023 |
| Authored by: | Environmental Compliance Manager / DPA / CSO, |
| Authorized by: | HSQE Manager/DPO, |

Revision Nr:   2

- *Deck logbook*
- *Oil Record Book*
- *Engine Room Environmental Tag Logbook*
- *Garbage Record Book*