**DEFENDANT'S EXHIBIT 2**

**Panagiotis Papazoglou**

| | |
|---|---|
| From: | Imelda S. Del Rosario <IDelrosario@stellamarris.ph> |
| Sent: | 5 October, 2023 08:38 |
| To: | Vicky Porichi |
| Cc: | Esmeralda Bravo; Arnold Villaalba |
| Subject: | M/V Panagiotis - Confidential Issue |

** CAUTION: External email - if in doubt, do not open attachments or links or reply. **

Dear Vicky,

We received a confidential report from one of on board crew on M/V Panagiotis which needs an urgent attention as this may cause serious issues. This refers to the following.

- On Board CE pumps out ER Bilge Water using the General Service Pump directly overboard
- He was prevented by other Engine Officers but he shouted at them uttering bad words towards them
- Environmental seal was removed

Please find below link for the supporting videos sent to us thru messenger - https://we.tl/t-kEEqF3XoiY

Concerned crew is requesting to treat this matter as highly confidential for security reasons.

Hope to inform you accordingly.

Best Regards,

Imelda S. Del Rosario
Operations Manager



Stella Marris
Shipmanagement inc.
15th Floor, De Leon Center Building
1151 M.H. Del Pilar St. cor. Nuestra Senora De Guia St.
Ermita, 1000 Manila
Web site: http://www.globalseaways.com
Tel +63 2 3048020
Fax +63 2 5163327
Mob +63 917 8577827
E-mail: IDelrosario@stellamarris.ph

*Received 05/OCT/2023.*
*by ECM.*
*Cpt. ANDREAS FOUNTONIS*

1