- I, CAPT. MELVIN S. RAMIREZ JOINED THE COMPANY "EMPIRE BULKERS LTD" SINCE YEAR 2015
- I, STARTED WORKING ON BOARD OVERSEAS COMPANY SINCE YEAR 1989.
- I, BEEN WORKING MV PANAGIOTIS, FOR TWO(2) CONTRACTS NOW.
  FIRST: FROM JAN 14 - MAR 2022 ENDED UP SHORT PERIOD DUE TO SOME REASONS BEYOND OUR CONTROL.
  2ND: FROM 15 APRIL - 17 OCT 2023

- REGARDING 2/E MARIO SUGUITANS PERFORMANCE ON BOARD.
- HE JOINED THE VSL LAST 31 JULY 2023, AT PORT SAID, EGYPT
- FOR A FEW DAYS OBSERVATION, I FOUND HIM NOT FEELING GOOD/UNEASY AND NOT EVEN ME BUT ALL FROM ENGINE DEPT ESPECIALLY C/E MECITANTE. I HEARD THAT SOMETHING WENT WITH 2/E FAMILY AND HIS CHILDREN.
- DAY TO DAY, C/E MECITANTE ALREADY COMPLAINING ABOUT 2/E ATTITUDE & PERFORMANCE, AS PER C/E, 2/E HAS NO PLAN ABOUT MAINTENANCE PREPARATION, IT WAS ALWAYS C/E, WHO WAS DOING ALL THE PLANNING.
- THERE WAS THIS ONE (1) TIME THAT THE M/E SUDDENLY STOP BECAUSE PRESSED THE "EMGCY SHUT DOWN" BUTTON INSTEAD OF "DUTY CALL" BUTTON.
- AFTER THAT INCIDENT, I IMMEDIATELY ASKED C/E MECITANTE REGARDING THE SITUATIONS, AND AS PER OBSERVATION

DEFENDANT'S EXHIBIT 3

By C/E, 2/E was not really there on the job. His thinking somewhere else which is really dangerous pertaining to safety of the vsl's operations.

- Moreover, C/E Melitante told me their was nothing he could do to improve his performance.
- On our way bound to Singapore, me & C/E called to Manila office, to inform Ma'am Imelda del Rosario with regards to the performance of 2/E. C/E explained to Imelda that something was wrong and dealt with most importance, because it might endanger the vsl. operations.
- Another issue also with 2/E where the vsl. is about to depart Linkou, Taiwan. As per pre-dep preparation M/E must be tested but unfortunately it not for my presence on the bridge we will end up in a huge problem, because instead of testing, the (2/E) was thinking that we are already bound to open sea.

- After knowing that he was included in the next crew change plan I advise C/E Melitante to prepare his appraisal report and let him sign after reading it. I did not know that he was not satisfied with Grade 7 rating.

THAT TIME BECAUSE C/E. TOLD ME THAT HAD EXPLAINED VERY WELL WHY 2/E. RECEIVED THAT GRADE.

- BUT MY ADVISED TO C/E THAT GIVING SUCH GRADE 7, MIGHT MADE THIS DISAPPOINTED, AND FOR THIS REASON SUPPOSED TO BE, WE DEAL WITH IT IN FINAL REPORT VIA E-MAIL TO CREWING DEPT.

- IN MY OPINION, THIS WHOLE ISSUE STARTED AFTER C/E. PERFORMANCE APPRAISAL AND MOST ALL 2/E, PROBABLE CAUSED IS THAT BECAUSE OF HIS FAMILY SITUATIONS THAT MADE HIM AFFECTING HIS PERSONAL/PROFESSIONAL LIFE.

CAPT. MELVIN S. RAMIREZ
M/V PANAGIOTIS
19 OCT 2023
1645 HRS LT / 0745 HRS UTC

My name is Mark Stephen Bautista. I make this statement honestly under the penalty of purgery. I make this statement voluntarily and without threat or promise. I have been a seaman since 2017 and work an an oiler on MV Panagiotis, since August 19, 2020. I disembark the vessel at GUNSAN, KOREA on October 17, 2020.

When I was onboard, I noticed that Chief Engineer and ~~Chief~~ 2nd Engineer is not compatible to each other. Sometimes I heard they are arguing. 2nd Engineer told me that if Chief Engineer gives him a low grade on his appraisal, he will send a video to the office. I transfered water from bilge wells to bilge Holding tank 3 to 4 times. approximately. I never saw someone pumping out overboard from bilge wells. I observed 2nd Engineer sometimes not focused on his job. 1 day 2nd Engineer wants to call for a break time around 10 am but he gots mistake. and He touch the changed over switch from bridge control to engine control that cause black out. 2nd engineer told me that he was separated to his wife because his wife has another guy and I think he is still not totally healed. I think that is one reason why he is not focused on his job.

MARK STEPHEN BAUTISTA

I MR. BIENVENIDO CABANAYAN I WORK AS 3RD ENGINEER MV PANAGIOTIS I JOINT LAST APRIL 15-2023 I SAW C/E & 2ND 2/E INTERACT THEY ARE IN COMPATIBLE I OBSERVE 2ND EVERY BREAK TIME THE HE GO UP TO COMMUNICATE WITH FAMILY I NEVER SAW ANY BODY TO ELIGALLY DISCHARGE BILGE WATER FROM THE VESSEL AND I NEVER DISCHARGE BILGE WATER FRO THE VESSEL.

OCT. 19-2023
15:00 HRS
BCby
BIENVENIDO D CABANAYAN

My name is Bensen Amfo

I make statement honestly and under the penalty of perjury, I write this statement and vouluntaryly and without threat or promise I was the oiler onboard M.V Panagiotes since July 31st 2023 until disembark Oct. 17 2023 at Gunsan Korea. for the reason about 2nd engineer Mario Suguitan broke the rules of the company policy). He to take the video ~~that to of to~~ intentionlly to Revenge ~~counter part~~ to chief Engineer ~~Appon~~ if the appraisal give to him is very low. and ~~to~~ affect to him for next employment. 2nd engineer is not in focus of ~~his job~~ doing his job, and he is not a good leader, I never saw any crew member to discharge over board.

Amfo, Bensen C.