# Briton Sparkman

| | |
|---|---|
| **Subject:** | MV PANAGIOTIS - O.N. 7308 IMO No. 9461063 Notification |

**From:** Panagiotis Papazoglou <ppapazoglou@empirebulkers.com>
**Sent:** Thursday, October 19, 2023 12:39 PM
**To:** 'vkamitsis@register-iri.com' <vkamitsis@register-iri.com>
**Cc:** Nikos Nitsopoulos <nnitsopoulos@empirebulkers.com>; 'George M. Chalos' <gmc@chaloslaw.com>; Andreas Fountoulis <afountoulis@empirebulkers.com>
**Subject:** MV PANAGIOTIS - O.N. 7308 IMO No. 9461063 Notification

Dear Mr Kamitsis,

As the Managers of the M.V. PANAGIOTIS (IMO No. 9461063) we write to advise our Administration that on October 5, 2023, we received notification from Manilla-based manning agency Stella Maris that Second Engineer Mario Suguitan sent notification (plus three videos) alleging that unnamed individual(s) serving onboard the Vessel has violated company policy and discharged bilge water directly to the sea through an emergency pump.  A copy of the notification received, plus videos can be found attached.

Upon receiving such notification, the company DPA and Corporate Compliance Manager was dispatched to meet the ship in Korea.  In addition, expert assistance from Messrs. Chalos & Co and Total Quality Consultants (TQC) was sought to perform a robust investigation.  All members of the Engine Department have been extensively interviewed and were disembarked at Gunsan - Korea. All are expected to repatriate shortly.  Copies of written statements obtained earlier today are attached.  The technical review of all available shipboard records and data remains ongoing.

The Company is on probation in connection with a plea previously reached with the US Port State Authorities for conduct occurring onboard a different vessel in the Empire managed fleet.  A report to the relevant US notify parties will follow shortly with copies of the attached.  Given the uncertainty surrounding the allegations presented and the potential inaccuracy of the Vessel's Oil Record Book, we kindly ask for your assistance and guidance as to what, if any, statement should be entered in the shipboard record to properly advise interested Port State Authorities of this evolving situation.

We look forward to hearing from you and will keep you updated as further information is learned.  In the meantime, we stand ready to promptly respond to any questions you may have.

Best Regards
Panagiotis A. Papazoglou
HSQE-Vetting, Marine Manager
Empire Bulkers Ltd.
Direct phone: +30 211 1027 166
Mob:+30 694 8468061
Email: ppapazoglou@empirebulkers.com
hsqe@empirebulkers.com
marine@empirebulkers.com

www.empirebulkers.com
**SAVE PAPER! - Please do not print this e-mail unless absolutely necessary.**
"This message and/or any attachments hereto contain confidential information (which might also include personal data of physical persons), such confidential information and/or any personal data should be (a) legally and securely processed in accordance with Empire's instructions and the applicable legal framework for the protection of personal data at all

1

times (b) used solely for the purpose disclosed to you (c) kept confidential and not to be transferred to third parties without Empire's prior written approval, (d) returned to Empire and removed from your systems upon Empire's request. This message contains confidential information (which might also include personal data involving physical persons) and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this communication by mistake and delete this e-mail from your system."