DEFENDANT'S EXHIBIT 5

**Briton Sparkman**

| | |
|---|---|
| **From:** | George M. Chalos <gmc@chaloslaw.com> |
| **Sent:** | Thursday, October 19, 2023 5:17 PM |
| **To:** | Michael Minogue; Nishit Kapoor; Richard Udell; Dall.Kammer@usdoj.gov; uscgecp@uscg.mil |
| **Cc:** | Briton Sparkman; Karen Hansen; Andreas Fountoulis; Panagiotis Papazoglou; Nikos Nitsopoulos; vkamitsis@register-iri.com |
| **Subject:** | M/V PANAGIOTIS (IMO No. 9461063) - Notification to ECP Points of Contact |
| **Attachments:** | CAPT RAMIREZ MELVIN Statement.pdf; PANAGIOTIS Statements Bautista_Cabanayan_Arrofo.pdf; Notification.pdf |

All –

As you are aware, we are counsel for Empire Bulkers and write to you in furtherance of the resolution and ECP agreed in USDC-EDLa matter: 21-126. We provide (below) a self-explanatory and informative notification presented to the Flag Administration for the M/V PANAGIOTIS, which is one of the expressly named "covered vessels" in the ECP.

On October 5, 2023, an anonymous report was received by the crewing agency for the shipboard staff, Stella Marris. (It was subsequently learned that the initial report was presented by 2/E Suguitan). In turn, Imelda Del Rosario, the Stella Marris Operations Manager, provided the attached "notification" to the Empire Bulkers crew department. The three (3) videos linked to the notification can be viewed and downloaded from the following Box link. Specifically, it was alleged that:

QUOTE:

- On Board CE pumps out ER Bilge Water using the General Service Pump directly overboard
- He was prevented by other Engine Officers but he shouted at them uttering bad words towards ther
- Environmental seal was removed

END QUOTE.

Corporate Compliance Manager and DPA, Capt Andreas Fountoulis, promptly mobilized and met the vessel at Korea. He, along with a third-party technical expert from Total Quality Consultants ("TQC") attended on board to, inter alia, gather various shipboard records and data and to observe shipboard conditions as part of a robust investigation of the allegations. Undersigned counsel conducted interviews of the members of the engine department, Master and former C/E Melitante. The interviews concluded a few hours ago and on a parallel path, the technical analysis is continuing. We anticipate a more robust report will be completed in the coming days. In the meantime, attached please find four (4) written statements obtained from Oiler Bautista, Oiler Arrofo, 3/E Cabanayan and Capt Ramirez earlier today.

Notably, during the interviews of 2/E Suguitan, the allegations he presented verbally were inconsistent with his initial notification to Stella Maris. When asked to identify "who" was involved in the purported discharge(s), 2/E Suguitan adamantly refused to provide a response. When asked to provide details of "when," "where" and "how often" untreated bilge water may have been discharged, 2/E Suguitan was unwilling to answer. None of the allegations were corroborated by any other member of the engine department. Instead, all other members of the Engine Department refuted the claims and all persons interviewed, including Capt Ramirez, advised of serious concerns relating to

the 2/E's poor job performance and inattention to his duties. Shipboard staff were aware of domestic matters troubling the 2/E and advised of conflicts with the C/E arising from non-performance. Each crew member recounted mistakes made by the 2/E; the most serious of which causing a complete 'black out' of the vessel and all knew that the 2/E was very unhappy with receiving a rating of 7 in a performance review/appraisal by C/E Melitante. All were firm in rejecting allegations of wrongdoing and several recounted threats of retaliation and/or revenge for receipt of what the 2/E viewed to be a "bad" appraisal.

Specifically, Oiler Arrofo wrote, in pertinent part:



Similarly, Oiler Bautista wrote:



At present, and as set out in Empire Bulker's message to Flag, we are considering what notification or entry should be made in the shipboard records and/or ORB (if any) and would be grateful for your comments.

From this side, we will keep you updated as the matter evolves.  If you have any questions, please ask.

Brgds/GMC


**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel:  + 1 516 714 4300
Dir:  + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at:  www.chaloslaw.com

---

**From:** Panagiotis Papazoglou <ppapazoglou@empirebulkers.com>
**Sent:** Thursday, October 19, 2023 12:39 PM
**To:** 'vkamitsis@register-iri.com' <vkamitsis@register-iri.com>
**Cc:** Nikos Nitsopoulos <nnitsopoulos@empirebulkers.com>; 'George M. Chalos' <gmc@chaloslaw.com>; Andreas Fountoulis <afountoulis@empirebulkers.com>
**Subject:** MV PANAGIOTIS - O.N. 7308 IMO No. 9461063 Notification

Dear Mr Kamitsis,

As the Managers of the M.V. PANAGIOTIS (IMO No. 9461063) we write to advise our Administration that on October 5, 2023, we received notification from Manilla-based manning agency Stella Maris that Second Engineer Mario Suguitan sent notification (plus three videos) alleging that unnamed individual(s) serving onboard the Vessel has violated company policy and discharged bilge water directly to the sea through an emergency pump.  A copy of the notification received, plus videos can be found attached.

Upon receiving such notification, the company DPA and Corporate Compliance Manager was dispatched to meet the ship in Korea.  In addition, expert assistance from Messrs. Chalos & Co and Total Quality Consultants (TQC) was sought to perform a robust investigation.  All members of the Engine Department have been extensively interviewed and were disembarked at Gunsan - Korea. All are expected to repatriate shortly.  Copies of written statements obtained earlier today are attached.  The technical review and analysis of available shipboard records and data remains ongoing.

The Company is on probation in connection with an agreement previously reached with the US Port State Authorities for conduct occurring onboard a different vessel within the commonly managed fleet.  A report to the relevant US notify parties will follow shortly with copies to the Administration.  Given the uncertainty surrounding the allegations presented and the potential inaccuracy of the Vessel's Oil Record Book, we kindly ask for your assistance and guidance as to what, if any, statement should be entered in the shipboard record to properly advise interested Port State Authorities of this evolving situation.

We look forward to hearing from you and will keep you updated as further information is learned.  In the meantime, we stand ready to promptly respond to any questions you may have.

Best Regards
Panagiotis A. Papazoglou
HSQE-Vetting, Marine Manager
Empire Bulkers Ltd.
Direct phone: +30 211 1027 166
Mob:+30 694 8468061
Email: ppapazoglou@empirebulkers.com
hsqe@empirebulkers.com
marine@empirebulkers.com

www.empirebulkers.com
**SAVE PAPER! - Please do not print this e-mail unless absolutely necessary.**
"This message and/or any attachments hereto contain confidential information (which might also include personal data of physical persons), such confidential information and/or any personal data should be (a) legally and securely processed in accordance with Empire's instructions and the applicable legal framework for the protection of personal data at all times (b) used solely for the purpose disclosed to you (c) kept confidential and not to be transferred to third parties without Empire's prior written approval, (d) returned to Empire and removed from your systems upon Empire's request. This message contains confidential information (which might also include personal data involving physical persons) and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this communication by mistake and delete this e-mail from your system."