DEFENDANT'S EXHIBIT 7

Empire Bulkers – ECP Analysis
21-cr-126

**IMMEDIATELY**

| Section | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| II.D.3. | II. Corporate Structure and Responsibilities<br>D. Corporate Accountability | "…ensure immediate notification" | CCM is to immediately notify the gov't where Empire fails to fully support and finance the implementation of the ECP and the EMS. |
| III.A.1.c. | III. Vessel Personnel<br>A. Chief Engineer | "…on a daily basis…" | The speed in which Chief Engineers must measure, monitor, and manage shipboard machinery space generated wastes and the conditions of any equipment having oil to sea interfaces. |
| III.A.1.g. | III. Vessel Personnel<br>A.1.g Chief Engineer | "…and an estimation of the day-to-day bilge loads…" | Among other things, ensure that Chief Engineer's handover notes include an estimation of the day-to-day bilge load and accumulations. |
| V.B. | V. Court Appointed Monitor<br>B. Contractual Independence | "…immediately notify…" | If there is a contractual relationship, proposed contractual relationship, or potential post-probation relationship between Empire and the TPA are discussed, CAM must *immediately inform* the gov't |
| VI.E. | VI. Third Party Auditor<br>E. Contractual Independence | "…immediately notify…" | If there is a contractual relationship, proposed contractual relationship, or potential post-probation relationship between Empire and the TPA are discussed, CAM must *immediately notify* the gov't. |
| VI.H.3. | VI. Third Party Auditor<br>H. TPA Auditing Process | "…immediately notify…" | Violation of existing marine environmental protection requirement is noted in the audit, the TPA shall *immediately notify* the CCM and the CAM. |
| VIII.C.1. | VIII. Engineering Requirements<br>B. Bilge-Main Cross Connections | "…immediately notify…" | Empire shall *immediately notify* all of its covered vessels regarding the prohibition against using cross connections from engine room bilge mains to the suction piping of larger pumps. |

1

Empire Bulkers – ECP Analysis
21-cr-126

| | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| X. A. | X. Changes in Ownership and Operation<br>A. Notification of Changes | "…immediately notify…" | Empire agrees to immediately notify the CAM and government of any change in name, flag of registry, recognized organizations, ownership, class society of any covered vessels in the then-current Attachment 1. |
| XII.A. | XII. Schedule<br>A. Requirement to Comply with Schedule | "…shall immediately notify…" | If Empire is unable to comply with deadlines, Empire shall *immediately notify* the CAM and the gov't |

**PROMPTLY**

| Section | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| III. B.1. | III. Vessel Personnel<br>C. Master | "…prompt reports…" | The pace in which the Master is to ensure each covered vessels, bound for the US, reports are made to the US Coast Guard regarding equipment malfunction related to marine environmental protection requirements are made. |
| V. C. | V. Court Appointed Monitor<br>C. Reports and Notifications | "…prompt provided…" | Empire is to ensure that the CAM is promptly provided with all reports and notifications as established in this plan, as specified in Attachment 5. |

2

Empire Bulkers – ECP Analysis
21-cr-126

**TIMELY**

| Section | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| II.A.9 | II. Corporate Structure And Responsibilities<br>A. Corporate Compliance Manager | "…in a timely fashion…" | Discussing the pace in which the CCM reviews, investigates, and documents reports of non-compliance received. |
| III.A.1.d | III. Vessel Personnel<br>A. Chief Engineer | "Timely resolve…" | Speed in which the Chief Engineers are to resolve engine room, machinery space, or related environmental concerns. |

3

Empire Bulkers – ECP Analysis
21-cr-126

**SEMI ANUALLY**

| Section | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| II.C.2. | II. Corporate Structure And Responsibilities<br>C. Reporting of Non-Compliance by Employees and Crew Members (Open Reporting) | "…on at least a semiannual basis." | Discussing the pace in which Empire must provide crew members with info re: Empire's Open Reporting system and the availability of this reporting system. |
| II.C.7. | II. Corporate Structure And Responsibilities<br>C. Reporting of Non-Compliance by Employees and Crew Members (Open Reporting) | "…on a semi-annual basis…"<br>"…prior six month…" | Concerning the pace in which Empire is to publish reports to the fleet demonstrating the system is working even if there has been no reports received in the prior 6 months. |

