DEFENDANT'S EXHIBIT 8

| | |
|---|---|
| **From:** | Udell, Richard (ENRD) |
| **To:** | George M. Chalos; Briton Sparkman; Daphne McNutt Barry |
| **Cc:** | Nishit Kapoor; Elaina Carmouche; Tiresha_Fairley@laep.uscourts.gov; HQS-SMB-CG-INV-ECP@uscg.mil |
| **Subject:** | US v. Empire Bulkers Ltd & Joanna Maritime Ltd (USDC-EDLa - No. 21-126) - REJECTION OF DEFENDANT"S PROPOSED MODIFICATION OF THE ECP |
| **Date:** | Wednesday, January 31, 2024 6:28:37 PM |

Counsel,

The government objects to the modification of the ECP as proposed below.


Richard A. Udell
Senior Litigation Counsel
Environmental Crimes Section
U.S. Department of Justice
150 M St., N.E./Room 4.206
Washington, D.C. 20530
202.305.0361
202.532.3065 (mobile)

CONFIDENTIALITY/PRIVILEGE NOTICE: This message (including attachments) may contain information that is confidential and/or legally privileged. If you have received this message in error, please do not read, copy, or forward it. Please permanently delete all copies and attachments and contact the sender immediately by reply email or by calling (202) 305-0361. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.


**From:** George M. Chalos <gmc@chaloslaw.com>
**Sent:** Thursday, January 4, 2024 11:33 AM
**To:** Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>; Kammer, Dall (USALAE) <DKammer@usa.doj.gov>; Michael Minogue <michaelm@ecmmaritime.com>; Nishit Kapoor <Nishitk@ecmmaritime.com>; Elaina Carmouche <Elaina_Carmouche@laep.uscourts.gov>; Tiresha_Fairley@laep.uscourts.gov; HQS-SMB-CG-INV-ECP@uscg.mil
**Cc:** Briton Sparkman <bsparkman@chaloslaw.com>; Daphne McNutt Barry <dbarry@barryrome.com>; Andreas Fountoulis <afountoulis@empirebulkers.com>
**Subject:** [EXTERNAL] US v. Empire Bulkers Ltd & Joanna Maritime Ltd (USDC-EDLa - No. 21-126) - REQUEST FOR MODIFICATION TO ECP (as per Section I(H))

Dear ECP Notify Parties –

We write to you in connection with your various responsibilities for the successful implementation of the ECP. Noting the nature/substance of an issue which has been raised in the Summons for Offender Under Supervision (file stamped on Nov 27, 2023), we request the following amendments to the language of ECP Section II(A)(9) and Section V(c) to be less ambiguous and to provide more clearly defined time periods. Specifically, in Section II(a)(9), we request the term "in a timely fashion" be replaced with "within 14 days." Similarly, in Section V(c), we request the term "is

promptly provided with" to be replaced with "is provided within 14 days."   These changes are consistent with the company's Environmental Compliance Manual, which was created as a remedial measure after the detention of the JOANNA and has been with the CAM and TPA since their involvement from at least May 2023 without objection or request for revision.  If there are different terms you may wish our client to consider, please advise.

We look forward to hearing from you.

Brgds/GMC

**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel:  + 1 516 714 4300
Dir:  + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at:  www.chaloslaw.com