UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 21-126 |
| V. | SECTION: "S" |
| EMPIRE BULKERS LTD | JUDGE MARY ANN VIAL LEMMON |

## NOTICE TO PRODUCE HARD COPY

Because R. Doc. 368 contains more than 50 pages, counsel must deliver to Judge Lemmon's Case Manager, **_by today at 400 p.m._**, a hard copy of the submission in a binder with tabbed dividers for all exhibits and attachments. The hard copy of the submission must be printed from CM/ECF so that it has the CM/ECF document header on all pages indicating the case number, record document number, filing date, and page number. The cover of the binder must include the case name, case number, document name, and record document number. If there are more than five (5) exhibits and attachments, the binder must include a table of contents describing each exhibit and attachment and listing which tab corresponds to each exhibit or attachment. No notice of compliance need be filed.

New Orleans, Louisiana, this 29th day of August 2024.

                                                       MARY ANN VIAL LEMMON
                                                       UNITED STATES DISTRICT JUDGE

Issued for the court by:

Courtney Ancar
Case Manager - Section "S"
504-589-7715

_____

When addressing the package, please address it to "Courtney Ancar, Case Manager, Section S" and have it delivered to the Clerk's Office, Room C-151, First Floor.