UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CRIMINAL DOCKET** |
| | * | |
| **v.** | * | |
| | * | **NUMBER: 2:21-cr-00126-MVL-KWR** |
| **EMPIRE BULKERS LTD.,** | * | |
| | * | |
| | * | **SECTION: "S"** |
| **Defendants.** | * | |
| | * | |

## MOTION TO STRIKE SUBMISSION FROM COURT-APPOINTED MONITOR ON SEPTEMBER 3, 2024, INCORPORATED MEMORANDUM IN SUPPORT, AND REQUEST FOR EXPEDITED CONSIDERATION

**NOW COMES,** EMPIRE BULKERS LTD ("organizational defendant"), who respectfully moves this Honorable Court to strike the "Letter to Court from Court Appointed Monitor" [R. Doc.371]. The document was filed on the eve of the September 4, 2024, hearing and is untimely, unfair and prejudicial, for the following reasons.

This matter arises from a Petition for Revocation of Probation filed by the government on March 19, 2024 [R. Doc. 356]. Defendants requested the opportunity for an evidentiary hearing at which witnesses would be called to testify. [R. Doc. 363]. The Court granted a special hearing date of September 4, 2024, with accommodations to be made for live testimony, including foreign witness. In reliance thereon, defendant subpoenaed the Environmental Compliance Program ("ECP") service providers, Michael Minogue and Nishit Kapoor.

On August 23, 2024, Your Honor issued an Order requiring the parties to submit a joint position paper. [R. Doc. 367] Each party prepared inserts and the document, including exhibits, was filed on August 28, 2024 [R. Doc. 368].

On August 30, 2024, Your Honor issued a further Order stating that the September 4, 2024

1

hearing would go forward, with parties allowed to make oral arguments of counsel, each side having twenty (20) minutes to present its case "but no additional evidence will be adduced." [R. Doc. 370]. Following the August 30, 2024 Order, defense counsel sought confirmation that the government and/or the ECP service providers would not seek to present evidence. It was unequivocally confirmed that they would not and both Messrs. Minogue and Kapoor were released from subpoena. *See* Exhibit 1.

Nonetheless, the subject "letter" from the Court Appointed Monitor was filed into the record of this matter and is clearly designed as a "stand-in" for the live testimony of the ECP service providers, only now without the fairness of allowing defendant to question these witnesses. To the extent the "letter" parrots what the government has said in its position, it is cumulative, inflammatory and biased. To the extent it offers new information including the substance of alleged telephone conversations that are not otherwise documented, it presents an unfair surprise and violation of due process.

Wherefore, Organizational Defendant prays that this Honorable Court strike from the record the untimely and unfair submission of the Court-appointed Monitor. [R. Doc. 371].

Respectfully Submitted,

CHALOS & CO, P.C.

/s/ George M. Chalos
George M. Chalos, admitted PHV
Briton P. Sparkman
*Admitted Pro Hac Vice* \55 Hamilton Avenue
Oyster Bay, New York 11771
Telephone: (516) 714-4300
Facsimile: (516) 750-9051
Email: gmc@chaloslaw.com
          bsparkman@chaloslaw.com

Barry & Co., LLC

/s/ Daphne P. McNutt
Daphne P. McNutt (#20292)
612 Gravier Street
New Orleans, LA 70130
dbarry@barryrome.com
Telephone: (504) 525-5553
Facsimile: (504) 505-1909

*Attorneys for Empire Bulkers Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 03, 2024, I arranged for a copy of the foregoing Memorandum in Support of Motion to Strike Surplusage from Indictment to be served on all counsel of record via the Court's cm/ECF filing system and via E-mail on counsel for the United States of America, as follows:

*Attorneys for United States of America*

>Richard A. Udell
>Environmental Crimes Section
>U.S. Department of Justice 150 M St., N.E. / Room 4.206
>Washington, DC 20530
>Richard.Udell@usdoj.gov


>G. Dall Kammer
>Assistant United States Attorney
>U.S. Attorney's Office
>for the Eastern District of Louisiana
>650 Poydras Street, Suite 1600
>New Orleans, LA 70130
>504-680-3000
>Dall.Kammer@usdoj.gov


>>/s/ George M. Chalos
>>George M. Chalos (PHV)