# Briton Sparkman

| | |
|---|---|
| **From:** | George Chalos <gmc@chaloslaw.com> on behalf of George Chalos |
| **Sent:** | Friday, August 30, 2024 3:57 PM |
| **To:** | Nishit Kapoor; MICHAEL MINOGUE; Thomas J. Wiker |
| **Cc:** | Daphne McNutt Barry; Kammer, Dall (USALAE); Udell, Richard (ENRD); Briton Sparkman |
| **Subject:** | RE: JOANNA - Alleged Probation Violation Hearing |

Nish (& Mike) –

Thanks for the clarification.  I confirm you are released from the subpoena we served commanding your appearance.  By this email, we are also conditionally releasing Mike from the subpoena he received.  To be clear: should something change and you (Nish) will attend, we will require Mike's attendance, too.

Trusting this is clear.  As always, if there are any questions, you may call me.

Wishing a pleasant and relaxing holiday weekend to all.

Brgds/GMC

**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel:  + 1 516 714 4300
Dir:  + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at:  www.chaloslaw.com

---

**From:** Nishit Kapoor <nkapoor@gallaghermarine.com>
**Sent:** Friday, August 30, 2024 4:53 PM
**To:** George Chalos <gmc@chaloslaw.com>; MICHAEL MINOGUE <mikem@mfmmarine.com>; Thomas J. Wiker <twiker@gallaghermarine.com>
**Cc:** Daphne McNutt Barry <dbarry@barryrome.com>; Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>; Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>; Briton Sparkman <bsparkman@chaloslaw.com>
**Subject:** RE: JOANNA - Alleged Probation Violation Hearing

George,

I refer to your email below as well as your subsequent phone call. As mentioned therein, I am cancelling my flights and will not be attending the hearing on September 4th.

Best Regards,

**Nishit Kapoor**

1

Gallagher Marine Systems, LLC
The Kent Building
43 Danbury Rd.,
Wilton, CT 06897, USA
Company e-mail: info@gallaghermarine.com (Not monitored on weekends and holidays)
Department e-mail: waypoints@gallaghermarine.com
Personal e-mail: nkapoor@gallaghermarine.com
Emergency: +1 703 683 4700
Non-emergency: +1 856 642 2091
Mobile: +1 609 213 3941
https://gallaghermarine.com

---

**From:** George Chalos <gmc@chaloslaw.com>
**Sent:** Friday, August 30, 2024 4:42 PM
**To:** Nishit Kapoor <nkapoor@gallaghermarine.com>; MICHAEL MINOGUE <mikem@mfmmarine.com>; Thomas J. Wiker <twiker@gallaghermarine.com>
**Cc:** Daphne McNutt Barry <dbarry@barryrome.com>; Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>; Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>; Briton Sparkman <bsparkman@chaloslaw.com>
**Subject:** RE: JOANNA - Alleged Probation Violation Hearing

Nish –

My question was clear.  Is your decision to not attend at NOLA next week subject to change?  The answer is either a "yes" or a "no".

If you do not understand the query, please call me.

GMC

**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel:  + 1 516 714 4300
Dir:  + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at:   www.chaloslaw.com

---

**From:** Nishit Kapoor <nkapoor@gallaghermarine.com>
**Sent:** Friday, August 30, 2024 4:33 PM
**To:** George Chalos <gmc@chaloslaw.com>; MICHAEL MINOGUE <mikem@mfmmarine.com>; Thomas J. Wiker <twiker@gallaghermarine.com>
**Cc:** Daphne McNutt Barry <dbarry@barryrome.com>; Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>; Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>; Briton Sparkman <bsparkman@chaloslaw.com>
**Subject:** RE: JOANNA - Alleged Probation Violation Hearing

George,

I'm afraid I do not understand the question. As stated in my earlier mail, I will not be attending.

Best Regards,
Nishit Kapoor
Senior Vice President | Operations & Corporate Risk
Non-Emergency | +1 856 642 2091
Mobile | +1 609 213 3941
Emergency | +1 703 683 4700
Website | www.gallaghermarine.com



GMS exercises reasonable care in good faith in providing information and guidance, however, the accuracy of information and appropriateness of guidance is not guaranteed, and GMS disclaims all warranties with respect thereto.

**Please note that our domain name has changed to @gallaghermarine.com.  Please make note of this new email address.  Previous email addresses will point to the new email addresses through 31 December 2024 at which point they will be terminated.  Please update your records accordingly.**

---

**From:** George Chalos <gmc@chaloslaw.com>
**Sent:** Friday, August 30, 2024 4:28 PM
**To:** Nishit Kapoor <nkapoor@gallaghermarine.com>; MICHAEL MINOGUE <mikem@mfmmarine.com>; Thomas J. Wiker <twiker@gallaghermarine.com>
**Cc:** Daphne McNutt Barry <dbarry@barryrome.com>; Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>; Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>; Briton Sparkman <bsparkman@chaloslaw.com>
**Subject:** RE: JOANNA - Alleged Probation Violation Hearing

Hi Nish.

Does this mean you will not attend?  We would be grateful for a clear, affirmative statement which is not subject to change.

Once we have this, we can seek instructions from our clients on the pending subpoena to Mike.

Brgds/GMC

**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel:  + 1 516 714 4300
Dir:  + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at:  www.chaloslaw.com

**From:** Nishit Kapoor <nkapoor@gallaghermarine.com>
**Sent:** Friday, August 30, 2024 4:25 PM
**To:** George Chalos <gmc@chaloslaw.com>; MICHAEL MINOGUE <mikem@mfmmarine.com>; Thomas J. Wiker <twiker@gallaghermarine.com>
**Cc:** Daphne McNutt Barry <dbarry@barryrome.com>; Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>; Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>; Briton Sparkman <bsparkman@chaloslaw.com>
**Subject:** RE: JOANNA - Alleged Probation Violation Hearing

Good afternoon George,

Based on the information provided earlier today, I do not plan to attend the hearing.

Best Regards,
Nishit Kapoor
Senior Vice President | Operations & Corporate Risk
Non-Emergency | +1 856 642 2091
Mobile | +1 609 213 3941
Emergency | +1 703 683 4700
Website | www.gallaghermarine.com



*GMS exercises reasonable care in good faith in providing information and guidance, however, the accuracy of information and appropriateness of guidance is not guaranteed, and GMS disclaims all warranties with respect thereto.*
**Please note that our domain name has changed to @gallaghermarine.com.  Please make note of this new email address.  Previous email addresses will point to the new email addresses through 31 December 2024 at which point they will be terminated.  Please update your records accordingly.**

**From:** George Chalos <gmc@chaloslaw.com>
**Sent:** Friday, August 30, 2024 3:44 PM
**To:** Nishit Kapoor <nkapoor@gallaghermarine.com>; MICHAEL MINOGUE <mikem@mfmmarine.com>; Thomas J. Wiker <twiker@gallaghermarine.com>
**Cc:** Daphne McNutt Barry <dbarry@barryrome.com>; Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>; Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>; Briton Sparkman <bsparkman@chaloslaw.com>
**Subject:** JOANNA - Alleged Probation Violation Hearing

Gents –

Judge Lemmon issued the attached Order today.

The government says: "We have told Mr. Kapoor that the government does not require him to appear."

Nish if you confirm you are not attending, we can recommend releasing Mike from his subpoena.  Otherwise, we cannot.

What say each of you?

Brgds/GMC

**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel:  + 1 516 714 4300
Dir:  + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at:  www.chaloslaw.com

5