**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **CRIMINAL DOCKET** |
| | * | |
| **v.** | * | |
| | * | **NUMBER: 2:21-cr-00126-MVL-KWR** |
| **EMPIRE BULKERS LTD.,** | * | |
| | * | |
| | * | **SECTION: "S"** |
| **Defendants.** | * | |
| | * | |

**ORDER**

**CONSIDERING THE FOREGOING** Motion to Strike Submission from Cout-Appointed Monitor on September 3, 2024 and Incorporated Memorandum in Support, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the document entitled "Letter from Court-appointed Monitor" be and hereby is stricken from the record of these proceedings.

New Orleans, Louisiana, this ___ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**

2