

MINUTE ENTRY
LEMMON, J.
SEPTEMBER 4, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| EMPIRE BULKERS LTD. | SECTION "S" |

### JUDGE MARY ANN VIAL LEMMON, PRESIDING

| | |
|---|---|
| COURTROOM DEPUTY: | Courtney Ancar |
| COURT REPORTER: | Toni Tusa |
| | |
| APPEARANCES: | Dall Kammer and Richard A. Udell, AUSA, for the Government |
| | Daphne P. McNutt, George M. Chalos and Briton P. Sparkman for the Defendant |
| | Elaina Carmouche, U.S. Probation |
| | Andreas Fountoulis, Representative for Defendant |

**REVOCATION HEARING**
Case called at 10:06 a.m.
All parties were present and Counsel made their appearances for the record.
Defendant's Motion to Strike Submission from Court-Appointed Monitor, R. Doc. 372 – GRANTED.
Court states violations.
Counsel argued the purported violations.
Recess 10:59 – 11:14 a.m.
The Court finds that the defendant violated conditions of probation.
The defendant's term of probation is REVOKED.
Defendant sentenced.
See Judgment and Commitment Order.
Court adjourned at 11:31 a.m.

JS-10:  01:10