AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of

UNITED STATES OF AMERICA )
v. )
) **JUDGMENT IN A CRIMINAL CASE**
) (For **Revocation** of Probation or Supervised Release)
)
EMPIRE BULKERS LTD )
) Case No.     21-126 "S"
) USM No.
)
)    Daphne McNutt
)    ─────────────────────────
     Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of condition(s) count(s)  4  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation |
|---|---|
| Violation 1 of Special Condition 4 | Empire Bulkers failed to promptly notify the Court Appointed Monitor of all reports of non-compliance received from employees. Empire Bulkers waited approximately 14 days before providing the Court Appointed Monitor with a report that the Chief Engineer of the *M/V Panagiotis* discharged bilge water overboard in violation of MARPOL and the Environmental Compliance Plan. |
| Violation 4 of Special Condition 4 | Defendant eliminated without notice or approval the position of Managing Director required under the Environmental Compliance Plan and modified the reporting chain of the Corporate Compliance Manager as required under the Environmental Compliance Plan. |

   The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   N/A

Defendant's Year of Birth:   N/A

City and State of Defendant's Residence:
Republic of the Marshall Islands

9/4/2024
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Mary Ann Vial Lemmon, United States District Judge
Name and Title of Judge

9/4/24
Date

Judgment—Page 2 of 4

DEFENDANT: EMPIRE BULKERS LTD.
CASE NUMBER: 21-126 "S"

# PROBATION

You are hereby sentenced to probation for a term of:
The defendant's previous 4 year term of probation from Judgement imposed on 1/19/2023 is reinstated with a one-year extension, for a total of 5 years probation, subject to the same conditions. An additional year of ongoing audits, as set forth is section VII(B) of the Environmental Compliance Plan, is imposed in Year 4, with final audits taking place in Year 5. Additionally, there is to be one shoreside audit per year of Empire Bulkers Ltd.'s company headquarters.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: EMPIRE BULKERS LTD.
CASE NUMBER: 21-126 "S"

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature _____ Date _____

Judgment—Page 4 of 4

DEFENDANT: EMPIRE BULKERS LTD.
CASE NUMBER: 21-126 "S"

# SPECIAL CONDITIONS OF SUPERVISION

1. Empire Bulkers Ltd. was ordered to commit no further violations of MARPOL 73/78, federal, state, or local law, and shall conduct all operations in accordance with the environmental laws of the United States.

2. Empire Bulkers Ltd. shall pay all special assessments and fines,

3. Empire Bulkers Ltd. shall fully and completely comply with all terms of the Security Agreement with the U.S. Coast Guard. Furthermore, Empire Bulkers Ltd. will not engage, participate, or assist in, or fund, any post-trial litigation or ancillary litigation brought by any persons against the United States or any agency or person thereof, unless so ordered by a court of competent jurisdiction.

4. At its own expense, and at no expense to the government or the court, Empire Bulkers Ltd. shall adopt and implement an Environmental Compliance Plan (ECP) subject to review by the United States and consistence with the U.S.S.G. § 8D1.4. Any vessel covered by the ECP and all shoreside offices involved in technical management must be audited by an outside and independent auditor subject to approval by the Court and the Unites States (Third-Party Auditor (TPA)). An independent Court Appointed Monitor (CAM) subject to approval by the United States will be appointed to review and audit results, assure overall compliance, and report to the Court. All audits must be done underway, and each vessel must be audited at least twice during the period of probation unless the TPA or the CAM recommends additional audits. Certain credit will be given for external underway audits performed since April 2021 as set forth in the ECP. Covered vessels will include all ships holding a Certification of Financial Responsibility under the Oil Pollution Act of 1990.