4

Empire Bulkers – ECP Analysis
21-cr-126

**30 Days**

| Section | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| I. H, | I. Applicability and Purpose H. Modifications | "… have 30 days" | Government has 30 days from date of receipt of proposed modification of this ECP to provide written comments. If no comments are provided and 30 days have passed, consider it accepted and effective. |
| II.A.1 | II. Corporate Structure And Responsibilities A. Corporate Compliance Manager | 30 days after | After 30 day of the plea agreement entry, Empire is to designate a senior corp. officer as the CCM (w/ various requirements) |
| V.A. | V. Court Appointed Monitor A. Selection of Court Appointed Monitor | "Within 30 days…" "…any time…" | Within 30 days from entry of the plea agreement, Empire is to submit a list of 5 qualified candidates for the CAM position to the gov't. If CAM's work is unsatisfactory the gov't can require a new CAM at any time during the probationary period. |
| VI.A. | VI. Third Party Auditor A. Selection of Third Party Auditor | "Within 30 days…" "…any time…" | Within 30 days after the plea agreement Entry, Empire has to submit 3 qualified candidates for the TPA position with the gov't. The gov't can require a new TPA at any time during the probation period. |

5

Empire Bulkers – ECP Analysis
21-cr-126

**60 Days**

| Section | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| II.A. 5 | II. Corporate Structure And Responsibilities<br>A. Corporate Compliance Manager | "within a time frame of 60-90 days";<br><br>"60-90 days"<br><br>"…longer than 90 days…taken as soon as possible" | Discussing time frame for developing tracking mechanism regarding corrective action made by the TPA |
| VI.I.1. | VI. Third Party Auditor<br>I. TPA's Report of Findings | "…within 60 days of completion of each annual round of audits." | TPA is to develop a report of findings and be completed within *60 days of each annual round of audits.* |
| VI.I.2 | VI. Third Party Auditor<br>I. TPA's Report of Findings | "…within 60 day period…" | If the TPA concludes that its unable to complete its annual report of findings in the allotted time, Empire may request the gov't to grant TPA additional time, as required. |
| VI.I.3 | VI. Third Party Auditor<br>I. TPA's Report of Findings | "…due within 60 days of receipt of such Report of Findings." | Empire agrees to develop and submit a response to the TPA's annual Report of Findings to the CAM and the gov't for review and comment which is due within 60 days of receipt of such Report of Findings. |
| VI.I.4. | VI. Third Party Auditor<br>I. TPA's Report of Findings | "…within 60 day period…" | If empire is unable to develop a response within the 60 day period, it may request the gov't to grant additional time. |

Empire Bulkers – ECP Analysis
21-cr-126

| | | | |
|---|---|---|---|
| VI.I.5. | VI. Third Party Auditor<br>I. TPA's Report of Findings | "…60 days…" | The CAM and Gov't has 60 days to reply to Empire's responses. If Gov't does not respond, Empire's responses are accepted by such entity. |
| VII.H.3 | VII. Auditing Process<br>H. Major Non-Conformities | "…within 60-90 days…" | CCM has 60-90 days from identification of the deficiencies to provide corrective actions. |
| IX.C. | IX. Time Requirements<br>C. Comments on EMS | "…within 60 days…"<br>"…within 30 days of receipt…" | CAM and Gov't may provide comments on the updated EMS within 60 days of receipt.<br><br>Empire shall submit a written reply, within 30 days of receipt of any comments provided. |
| X.B.3. | X. Changes in Ownership and Operation<br>B. Acquiring Additional Vessels | "…within 60 days…" | Empire shall perform an Internal Audit of the environmental capabilities of each newly-acquired vessel within *60 days* of acquisition. |
| X.B.4. | X. Changes in Ownership and Operation<br>B. Acquiring Additional Vessels | "…within 60 days…" | Empire shall notify the gov't of any vessels to which modified procedures apply and the nature of the modified procedures. This should be made within 60 days of acquisition of vessel or 60 days of Empire's assumption of management. |

Empire Bulkers – ECP Analysis
21-cr-126

## 3/6 Months

| Section | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| VIII.F.2. | VIII. Engineering Requirements<br>F. Bilge/OWS Cleaning and Maintenance | "…six months' supply…" | Each covered vessel must maintain a minimum of six months' supply of bilge and OWS-compatible cleaning products. |
| VIII.F.1. | VIII. Engineering Requirements<br>F. Bilge/OWS Cleaning and Maintenance | "…every six months." | Every Covered Vessel shall perform cleaning and maintenance of the machinery space(s) bilge, the OWS, and the bilge holding tanks at least *every six months*. |
| VIII.H.6. | VIII. Engineering Requirements<br>F. Bilge/OWS Cleaning and Maintenance | "…once every six months." | Every Covered Vessels shall clean OWS source tanks and remove any accumulated oil at least once *every 6 months*. |
| VIII.N.1. | VIII. Engineering requirements<br>N. Fleet Engineering Survey | "Within 3 months…" | The pace in which Empire is to survey all shipboard engineers on its Covered Vessels |

8

Empire Bulkers – ECP Analysis
21-cr-126

**Misc.**

| Section | Section Title | Key Phrase | Explanation |
|---|---|---|---|
| I. A. | I. Applicability and Purpose<br>A. Applicability | "… at least a quarterly basis" | Empire is to provide all parties with an updated attachment 1 identifying applicable vessels on at least a quarterly basis. |
| I. J, | I. Applicability and Purpose<br>J. Right of Inspection | "… at anytime" | Empire understands that the U.S. Coast Guard can audit, or inspect the vessels managed under this ECP any time it is in the jurisdiction of the U.S. |
| II.   A. 8 | II. Corporate Structure and Responsibilities<br>A. Corporate Compliance Manager | "…on an annual basis…"<br><br>"…annually certifying…" | CCM is to ensure on an annual basis that each vessel is provided adequate funding for shore side disposal of wastes, including bilge water, sludge, garbage, and the minimization and management of waste streams, etc. |
| II. C. 2 | II. Corporate Structure and Responsibilities<br>C. Reporting of Non-Compliance by Employees & crew members (open reporting) | "..prior to each term of employment…" | Empire must provide crew members with information about Empire's open reporting system prior to each term of employment. |
| II. D. 1. | II. Corporate Structure and Responsibilities<br>D. Corporate Accountability | "…quarterly reports to the entire MD…" | The CCM will make quarterly reports to the Empire MD concerning compliance with and implementation of this ECP, EMS, and other maritime environmental protection requirements. |
| II. D. 2. | II. Corporate Structure and Responsibilities<br>D. Corporate Accountability | "Annually, the CCM…" | The CCM will provide a summary of the reports to Empire\s shareholders on an annual basis. |
| II.E.2 | II. Corporate Structure and Responsibilities<br>E. Full Company-Wide Cooperation | "…first quarter of every year…" | The pace which the Senior Management of Empire should take to communicate to its shipboard and shore staff by the most effective electronic way possible to communicate its commitment to environment, safety, quality to this ECP. |

Empire Bulkers – ECP Analysis
21-cr-126

| | | | |
|---|---|---|---|
| III.A.1.h. | III. Vessel Personnel<br>D. Chief Engineer | "…maintained throughout course of probation" | Chief Engineer ensures that rough notes, sounding logs and/or other documents used by engine room personnel to record tank soundings and monitor tank levels are maintained throughout the course of probation. |
| IV.C. | IV. Shore Side Personnel Serving in Any Capacity | "…minimum of delay." | The purchasing department shall be trained in recognizing critical equipment spare orders and supplying such spares to vessels with a minimum of delay. |
| V, B. | E. V. Court Appointed Monitor<br>B. Contractual Independence | "During the term of probation…" | During the term of probation, the CAM shall not directly own any stock or share in Empire, or vice versa. |
| V.D.2. | V. Court Appointed Monitor<br>D. Tasks and Responsibilities | "submit an annual report to Empire…" | The CAM shall conduct a review and submit an annual report to Empire and the Government regarding the rounds of audits conducted by the TPA pursuant to the plea agreement and this ECP. |
| V.D.4. | V. Court Appointed Monitor<br>D. Tasks and Responsibilities | "At any time…" | At any time during the probationary period the CAM may inspect or investigate any aspect of the TPA activities as they relate to the requirements of this plan. |
| V.D.6. | V. Court Appointed Monitor<br>D. Tasks and Responsibilities | "During years one through three of the probationary period…"<br><br>"During the final year of the probationary period…" | Year 1-3: When review of Empire internal environmental audits should take place.<br><br>Final Year: when to conduct a review of all Empire internal environmental audits |
| V.D.8. | V. Court Appointed Monitor<br>D. Tasks and Responsibilities | "…conclusion of probation…" | When the CAM should provide the gov't the total amount billed to Empire for performance of its service pursuant to the ECP. |

10

Empire Bulkers – ECP Analysis
21-cr-126

| | | | |
|---|---|---|---|
| V.I. A. | VI. Third Party Auditor<br>A. Selection of Third Party Auditor | "…during the entire period of probation" | Empire agrees to pay for a TPA that will be selected by the Government and who shall report to the Government during the entire period of probation. |
| V.I. C. | VI. Third Party Auditor<br>C. Prior Services | "…within 1 year prior…" | An organization that has provided auditing services to Empire within 1 year prior to the signing of this agreement may be considered by the Government to serve as the TPA, assuming it meets a certain criteria as stated. |
| V.I. E. | VI. Third Party Auditor<br>C. Contractual Independence | "During the term of probation…" | During the term of probation, the CAM shall not directly own any stock or share in Empire, or vice versa. |
| | | "…during the period of probation or for one year thereafter" | Empire cannot directly or indirectly employ the CAM in any other capacity other than as CAM for this ECP during the period of probation or one year after. |
| V.I. I. | VI. Third Party Auditor<br>I. TPA's Report of Findings | "At the conclusion of each annual round of audits…" | The TPA shall develop a report summarizing the audits at the conclusion of each annual round of audits. |
| VII.B. 1. | VII. Auditing Process<br>B. Timing and Numbers of Audits | "…end of the first year of probation" | The Initial Audits are to commence on the date of the sentencing and conclude by the end of the first year of probation. |
| VII.B. 2. | VII. Auditing Process<br>C. Timing and Numbers of Audits | "…take place during the second and third years of probation" | The Ongoing Audits are to take place during the second and third years of probation. |

11

Empire Bulkers – ECP Analysis
21-cr-126

| | | | |
|---|---|---|---|
| VII.B. 3. | VII. Auditing Process<br>D. Timing and Numbers of<br>Audits | "…during the fourth year of probation" | The Final Audits shall be conducted during the fourth year of probation. |
| VII.B. 4. | VII. Auditing Process<br>E. Timing and Numbers of<br>Audits | "…during the fourth year of probation" | During the fourth year of probation, the CAM shall receive reports that it can have input on, all environmental internal audits as described in sections VII and XI. |
| VII.B. 5. | VII. Auditing Process<br>F. Timing and Numbers of<br>Audits | "…at least twice during the pendency…" | The audits described herein will ensure that each vessels listed in attachment will be audited *at least twice during the pendency…*" |
| VII. F. | VII. Auditing Process<br>F. Final Audits | "…during the fourth year of probation"<br><br>"…may take place starting in year three." | The Final Audits shall take place during the fourth year of probation.<br><br>The Final Audits may take place starting in year three, if in the discretion of CAM, and the other requirements of the ECP and EMS are completed. |
| VIII.A. | VIII. Engineering Requirements<br>A. Time of Implementation | "…as soon as practicable…" | All engineering requirement shall be implemented *as soon as practicable*, as determined by the CCM not later than 1 year from the date of sentencing |
| VIII. G.1. | VIII. Engineering Requirements<br>F. Ship source pollution research and development project | "…during the probationary period…" | Empire agrees that it will assist and make Covered Vessels available as test platforms for prototype equipment testing and other research purposes during the probation period, assuming it is safe to do so. |
| VIII.K | VIII. Engineering Requirements<br>K. Tank Sounding Record Book | "…minimum of three years after the most | Requirements regarding Tank Sounding Record Book. |

12

Empire Bulkers – ECP Analysis
21-cr-126

| | | | |
|---|---|---|---|
| | | recent or last entry." | |
| IX. B. | IX. Time Requirements-Submittal of Environmental Management System<br><br>B. Obligation to Submit Copies of EMS | "…not later than 18 months…" | Empire shall submit copies of its updated EMS to the CAM and the Government no later than 18 months before the end of a probationary period. |
| X.B.1 | X. Changes in Ownership and Operation<br>B. Acquiring Additional Vessels | "If during the probationary period…"<br><br>"promptly provide…" | If Empire acquires new vessels during the probationary period, it must promptly provide the Government with information regarding the acquisition. |
| X.B.2 | X. Changes in Ownership and Operation<br>B. Acquiring Additional Vessels | "As soon as practicable…" | The pace in which Empire shall ensure a balance between estimated waste stream generated and the capacity of the vessel's waste disposal equipment to properly dispose of waste generated by the vessel. |

13